Wayne Samp, et. al., Plaintiff(s)
vs.
JPMorgan Chase Bank, NA, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114056-0003

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Genworth Mortgage Ins. Corp., c/o CSC- Lawyers Incorporating Service as registered agent
Court Case No. EDCV11-01950 VAP SPx

KESSLER, TOPAZ, ET AL
Ms. Jill A. Belack
280 King of Prussia Rd.
Radnor, PA 19087-5108

State of: __California__ ) ss.
County of: __San Francisco__ )

**Name of Server:** __Richard Snell__, undersigned being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __21st__ day of __December__, 20__11__, at __1:50__ o'clock __P__ M

**Place of Service:** at __2730 Gateway Oaks Drive, Suite 100__, in __Sacramento, CA 95833__

**Documents Served:** the undersigned served the documents described as:
**Summons w/ Attachment to Summons and Complaint**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Genworth Mortgage Ins. Corp., c/o CSC- Lawyers Incorporating Service as registered agent**
By delivering them into the hands of an officer or managing agent whose name and title is: __Becky DeGeorge - Authorized Agent__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows
Sex __F__; Skin Color __White__; Hair Color __Brown__; Facial Hair ____
Approx. Age __55__; Approx. Height __5'5"__; Approx. Weight __250__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

Subscribed and sworn to before me this __22nd__ day of __December__, 20__11__

8/17/12 (Commission Expires)

Notary Public

JERRY JAMES TOPOLOS
Commission # 1807114
Notary Public - California
San Francisco County
My Comm. Expires Aug 17, 2012

**APS International, Ltd.**