Wayne Samp, et. al., Plaintiff(s)
vs.
JPMorgan Chase Bank, NA, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114056-0005

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Mortgage Guaranty Ins. Corp., c/o National Registered Agents, Inc. as registered agent
Court Case No. EDCV11-01950 VAP SPx

KESSLER, TOPAZ, ET AL
Ms. Jill A. Belack
280 King of Prussia Rd.
Radnor, PA 19087-5108

State of: California ) ss.
County of: Orange )

Name of Server: **S. Omalley**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 19 day of December, 20 11, at 3:28 o'clock P.M

Place of Service: at 2875 Michelle Drive, Suite 100, in Irvine, CA 92606

Documents Served: the undersigned served the documents described as:
Summons w/ Attachment to Summons and Complaint

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Mortgage Guaranty Ins. Corp., c/o National Registered Agents, Inc. as registered agent

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Brandon Sjelin, Agent for Service

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color Caucasian ; Hair Color Brown ; Facial Hair ___
Approx. Age 25 ; Approx. Height 6' ; Approx. Weight 200lbs

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 22 day of December, 20 11

Tamara A. Morales 9/5/2015
Notary Public    (Commission Expires)

APS International, Ltd.

TAMARA A. MORALES
COMM. #1951164
Notary Public - California
Orange County
My Comm. Expires Sep. 5, 2015