Wayne Samp, et. al., Plaintiff(s)
vs.
JPMorgan Chase Bank, NA, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114056-0003

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on
–Radian Guaranty, Inc., c/o CSC- Lawyers Incorporating Service as registered agent
Court Case No. EDCV11-01950 VAP SPx

KESSLER, TOPAZ, ET AL
Ms. Jill A. Belack
280 King of Prussia Rd.
Radnor, PA  19087-5108

State of: _CALIFORNIA_ ) ss.
County of: _San Francisco_ )

**Name of Server:** _Richard Snell_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _21st_ day of _December_, 20 _11_, at _1:50_ o'clock _P_ M

**Place of Service:** at _2730 Gateway Oaks Drive, Suite 100_, in _Sacramento, CA 95833_

**Documents Served:** the undersigned served the documents described as:
Summons w/ Attachment to Summons and Complaint

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Radian Guaranty, Inc., c/o CSC- Lawyers Incorporating Service as registered agent

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Becky DeGeorge, Authorized Agent_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _white_ ; Hair Color _Brown_ ; Facial Hair ___
Approx. Age _55_ ; Approx. Height _5'7"_ ; Approx. Weight _250_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

Subscribed and sworn to before me this _22nd_ day of _December_, 20 _11_

_Notary Public_   8/17/12 (Commission Expires)

JERRY JAMES TOPOLOS
Commission # 1807114
Notary Public - California
San Francisco County
My Comm. Expires Aug 17, 2012

**APS International, Ltd.**