Wayne Samp, et. al., Plaintiff(s)
vs.
JPMorgan Chase Bank, NA, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114056-0004

## AFFIDAVIT OF SERVICE – Corporate

Service of Process on:
--Republic Mortgage Ins. Co., c/o John Petrasich
Court Case No. EDCV11-01950 VAP SPx

KESSLER, TOPAZ, ET AL
Ms. Jill A. Belack
280 King of Prussia Rd.
Radnor, PA 19087-5108

State of: California ) ss.
County of: Orange )

**Name of Server:** S. Omalley, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 19 day of December, 20 11, at 3:55 o'clock p. M.

**Place of Service:** at 2030 Main Street, Suite 1200, in Irvine, CA 92614

**Documents Served:** the undersigned served the documents described as:
Summons w/ Attachment to Summons and Complaint

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Republic Mortgage Ins. Co., c/o John Petrasich

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Elena Bohn, receptionist

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color Caucasian ; Hair Color Red ; Facial Hair ___
Approx. Age 105 ; Approx. Height 5'6" ; Approx. Weight 105lb-

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 22 day of December, 20 11

_____  9/5/2015
Signature of Server       Notary Public    (Commission Expires)
APS International, Ltd.

TAMARA A. MORALES
COMM. #1951164
Notary Public - California
Orange County
My Comm. Expires Sep. 5, 2015