ayne Samp, et. al., Plaintiff(s)
vs.
PMorgan Chase Bank, NA, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114056-0005

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Triad Guaranty Ins. Corp., c/o Charles Baclet as Registered Agent
Court Case No. EDCV11-01950 VAP SPx

KESSLER, TOPAZ, ET AL
Ms. Jill A. Belack
280 King of Prussia Rd.
Radnor, PA  19087-5108

ate of: **California** ) ss.
ounty of: **Orange** )

ame of Server: **S. Omalley**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

ate/Time of Service: that on the **19** day of **December**, 20 **11**, at **3:28** o'clock **P**.M.

lace of Service: at **2875 Michelle Drive, Suite 100**, in **Irvine, CA 92606**

ocuments Served: the undersigned served the documents described as:
Summons w/ Attachment to Summons and Complaint

ervice of Process on: A true and correct copy of the aforesaid document(s) was served on:
Triad Guaranty Ins. Corp., c/o Charles Baclet as Registered Agent

erson Served, and
lethod of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Brandon Sjelin, Agent for Service**

escription of
erson Receiving
ocuments: The person receiving documents is described as follows:
Sex **M** ; Skin Color **Caucasian** ; Hair Color **Brown** ; Facial Hair _____
Approx. Age **25** ; Approx. Height **6'** ; Approx. Weight **200lbs**
☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

gnature of Server: Undersigned declares under penalty of perjury     Subscribed and sworn to before me this
that the foregoing is true and correct.                                **22** day of **December**, 20 **11**

Signature of Server                                                    **Tamara A. Morales** 9/5/2015
                                                                       Notary Public     (Commission Expires)
APS International, Ltd.

TAMARA A. MORALES
COMM. #1951164
Notary Public - California
Orange County
My Comm. Expires Sep. 5, 2015