Wayne Samp, et. al., Plaintiff(s)
vs.
JPMorgan Chase Bank, NA, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114056-0003

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--United Guaranty Residential Ins. Co., c/o The Prentice Hall Corporation System, Inc. as registered agent
Court Case No. EDCV11-01950 VAP SPx

KESSLER, TOPAZ, ET AL
Ms. Jill A. Belack
280 King of Prussia Rd.
Radnor, PA 19087-5108

State of: CALIFORNIA ) ss.
County of: SAN FRANCISCO )

**Name of Server:** Richard Snell, undersigned being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 21st day of December, 2011, at 1:50 o'clock P.M

**Place of Service:** at 2730 Gateway Oaks Drive, Suite 100, in Sacramento, CA 95833

**Documents Served:** the undersigned served the documents described as:
Summons w/ Attachment to Summons and Complaint

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
United Guaranty Residential Ins. Co., c/o The Prentice Hall Corporation System, Inc. as registered agent
By delivering them into the hands of an officer or managing agent whose name and title is: BECKY DE GEORGE, AUTHORIZED AGENT

**Description of Person Receiving Documents:**
The person receiving documents is described as follows
Sex F; Skin Color White; Hair Color Brown; Facial Hair ___
Approx. Age 55; Approx. Height 5'0"; Approx. Weight 250

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 12th day of December, 20 11
8/17/12
Notary Public                (Commission Expires)

APS International, Ltd.

JERRY JAMES TOPOLOS
Commission # 1807114
Notary Public - California
San Francisco County
My Comm. Expires Aug 17, 2012