Wayne Samp, et. al., Plaintiff(s)
vs.
JPMorgan Chase Bank, NA, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114056-0006

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--PMI Mortgage Ins. Co., c/o Andrew D. Cameron
Court Case No. EDCV11-01950 VAP SPx

KESSLER, TOPAZ, ET AL
Ms. Jill A. Belack
280 King of Prussia Rd.
Radnor, PA 19087-5108

State of: _California_ ) ss.
County of: _Alameda_

Name of Server: _Paul Norman_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _19_ day of _December_, 20 _11_, at _11:15_ o'clock _A_ M

Place of Service: at _3003 Oak Road_, in _Walnut Creek, CA 94597_

Documents Served: the undersigned served the documents described as:
**Summons w/ Attachment to Summons and Complaint**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**PMI Mortgage Ins. Co., c/o Andrew D. Cameron**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Lynnetta Lambard, Executive Assistant_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Blonde_ ; Facial Hair ____
Approx. Age _57_ ; Approx. Height _5'4"_ ; Approx. Weight _150_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Paul Norman_
Signature of Server

Subscribed and sworn to before me this _21_ day of _Dec_, 20 _11_
_J. Brown_ 1/28/2015
Notary Public       (Commission Expires)

**APS International, Ltd.**



J. BROWN
Commission # 1919747
Notary Public - California
Alameda County
My Comm. Expires Jan 28, 2015