LOCKE LORD LLP
Thomas J. Cunningham (SBN: 263729)
tcunningham@lockelord.com
Daniel A. Solitro (SBN: 243908)
dsolitro@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: 213-485-1500
Facsimile: 213-485-1200

Attorneys for Defendant
TRIAD GUARANTY INSURANCE CORP.

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA, 90071

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all other similarly situated,

Plaintiffs,

vs.

JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.,

Defendants.

CASE NO. 5:11-cv-01950 VAP-SP

Hon. Virginia A. Phillips

**STIPULATION EXTENDING TIME FOR TRIAD GUARANTY INSURANCE CORP. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS**

[Local Rule 8-3]

Complaint served: December 19, 2011
Current response date: January 9, 2012
New response date: February 8, 2012

**Locke Lord LLP**
**300 South Grand Avenue, Suite 2600**
**Los Angeles, CA, 90071**

WHEREAS, on December 9, 2011, plaintiffs Wayne Samp, Roberta Samp, Daniel Komarchuk, Susan Komarchuk, and Annetta Whitaker ("Plaintiffs"), individually and on behalf of a purported putative class of similarly situated individuals, filed a Complaint against defendants JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., JPMorgan Chase & Co., Cross Country Insurance Company, United Guaranty Residential Insurance Co., PMI Mortgage Insurance Co., Mortgage Guaranty Insurance Corp., Genworth Mortgage Insurance Corp., Republic Mortgage Insurance Co., Radian Guaranty Inc., and Triad Guaranty Insurance Corp. ("Triad");

WHEREAS, the Complaint was served on Triad on December 19, 2011;

WHEREAS, Triad's responsive pleading would otherwise be due on or before January 9, 2012 pursuant to Federal Rules of Civil Procedure 6 and 12;

WHEREAS, Plaintiffs have stipulated to a 30-day extension of time for Triad to respond to the Complaint;

WHEREAS, there has been no prior extension of time in this case for Triad to respond to the Complaint;

NOW THEREFORE, Plaintiffs and Triad stipulate that Triad shall answer or otherwise respond to Plaintiffs' Complaint on or before **February 8, 2012**.

**IT IS SO STIPULATED**

Dated: January 6, 2012

Respectfully submitted,

LOCKE LORD LLP

By: *\/s/ Daniel A. Solitro*
Thomas J. Cunningham
Daniel A. Solitro
Attorneys for Defendant
TRIAD GUARANTY INSURANCE CORP.

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA, 90071

Dated: January 6, 2012

Respectfully submitted,

**KESSLER TOPAZ MELTZER & CHECK, LLP**

By: *_/s/ Edward W. Ciolko_*

Edward W. Ciolko
Terence S. Ziegler
Michelle A. Coccagna

Attorney for Plaintiffs WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER