AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, et al. *Plaintiff* v. JPMORGAN CHASE BANK, N.A., et al. *Defendant* | ) ) ) ) ) ) Case No. 5:11-cv-01950 VAP-SP |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Triad Guaranty Insurance Corp.

Date: January 6, 2012

/s/ Thomas J. Cunningham
*Attorney's signature*

Thomas J. Cunningham SBN 263729
*Printed name and bar number*

LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, California  90071
*Address*

tcunningham@lockelord.com
*E-mail address*

213-485-1500
*Telephone number*

213-485-1200
*FAX number*


American LegalNet, Inc.
www.FormsWorkFlow.com