LOCKE LORD LLP
Thomas J. Cunningham (SBN: 263729)
tcunningham@lockelord.com
Daniel A. Solitro (SBN: 243908)
dsolitro@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: 213-485-1500
Facsimile: 213-485-1200

Attorneys for Defendant
TRIAD GUARANTY INSURANCE CORP.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all other similarly situated,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.,<br><br>                    Defendants. | CASE NO. 5:11-cv-01950 VAP-SP<br><br>Hon. Virginia A. Phillips<br><br>**TRIAD GUARANTY INSURANCE CORP.'S CERTIFICATION AS TO INTERESTED PARTIES**<br><br>[Local Rule 7.1-1] |

*Locke Lord LLP*
*300 South Grand Avenue, Suite 2600*
*Los Angeles, CA, 90071*

1       Defendant Triad Guaranty Insurance Corp. hereby provides notice, as required

2 by Local Rule 7.1-1, of any known parties which may have a pecuniary interest in the

3 outcome of the case.

4       The undersigned, counsel of record for Triad Guaranty Insurance Corp.,

5 certifies that the following listed parties may have a pecuniary interest in the outcome

6 of this case.  These representations are made to enable the Court to evaluate possible

7 disqualification or recusal.

8     1.    Defendant Triad Guaranty Insurance Corp. is a nongovernmental

9          corporate party in the captioned litigation.  Triad Guaranty Insurance

10         Corp.'s parent corporation is Triad Guaranty, Inc. and no publicly held

11         corporation owns 10% or more of its stock.

12

13 Dated:  January 6, 2012           Respectfully submitted,

14

15                          LOCKE LORD LLP

16

17                          By: _____ */s/ Daniel A. Solitro* _____

18                            Thomas J. Cunningham

19                            Daniel A. Solitro

                              Attorneys for Defendant

20                            TRIAD GUARANTY INSURANCE CORP.

21

22

23

24

25

26

27

28

**Locke Lord LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA, 90071

TRIAD GUARANTY INSURANCE CORP.'S CERTIFICATION AS TO INTERESTED PARTIES
*Samp v. JPMorgan Chase Bank, N.A., et al*, CASE NO. 5:11-cv-01950 VAP-SP