Wayne Samp, et. al., Plaintiff(s)
vs.
JPMorgan Chase Bank, NA, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114056-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Chase Bank USA, NA
Court Case No. EDCV11-01950 VAP SPx

KESSLER, TOPAZ, ET AL
Ms. Jill A. Belack
280 King of Prussia Rd.
Radnor, PA  19087-5108

State of: **NEW YORK** ) ss.
County of: **SUFFOLK** )

**Name of Server:** __NASSER ATRASH__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **20** day of **DECEMBER**, 20 **11**, at **4:54** o'clock **P** M

**Place of Service:** at **ONE CHASE PLAZA**, in **New York, NY 10017**

**Documents Served:** the undersigned served the documents described as:
**Summons w/ Attachment to Summons and Complaint**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Chase Bank USA, NA**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **JANINE D. REDICK, AUTHORIZED AGENT**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F** ; Skin Color **BLACK** ; Hair Color **BLACK** ; Facial Hair ____
Approx. Age **25** ; Approx. Height **5'4"** ; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
NASSER ATRASH
**APS International, Ltd.**

Subscribed and sworn to before me this **22** day of **December**, 20 **11**

Notary Public   (Commission Expires)

**BARBARA L. GILLIS**
**Notary Public State of New York**
**No. 01GI624187**
**Qualified in Suffolk County**
**Commission Expires May 23rd, 2015**