Wayne Samp, et. al., Plaintiff(s)
vs.
JPMorgan Chase Bank, NA, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114056-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Cross Country Insurance Company, c/o Chartis Insurance Management Services

Court Case No. EDCV11-01950 VAP SPx

KESSLER, TOPAZ, ET AL
Ms. Jill A. Belack
280 King of Prussia Rd.
Radnor, PA 19087-5108

State of: **NY** ) ss.
County of: **St Lawrence** )

Name of Server: **Paul Fantone**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **20** day of **Dec**, 20 **11**, at **2:55** o'clock **P** M

Place of Service: at **30 Main Street, #330**, in **Burlington, VT 05401**

Documents Served: the undersigned served the documents described as:
**Summons w/ Attachment to Summons and Complaint**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Cross Country Insurance Company, c/o Chartis Insurance Management Services**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Robert Gagliardi, President**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Brown**; Facial Hair ____
Approx. Age **40**; Approx. Height **5'8**; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this ___ day of **Dec**, 20 **11**

Notary Public (Commission Expires)

SUSAN BARTLETT
Notary Public, State of New York
No. 01?? ???????
Qualified in St. Lawrence County
Commission Expires October 1, 20 **14**

APS International, Ltd.