Wayne Samp, et. al., Plaintiff(s)
vs.
JPMorgan Chase Bank, NA, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  114056-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--JPMorgan Chase & Co.
Court Case No. EDCV11-01950 VAP SPx

KESSLER, TOPAZ, ET AL
Ms. Jill A. Belack
280 King of Prussia Rd.
Radnor, PA  19087-5108

State of: __NEW YORK__ ) ss.
County of: __SUFFOLK__ )

**Name of Server:** __NASSER ATRASH__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __20__ day of __DECEMBER__, 20 __11__, at __4:54__ o'clock __P__ M

**Place of Service:** at __ONE CHASE PLAZA__, in __New York, NY  10017__

**Documents Served:** the undersigned served the documents described as:
Summons w/ Attachment to Summons and Complaint

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**JPMorgan Chase & Co.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __JANINE D. REDICK, AUTHORIZED AGENT__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __BLACK__ ; Hair Color __BLACK__ ; Facial Hair _____
Approx. Age __25__ ; Approx. Height __5'4"__ ; Approx. Weight __150__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
NASSER ATRASH
**APS International, Ltd.**

Subscribed and sworn to before me this __22__ day of __December__, 20 __11__

Notary Public         (Commission Expires)

BARBARA L. GILLIS
Notary Public State of New York
No. 01GI624187
Qualified in Suffolk County
Commission Expires May 23rd _2015_