Wayne Samp, et. al., Plaintiff(s)
vs.
JPMorgan Chase Bank, NA, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 114056-0001

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--JPMorgan Chase Bank, NA
Court Case No. EDCV11-01950 VAP SPx

KESSLER, TOPAZ, ET AL
Ms. Jill A. Belack
280 King of Prussia Rd.
Radnor, PA 19087-5108

State of: NEW YORK ) ss.
County of: SUFFOLK )

**Name of Server:** NASSER ATRASH, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 20 day of DECEMBER, 20 11, at 4:54 o'clock P M

**Place of Service:** at ONE CHASE PLAZA ~~270 Park Avenue~~, in New York, NY 10017

**Documents Served:** the undersigned served the documents described as:
Summons w/ Attachment to Summons and Complaint

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
JPMorgan Chase Bank, NA

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: JANINE D. REDICK, AUTHORIZED AGENT

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color BLACK ; Hair Color BLACK ; Facial Hair ____
Approx. Age 25 ; Approx. Height 5'4" ; Approx. Weight 150

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
NASSER ATRASH
APS International, Ltd.

Subscribed and sworn to before me this 22 day of DECEMBER, 20 11

Notary Public      (Commission Expires)

BARBARA L. GILLIS
Notary Public State of New York
No. 01GI624187
Qualified in Suffolk County
Commission Expires May 23rd 2015