1

MICHAEL S. LAWRENCE CA Bar No. 255897
    mlawrence@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE:     213.972.4500
FACSIMILE:     213.486.0065

2

3

4

JAY N. VARON CA Bar No. 67887
    jvaron@foley.com
3000 K STREET N.W., SUITE 600
WASHINGTON, DC 20007-5109
TELEPHONE:     202.672.5300
FACSIMILE:     202.672.5399

5

6

7

MAX B. CHESTER WI Bar No. 1037717 (*pro hac vice to be submitted*)
    mchester@foley.com
777 E WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306
TELEPHONE:     414-271-2400
FACSIMILE:     414-297-4900

8

9

Attorneys for Defendants MORTGAGE GUARANTY INSURANCE CORP.

10

# UNITED STATES DISTRICT COURT

11

## CENTRAL DISTRICT OF CALIFORNIA

12

13

WAYNE SAMP, ROBERTA SAMP, DANIEL KMOARCHUCK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individuall and on behalf of all others similarly situated,

Plaintiff,

v.

JP MORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.

Defendants.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No:  5:11-cv-01950 VAP-SP

**STIPULATION EXTENDING TIME FOR MORTGAGE GUARANTY INSURANCE CORP. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS**

[Local Rule 8-3]

Judge:     Hon. Virginia A. Phillips

Date Complaint Filed:  12/09/2011
Date Complaint Served:  12/19/2011
Current Response Date:  01/09/2012
New Response Date:  02/02/2012

4835-2241-8190.2

1    WHEREAS, on December 9, 2011, Plaintiffs Wayne Samp, Roberta Samp,

2 Daniel Komarchuk, Susan Komarchuk, and Annetta Whitaker ("Plaintiffs"),

3 individually and on behalf of a purported class of similarly situated individuals,

4 filed a Complaint against Defendants JPMorgan Chase, N.A., Chase Bank USA,

5 N.A., JPMorgan Chase & Co., Cross Country Insurance Company, United

6 Guaranty Residential Insurance Co., PMI Mortgage Insurance Co., Mortgage

7 Guaranty Insurance Corp. ("MGIC"), Genworth Mortgage Insurance Corp.,

8 Republic Mortgage Insurance Co., Radian Guaranty Inc., and Triad Guaranty

9 Insurance Corp.

10    WHEREAS, Plaintiffs served the Complaint on MGIC on December 19,

11 2011.

12    WHEREAS, pursuant to Rule 12 of the Federal Rules of Civil Procedure,

13 MGIC's response to the Complaint is due on January 9, 2011.

14    WHEREAS, given the complexity of the allegations, the number of named

15 defendants and other issues, MGIC requires this additional time to investigate the

16 matter and to adequately prepare a response to the Complaint.

17    WHEREAS, Max Chester of Foley & Lardner LLP, MGIC's counsel,

18 conferred with Plaintiffs' lead counsel, Edward W. Ciolko, who agreed to an

19 extension up through and including February 2, 2011 for MGIC to move, answer

20 or otherwise plead in response to the Complaint.

21    WHEREAS, Plaintiffs have stipulated to a 24-day extension of time in this

22 case for MGIC to respond to the Complaint;

23    WHEREAS, there has been no prior extension of time in this case for MGIC

24 to respond to the Complaint;

25    NOW THEREFORE, pursuant to Rule 6(b) of the Federal Rules of Civil

26 Procedure and Local Rule 8-3, Plaintiffs and MGIC stipulate that MGIC shall

27 move, answer, or otherwise plead in response to the Complaint on or before

28 **<u>February 2, 2012</u>**.

1

STIPULATION EXTENDING TIME FOR MGIC TO ANSWER
CASE NO. 5:11-CV-01950 VAP-SP

4835-2241-8190.2

1   **IT SO STIPULATED.**

2       Respectfully submitted,

3

4   Dated:  January 9, 2012          **FOLEY & LARDNER LLP**
                                     MICHAEL S. LAWRENCE
                                     MAX B. CHESTER
5                                    JAY N. VARON

6
                                     By:   /s/ Michael S. Lawerence
7                                          MICHAEL S. LAWRENCE
                                           Attorneys for Defendants
8                                          MORTGAGE GUARANTY
                                           INSURANCE CORP.
9
    Dated:  January 9, 2012          **KESSLER TOPAZ MELTZER &**
                                     **CHECK, LLP**
10                                   EDWARD W. CIOLKO
                                     TERENCE S. ZIEGLER
11                                   MICHELLE A. COCCAGNA

12
                                     By:   /s/ Edward W. Ciolko
13                                         EDWARD W. CIOLKO
                                           eciolko@ktmc.com
14                                         Attorneys for Plaintiffs
                                           WAYNE SAMP, ROBERT SAMP,
15                                         DANIEL KOMARCHUK, SUSAN
                                           KOMARCHUK, and ANNETTA
16                                         WHITAKER

17
                                           Kessler Topaz Meltzer & Check, LLP
18                                         580 California Street, Suite 1750
                                           San Francisco, CA 94104
19                                         Telephone: (415) 400-3000
                                           Facsimile: (415) 400-3001
20
                                           280 King of Prussia Road
21                                         Radnor, PA 19087
                                           Telephone: 610.667.7706
22                                         Facsimile: 610.667.7056

23

24

25

26

27

28

2

4835-2241-8190.2