1  SAMUEL A. KEESAL, JR., CASB No. 38014
   skip.keesal@kyl.com
2  BEN R. SUTER, CASB No. 107680
   ben.suter@kyl.com
3  DAVID D. PIPER, CASB No. 179889
   david.piper@kyl.com
4  KRISTY A. HEWITT, CASB No. 274452
   kristy.hewitt@kyl.com
5  KEESAL, YOUNG & LOGAN
   A Professional Corporation
6  400 Oceangate, P.O. Box 1730
   Long Beach, California  90801-1730
7  Telephone:    (562) 436-2000
   Facsimile:     (562) 436-7416
8
9  Attorneys for Defendants JPMORGAN CHASE BANK, N.A., CHASE
   BANK USA, N.A., and JPMORGAN CHASE & CO.
10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAL GUARANTY INSURANCE CORP.,<br><br>                    Defendants. | Case No. CV 11-01950-VAP (SPx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: December 20, 2011<br>Current response due: January 10, 2012<br>New response due: February 9, 2012 |

KYL_LB1467067v2

1       WHEREAS, on December 11, 2011, plaintiffs Wayne Samp,
2  Roberta Samp, Daniel Komarchuk, Susan Komarchuk, and Annetta
3  Whitaker ("Plaintiffs"), individually and on behalf of a purported putative
4  class of similarly situated individuals, filed a complaint against defendants
5  JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., JPMorgan Chase &
6  Co. ("Defendants") and Cross Country Insurance Company, United
7  Guaranty Residential Insurance Co., PMI Mortgage Insurance Co.,
8  Mortgage Guaranty Insurance Corp., Genworth Mortgage Insurance Corp.,
9  Republic Mortgage Insurance Co., Radian Guaranty Inc., and Triad
10 Guaranty Insurance Co.;
11      WHEREAS, Plaintiffs served the complaint on Defendants on
12 December 20, 2011;
13      WHEREAS, Defendants' responsive pleading is due on or before
14 January 10, 2012 pursuant to Federal Rules of Civil Procedure 6 and 12;
15      WHEREAS, Plaintiffs agree to a 30-day extension of time for
16 Defendants to answer or otherwise respond to the complaint;
17      WHEREAS, there has been no prior extension of time in this
18 case for Defendants to respond to the complaint;
19 ///
20 ///
21 ///

1  NOW, THEREFORE, Plaintiffs, through their counsel, and Defendants, through their counsel, hereby agree that Defendants shall respond to Plaintiffs' complaint on or before February 9, 2012.

**IT IS SO STIPULATED.**

DATED: January 9, 2012         /s/ *Edward W. Ciolko*
                               EDWARD W. CIOLKO
                               TERENCE S. ZIEGLER
                               MICHELLE A. COCCAGNA
                               KESSLER TOPAZ MELTZER & CHECK, LLP
                               Attorneys for Plaintiffs
                               WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER

DATED: January 9, 2012         /s/ *David D. Piper*
                               SAMUEL A. KEESAL, JR.
                               BEN R. SUTER
                               DAVID D. PIPER
                               KRISTY A. HEWITT
                               KEESAL, YOUNG & LOGAN
                               Attorneys for Defendants
                               JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., and JPMORGAN CHASE & CO.

                               MAEVE O'CONNOR of DEBEVOISE & PLIMPTON, LLP intends on filing *pro hac vice* paperwork to represent Defendants JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., and JPMORGAN CHASE & CO. in this matter.