AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
CENTRAL District of CALIFORNIA

WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, et al.,
*Plaintiff*
v.
JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., et al.,
*Defendant*

Case No. CV 11-01950-VAP (SPx)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., and JPMORGAN CHASE & CO.

Date: January 9, 2012

/s/ David D. Piper
*Attorney's signature*

DAVID D. PIPER, CASB No. 179889
*Printed name and bar number*

KEESAL, YOUNG & LOGAN
400 Oceangate; P.O. Box 1730
Long Beach, California 90801-173
*Address*

david.piper@kyl.com
*E-mail address*

(562) 436-2000
*Telephone number*

(562) 436-7416
*FAX number*

AO-458