AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
CENTRAL District of CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ET AL. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 5:11-cv-01950 VAP-SP |
| JPMORGAN CHASE BANK, N.A., ET AL. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant United Guaranty Residential Insurance Company.

Date: January 9, 2012

*Attorney's signature*

Daniel C. Posner, SBN 232009
*Printed name and bar number*

QUINN EMANUEL URQUHART & SULLIVAN LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
*Address*

danposner@quinnemanuel.com
*E-mail address*

(213) 443-3000
*Telephone number*

(213) 443-3100
*FAX number*

AO-458