QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Daniel C. Posner (Bar No. 232009)
    danposner@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for United Guaranty Residential Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.,<br><br>Defendants. | CASE NO. 5:11-CV-01950 VAP-SP<br><br>Hon. Virginia A. Phillips<br><br>**STIPULATION EXTENDING TIME FOR UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS**<br><br>Local Rule 8-3<br><br>Complaint served:  December 21, 2011<br>Current response date: January 11, 2012<br>New response date:  February 10, 2012 |

1  WHEREAS, on December 9, 2011, plaintiffs Wayne Samp, Roberta Samp, Daniel Komarchuk, Susan Komarchuk, and Annetta Whitaker ("Plaintiffs"), individually and on behalf of a purported putative class of similarly situated individuals, filed a Complaint against defendants JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., JPMorgan Chase & Co., Cross Country Insurance Company, United Guaranty Residential Insurance Co. ("United Guaranty"), PMI Mortgage Insurance Co., Mortgage Guaranty Insurance Corp., Genworth Mortgage Insurance Corp., Republic Mortgage Insurance Co., Radian Guaranty Inc., and Triad Guaranty Insurance Corp.;

WHEREAS, the Complaint was served on United Guaranty on December 21, 2011;

WHEREAS, United Guaranty's responsive pleading would otherwise be due on or before January 11, 2012 pursuant to Federal Rules of Civil Procedure 6 and 12;

WHEREAS, Plaintiffs have stipulated to a 30-day extension of time for United Guaranty to respond to the Complaint;

WHEREAS, there has been no prior extension of time in this case for United Guaranty to respond to the Complaint;

NOW THEREFORE, Plaintiffs and United Guaranty stipulate that United Guaranty shall answer or otherwise respond to Plaintiffs' Complaint on or before February 10, 2012.

**IT IS SO STIPULATED**

-2-

STIPULATION

| | | |
|---|---|---|
| 1 | DATED:  January 10, 2012 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By  */s/ Daniel Posner*
    Daniel C. Posner
    Attorneys for Defendant UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY

    -and-

    Michael B. Carlinsky
    Jane M. Byrne
    Brad Evan Rosen
    of Quinn Emanuel Urquhart & Sullivan intend on filing *pro hac vice* paperwork to represent Defendant UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY in this matter.

DATED:  January 10, 2012

| ROSMAN & GERMAIN LLP | KESSLER TOPAZ MELTZER & CHECK, LLP |
|---|---|
| By  */s/ Daniel L. Germain*<br>    Daniel L. Germain<br>    Attorneys for Plaintiffs WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER | By  */s/ Edward W. Ciolko*<br>    Edward W. Ciolko<br>    Terence S. Ziegler<br>    Michelle A. Coccagna<br>    Attorneys for Plaintiffs WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER |