AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
CENTRAL District of CALIFORNIA

WAYNE SAMP, et al.,
)
*Plaintiff*
)
v.
)   Case No. CV 11-01950-VAP (SPx)
JPMORGAN CHASE BANK, N.A., et al.,
)
)
*Defendant*
)

## AMENDED APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., JPMorgan Chase & Co., and Cross Country Insurance Company.

Date: January 10, 2012

/s/ David D. Piper
*Attorney's signature*

DAVID D. PIPER, CASB No. 179889
*Printed name and bar number*

KEESAL, YOUNG & LOGAN
400 Oceangate; P.O. Box 1730
Long Beach, California 90801-173
*Address*

david.piper@kyl.com
*E-mail address*

(562)436-2000
*Telephone number*

(562) 436-7416
*FAX number*

AO-458