CHRISTOPHER H. HART (State Bar No. 184117)
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785
Email: chart@schnader.com

Attorneys for Defendant
RADIAN GUARANTY INC.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.<br><br>    Defendants. | Case No. EDCV11-01950 VAP SPX<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: Dec. 21, 2011<br>Current response date: Jan. 11, 2012<br>New response date: Feb. 10, 2012 |

IT IS HEREBY STIPULATED, by and between counsel for plaintiffs and defendant RADIAN GUARANTY INC. that the date for RADIAN GUARANTY INC. to answer or otherwise plead is extended until February 10, 2012.

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
**CIVIL NO.** EDCV11-01950 VAP SPX

IT IS SO STIPULATED.

Dated: January 11, 2012

SCHNADER HARRISON SEGAL & LEWIS LLP

By  */s/ Christopher H. Hart*
Christopher H. Hart (Bar No. 184117)
One Montgomery Street, Suite 2200
San Francisco, CA 94104
Tel: 415-364-6700

*and*

David Smith
Stephen A. Fogdall
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: 215-751-2000

Attorneys for Defendant Radian Guaranty Inc.

Dated: January 10, 2012

ROSMAN & GERMAIN LLP

 */s/ Daniel L. Germain*
Daniel L. Germain (Bar No. 143334)
16311 Ventura Boulevard
Suite 1200
Encino, CA 91436
Tel: 818-788-0877
Attorney for Plaintiffs

*and*

KESSLER TOPAZ MELTZER & CHECK, LLP
Edward W. Ciolko
Terence S. Ziegler
Michelle A. Coccagna
280 King of Prussia Road
Radnor, PA 19087
Tel: 610-667-7706

*and*

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
**CIVIL NO.** EDCV11-01950 VAP SPX

BRAMSON PLUTZIK MAHLER &
BIRKHAEUSER LLP
Alan R. Plutzik
2125 Oak Grove Boulevard, Ste. 120
Walnut Creek, California 94598
Tel: 925-945-0200

*and*

BERKE, BERKE & BERKE
Andrew L. Berke
420 Frazier Avenue
Chattanooga, Tennessee 37402
Tel: 423-266-5171

Attorneys for Plaintiffs and the Proposed Class

**PROOF OF SERVICE**

I declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is SCHNADER HARRISON SEGAL & LEWIS LLP, One Montgomery Street, Suite 2200, San Francisco, California 94104-5501.

I caused to be served the following document(s):

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

I caused the above document to be served on each person on the Service List attached by the following means:

☑ **By electronic service.** By electronic filing with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing (NEF) to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action.

Executed on January 11, 2012, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　*/s/  Linda Johnston Barry*
　　　　　　　　　　　　　　　　　　　　　　　　Linda Johnston Barry

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
**CIVIL NO.** EDCV11-01950 VAP SPX