| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br>MATTHEW C. WOLF (State Bar No. 223051)<br>matthew.wolf@snrdenton.com<br>SNR DENTON US LLP<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, California 90017-5704<br>Telephone: (213) 623-9300<br>Facsimile: (213) 623-9924 | |
| ATTORNEYS FOR: Genworth Mortgage Insurance Corp. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wayne Samp, et al.<br><br>Plaintiff(s),<br>v.<br>JPMorgan Chase Bank, N.A., et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>5:11-cv-01950 VAP-SP<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Defendant Genworth Mortgage Insurance Corp. (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                  **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| Genworth Financial, Inc. | Publicly traded ultimate parent company that indirectly holds 100% of the capital stock of Defendant Genworth Mortgage Insurance Corp. |

| | |
|---|---|
| January 11, 2012<br>Date | /s/ Matthew C. Wolf<br>Sign<br><br>Matthew C. Wolf<br>Attorney of record for or party appearing in pro per |