| | |
|---|---|
| 1 | MATTHEW C. WOLF (State Bar No. 223051) |
| | matthew.wolf@snrdenton.com |
| 2 | SNR DENTON US LLP |
| | 601 South Figueroa Street, Suite 2500 |
| 3 | Los Angeles, California  90017-5704 |
| | Telephone: (213) 623-9300 |
| 4 | Facsimile: (213) 623-9924 |

REID L. ASHINOFF *(to be admitted pro hac vice)*
BENITO DELFIN, JR. *(to be admitted pro hac vice)*
SNR DENTON US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

Attorneys for Defendant
Genworth Mortgage Insurance Corp.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all other similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC.,  and TRIAD GUARANTY INSURANCE CORP., <br><br> Defendants. | No. 5:11-CV-01950 VAP-SP <br><br> Hon. Virginia A. Phillips <br><br> STIPULATION EXTENDING TIME FOR GENWORTH MORTGAGE INSURANCE CORP. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS <br><br> [Local Rule 8-3] <br><br> Complaint served:      Dec. 21, 2011 <br> Current response date: Jan. 11, 2012 <br> New response date:    Feb. 10, 2012 |

1  WHEREAS, on December 9, 2011, plaintiffs Wayne Samp, Roberta Samp, Daniel Komarchuk, Susan Komarchuk, and Annetta Whitaker ("Plaintiffs"), individually and on behalf of a purported putative class of similarly situated individuals, filed a Complaint against defendants JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., JPMorgan Chase & Co., Cross Country Insurance Company, United Guaranty Residential Insurance Co., PMI Mortgage Insurance Co., Mortgage Guaranty Insurance Corp., Genworth Mortgage Insurance Corp. ("Genworth"), Republic Mortgage Insurance Co., Radian Guaranty Inc. and Triad Guaranty Insurance Corp.;

WHEREAS, the Complaint was served on Genworth on December 21, 2011;

WHEREAS, Genworth's responsive pleading would otherwise be due on or before January 11, 2012 pursuant to Federal Rules of Civil Procedure 6 and 12;

WHEREAS, Plaintiffs have stipulated to a 30-day extension of time for Genworth to respond to the Complaint; and

WHEREAS, there has been no prior extension of time in this case for Genworth to respond to the Complaint;

NOW THEREFORE, Plaintiffs and Genworth stipulate that Genworth shall answer or otherwise respond to Plaintiffs' Complaint on or **before February 10, 2012**.

IT IS SO STIPULATED

Dated: January 11, 2012

Respectfully submitted,

SNR DENTON US LLP

By        /s/ Matthew C. Wolf
           MATTHEW C. WOLF

*Attorneys for Defendant*
*Genworth Mortgage Insurance Corp.*

| | |
|---|---|
| 1 | |
| 2 | KESSLER TOPAZ MELTZER & CHECK, LLP |
| 3 | |
| 4 | By    /s/ Edward W. Ciolko |
| 5 | EDWARD W. CIOLKO<br>TERENCE S. ZIEGLER<br>MICHELLE A. COCCAGNA |
| 6 | 280 KING OF PRUSSIA ROAD |
| 7 | RADNOR, PA 19087<br>(610) 667-7706 |
| 8 | and |
| 9 | ROSMAN & GERMAIN LLP |
| 10 | |
| 11 | By    /s/ Daniel L. Germain |
| 12 | 16311 VENTURA BOULEVARD |
| 13 | SUITE 1200<br>ENCINO, CA 91436-2152 |
| 14 | (818) 788-0877 |
| 15 | *Attorneys for Plaintiffs* |
| 16 | *Wayne Samp, Roberta Samp, Daniel Komarchuk, Susan Komarchuk and* |
| 17 | *Annetta Whitaker* |
| 18 | |
| 19 | |
| 20 | 30387313 |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |