ROSMAN & GERMAIN LLP
Daniel L. Germain (State Bar No. 143334)
16311 Ventura Blvd., Suite 1200
Encino, CA 91436-2152
Telephone: (818) 788-0877
Fax: (818) 788-0885

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WAYNE SAMP, et. al.

Plaintiff(s)

v.

JPMORGAN CHASE BANK, N.A., et. al.

Defendant(s).

CASE NUMBER

5:11-cv-01950-VAP-SP

**APPLICATION OF NON-RESIDENT**
**ATTORNEY TO APPEAR IN A SPECIFIC CASE**

NOTICE:   Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application.  Please submit the fee with your application, if you are efiling the application attach a copy of your receipt.  Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk.  If no Appointment Affidavit is on file, submission of the application is required.  **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted.  Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I,   Amanda Trask   , hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff   ☐ Defendant: Wayne Samp, et. al.   by whom I have been retained.

My business information is:
Kessler Topaz Meltzer & Check, LLP

*Firm Name*

280 King of Prussia Road

*Street Address*

Radnor, PA 19087          atrask@ktmc.com

*City, State, Zip*                    *E-Mail Address*
610-667-7706          610-667-7056

*Telephone Number*          *Fax Number*

I am a member in good standing and eligible to practice before the following courts.  List all that apply.  Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| Commonwealth of Pennsylvania | 5/23/1990 |
| U.S.D.C., E.D. Pa | 1/9/2003 |
| | |
| | |

G-64 (11/11)          APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE          PAGE 1 of 2

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| *Case Number* | *Title of Action* | *Date of Application* | *Application Granted or Denied* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate Daniel L. Germain _____ as local counsel, whose business information is as follows:

Rosman & Germain LLP
_____
*Firm Name*

16311 Ventura Boulevard, Suite 1200
_____
*Street Address*

Encino, CA 91436                      germain@lalawyer.com
_____
*City, State, Zip*                                      *E-Mail Address*

818-788-0877                          818-788-0885
_____
*Telephone Number*                          *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated    1/9/2012 _____        Amanda Trask
                                               _____
                                               *Applicant's Name (please print)*

                                               _____
                                               *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated    1/10/12 _____          Daniel L. Germain
                                               _____
                                               *Designee's Name (please print)*

                                               _____
                                               *Designee's Signature*

                                               143334
                                               _____
                                               *Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Amanda R. Trask, Esq.*

**DATE OF ADMISSION**

*May 23, 1990*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  December 20, 2011**

Patricia A. Johnson
Chief Clerk

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the within action. On January 10, 2012, I served a true and correct copy of **Application of Non-Resident Attorney to Appear in a Specific Case** on the interested parties in this action

[x]  by placing [ ] the original [x] true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

[x]  **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in this affidavit.

[ ]  **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the office of the addressee shown on the service list.

[ ]  **(BY FACSIMILE)** I caused the foregoing document to be served by facsimile transmission from facsimile machine number (818) 788-0885 to each interested party at the facsimile machine number shown on the service list. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served.

[x]  **(FEDERAL)** I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

_____

*Signature of Person Making Service*

MAILING LIST

Daniel C. Posner, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Attorneys for Defendant
United Guaranty Residential Insurance Company

Samuel A. Keesal, Jr.
Ben R. Sutter, Esq.
David D. Piper, Esq.
Kristy A. Hewitt, Esq.
Keesal, Young & Logan
400 Oceangate, P.O. Box 1730
Long Beach, CA  90801-1730
Telephone: (562-436-2000
Facsmile: (562) 436-7416
Attorneys for Defendants
JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., JPMorgan Chase & Co.,
And Cross Country Insurance Company

Michael S. Lawrence, Esq.
Foley & Lardner LLP
555 South Flower Street, Suite 3500
Los Angeles, CA  90071-2411
Telephone: (213) 972-4500
Facsmile: (213) 486-0065
Attorneys for Defendant Mortgage Guaranty Insurance Corp.

Jay N. Varon, Esq.
Foley & Lardner LLP
3000 K Street N.W., Suite 600
Washington, D.C. 20007-5109
Telephone: (202) 672-5300
Facsimile: (202) 672-5399
Attorneys for Defendant Mortgage Guaranty Insurance Corp.

Max B. Chester, Esq.
Foley & Lardner LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202-5306
Telephone: (414) 271-2400
Facsimile: (414) 297-4900
Attorneys for Defendant Mortgage Guaranty Insurance Corp.


Thomas J. Cunningham, Esq.
Daniel A. Solitro, Esq.
Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: (213) 485-1500
Facsimile: (213) 485-1200
Attorneys for Defendant Triad Guaranty Insurance Corp.

DUPLICATE

Court Name: U.S. District Court
Division: 5
Receipt Number: R9602317
Cashier ID: jackson
Transaction Date: 01/12/2012
Payer Name: Kessler Topaz Meltzer and Ch
ee

PRO HAC VICE
  For: Kessler Topaz Meltzer and Chec
  Case/Party: D-CAC-2-12-AT-000012-001
  Amount:          $325.00

CHECK
  Remitter: Kessler Topaz Meltzer & Check
  Check/Money Order Num: 5097
  Amt Tendered:    $325.00

Total Due:         $325.00
Total Tendered:    $325.00
Change Amt:          $0.00

For Amanda Traski Kessler Topaz
Meltzer & Check, LLP; 280 King of
Prussia Road; Radnor, PA 19087;
5:11-cv-01950 VAP (SP)


No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.