# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 5:11-cv-01950 VAP-SP |
| JPMORGAN CHASE BANK, N.A., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Republic Mortgage Insurance Co.

Date: January 12, 2012

/s/ Michael L. Tidus
*Attorney's signature*

Michael L. Tidus  SBN 126425
*Printed name and bar number*

Jackson DeMarco Tidus & Peckenpaugh
2030 Main Street, Suite 1200
Irvine, CA  92614
*Address*

mtidus@jdtplaw.com
*E-mail address*

(949) 752-8585
*Telephone number*

(949) 752-0597
*FAX number*

