John Petrasich, Bar No. 48469
jpetrasich@jdtplaw.com
Michael L. Tidus, Bar No. 126425
mtidus@jdtplaw.com
Charles M. Clark, Bar No. 244535
cclark@jdtplaw.com
JACKSON, DeMARCO, TIDUS & PECKENPAUGH
A Law Corporation
2030 Main Street, Suite 1200
Irvine, California 92614
(949) 752-8585

Attorneys for Republic Mortgage Insurance Co.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.,<br><br>Defendants. | CASE NO. 5:11-CV-01950 VAP-SP<br><br>Hon. Virginia A. Phillips<br><br>**STIPULATION TO EXTEND TIME FOR REPUBLIC MORTGAGE INSURANCE CO. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**<br><br>Local Rule 8-3<br><br>Complaint Served:      December 19, 2011<br>Current response date: January 9, 2012<br>New response date:     February 8, 2012 |

1076207.1

1  WHERAS, on December 9, 2011, plaintiffs Wayne Samp, Roberta Samp, Daniel Komarchuk, Susan Komarchuk, and Annetta Whitaker ("Plaintiffs"), individually and on behalf of a putative class of similarly situated individuals, filed a Complaint against defendants JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., JPMorgan Chase & Co., Cross Country Insurance Company, United Guaranty Residential Insurance Co., ("United Guaranty"), PMI Mortgage Insurance Corp., Republic Mortgage Insurance Co., Radian Guaranty Inc., and Triad Guaranty Insurance Corp.;

WHEREAS, the Complaint was served on Republic Mortgage Insurance Co. on December 19, 2011;

WHEREAS, Republic Mortgage Insurance Co. responsive pleading would otherwise be due on or before January 9, 2012;

WHEREAS, on December 29, 2011, Plaintiffs stipulated to a 30-day extension of time for Republic Mortgage Insurance Co. to respond to the Complaint;

WHEREAS, the filing of this stipulation was delayed by both the holidays and because William L. Kirkman, the primary counsel who is located in Texas, was finding local counsel.

WHEREAS, there has been no prior extension of time in this case for Republic Mortgage Insurance Co. to respond to the Complaint;

NOW THEREFORE, Plaintiffs and Republic Mortgage Insurance Co. stipulate that Republic Mortgage Insurance Co. shall respond to Plaintiffs' Complaint on or before February 8, 2012

///
///
///

---

-1-                                                                                                    1076207.1

**STIPULATION TO EXTEND TIME FOR REPUBLIC MORTGAGE INSURANCE CO. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**

**IT IS SO STIPULATED**

DATED: January 12, 2012           JACKSON, DeMARCO, TIDUS & PECKENPAUGH

By: /s/ Michael Tidus
   John Petrasich
   Michael L. Tidus
   Charles M. Clark
Attorneys for Defendant
Republic Mortgage Insurance Co.

DATED: January 12, 2012           KESSLER TOPAZ MELTZER & CHECK, LLP.

By: /s/ Edward W. Ciolko
   Edward W. Ciolko
   Terence S. Ziegler
   Michelle A. Coccagna
Attorneys for Plaintiffs WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER

DATED: January 12, 2012           ROSMAN & GERMAIN LLP

By: /s/ Daniel L. Germain
   Daniel L. Germain
Attorneys for Plaintiffs WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER

**STIPULATION TO EXTEND TIME FOR REPUBLIC MORTGAGE INSURANCE CO. TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**