ARNOLD & PORTER LLP
DOUGLAS A. WINTHROP (No. 183532)
Email: douglas.winthrop@aporter.com
ERIC SHAPLAND (No. 193853)
Email: eric.shapland@aporter.com
SARA J. EISENBERG (No. 269303)
Email: sara.eisenberg@aporter.com
AMIE L. MEDLEY (No. 266586)
Email: amie.medley@aporter.com
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:    415/434-1600
Facsimile:    415/677-6262

Attorneys for Defendant
PMI MORTGAGE INSURANCE CO.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., AND TRIAD GUARANTY INSURANCE CORP.,<br><br>Defendants. | Case No. 5:11-cv-01950 VAP-SP<br><br>**STIPULATION TO EXTEND TIME FOR PMI TO RESPOND TO INITIAL COMPLAINT UNTIL FEBRUARY 10, 2012  (L.R. 8-3)**<br><br>Judge:    Hon. Virginia A. Phillips<br><br>Complaint Filed:  December 9, 2011<br>Complaint served: December 19, 2011<br>Current response date: January 9, 2012<br>New response date: February 10, 2012 |

1  Pursuant to United States District Court, Central District of California Local Rule 8-3
2  Plaintiffs Wayne Samp, Roberta Samp, Daniel Komarchuk, Susan Komarchuk, and Annetta
3  Whitaker (collectively, "Plaintiffs"), and Defendant PMI Mortgage Insurance, Co. ("PMI"),
4  by and through their respective counsel of record, stipulate and request as follows:

5  WHEREAS, on December 9, 2011, Plaintiffs, individually and on behalf of a purported
6  class of similarly situated individuals, filed a Complaint ("Complaint") against Defendants
7  JPMorgan Chase, N.A., Chase Bank USA, N.A., JPMorgan Chase & Co., Cross Country
8  Insurance Company, United Guaranty Residential Insurance Co., PMI Mortgage Insurance
9  Co., Mortgage Guaranty Insurance Corp., Genworth Mortgage Insurance Corp., Republic
10 Mortgage Insurance Co., Radian Guaranty Inc., and Triad Guaranty Insurance Corp.;

11 WHEREAS, Plaintiffs served the Complaint on PMI on December 19, 2011.;

12 WHEREAS, pursuant to Rule 12 of the Federal Rules of Civil Procedure, PMI's
13 response to the Complaint was due on January 9, 2011;

14 WHEREAS, given the complexity of the allegations, the number of named defendants
15 and other issues, PMI requires additional time to investigate the matter and to adequately
16 prepare a response to the Complaint;

17 WHEREAS, Plaintiffs' counsel has agreed that Defendant PMI's time to answer or
18 otherwise respond to the Complaint is extended by 32-days to February 10, 2012;

19 WHEREAS, there has been no prior extension of time in this case for PMI to respond
20 to the Complaint;

21 WHEREAS, PMI and Plaintiffs agree that this stipulation shall not constitute an
22 appearance in this case and that any and all potential responses and defenses to the
23 Complaint are preserved;

NOW THEREFORE, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 8-3, Plaintiffs and PMI stipulate that PMI shall move, answer, or otherwise plead in response to the Complaint on or before **February 10, 2012**. PMI reserves any and all potential responses and defenses to the Complaint.

**IT IS SO STIPULATED.**

DATED: January 18, 2012.

ARNOLD & PORTER LLP
DOUGLAS A. WINTHROP
SARA J. EISENBERG

By: _____/S/ *Douglas A. Winthrop*_____
          DOUGLAS A. WINTHROP

Attorneys for Defendant
PMI MORTGAGE INSURANCE CO.

DATED: January 18, 2012.

KESSLER TOPAZ MELTZER & CHECK LLP
EDWARD W. CIOLKO
TERENCE S. ZIEGLER
MICHELLE A. COCCAGNA

ROSMAN & GERMAIN LLP
DANIEL L. GERMAIN

By: _____/S/ *Daniel L. Germain*_____
          DANIEL L. GERMAIN

Attorneys for Plaintiffs
WAYNE SAMP, ROBERT SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER