| | |
|---|---|
| 1 | ARNOLD & PORTER LLP |
| | DOUGLAS A. WINTHROP (No. 183532) |
| 2 | Email: douglas.winthrop@aporter.com |
| | ERIC SHAPLAND (No. 193853) |
| 3 | Email: eric.shapland@aporter.com |
| | SARA J. EISENBERG (No. 269303) |
| 4 | Email: sara.eisenberg@aporter.com |
| | AMIE L. MEDLEY (No. 266586) |
| 5 | Email: amie.medley@aporter.com |
| | Three Embarcadero Center, 7th Floor |
| 6 | San Francisco, California  94111-4024 |
| | Telephone:   415/434-1600 |
| 7 | Facsimile:   415/677-6262 |
| 8 | Attorneys for Defendant |
| | PMI MORTGAGE INSURANCE CO. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated, | Case No. 5:11-cv-01950 VAP-SP |
| | **[PROPOSED] ORDER EXTENDING TIME FOR PMI TO RESPOND TO COMPLAINT UNTIL FEBRUARY 10, 2012  (L.R. 8-3)** |
| Plaintiffs, | |
| v. | Judge:   Hon. Virginia A. Phillips |
| JP MORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., AND TRIAD GUARANTY INSURANCE CORP., | Complaint Filed:  December 9, 2011 |
| | Complaint served: December 19, 2011 |
| | Current response date: January 9, 2012 |
| | New response date: February 10, 2012 |
| Defendants. | |

1  WHEREAS, on December 9, 2011, Plaintiffs, individually and on behalf of a purported
2  class of similarly situated individuals, filed a Complaint ("Complaint") against Defendants
3  JPMorgan Chase, N.A., Chase Bank USA, N.A., JPMorgan Chase & Co., Cross Country
4  Insurance Company, United Guaranty Residential Insurance Co., PMI Mortgage Insurance
5  Co., Mortgage Guaranty Insurance Corp., Genworth Mortgage Insurance Corp., Republic
6  Mortgage Insurance Co., Radian Guaranty Inc., and Triad Guaranty Insurance Corp.;

7  WHEREAS, Plaintiffs served the Complaint on PMI on December 19, 2011.;

8  WHEREAS, pursuant to Rule 12 of the Federal Rules of Civil Procedure, PMI's
9  response to the Complaint was due on January 9, 2011;

10  WHEREAS, given the complexity of the allegations, the number of named defendants
11  and other issues, PMI requires additional time to investigate the matter and to adequately
12  prepare a response to the Complaint;

13  WHEREAS, Plaintiffs' counsel has agreed that Defendant PMI's time to answer or
14  otherwise respond to the Complaint is extended by 32-days to February 10, 2012;

15  WHEREAS, there has been no prior extension of time in this case for PMI to respond
16  to the Complaint;

17  WHEREAS, PMI and Plaintiffs agree that this stipulation shall not constitute an
18  appearance in this case and that any and all potential responses and defenses to the
19  Complaint are preserved;

NOW THEREFORE, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 8-3, PMI shall move, answer, or otherwise plead in response to the Complaint on or before **February 10, 2012**. PMI reserves any and all potential responses and defenses to the Complaint.

**IT IS SO ORDERED.**

DATED: _____, 2012.

_____
**HON. VIRGINIA A. PHILLIPS**