ARNOLD & PORTER LLP
DOUGLAS A. WINTHROP (No. 183532)
Email: douglas.winthrop@aporter.com
ERIC SHAPLAND (No. 193853)
Email: eric.shapland@aporter.com
SARA J. EISENBERG (No. 269303)
Email: sara.eisenberg@aporter.com
AMIE L. MEDLEY (No. 266586)
Email: amie.medley@aporter.com
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:    415/434-1600
Facsimile:    415/677-6262

Attorneys for Defendant
PMI MORTGAGE INSURANCE CO.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>JP MORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., AND TRIAD GUARANTY INSURANCE CORP.,<br><br>                    Defendants. | Case No. 5:11-cv-01950 VAP-SP<br><br>**PROOF OF SERVICE**<br><br>Judge:    Hon. Virginia A. Phillips<br><br>Complaint Filed: December 9, 2011<br>Complaint served: December 19, 2011<br>Current response date: January 9, 2012<br>New response date: February 10, 2012 |

1. I am over eighteen years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111.

2. On January 18, 2012, I served the following document(s):

☒ **(1) STIPULATION TO EXTEND TIME FOR PMI TO RESPOND TO INITIAL COMPLAINT UNTIL FEBRUARY 10, 2012 (L.R. 8-3)**

**(2) [PROPOSED] ORDER EXTENDING TIME FOR PMI TO RESPOND TO COMPLAINT UNTIL FEBRUARY 10, 2012 (L.R. 8-3)**

☐ The document(s) served are included in the attached List of Documents.

3. ☒ I served the document(s) on the following person(s):

Benito Delfin, Jr.
SNR Denton US LLP
1221 Avenue of the America
New York, NY 10020

Charles M. Clark
Jackson DeMarco Tidus and Peckenpaugh
2030 Main Street, Suite 1200
Irvine, CA 92614

John M. Petrasich
Jackson DeMarco Tidus and Peckenpaugh
2030 Main Street, Suite 1200
Irvine, CA 92614

Michael A. Coccogana
Kessler Topaz Metlzer and Check LLP
280 King of Prussia Road
Radnor, PA 19087

☐ The names, addresses, and other applicable information about the persons served is included in the attached Service List.

4. The documents were served by the following means:

☒ **By U.S. mail**. I enclosed the document(s) in a sealed envelope or package addressed to the person(s) at the address(es) in Item 3 and **(check one)**:

☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

☒ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

☐ **By Overnight Delivery/Express Mail**.  I enclosed the documents and an unsigned copy of this declaration in a sealed envelope or package designated by **[name of delivery company or U.S. Postal Service for Express Mail]** addressed to the persons at the address(es) listed in Item 3, with **[Express Mail postage or, if not Express Mail, delivery fees]** prepaid or provided for.  I placed the sealed envelope or package for collection and delivery, following our ordinary business practices.  I am readily familiar with this business' practice for collecting and processing correspondence for express delivery.  On the same day the correspondence is collected for delivery, it is placed for collection in the ordinary course of business in a box regularly maintained by **[name of delivery company or U.S. Postal Service for Express Mail]** or delivered to a courier or driver authorized by **[name of delivery company]** to receive documents.

☐ **By Messenger Service**.  I served the documents by placing them in an envelope or package addressed to the persons at the address(es) listed in Item 3 and providing them to a professional messenger service for service.  (*See* Declaration of Messenger below.)

☐ **By Facsimile Transmission**.  Based on an agreement between the parties to accept service by facsimile transmission, which was confirmed in writing, I faxed the document(s) and an unsigned copy of this declaration to the person(s) at the facsimile numbers listed in Item 3 on [type date], at [type time].  The transmission was reported as complete without error by a transmission report issued by the facsimile machine that I used immediately following the transmission.  A true and correct copy of the facsimile transmission report, which I printed out, is attached hereto.

☐ **By Electronic Service (E-mail)**.  Based on a court order or an agreement of the parties to accept service by electronic transmission, I transmitted the document(s) and an unsigned copy of this declaration to the person(s) at the electronic notification address(es) listed in Item 3 on **[type date]** before 5:00 p.m. PST.  **(add, as applicable)**

☐ The transmission of the document was reported as complete and without error by electronic receipt of a delivery confirmation, a true and correct copy of which is attached hereto.

☐ I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **Via Court Notice of Electronic Filing**.  The document(s) will be served by the court via NEF and hyperlink to the document.  On **[type date]**, I checked the CM/ECF docket for this case or adversary proceeding and determined that the person(s) listed in Item 3 are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated in Item 3 **[or on the attached service list, if applicable]**.

☐ **STATE**:  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐ **FEDERAL**:  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated: January 18, 2012        Signature:        /s/ *Sara J. Eisenberg*
                                          SARA J. EISENBERG

PROOF OF SERVICE
CASE NO. 5:11-CV-01950 VAP-SP
-2-