Daniel L. Germain (Bar No. 143334)
Germain@Lalawyer.com
ROSMAN & GERMAIN LLP
16311 Ventura Blvd., Suite 1200
Encino, CA 91436-2152
Telephone: (818) 788-0877
Facsimile: (818) 788-0885
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, et al., <br><br> Plaintiff(s) <br> v. <br><br> JPMORGAN CHASE BANK, N.A., et al. <br><br> Defendant(s). | CASE NUMBER <br><br> EDCV 11-01950 VAP (SPx) <br><br> ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of    Amanda Trask   , of Kessler Topaz Meltzer & Check, LLP, 280 King of Prussia Road, Radnor, PA 19087

*Applicant's Name* — *Firm Name / Address*

*(610) 667-7706* — *atrask@ktmc.com*

*Telephone Number* — *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   x Plaintiff   ☐ Defendant

☐ Intervener or other interested person _____

and the designation of    Daniel L. Germain/ CA Bar No. 143334
*Local Counsel Designee /State Bar Number*

of  Rosman & Germain LLP 16311 Ventura Boulevard, Suite 1200, Encino, CA 91436-2152
*Local Counsel Firm / Address*

(818) 788-0877 — Germain@Lalawyer.com
*Telephone Number* — *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

■ GRANTED

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated  January 18, 2012

_____
HONORABLE VIRGINIA A. PHILLIPS
U. S. District Judge

G–64 ORDER (11/10)    **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**