| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br>Michel L. Tidus (SBN 126425)<br>mtidus@jdtplaw.com<br>Jackson, DeMarco, Tidus & Peckenpaugh<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614<br>(949) 752-8585<br>(949) 752-0597 fax | |
| ATTORNEYS FOR: Republic Mortgage Insurance Co. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, et al.,<br><br>Plaintiff(s),<br>v.<br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>Defendant(s) | CASE NUMBER:<br>5:11-cv-01950 VAP-SP<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Republic Mortgage Insurance Co.
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                       **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| Old Republic International Corporation | Republic Mortgage Insurance Co. is a subsidiary of Old Republic International Corporation |

January 20, 2012                            /s/   Michael L. Tidus
Date                                        Sign

Michael L. Tidus
Attorney of record for or party appearing in pro per

CV-30 (04/10)                     NOTICE OF INTERESTED PARTIES