Name & Address:
Christopher H. Hart (State Bar No. 184117)
Schnader Harrison Segal & Lewis LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Wayne Samp, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 5:11-cv-01950-VAP-SP |
| v. | |
| JPMorgan Chase, N.A., et al. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of <u>Theresa E. Loscalzo</u>, of <u>Schnader Harrison Segal & Lewis, 1600 Market St., Suite 3600, Phila, PA 19103</u>
    *Applicant's Name*      *Firm Name / Address*

<u>215-751-2254</u>      <u>tloscalzo@schnader.com</u>
*Telephone Number*      *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant
☐ Intervener or other interested person <u>Radian Guaranty Inc.</u>

and the designation of <u>Christopher H. Hart/184117</u>
     *Local Counsel Designee /State Bar Number*

of <u>Schnader Harrison Segal & Lewis LLP, One Montgomery St., Suite 2200, San Francisco, CA 94104</u>
     *Local Counsel Firm / Address*

<u>415-364-6700</u>      <u>chart@schnader.com</u>
*Telephone Number*      *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

    ☐ GRANTED
    ☐ DENIED. Fee shall be returned by the Clerk.
    ☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____      _____
     U. S. District Judge/U.S. Magistrate Judge