Name & Address:
Christopher H. Hart (State Bar No. 184117)
Schnader Harrison Segal & Lewis LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wayne Samp, et al.<br><br>Plaintiff(s)<br>v.<br><br>JPMorgan Chase, N.A., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:11-cv-01950-VAP-SP<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of <u>Stephen A. Fogdall</u>, of <u>Schnader Harrison Segal & Lewis, 1600 Market St., Suite 3600, Phila, PA 19103</u>
         *Applicant's Name*                                *Firm Name / Address*

<u>215-751-2581</u>                                <u>sfogdall@schnader.com</u>
  *Telephone Number*                                *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant
☐ Intervener or other interested person <u>Radian Guaranty Inc.</u>

and the designation of <u>Christopher H. Hart/184117</u>
                      *Local Counsel Designee /State Bar Number*

of <u>Schnader Harrison Segal & Lewis LLP, One Montgomery St., Suite 2200, San Francisco, CA 94104</u>
                      *Local Counsel Firm / Address*

<u>415-364-6700</u>                                <u>chart@schnader.com</u>
  *Telephone Number*                                *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____        _____
                                     U. S. District Judge/U.S. Magistrate Judge