MICHAEL S. LAWRENCE CA Bar No. 255897
mlawrence@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE:    213.972.4500
FACSIMILE:     213.486.0065

JAY N. VARON CA Bar No. 67887
jvaron@foley.com
3000 K STREET N.W., SUITE 600
WASHINGTON, DC 20007-5109
TELEPHONE:    202.672.5300
FACSIMILE:     202.672.5399

MAX B. CHESTER WI Bar No. 1037717 (*pro hac vice to be submitted*)
mchester@foley.com
777 E WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306
TELEPHONE:    414-271-2400
FACSIMILE:     414-297-4900

Attorneys for Defendants MORTGAGE GUARANTY INSURANCE CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KMOARCHUCK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individuall and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.<br><br>Defendants. | Case No: 5:11-cv-01950 VAP-SP<br><br>**SECOND JOINT STIPULATION EXTENDING TIME FOR MORTGAGE GUARANTY INSURANCE CORP. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS**<br><br>[Local Rule 8-3]<br><br>Judge:    Hon. Virginia A. Phillips<br><br>Date Complaint Filed:  12/09/2011<br>Date Complaint Served:  12/19/2011<br>Current Response Date:  02/02/2012<br>New Response Date:  02/08/2012 |

SECOND JOINT STIPULATION EXTENDING TIME FOR MGIC TO ANSWER
CASE NO. 5:11-CV-01950 VAP-SP

4826-0735-0030.1

1  WHEREAS, on December 9, 2011, Plaintiffs Wayne Samp, Roberta Samp, Daniel Komarchuk, Susan Komarchuk, and Annetta Whitaker ("Plaintiffs"), individually and on behalf of a purported class of similarly situated individuals, filed a Complaint against Defendants JPMorgan Chase, N.A., Chase Bank USA, N.A., JPMorgan Chase & Co., Cross Country Insurance Company, United Guaranty Residential Insurance Co., PMI Mortgage Insurance Co., Mortgage Guaranty Insurance Corp. ("MGIC"), Genworth Mortgage Insurance Corp., Republic Mortgage Insurance Co., Radian Guaranty Inc., and Triad Guaranty Insurance Corp.

WHEREAS, Plaintiffs served the Complaint on MGIC on December 19, 2011.

WHEREAS, pursuant to Rule 12 of the Federal Rules of Civil Procedure, MGIC's response to the Complaint was due on January 9, 2011.

WHEREAS, pursuant to Local Rule 8-3, the Parties previously stipulated to extend the date by which MGIC would respond to the Complaint, by twenty four days, until February 2, 2012.

WHEREAS, Jay Varon, of Foley & Lardner LLP, MGIC's counsel, conferred with Plaintiffs' lead counsel, Edward W. Ciolko, who agreed to a further extension up through and including February 8, 2011 for MGIC to move, answer or otherwise plead in response to the Complaint.

WHEREAS, such further extension, in combination with the prior one, does not constitute an extension of more than thirty days from the original response date of January 9, 2012.

NOW THEREFORE, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 8-3, Plaintiffs and MGIC stipulate that MGIC shall move, answer, or otherwise plead in response to the Complaint on or before **<u>February 8, 2012</u>**.

**IT SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Respectfully submitted, | |
| 2 | | |
| 3 | Dated:  February 1, 2012 | **FOLEY & LARDNER LLP**<br>JAY N. VARON<br>MAX B. CHESTER<br>MICHAEL S. LAWRENCE |
| 4 | | |
| 5 | | |
| 6 | | By:  /s/ Michael S. Lawerence |
| 7 | | MICHAEL S. LAWRENCE<br>Attorneys for Defendants |
| 8 | | MORTGAGE GUARANTY<br>INSURANCE CORP. |
| 9 | Dated:  February 1, 2012 | **KESSLER TOPAZ MELTZER &**<br>**CHECK, LLP** |
| 10 | | EDWARD W. CIOLKO<br>TERENCE S. ZIEGLER |
| 11 | | MICHELLE A. COCCAGNA |
| 12 | | |
| 13 | | By:  /s/ Edward W. Ciolko<br>EDWARD W. CIOLKO |
| 14 | | eciolko@ktmc.com<br>Attorneys for Plaintiffs |
| 15 | | WAYNE SAMP, ROBERT SAMP,<br>DANIEL KOMARCHUK, SUSAN |
| 16 | | KOMARCHUK, and ANNETTA<br>WHITAKER |
| 17 | | |
| 18 | | Kessler Topaz Meltzer & Check, LLP<br>580 California Street, Suite 1750<br>San Francisco, CA 94104 |
| 19 | | Telephone: (415) 400-3000<br>Facsimile: (415) 400-3001 |
| 20 | | |
| 21 | | 280 King of Prussia Road<br>Radnor, PA 19087 |
| 22 | | Telephone: 610.667.7706<br>Facsimile: 610.667.7056 |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

2

SECOND JOINT STIPULATION EXTENDING TIME FOR MGIC TO ANSWER
CASE NO. 5:11-CV-01950 VAP-SP

4826-0735-0030.1