Christopher H. Hart (CSBN 184117)
  chart@schnader.com
David Smith (*Admitted Pro Hac Vice*)
  dsmith@schnader.com
Stephen A. Fogdall (*Admitted Pro Hac Vice*)
  sfogdall@schnader.com
Theresa E. Loscalzo (*Admitted Pro Hac Vice*)
  tloscalzo@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California  94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Defendant RADIAN GUARANTY INC.

*Additional Counsel Listed on Next Page*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN, KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE, & CO., CROSS COUNTRY INSURANCE, COMPANY, UNITED GUARANTY, RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.,<br><br>Defendants. | Case No. EDCV11-01950 VAP SPX<br><br>**NOTICE OF LODGING OF PROPOSED ORDER GRANTING MOTION TO DISMISS**<br><br>Date     March 12, 2012<br>Time:    2:00 p.m.<br>Place:   Courtroom 2<br>         3470 Twelfth Street, 2nd Floor<br>         Riverside, CA<br>Judge:   The Honorable Virginia A. Phillips |

Notice of Lodging of Proposed Order Granting Motion to Dismiss

PHDATA 3716405_1

Douglas Andrew Winthrop (CSBN 183532)
  douglas.winthrop@aporter.com
Sara Jennifer Eisenberg (CSBN 269303)
  sara.eisenberg@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4024
Telephone: 415-434-1600
Facsimile: 415-677-6262

Attorneys for Defendants
PMI MORTGAGE INSURANCE CO.

Michael Steven Lawrence (CSBN 255897)
  mlawrence@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, CA  90071-2411
Telephone: 213-972-4500
Facsimile: 213-486-0065

Attorneys for Defendant
MORTGAGE GUARANTY INSURANCE CORPORATION

Thomas Justin Cunningham (CSBN 263729)
  tcunningham@lockelord.com
Daniel A Solitro (243908)
  dsolitro@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071
Telephone: 213-485-1500
Facsimile: 213-485-1200

Attorneys for Defendant
TRIAD GUARANTY INSURANCE CORP

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

Notice of Lodging of Proposed Order Granting Motion to Dismiss

PHDATA 3716405_1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE of the lodging of the [Proposed] Order Granting Motion by Defendants Mortgage Guaranty Insurance Corp., PMI Mortgage Insurance Co., Radian Guaranty Inc., and Triad Guaranty Insurance Corp. to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1), as it relates to Defendants' Motion to Dismiss filed yestereday [Docket No. 54]. The proposed Order is attached hereto.

| Dated: February 8, 2012 | SCHNADER HARRISON SEGAL & LEWIS LLP |
|---|---|
| | /s/ Christopher H. Hart |
| | Christopher H. Hart |
| | David Smith (*Admitted Pro Hac Vice*) |
| | Theresa E. Loscalzo (*Admitted Pro Hac Vice*) |
| | Stephen A. Fogdall (*Admitted Pro Hac Vice*) |
| | Attorneys for Defendant |
| | RADIAN GUARANTY INC. |
| | One Montgomery Street Suite 2200 |
| | San Francisco, CA 94104-5501 |
| | Phone: 415-364-6700 |
| | Fax: 415-364-6785 |
| | Email: chart@schnader.com |

| Dated: February 8, 2012 | ARNOLD & PORTER LLP |
|---|---|
| | /s/ |
| | Douglas A. Winthrop |
| | Sara J. Eisenberg |
| | Attorneys for Defendant |
| | PMI MORTGAGE INSURANCE CO. |
| | Three Embarcadero Center, 7th Floor |
| | San Francisco, California 94111-4024 |
| | Phone: 415-434-1600 |
| | Fax: 415-677-6262 |
| | douglas.winthrop@aporter.com |
| | sara.eisenberg@aporter.com |

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

1                                              PHDATA 3716405_1
Notice of Lodging of Proposed Order Granting Motion to Dismiss

| | |
|---|---|
| Dated: February 8, 2012 | FOLEY & LARDNER LLP |
| | |
| | */s/* |
| | Michael S. Lawrence |
| | Attorneys for Defendant |
| | MORTGAGE GUARANTY INSURANCE CORPORATION |
| | Foley & Lardner LLP |
| | 555 South Flower Street Suite 3500 |
| | Los Angeles, CA 90071-2411 |
| | Phone: 213-972-4500 |
| | Fax: 213-486-0065 |
| | mlawrence@foley.com |
| Dated: February 8, 2012 | LOCKE LORD LLP |
| | |
| | */s/* |
| | Thomas J. Cunningham |
| | Daniel A. Solitro |
| | Attorneys for Defendant |
| | TRIAD GUARANTY INSURANCE CORP. |
| | 300 South Grand Avenue, Suite 2600 |
| | Los Angeles, CA, 90071 |
| | 213-485-1500 |
| | Fax: 213-485-1200 |
| | tcunningham@lockelord.com |
| | dsolitro@lockelord.com |

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785