1  Christopher H. Hart (CSBN 184117)
     chart@schnader.com
2  David Smith (*Admitted Pro Hac Vice*)
     dsmith@schnader.com
3  Stephen A. Fogdall (*Admitted Pro Hac Vice*)
     sfogdall@schnader.com
4  Theresa E. Loscalzo (*Admitted Pro Hac Vice*)
     tloscalzo@schnader.com
5  SCHNADER HARRISON SEGAL & LEWIS LLP
   One Montgomery Street, Suite 2200
6  San Francisco, California  94104-5501
   Telephone: 415-364-6700
7  Facsimile: 415-364-6785

8  Attorneys for Defendant RADIAN GUARANTY INC.

9  *Additional Counsel Listed on Next Page*

10              UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  WAYNE SAMP, ROBERTA SAMP, DANIEL          Case No. EDCV11-01950 VAP SPX
    KOMARCHUK, SUSAN, KOMARCHUK, and
13  ANNETTA WHITAKER, individually and on     **[PROPOSED] ORDER GRANTING**
    behalf of all others similarly situated,  **MOTION BY DEFENDANTS**
14                                            **MORTGAGE GUARANTY**
                   Plaintiffs,                **INSURANCE CORP., PMI MORTGAGE**
15                                            **INSURANCE CO., RADIAN**
         vs.                                  **GUARANTY INC., AND TRIAD**
16                                            **GUARANTY INSURANCE CORP. TO**
    JPMORGAN CHASE BANK, N.A.,  CHASE         **DISMISS PURSUANT TO FEDERAL**
17  BANK USA, N.A., JPMORGAN CHASE, &         **RULE OF CIVIL PROCEDURE 12(b)(1)**
    CO., CROSS COUNTRY INSURANCE,
18  COMPANY, UNITED GUARANTY,                 Date     March 12, 2012
    RESIDENTIAL INSURANCE CO., PMI            Time:    2:00 p.m.
19  MORTGAGE INSURANCE CO.,                   Place:   Courtroom 2
    MORTGAGE GUARANTY INSURANCE                        3470 Twelfth Street, 2nd Floor
20  CORP., GENWORTH MORTGAGE                            Riverside, CA
    INSURANCE CORP., REPUBLIC                  Judge:  The Honorable Virginia A. Phillips
21  MORTGAGE INSURANCE CO., RADIAN
    GUARANTY INC., and TRIAD GUARANTY
22  INSURANCE CORP.,

23                 Defendants.

24

25

26

27

28

---

[Proposed] Order Granting Motion to Dismiss

PHDATA 3715046_1

*(vertical text, left margin)* SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

Douglas Andrew Winthrop (CSBN 183532)
   douglas.winthrop@aporter.com
Sara Jennifer Eisenberg (CSBN 269303)
   sara.eisenberg@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4024
Telephone: 415-434-1600
Facsimile: 415-677-6262

Attorneys for Defendants
PMI MORTGAGE INSURANCE CO.


Thomas Justin Cunningham (CSBN 263729)
   tcunningham@lockelord.com
Daniel A Solitro (243908)
   dsolitro@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071
Telephone: 213-485-1500
Facsimile: 213-485-1200

Attorneys for Defendant
TRIAD GUARANTY INSURANCE CORP

Michael Steven Lawrence (CSBN 255897)
   mlawrence@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, CA  90071-2411
Telephone: 213-972-4500
Facsimile: 213-486-0065

Attorneys for Defendant
MORTGAGE GUARANTY INSURANCE
CORPORATION

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

[Proposed] Order Granting Motion to Dismiss

PHDATA 3715046_1

1    On February 7, 2012, defendants Mortgage Guaranty Insurance Corp. ("MGIC"), PMI

2   Mortgage Insurance Co. ("PMI"), Radian Guaranty Inc. ("Radian"), and Triad Guaranty

3   Insurance Corp. ("Triad") (collectively, the "Moving Defendants") filed a motion (the "Motion")

4   to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) (**Docket No. 54**).

5   The Motion came on for hearing on March 12, 2012.  Appearances were stated on the record.

6        Good cause appearing, upon consideration of the Motion and any arguments made orally

7   on the record, it is hereby ORDERED that the motion is GRANTED.  This Court finds that

8   plaintiffs lack the requisite standing required by Article III of the U.S. Constitution as to the

9   Moving Defendants.  Plaintiffs' complaint is hereby DISMISSED with prejudice as to the

10   Moving Defendants.

11

12   Dated: _____          _____

13                                        Virginia A. Phillips
                                          United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

PHDATA 3715046_1

[Proposed] Order Granting Motion to Dismiss