Name & Address:
John E. Walker (SBN 166270); Matthew C. Wolf (SBN 223051)
johw.walker@snrdenton.com; matthew.wolf@snrdenton.com
SNR DENTON US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wayne Samp, et al.<br><br>Plaintiff(s)<br>v.<br><br>JPMorgan Chase, N.A., et al.<br><br>Defendant(s). | CASE NUMBER:<br>5:11-cv-01950-VAP-SP<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of __Reid L. Ashinoff__, of __SNR Denton US LLP, 1221 Avenue of the Americas, New York, NY__
     *Applicant's Name*                                 *Firm Name / Address*

__(212) 768-6700__                         __reid.ashinoff@snrdenton.com__
  *Telephone Number*                               *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant ☐ Intervener or other interested person __Genworth Mortgage Insurance Corp.__

and the designation of __John E. Walker (SBN 166270) and Matthew C. Wolf (SBN 223051)__
                                *Local Counsel Designee /State Bar Number*

of __SNR Denton US LLP, 601 S. Figueroa St., Suite 2500, Los Angeles, CA 90017__
                                *Local Counsel Firm / Address*

__(213) 623-9300__                       __john.walker@snrdenton.com;__
                                __matthew.wolf@snrdenton.com__
  *Telephone Number*                               *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge
Virginia A. Phillips