QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Daniel C. Posner (Bar No. 232009)
    danposner@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for United Guaranty Residential Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.,<br><br>Defendants. | CASE NO. 5:11-CV-01950 VAP-SP<br><br>Hon. Virginia A. Phillips<br><br>**[PROPOSED] ORDER STAYING CASE PENDING THE UNITED STATES SUPREME COURT'S DECISION IN** *FIRST AMERICAN FINANCIAL CORP. V. DENISE P. EDWARDS***, NO. 10-708** |

## [PROPOSED] ORDER

Pursuant to the Stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that this action, as against defendants JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., JPMorgan Chase & Co., Cross Country Insurance Company, United Guaranty Residential Insurance Co., and Genworth Mortgage Insurance Corp. (the "Stipulating Defendants"), is stayed pending the decision of the United States Supreme Court in *First American Financial Corporation, Successor in Interest to The First American Corporation, et al., v. Denise P. Edwards*, Docket No. 10-708 ("*Edwards*").

It is further ORDERED that the Stipulating Defendants' deadlines to answer, move, or otherwise respond to the Complaint in this action shall be extended to 45 days following the lifting of the stay by this Court. Any of the Stipulating Defendants or the Plaintiffs may request that the stay be lifted by providing this Court with a copy of the United States Supreme Court's opinion in *Edwards*, and an affirmation that the same opinion has been served upon all parties.

IT IS SO ORDERED.

Dated: _____, 2012

_____
Hon. Virginia A. Phillips
Judge of the United States District
Court, Central District of California