MICHAEL S. LAWRENCE CA Bar No. 255897
  mlawrence@foley.com
MAX B. CHESTER WI Bar No. 1037717 (*pro hac vice pending*)
  mchester@foley.com
JAY N. VARON CA Bar No. 67887 (*pro hac vice pending*)
  jvaron@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE:    213.972.4500
FACSIMILE:    213.486.0065

Attorneys for Defendants MORTGAGE GUARANTY INSURANCE CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KMOARCHUCK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.<br><br>Defendants. | Case No: 5:11-cv-01950 VAP-SP<br><br>**DEFENDANTS' NOTICE OF CHANGE OF HEARING DATE RE MOTION FOR PARTIAL STAY PENDING THE SUPREME COURT'S DECISION IN *FIRST AMERICAN FINANCIAL CORPORATION V. EDWARDS***<br><br>Judge:    Hon. Virginia A. Phillips<br>Date Complaint Filed: 12/09/2011<br><br>NEW DATE: April 2, 2012<br>TIME: 2:00 PM<br>COURTROOM: 2<br><br>OLD DATE: March 12, 2012<br>TIME: 2:00 PM<br>COURTROOM: 2 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the hearing on Defendants Mortgage Guaranty Insurance Corporation, PMI Mortgage Insurance Corporation, Radian Guaranty Inc. and Triad Guaranty Insurance Corporations' (collectively "Non-Contracting Defendants") Motion for Partial Stay Pending the Supreme Court's Decision in *First American Financial Corporation V. Edwards* previously scheduled for   March 12, 2012 before the Honorable Virginia A. Phillips in Courtroom 2 has been changed.  The hearing will now occur on Monday, April 2, 2012 at 2:00 p.m.  All briefing dates will be adjusted accordingly pursuant to local rule.

Dated:  February 13, 2012

By:   /s/ Michael S.  Lawrence
MICHAEL S.  LAWRENCE
MAX B.  CHESTER
JAY N.  VARON
Foley & Lardner LLP
555 South Flower Street Suite 3500
Los Angeles, CA 90071-2411
213-972-4500
Fax: 213-486-0065
Email: mlawrence@foley.com
Attorneys for Defendant
MORTGAGE GUARANTY
INSURANCE CORP.

By:   /s/ Sara Jennifer Eisenberg
ARNOLD & PORTER LLP
DOUGLAS A.  WINTHROP (No.
183532)
Email:douglas.winthrop@aporter.com
SARA J.  EISENBERG (No.  269303)
Email: sara.eisenberg@aporter.com
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:  415/434-1600
Facsimile:   415/677-6262
Attorneys for Defendant
PMI MORTGAGE INSURANCE CO.

4848-2633-8830.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:   /s/ Charles M.  Clark
          Jackson DeMarco Tidus &
          Peckenpaugh
          2030 Main Street Suite 1200
          Irvine, CA 92614
          949-752-8585
          Fax: 949-752-0597
          Email: cclark@jdtplaw.com

          And

          William L Kirkman
          Bourland & Kirkman LLP
          201 Main Street Suite 1400
          Fort Worth, TX 76102
          817-336-2800
          Fax: 817-877-1863
          Email: billk@BourlandKirkman.com
          Attorney for Defendant REPUBLIC
          MORTGAGE INSURANCE CO,

By:   /s/ David Smith
          Schnader Harrison Segal & Lewis
          LLP
          1600 Market Street Suite 3600
          Philadelphia, PA 19103
          215-751-2000
          Fax: 215-972-7409
          Email: dsmith@schnader.com
          Attorneys for Defendant RADIAN
          GUARANTY INC.

By:   /s/ Thomas Justin Cunningham
          Thomas Justin Cunningham
          Locke Lord LLP
          300 South Grand Avenue Suite 2600
          Los Angeles, CA 90071
          213-485-1500
          Fax: 213-485-1200
          Email: tcunningham@lockelord.com
          Attorneys for Defendant Triad
          Guaranty Insurance Corp.

4848-2633-8830.1