MICHAEL S. LAWRENCE CA Bar No. 255897
mlawrence@foley.com
MAX B. CHESTER WI Bar No. 1037717 (*pro hac vice pending)*
mchester@foley.com
JAY N. VARON CA Bar No. 67887 (*pro hac vice pending)*
jvaron@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

Attorneys for Defendants MORTGAGE GUARANTY INSURANCE CORP.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

WAYNE SAMP, ROBERTA SAMP, DANIEL KMOARCHUCK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individual and on behalf of all others similarly situated,

Plaintiff,

v.

JP MORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.

Defendants.

Case No: 5:11-cv-01950 VAP-SP

**DEFENDANTS' AMENDED NOTICE OF CHANGE OF HEARING DATE RE MOTION FOR PARTIAL STAY PENDING THE SUPREME COURT'S DECISION IN *FIRST AMERICAN FINANCIAL CORPORATION V. EDWARDS***

Judge: Hon. Virginia A. Phillips
Date Complaint Filed: 12/09/2011

NEW DATE: April 2, 2012
TIME: 2:00 PM
COURTROOM: 2

OLD DATE: March 12, 2012
TIME: 2:00 PM
COURTROOM: 2

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the hearing on Defendants Mortgage Guaranty Insurance Corporation, PMI Mortgage Insurance Corporation, Republic Mortgage Insurance Co., Radian Guaranty Inc. and Triad Guaranty Insurance Corporations' (collectively "Non-Contracting Defendants") Motion for Partial Stay Pending the Supreme Court's Decision in *First American Financial Corporation V. Edwards* previously scheduled for March 12, 2012 before the Honorable Virginia A. Phillips in Courtroom 2 has been changed. The hearing will now occur on Monday, April 2, 2012 at 2:00 p.m. All briefing dates will be adjusted accordingly pursuant to local rule.

Dated: February 14, 2012

By: /s/ Michael S. Lawrence
MICHAEL S. LAWRENCE
MAX B. CHESTER
JAY N. VARON
Foley & Lardner LLP
555 South Flower Street Suite 3500
Los Angeles, CA 90071-2411
213-972-4500
Fax: 213-486-0065
Email: mlawrence@foley.com
Attorneys for Defendant
MORTGAGE GUARANTY
INSURANCE CORP.

By: /s/ Sara Jennifer Eisenberg
ARNOLD & PORTER LLP
DOUGLAS A. WINTHROP (No. 183532)
Email:douglas.winthrop@aporter.com
SARA J. EISENBERG (No. 269303)
Email: sara.eisenberg@aporter.com
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/677-6262
Attorneys for Defendant
PMI MORTGAGE INSURANCE CO.

By: /s/ Charles M. Clark
Jackson DeMarco Tidus & Peckenpaugh
2030 Main Street Suite 1200
Irvine, CA 92614
949-752-8585
Fax: 949-752-0597
Email: cclark@jdtplaw.com

And

William L Kirkman
Bourland & Kirkman LLP
201 Main Street Suite 1400
Fort Worth, TX 76102
817-336-2800
Fax: 817-877-1863
Email: billk@BourlandKirkman.com
Attorney for Defendant REPUBLIC MORTGAGE INSURANCE CO,

By: /s/ David Smith
Schnader Harrison Segal & Lewis LLP
1600 Market Street Suite 3600
Philadelphia, PA 19103
215-751-2000
Fax: 215-972-7409
Email: dsmith@schnader.com
Attorneys for Defendant RADIAN GUARANTY INC.

By: /s/ Thomas Justin Cunningham
Thomas Justin Cunningham
Locke Lord LLP
300 South Grand Avenue Suite 2600
Los Angeles, CA 90071
213-485-1500
Fax: 213-485-1200
Email: tcunningham@lockelord.com
Attorneys for Defendant TRIAD GUARANTY INSURANCE CORP.