# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wayne Samp et al <br><br> PLAINTIFF(S) <br> v. <br> JPMorgan Chase Bank NA et al <br><br> DEFENDANT(S). | CASE NUMBER <br> EDCV11-01950 VAP (SPx) <br><br> **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 2/7/12 | ECF No. 55 | Defendant Radian Guaranty Inc.'s Prop E-Order |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☑ The document is stricken ~~and counsel is ordered to file an amended or corrected document by~~ _____ .
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

  An unsigned and unapproved proposed order may not be scanned as a filed document.  ECF No. 55 shall be STRICKEN.

Clerk, U.S. District Court

Dated: February 14, 2012     By: Jim Holmes, Relief CRD
                                  Deputy Clerk   (951-328-4465)

cc: Assigned District Judge and/or Magistrate Judge