**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Wayne Samp, et. al. | CASE NUMBER |
| --- | --- |
| Plaintiff(s) | 5:11-cv-01950-VAP-(SPx) |
| v. | |
| JPMorgan Chase Bank, N.A., et. al. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of   __Jane Marie Byrne__  ,  of   __Quinn Emanuel Urquhart & Sullivan, 51 Madison Ave., NY NY 10016__
          *Applicant's Name*                                    *Firm Name / Address*

   __212-849-7100__                                                   __janebyrne@quinnemanuel.com__
     *Telephone Number*                                                *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff    X Defendant

☐ Intervener or other interested person   __United Guaranty Residential Insurance Company__

and the designation of   __Daniel C. Posner (Bar No. 232009)__
                          *Local Counsel Designee /State Bar Number*

of   __Quinn Emanuel Urquhart & Sullivan, 865 South Figueroa Street, Los Angeles, CA 90017-2543__
                          *Local Counsel Firm / Address*

   __213-443-3000__                                                   __danposner@quinnemanuel.com__
     *Telephone Number*                                                *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

  x GRANTED

  ☐ DENIED.  Fee shall be returned by the Clerk.

  ☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated  February 13, 2012                     */s/ Virginia A. Phillips*
                                              U. S. District Judge/U.S. Magistrate Judge