# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wayne Samp, et. al.<br><br>Plaintiff(s)<br><br>v.<br><br>JPMorgan Chase Bank, N.A., et. al.<br><br>Defendant(s). | CASE NUMBER<br>5:11-cv-01950-VAP-(SPx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Brad Evan Rosen__ , of __Quinn Emanuel Urquhart & Sullivan, 51 Madison Ave., NY NY 10016__
        *Applicant's Name*                            *Firm Name / Address*

__212-849-7100__                                                    __bradrosen@quinnemanuel.com__
   *Telephone Number*                                                   *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   ☐ Plaintiff   X Defendant

☐ Intervener or other interested person   __United Guaranty Residential Insurance Company__

and the designation of   __Daniel C. Posner (Bar No. 232009)__
                              *Local Counsel Designee /State Bar Number*

of   __Quinn Emanuel Urquhart & Sullivan, 865 South Figueroa Street, Los Angeles, CA 90017-2543__
                              *Local Counsel Firm / Address*

__213-443-3000__                                                    __danposner@quinnemanuel.com__
   *Telephone Number*                                                   *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

X GRANTED

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated February 13, 2012

*/s/ Virginia A. Phillips*
U. S. District Judge/U.S. Magistrate Judge