**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Wayne Samp, et. al. <br><br> Plaintiff(s) | CASE NUMBER <br> 5:11-cv-01950-VAP-(SPx) |
| v. <br><br> JPMorgan Chase Bank, N.A., et. al. <br><br> Defendant(s). | ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of ___Michael B. Carlinsky___ , of ___Quinn Emanuel Urquhart & Sullivan, 51 Madison Ave., NY NY 10016___
<em>Applicant's Name</em>　　　　　　　　　　　　　　　　　　<em>Firm Name / Address</em>

___212-849-7100___　　　　　　　　　　　　　　　　　___michaelcarlinsky@quinnemanuel.com___
<em>Telephone Number</em>　　　　　　　　　　　　　　　　　　<em>E-mail Address</em>

for permission to appear and participate in the above-entitled action on behalf of   ☐ Plaintiff   X Defendant

☐ Intervener or other interested person ___United Guaranty Residential Insurance Company___

and the designation of ___Daniel C. Posner (Bar No. 232009)___
<em>Local Counsel Designee /State Bar Number</em>

of ___Quinn Emanuel Urquhart & Sullivan, 865 South Figueroa Street, Los Angeles, CA 90017-2543___
<em>Local Counsel Firm / Address</em>

___213-443-3000___　　　　　　　　　　　　　　　　　danposner@quinnemanuel.com
<em>Telephone Number</em>　　　　　　　　　　　　　　　　　　<em>E-mail Address</em>

as local counsel, hereby **ORDERS** the Application be:


　　X GRANTED

　　☐ DENIED.  Fee shall be returned by the Clerk.

　　☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.


　　Dated  February 13, 2012

<em>Virginia A. Phillips</em>
U. S. District Judge/U.S. Magistrate Judge