Name & Address:
John E. Walker (SBN 166270); Matthew C. Wolf (SBN 223051)
johw.walker@snrdenton.com; matthew.wolf@snrdenton.com
SNR DENTON US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: (213) 623-9300
Facsimile: (213 623-9924

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wayne Samp, et al.<br><br>Plaintiff(s)<br>v.<br><br>JPMorgan Chase, N.A., et al.<br><br>Defendant(s). | CASE NUMBER:<br>5:11-cv-01950-VAP-SPx<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  **Reid L. Ashinoff**  , of  **SNR Denton US LLP, 1221 Avenue of the Americas, New York, NY**
   *Applicant's Name*              *Firm Name / Address*

**(212) 768-6700**                                    **reid.ashinoff@snrdenton.com**
   *Telephone Number*                                                            *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant
☐ Intervener or other interested person **Genworth Mortgage Insurance Corp.**

and the designation of  **John E. Walker (SBN 166270) and Matthew C. Wolf (SBN 223051)**
                          *Local Counsel Designee /State Bar Number*

of  **SNR Denton US LLP, 601 S. Figueroa St., Suite 2500, Los Angeles, CA 90017**
                          *Local Counsel Firm / Address*

**(213) 623-9300**                                    **john.walker@snrdenton.com;**
                                                       **matthew.wolf@snrdenton.com**
   *Telephone Number*                                                            *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated  February 13 2012                         _____
                                                 U. S. District Judge/U.S. Magistrate Judge
                                                 Virginia A. Phillips

G-64 ORDER (11/10)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

American LegalNet, Inc.
www.FormsWorkFlow.com