1  Christopher H. Hart (CSBN 184117)
       chart@schnader.com
2  David Smith (*Admitted Pro Hac Vice*)
       dsmith@schnader.com
3  Stephen A. Fogdall (*Admitted Pro Hac Vice*)
       sfogdall@schnader.com
4  Theresa E. Loscalzo (*Admitted Pro Hac Vice*)
       tloscalzo@schnader.com
5  SCHNADER HARRISON SEGAL & LEWIS LLP
   One Montgomery Street, Suite 2200
6  San Francisco, California  94104-5501
   Telephone: 415-364-6700
7  Facsimile: 415-364-6785

8  Attorneys for Defendant RADIAN GUARANTY INC.

9  *Additional Counsel Listed on Next Page*

10          UNITED STATES DISTRICT COURT

11      FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN, KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated, | Case No. EDCV11-01950 VAP SPX

13 |

14 |                                    | **DEFENDANTS' NOTICE OF CHANGE OF HEARING DATE RE MOTION BY DEFENDANTS MORTGAGE GUARANTY INSURANCE CORP., PMI MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., AND TRIAD GUARANTY INSURANCE CORP. TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)**

15 |                        Plaintiffs,

16 |          vs.

17 | JPMORGAN CHASE BANK, N.A.,  CHASE BANK USA, N.A., JPMORGAN CHASE, & CO., CROSS COUNTRY INSURANCE, COMPANY, UNITED GUARANTY, RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP., |

18 |

19 |

20 |

21 |                                    | **New Date:  April 2, 2012**
**Time:     2:00 p.m.**
**Place:    Courtroom 2**
                3470 Twelfth Street, 2nd Floor
                Riverside, CA

22 |

23 |                        Defendants.

24 |                                    | Old Date:    March 12, 2012
Time:      2:00 p.m.
Place:     Courtroom 2
                3470 Twelfth Street, 2nd Floor
                Riverside, CA

25 |                                    | Judge:   The Honorable Virginia A. Phillips

26

27

28

*(Left margin, vertical text:)* SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

1

2   Douglas Andrew Winthrop (CSBN 183532)          Michael Steven Lawrence (CSBN 255897)
        douglas.winthrop@aporter.com                   mlawrence@foley.com
3   Sara Jennifer Eisenberg (CSBN 269303)          FOLEY & LARDNER LLP
        sara.eisenberg@aporter.com                 555 South Flower Street, Suite 3500
4   ARNOLD & PORTER LLP                            Los Angeles, CA  90071-2411
    Three Embarcadero Center, 7th Floor            Telephone: 213-972-4500
5   San Francisco, CA  94111-4024                  Facsimile: 213-486-0065
    Telephone: 415-434-1600
6   Facsimile: 415-677-6262                        Attorneys for Defendant
                                                   MORTGAGE GUARANTY INSURANCE
7   Attorneys for Defendants                       CORPORATION
    PMI MORTGAGE INSURANCE CO.

8

9   Thomas Justin Cunningham (CSBN 263729)
        tcunningham@lockelord.com
10  Daniel A Solitro (243908)
        dsolitro@lockelord.com
11  LOCKE LORD LLP
    300 South Grand Avenue, Suite 2600
12  Los Angeles, CA  90071
    Telephone: 213-485-1500
13  Facsimile: 213-485-1200

14  Attorneys for Defendant
    TRIAD GUARANTY INSURANCE CORP

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

2                                           PHDATA 3720515_1

DEFENDANTS' NOTICE OF CHANGE OF HEARING DATE RE MOTION TO DISMISS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2         PLEASE TAKE NOTICE that the hearing on the Motion of Defendants Mortgage

3  Guaranty Insurance Corp., PMI Mortgage Insurance Co., Radian Guaranty Inc., and Triad

4  Guaranty Insurance Corp. To Dismiss Pursuant To Federal Rule of Civil Procedure 12(b)(1),

5  previously scheduled for March 12, 2012, before the Honorable Virginia A. Phillips in

6  Courtroom 2 has been changed.  The hearing will now occur on Monday, April 2, 2012, at

7  2:00 p.m.  All briefing dates will be adjusted accordingly to local rule.

8
   Dated:  February 22, 2012               SCHNADER HARRISON SEGAL & LEWIS LLP
9

10

11                                         /s/ Christopher H. Hart
                                           Christopher H. Hart
12                                         David Smith (*Admitted Pro Hac Vice*)
                                           Theresa E. Loscalzo (*Admitted Pro Hac Vice*)
13                                         Stephen A. Fogdall (*Admitted Pro Hac Vice*)
                                           Attorneys for Defendant
14                                         RADIAN GUARANTY INC.
                                           One Montgomery Street Suite 2200
15                                         San Francisco, CA 94104-5501
                                           Phone: 415-364-6700
16                                         Fax: 415-364-6785
                                           Email: chart@schnader.com
17

18

19
   Dated:  February 22, 2012               ARNOLD & PORTER LLP
20

21

22                                         /s/ Sara Jennifer Eisenberg
                                           Douglas A. Winthrop
23                                         Sara J. Eisenberg
                                           Attorneys for Defendant
24                                         PMI MORTGAGE INSURANCE CO.
                                           Three Embarcadero Center, 7th Floor
25                                         San Francisco, California  94111-4024
                                           Phone: 415-434-1600
26                                         Fax: 415-677-6262
                                           douglas.winthrop@aporter.com
27                                         sara.eisenberg@aporter.com

28

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

3                                                    PHDATA 3720515_1

DEFENDANTS' NOTICE OF CHANGE OF HEARING DATE RE MOTION TO DISMISS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)

1   Dated:  February 22, 2012                    FOLEY & LARDNER LLP

2

3                                                 /s/ Michael S. Lawrence

4                                                 Michael S. Lawrence
                                                  Attorneys for Defendant
5                                                 MORTGAGE GUARANTY INSURANCE
                                                  CORPORATION
6                                                 Foley & Lardner LLP
                                                  555 South Flower Street Suite 3500
7                                                 Los Angeles, CA 90071-2411
                                                  Phone: 213-972-4500
8                                                 Fax: 213-486-0065
                                                  mlawrence@foley.com
9

10  Dated:  February 22, 2012                    LOCKE LORD LLP

11

12                                                /s/ Thomas Justin Cunningham

13                                                Thomas J. Cunningham
                                                  Daniel A. Solitro
14                                                Attorneys for Defendant
                                                  TRIAD GUARANTY INSURANCE CORP.
15                                                300 South Grand Avenue, Suite 2600
                                                  Los Angeles, CA, 90071
16                                                213-485-1500
                                                  Fax: 213-485-1200
17                                                tcunningham@lockelord.com
                                                  dsolitro@lockelord.com
18

19

20

21

22

23

24

25

26

27

28

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

PHDATA 3720515_1

DEFENDANTS' NOTICE OF CHANGE OF HEARING DATE RE MOTION TO DISMISS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)