Christopher H. Hart (CSBN 184117)
 chart@schnader.com
David Smith (*Admitted Pro Hac Vice*)
 dsmith@schnader.com
Stephen A. Fogdall (*Admitted Pro Hac Vice*)
 sfogdall@schnader.com
Theresa E. Loscalzo (*Admitted Pro Hac Vice*)
 tloscalzo@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Defendant RADIAN GUARANTY INC.

*Additional Counsel Listed on Next Page*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN, KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE, & CO., CROSS COUNTRY INSURANCE, COMPANY, UNITED GUARANTY, RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.,<br><br>Defendants. | Case No. EDCV11-01950 VAP SPX<br><br>**PROOF OF SERVICE RE:**<br><br>DEFENDANTS' NOTICE OF CHANGE OF HEARING DATE RE MOTION BY DEFENDANTS MORTAGE GUARANTY INSURANCE CORP., PMI MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., AND TRIAD GUARANTY INSURANCE CORP. TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1) **[DOCKET NO. 73]** |

PROOF OF SERVICE

| | |
|---|---|
| Douglas Andrew Winthrop (CSBN 183532)<br>    douglas.winthrop@aporter.com<br>Sara Jennifer Eisenberg (CSBN 269303)<br>    sara.eisenberg@aporter.com<br>ARNOLD & PORTER LLP<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111-4024<br>Telephone: 415-434-1600<br>Facsimile: 415-677-6262<br><br>Attorneys for Defendants<br>PMI MORTGAGE INSURANCE CO. | Michael Steven Lawrence (CSBN 255897)<br>    mlawrence@foley.com<br>FOLEY & LARDNER LLP<br>555 South Flower Street, Suite 3500<br>Los Angeles, CA 90071-2411<br>Telephone: 213-972-4500<br>Facsimile: 213-486-0065<br><br>Attorneys for Defendant<br>MORTGAGE GUARANTY INSURANCE CORPORATION |

Thomas Justin Cunningham (CSBN 263729)
    tcunningham@lockelord.com
Daniel A Solitro (243908)
    dsolitro@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: 213-485-1500
Facsimile: 213-485-1200

Attorneys for Defendant
TRIAD GUARANTY INSURANCE CORP

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

PROOF OF SERVICE

PHDATA 3715725_1

# PROOF OF SERVICE

I declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is SCHNADER HARRISON SEGAL & LEWIS LLP, One Montgomery Street, Suite 2200, San Francisco, California 94104-5501.

I caused to be served the following document(s):

**DEFENDANTS' NOTICE OF CHANGE OF HEARING DATE RE MOTION BY DEFENDANTS MORTAGE GUARANTY INSURANCE CORP., PMI MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., AND TRIAD GUARANTY INSURANCE CORP. TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)**
**[DOCKET NO. 73]**

I caused the above documents to be served by the following means:

☒  I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on February 22, 2012, following the ordinary business practice; addressed as follows:

John M. Petrasich
Jackson DeMarco Tidus and Peckenpaugh
2030 Main Street, Suite 1200
Irvine, CA  92614


☒  <u>Via Court Notice of Electronic Filing</u>:  The documents will be served by the court via NEF and hyperlink to the document (see attached list).  On February 22, 2012, I checked the CM/ECF docket for this case and determined that the person(s) listed above are on the Electronic Mail Notice List to receive NEF transmission at the addresses indicated.

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on February 22, 2012, at San Francisco, California.

Steven G. Davenport

1

PROOF OF SERVICE

PHDATA 3715725_1

# Responses, Replies and Other Motion Related Documents
5:11-cv-01950-VAP-SP Wayne Samp et al v. JPMorgan Chase Bank NA et al (SPx), DISCOVERY, STAYED

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Hart, Christopher on 2/22/2012 at 12:44 PM PST and filed on 2/22/2012

**Case Name:**      Wayne Samp et al v. JPMorgan Chase Bank NA et al
**Case Number:**    5:11-cv-01950-VAP-SP
**Filer:**          PMI Mortgage Insurance Co
                    Radian Guaranty Inc
                    Mortgage Guaranty Insurance Corporation
                    Triad Guaranty Insurance Corp

**Document Number:** 73

**Docket Text:**
NOTICE OF MOTION re MOTION to Dismiss Defendants Triad Guaranty Insurance Corp, Mortgage Guaranty Insurance Corporation, Radian Guaranty Inc, PMI Mortgage Insurance Co , *Pursuant to Federal Rule of Civil Procedure 12(b)(1)* MOTION to Dismiss Defendants Triad Guaranty Insurance Corp, Mortgage Guaranty Insurance Corporation, Radian Guaranty Inc, PMI Mortgage Insurance Co , *Pursuant to Federal Rule of Civil Procedure 12(b)(1)* MOTION to Dismiss Defendants Triad Guaranty Insurance Corp, Mortgage Guaranty Insurance Corporation, Radian Guaranty Inc, PMI Mortgage Insurance Co , *Pursuant to Federal Rule of Civil Procedure 12(b)(1)* MOTION to Dismiss Defendants Triad Guaranty Insurance Corp, Mortgage Guaranty Insurance Corporation, Radian Guaranty Inc, PMI Mortgage Insurance Co , *Pursuant to Federal Rule of Civil Procedure 12(b)(1)*[54] *:DEFENDANTS' Notice of* filed by Defendants Mortgage Guaranty Insurance Corporation, PMI Mortgage Insurance Co, Radian Guaranty Inc, Triad Guaranty Insurance Corp. Motion set for hearing on 4/2/2012 at 02:00 PM before Judge Virginia A. Phillips. (Hart, Christopher)

**5:11-cv-01950-VAP-SP Notice has been electronically mailed to:**

Amanda Trask     atrask@ktmc.com, jbelack@ktmc.com

Amie L Medley    amie.medley@aporter.com, guadalupe.saldana@aporter.com

Benito Delfin , Jr    ben.delfin@snrdenton.com

Brad Evan Rosen    bradrosen@quinnemanuel.com

Charles M Clark    cclark@jdtplaw.com

Christopher H Hart    chart@schnader.com

Daniel A Solitro    dsolitro@lockelord.com, ataylor2@lockelord.com, chicagodocket@lockelord.com

Daniel C Posner    danposner@quinnemanuel.com, calendar@quinnemanuel.com, kellyvelazquez@quinnemanuel.com

Daniel Lawrence Germain    germain@lalawyer.com, dgermain@prodigy.net, Germain@lalawyer.com

David Smith    dsmith@schnader.com

David D Piper    david.piper@kyl.com, karen.stone@kyl.com

David Eric Shapland    eric.shapland@aporter.com, Kathryn.Jensen@aporter.com, maryanne_donaldson@aporter.com

Douglas Andrew Winthrop    douglas.winthrop@aporter.com, alaina.austin@aporter.co m

Jane M Byrne    janebyrne@quinnemanuel.com

John E Walker    john.walker@snrdenton.com

Kristy Ann Hewitt    kristy.hewitt@kyl.com, janis.lucian@kyl.com

Matthew C Wolf    matthew.wolf@snrdenton.com, allison.tadeo@snrdenton.com, audrey.rosenbaum@snrdenton.com, ben.delfin@snrdenton.com, deanna.arthur@snrdenton.com, john.walker@snrdenton.com, reid.ashinoff@snrdenton.com

Michael Barry Carlinsky    michaelcarlinsky@quinnemanuel.com

Michael L Tidus    mtidus@jdtplaw.com

Michael Steven Lawrence    mlawrence@foley.com, LACA-LitigationDocket@foley.com, rbrouse@foley.com

Michelle A Coccagna    mcoccagna@ktmc.com

Reid L Ashinoff    reid.ashinoff@snrdenton.com

Sara Jennifer Eisenberg    sara.eisenberg@aporter.com, gigi.ferrer@aporter.com, john.carrillo@aporter.com

Stephen A Fogdall    sfogdall@schnader.com

Terence S Ziegler    tziegler@ktmc.com, jwotring@ktmc.com

Theresa E Loscalzo    tloscalzo@schnader.com

Thomas Justin Cunningham    tcunningham@lockelord.com, chicagodocket@lockelord.com, kmorehouse@lockelord.com, ttill@lockelord.com

William L Kirkman     billk@BourlandKirkman.com

**5:11-cv-01950-VAP-SP Notice has been delivered by First Class U. S. Mail or by other means to: :**

John M Petrasich
Jackson DeMarco Tidus and Peckenpaugh
2030 Main Street Suite 1200
Irvine, CA 92614

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Samp - Def's Notice of Change of Hearing Date re Motion to Dismiss.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=2/22/2012] [FileNumber=13149417-0
] [8f4915414be7bc93e84cc268663579e323a639841ecc1b1c632bcf1a13432f12423
8c8879264842a529820dbd8dde313ed499244d0c4ddaa2b622d6043ee7c06]]