MICHAEL S. LAWRENCE CA Bar No. 255897
    mlawrence@foley.com
MAX B. CHESTER WI Bar No. 1037717 (*pro hac vice pending*)
    mchester@foley.com
JAY N. VARON CA Bar No. 67887 (*pro hac vice pending*)
    jvaron@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE:      213.972.4500
FACSIMILE:      213.486.0065

Attorneys for Defendants MORTGAGE GUARANTY
INSURANCE CORP.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.<br><br>Defendants. | Case No: 5:11-cv-01950 VAP-SP<br><br>**JOINT STIPULATION TO CONTINUE HEARING DATE RE MOTION FOR PARTIAL STAY PENDING THE SUPREME COURT'S DECISION IN *FIRST AMERICAN FINANCIAL CORPORATION V. EDWARDS***<br><br>Judge:    Hon. Virginia A. Phillips<br>Date Complaint Filed: 12/09/2011<br><br>NEW DATE:  April 2, 2012<br>TIME:  2:00 PM<br>COURTROOM: 2<br><br>OLD DATE:  March 12, 2012<br>TIME:  2:00 PM<br>COURTROOM: 2 |

1   Defendants Mortgage Guaranty Insurance Corporation ("MGIC"), PMI
2   Mortgage Insurance Company ("PMI"), Republic Mortgage Insurance Company
3   ("Republic"), Radian Guaranty Inc. ("Radian") and Triad Guaranty Insurance
4   Corporation ("Triad")   and Plaintiffs Wayne Samp, Roberta Samp, Daniel
5   Komarchuk, Susan Komarchuk, and Annetta Whitaker (collectively, "Plaintiffs")
6   (together with MGIC, PMI, Republic, Radian, and Triad, the "Parties") hereby
7   stipulate as follows:

8   1.   The Parties respectfully request a modest continuance of the hearing
9   date on the Motion for Partial Stay Pending the Supreme Court's Decision in *First
10  American Financial Corporation v. Edwards* (ECF No. 53) filed by MGIC, PMI,
11  Republic, Radian, and Triad, currently scheduled for March 12, 2012 at 2:00 p.m.,
12  to a new hearing date of Monday, April 2, 2012 at 2:00 p.m.

13  2.   In addition to pre-existing scheduling conflicts of Plaintiffs' counsel,
14  Plaintiffs have requested a small extension of time to respond to the pending
15  motion in order to consider the issues raised by the motion as well as to evaluate
16  the propriety of filing their own motion to stay the entire action as to all parties.

17  3.   After meeting and conferring in good faith regarding the upcoming
18  hearing, the Parties have agreed to reschedule the hearing on the Motion for Partial
19  Stay filed by MGIC, PMI, Republic, Radian, and Triad to April 2, 2012 at 2:00
20  p.m. and respectfully request that the Court enter an Order providing for same.
21  This continuance is requested in good faith and not for the purposes of delay.

22  4.   All briefing dates will be adjusted accordingly pursuant to local rule.
23  IT IS SO STIPULATED:

24
25
26
27
28

4830-4828-6734.2

1 | Dated:  February 24, 2012

2 |                              By:   /s/ Daniel L. Germain

DANIEL L. GERMAIN
ROSSMAN & GERMAIN LLP
16311 Ventura Boulevard
Suite 1200
Encino, CA  91436-2152
818-788-0877
Fax:  818-788-0885
Email:  germain@lalawyer.com

EDWARD W. CIOLKO
TERENCE S. ZIEGLER
MICHELLE A. COCCAGNA
KESSLER TOPAZ MELTZER &
CHECK, LLP
280 King of Prussia Road
Radnor, PA  19087
610-667-7706
Fax: 610-667-7056

ALAN R. PLUTZIK
BRAMSON PLUTZIK MAHLER &
BIRKHAEUSER LLP
2123 Oak Grove Boulevard, Ste. 120
Walnut Creek, CA  94598
925-945-0200

ANDREW L. BERKE
BERKE, BERKE & BERKE
420 Frazier Avnue
Chattanooga, TN  37402
423-266-5171

Attorneys for Plaintiffs and the
Proposed Class
WAYNE SAMP, ROBERTA SAMP,
DANIEL KOMARCHUK, SUSAN
KOMARCHUK, and ANNETTA
WHITAKER

2

JOINT STIPULATION TO CONTINUE HEARING DATE
CASE NO. 5:11-CV-01950 VAP-SP

4830-4828-6734.2

Dated:  February 24, 2012

By:  /s/ Michael S.  Lawrence
MICHAEL S.  LAWRENCE
MAX B.  CHESTER
JAY N. VARON
Foley & Lardner LLP
555 South Flower Street Suite 3500
Los Angeles, CA 90071-2411
213-972-4500
Fax: 213-486-0065
Email: mlawrence@foley.com

Attorneys for Defendant
MORTGAGE GUARANTY
INSURANCE CORP.

By:  /s/ Sara Jennifer Eisenberg
ARNOLD & PORTER LLP
DOUGLAS A.  WINTHROP (No.
183532)
Email:douglas.winthrop@aporter.com
SARA J.  EISENBERG (No.  269303)
Email: sara.eisenberg@aporter.com
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:  415/434-1600
Facsimile:   415/677-6262

Attorneys for Defendant
PMI MORTGAGE INSURANCE CO.

3

4830-4828-6734.2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:    /s/ Charles M.  Clark
Jackson DeMarco Tidus &
Peckenpaugh
2030 Main Street Suite 1200
Irvine, CA 92614
949-752-8585
Fax: 949-752-0597
Email: cclark@jdtplaw.com

And

William L Kirkman
Bourland & Kirkman LLP
201 Main Street Suite 1400
Fort Worth, TX 76102
817-336-2800
Fax: 817-877-1863
Email: billk@BourlandKirkman.com

Attorneys for Defendant REPUBLIC
MORTGAGE INSURANCE CO.

By:    /s/ David Smith
Schnader Harrison Segal & Lewis
LLP
1600 Market Street Suite 3600
Philadelphia, PA 19103
215-751-2000
Fax: 215-972-7409
Email: dsmith@schnader.com

Attorneys for Defendant RADIAN
GUARANTY INC.

By:    /s/ Thomas Justin Cunningham
Thomas Justin Cunningham
Locke Lord LLP
300 South Grand Avenue Suite 2600
Los Angeles, CA 90071
213-485-1500
Fax: 213-485-1200
Email: tcunningham@lockelord.com

Attorneys for Defendant TRIAD
GUARANTY INSURANCE CORP.

4

4830-4828-6734.2