1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>JP MORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.<br><br>    Defendants. | Case No:  5:11-cv-01950 VAP-SP<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE HEARING DATE RE MOTION FOR PARTIAL STAY PENDING THE SUPREME COURT'S DECISION IN** *FIRST AMERICAN FINANCIAL CORPORATION V. EDWARDS*<br><br>Judge:   Hon. Virginia A. Phillips<br>Date Complaint Filed:  12/09/2011<br><br>NEW DATE: April 2, 2012<br>TIME:  2:00 PM<br>COURTROOM: 2<br><br>OLD DATE:  March 12, 2012<br>TIME:  2:00 PM<br>COURTROOM: 2 |

The Court, having reviewed and considered the Parties' Joint Stipulation to Continue the Hearing Date re Motion for Partial Stay Pending the Supreme Court's Decision in *First American Financial Corporation v. Edwards*, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Stipulation is granted.

2. The hearing date on the Motion for Partial Stay Pending the Supreme Court's Decision in *First American Financial Corporation V. Edwards* filed by Defendants Mortgage Guaranty Insurance Corporation, PMI Mortgage Insurance Company, Republic Mortgage Insurance Company, Radian Guaranty Inc. and Triad Guaranty Insurance Corporation, previously scheduled for March 12, 2012 at 2:00 p.m., is continued to Monday, April 2, 2012 at 2:00 p.m.

3. All briefing dates will be adjusted accordingly pursuant to local rule.

IT IS SO ORDERED:

                                                Hon. Virginia A. Phillips

4823-8014-7470.2