1 | Christopher H. Hart (CSBN 184117)
    chart@schnader.com
2 | David Smith (*Admitted Pro Hac Vice*)
    dsmith@schnader.com
3 | Stephen A. Fogdall (*Admitted Pro Hac Vice*)
    sfogdall@schnader.com
4 | Theresa E. Loscalzo (*Admitted Pro Hac Vice*)
    tloscalzo@schnader.com
5 | SCHNADER HARRISON SEGAL & LEWIS LLP
    One Montgomery Street, Suite 2200
6 | San Francisco, California  94104-5501
    Telephone: 415-364-6700
7 | Facsimile: 415-364-6785

8 | Attorneys for Defendant RADIAN GUARANTY INC.

9 | *Additional Counsel Listed on Next Page*

10 | UNITED STATES DISTRICT COURT

11 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN, KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.,<br><br>Defendants. | Case No. EDCV11-01950 VAP SPX<br><br>**JOINT STIPULATION TO CONTINUE HEARING DATE RE: MOTION BY DEFENDANTS MORTGAGE GUARANTY INSURANCE CORP., PMI MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., AND TRIAD GUARANTY INSURANCE CORP. TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(1)**<br><br>*Proposed Continued Hearing Date:*<br>Date     April 2, 2012<br>Time:    2:00 p.m.<br>Place:   Courtroom 2<br>             3470 Twelfth Street, 2nd Floor<br>             Riverside, CA<br>Judge:   The Honorable Virginia A. Phillips<br>Date Complaint Filed:  12/9/2011<br><br>*Old Date:*<br>Date:  March 12, 2012<br>Time:  2:00 p.m.<br>Place: Courtroom 2 |

| | |
|---|---|
| Douglas Andrew Winthrop (CSBN 183532)<br>  douglas.winthrop@aporter.com<br>Sara Jennifer Eisenberg (CSBN 269303)<br>  sara.eisenberg@aporter.com<br>ARNOLD & PORTER LLP<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA  94111-4024<br>Telephone: 415-434-1600<br>Facsimile: 415-677-6262<br><br>Attorneys for Defendant<br>PMI MORTGAGE INSURANCE CO. | Michael Steven Lawrence (CSBN 255897)<br>  mlawrence@foley.com<br>FOLEY & LARDNER LLP<br>555 South Flower Street, Suite 3500<br>Los Angeles, CA  90071-2411<br>Telephone: 213-972-4500<br>Facsimile: 213-486-0065<br><br>Attorneys for Defendant<br>MORTGAGE GUARANTY INSURANCE CORPORATION |

Thomas Justin Cunningham (CSBN 263729)
  tcunningham@lockelord.com
Daniel A. Solitro (CSBN 243908)
  dsolitro@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071
Telephone: 213-485-1500
Facsimile: 213-485-1200

Attorneys for Defendant
TRIAD GUARANTY INSURANCE CORP

Plaintiffs WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER ("Plaintiffs") and Defendants Mortgage Guaranty Insurance Corporation ("MGIC"), PMI Mortgage Insurance Company ("PMI"), Radian Guaranty Inc. ("Radian"), and Triad Guaranty Insurance Corporation ("Triad") (the "Moving Defendants") (together with MGIC, PMI, Radian, and Triad, the "Parties") hereby stipulate as follows:

1. The Parties respectfully request a modest continuance of the hearing date on the Motion by Defendants Mortgage Guaranty Insurance Corp., PMI Mortgage Insurance Co., Radian Guaranty Inc., and Triad Guaranty Insurance Corp. to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) [Doc. No. 54], which is currently scheduled for March 12, 2012 at 2:00 p.m., to a new hearing date of Monday, April 2, 2012, at 2:00 p.m.

2. In addition to pre-existing scheduling conflicts of Plaintiffs' counsel, Plaintiffs have requested a small extension of time to respond to the pending motion in order to consider the issues raised by the motion.

3. After meeting and conferring in good faith regarding the upcoming hearing, the Parties have agreed to reschedule the hearing on the pending motion to April 2, 2012 at 2:00 p.m. and respectfully request that the Court enter an Order providing for same. This continuance is requested in good faith and not for the purposes of delay.

4. The parties further stipulate that, in accordance with the Local Rules, the deadline for Plaintiffs to file and serve their response to the pending motion be extended until March 12, 2012, and the deadline for Moving Defendants to serve their reply to the Plaintiffs' response be extended until March 19, 2012. Good cause exists for these extensions, to accommodate Plaintiffs' request for a small extension of time to respond to the pending motion. The Parties respectfully request that the Court enter an Order providing for same.

/ / /
/ / /
/ / /
/ / /

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  February 27, 2012 | SCHNADER HARRISON SEGAL & LEWIS LLP |
| | |
| | /s/*Christopher H. Hart* |
| | Christopher H. Hart |
| | David Smith (*Admitted Pro Hac Vice*) |
| | Theresa E. Loscalzo (*Admitted Pro Hac Vice*) |
| | Stephen A. Fogdall (*Admitted Pro Hac Vice*) |
| | Attorneys for Defendant |
| | RADIAN GUARANTY INC. |
| | One Montgomery Street Suite 2200 |
| | San Francisco, CA 94104-5501 |
| | Phone: 415-364-6700 |
| | Fax: 415-364-6785 |
| | Email: chart@schnader.com |
| | |
| Dated:  February 27, 2012 | ARNOLD & PORTER LLP |
| | |
| | /s/*Sara Jennifer Eisenberg* |
| | Douglas A. Winthrop |
| | Sara J. Eisenberg |
| | Attorneys for Defendant |
| | PMI MORTGAGE INSURANCE CO. |
| | Three Embarcadero Center, 7th Floor |
| | San Francisco, California  94111-4024 |
| | Phone: 415-434-1600 |
| | Fax: 415-677-6262 |
| | douglas.winthrop@aporter.com |
| | sara.eisenberg@aporter.com |
| | |
| Dated:  February 27, 2012 | FOLEY & LARDNER LLP |
| | |
| | /s/*Michael S. Lawrence* |
| | Michael S. Lawrence |
| | Attorneys for Defendant |
| | MORTGAGE GUARANTY INSURANCE CORPORATION |
| | Foley & Lardner LLP |
| | 555 South Flower Street Suite 3500 |
| | Los Angeles, CA 90071-2411 |
| | Phone: 213-972-4500 |
| | Fax: 213-486-0065 |
| | mlawrence@foley.com |

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

| | | |
|---|---|---|
| 1 | Dated: February 27, 2012 | LOCKE LORD LLP |
| 2 | | |
| 3 | | */s/Thomas Justin Cunningham* |
| | | Thomas J. Cunningham |
| 4 | | Daniel A. Solitro |
| | | Attorneys for Defendant |
| 5 | | TRIAD GUARANTY INSURANCE CORP. |
| | | 300 South Grand Avenue, Suite 2600 |
| 6 | | Los Angeles, CA, 90071 |
| | | 213-485-1500 |
| 7 | | Fax: 213-485-1200 |
| | | tcunningham@lockelord.com |
| 8 | | dsolitro@lockelord.com |
| 9 | | |
| 10 | Dated: February 27, 2012 | ROSMAN & GERMAIN LLP |
| 11 | | */s/Daniel L. Germain* |
| | | Daniel L. Germain (Bar No. 143334) |
| 12 | | 16311 Ventura Boulevard, Suite 1200 |
| | | Encino, CA 91436 |
| 13 | | Tel: 818-788-0877 |
| 14 | | Attorney for Plaintiffs |
| | | *and* |
| 15 | | KESSLER TOPAZ MELTZER & CHECK, LLP |
| | | Edward W. Ciolko |
| 16 | | Terence S. Ziegler |
| | | Michelle A. Coccagna |
| 17 | | 280 King of Prussia Road |
| | | Radnor, PA 19087 |
| 18 | | Tel: 610-667-7706 |
| 19 | | *and* |
| | | BRAMSON PLUTZIK MAHLER & |
| 20 | | BIRKHAEUSER LLP |
| | | Alan R. Plutzik |
| 21 | | 2125 Oak Grove Boulevard, Ste. 120 |
| | | Walnut Creek, California   94598 |
| 22 | | Tel: 925-945-0200 |
| | | *and* |
| 23 | | BERKE, BERKE & BERKE |
| | | Andrew L Berke |
| 24 | | 420 Frazier Avenue |
| | | Chattanooga, Tennessee  37402 |
| 25 | | Tel: 423-266-5171 |
| | | Attorneys for Plaintiffs and the Proposed Class |

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785