# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.<br><br>Defendants. | Case No: 5:11-cv-01950 VAP-SP<br><br>**DECLARATION OF EDWARD W. CIOLKO IN SUPPORT OF JOINT STIPULATION TO CONTINUE HEARING DATE RE: MOTION BY DEFENDANTS MORTGAGE GUARANTY INSURANCE CO., PMI MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., AND TRIAD GUARANTY INSURANCE CORP. TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(1)**<br><br>Judge:   Hon. Virginia A. Phillips<br>Date Complaint Filed:  12/09/2011<br><br>NEW DATE: April 2, 2012<br>TIME:  2:00 PM<br>COURTROOM: 2<br><br>OLD DATE:  March 12, 2012<br>TIME:  2:00 PM<br>COURTROOM: 2 |

I, Edward W. Ciolko, declare as follows:

1. I am a partner with the law firm of Kessler Topaz Meltzer & Check, LLP ("KTMC"), counsel of record for Plaintiffs Wayne Samp, Roberta Samp, Daniel Komarchuk, Susan Komarchuk, and Annetta Whitaker (collectively, "Plaintiffs") in the above-captioned matter. I am one of the lead attorneys working on this case and am personally involved in all aspects of the prosecution of this matter. I submit this Declaration in Support of the Parties' Joint Stipulation to Continue the Hearing Date on the Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) filed by Defendants Mortgage Guaranty Insurance Corporation ("MGIC"), PMI Mortgage Insurance Company ("PMI"), Radian Guaranty Inc. ("Radian") and Triad Guaranty Insurance Corporation ("Triad"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto.

1. The Parties wish to continue the hearing date on the Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) filed by MGIC, PMI, Radian and Triad (ECF No. 54), previously scheduled for March 12, 2012 at 2:00 p.m., to a new hearing date of Monday, April 2, 2012 at 2:00 p.m.

2. After the filing of the Motion to Dismiss on February 7, 2012, I reached out to the various counsel for MGIC, PMI, Radian and Triad to request a modest continuance of the March 12, 2012 hearing date on the motion. In addition to pre-existing scheduling conflicts of Plaintiffs' counsel, Plaintiffs require a small extension of time to respond to the pending motion in order to consider the issues raised by the motion.

3. After meeting and conferring in good faith regarding the upcoming hearing, the Parties agreed to reschedule the hearing on the Motion to Dismiss filed by MGIC, PMI, Radian, and Triad to April 2, 2012 at 2:00 p.m.

1  I declare under penalty of perjury under the laws of the United States of
2 America that the foregoing is true and correct and that this declaration was
3 executed by me on February 27, 2012, in Radnor, Pennsylvania.

*/s/ Edward W. Ciolko*
Edward W. Ciolko