Christopher H. Hart (CSBN 184117)
  chart@schnader.com
David Smith (*Admitted Pro Hac Vice*)
  dsmith@schnader.com
Stephen A. Fogdall (*Admitted Pro Hac Vice*)
  sfogdall@schnader.com
Theresa E. Loscalzo (*Admitted Pro Hac Vice*)
  tloscalzo@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California  94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Defendant RADIAN GUARANTY INC.

*Additional Counsel Listed on Next Page*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN, KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.,<br><br>Defendants. | Case No. EDCV11-01950 VAP SPX<br><br>**PROPOSED ORDER APPROVING JOINT STIPULATION TO CONTINUE HEARING DATE RE: MOTION BY DEFENDANTS MORTGAGE GUARANTY INSURANCE CORP., PMI MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., AND TRIAD GUARANTY INSURANCE CORP. TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(1)**<br><br>*Proposed Continued Hearing Date:*<br>Date    April 2, 2012<br>Time:   2:00 p.m.<br>Place:  Courtroom 2<br>        3470 Twelfth Street, 2nd Floor<br>        Riverside, CA<br>Judge:  The Honorable Virginia A. Phillips<br>Date Complaint Filed:  12/9/2011<br><br>*Old Date:*<br>Date: March 12, 2012<br>Time: 2:00 p.m.<br>Place: Courtroom 2 |

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

1

2  Douglas Andrew Winthrop (CSBN 183532)
   douglas.winthrop@aporter.com
3  Sara Jennifer Eisenberg (CSBN 269303)
   sara.eisenberg@aporter.com
4  ARNOLD & PORTER LLP
   Three Embarcadero Center, 7th Floor
5  San Francisco, CA  94111-4024
   Telephone: 415-434-1600
6  Facsimile: 415-677-6262

7  Attorneys for Defendant
   PMI MORTGAGE INSURANCE CO.
8

9  Thomas Justin Cunningham (CSBN 263729)
   tcunningham@lockelord.com
10 Daniel A Solitro (CSBN 243908)
   dsolitro@lockelord.com
11 LOCKE LORD LLP
   300 South Grand Avenue, Suite 2600
12 Los Angeles, CA  90071
   Telephone: 213-485-1500
13 Facsimile: 213-485-1200

14 Attorneys for Defendant
   TRIAD GUARANTY INSURANCE CORP

Michael Steven Lawrence (CSBN 255897)
   mlawrence@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, CA  90071-2411
Telephone: 213-972-4500
Facsimile: 213-486-0065

Attorneys for Defendant
MORTGAGE GUARANTY INSURANCE
CORPORATION

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Upon due consideration of the Joint Stipulation to Continue Hearing Date re: Motion by Defendants Mortgage Guaranty Insurance Corp., PMI Mortgage Insurance Co., Radian Guaranty Inc., and Triad Guaranty Insurance Corp. to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) ("Joint Stipulation"), and for good cause appearing, IT IS HEREBY ORDERED THAT:

The Stipulation is APPROVED.

The hearing on the Motion by Defendants Mortgage Guaranty Insurance Corp., PMI Mortgage Insurance Co., Radian Guaranty Inc., and Triad Guaranty Insurance Corp. to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1) [Doc. No. 54], which was previously scheduled for March 12, 2012 at 2:00 p.m., is continued to Monday, April 2, 2012 at 2:00 p.m.

The deadline for Plaintiffs to file and serve their response to the motion is March 12, 2012.

The deadline for Moving Defendants to file and serve any reply to Plaintiffs' response is March 19, 2012.

IT IS SO ORDERED.

Dated: February___, 2012

_____
Hon. Virginia A. Phillips

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785