David D. Piper, CASB No. 179889
david.piper@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone: (562) 436-2000  Facsimile: (562) 436-7416

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wayne Samp, et al.<br><br>Plaintiff(s)<br>v.<br>JPMorgan Chase Bank, N.A., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:11-cv-01950-VAP-SP<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __James Amler__, of __Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10028__
   *Applicant's Name*                                                         *Firm Name / Address*

__(212) 909-6000__                            __jbamler@debevoise.com__
  *Telephone Number*                                              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant

☐ Intervener or other interested person _____

and the designation of __David D. Piper, CASB No. 179889__
                                    *Local Counsel Designee /State Bar Number*

of __KEESAL, YOUNG & LOGAN  A Professional Corporation  Long Beach, California  90801-1730__
                                        *Local Counsel Firm / Address*

__(562) 436-2000__                         __david.piper@kyl.com__
  *Telephone Number*                                            *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

    ☐ GRANTED
    ☐ DENIED. Fee shall be returned by the Clerk.
    ☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____              _____
                                                             U. S. District Judge/U.S. Magistrate Judge