David D. Piper, CASB No. 179889
david.piper@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone: (562) 436-2000  Facsimile: (562) 436-7416

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Wayne Samp, et al. | CASE NUMBER: |
| --- | --- |
| Plaintiff(s) | 5:11-cv-01950-VAP-SP |
| v. | |
| JPMorgan Chase Bank, N.A., et al. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of <u>Anna Siemon</u>, of <u>Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10028</u>
    *Applicant's Name*                                                                       *Firm Name / Address*

<u>(212) 909-6000</u>                                <u>asiemon@debevoise.com</u>
   *Telephone Number*                                      *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant

☐ Intervener or other interested person _____

and the designation of <u>David D. Piper, CASB No. 179889</u>
                                   *Local Counsel Designee /State Bar Number*

of <u>KEESAL, YOUNG & LOGAN  A Professional Corporation  Long Beach, California 90801-1730</u>
                                         *Local Counsel Firm / Address*

<u>(562) 436-2000</u>                            <u>david.piper@kyl.com</u>
  *Telephone Number*                                    *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

    ☐ GRANTED
    ☐ DENIED. Fee shall be returned by the Clerk.
    ☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____             _____
                                                       U. S. District Judge/U.S. Magistrate Judge