**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

February 10, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MAEVE LOUISE O'CONNOR, #187713 was admitted to the practice of law in this state by the Supreme Court of California on March 20, 1997; that from the date of admission to June 4, 1998, she was an ACTIVE member of the State Bar of California; that on June 4, 1998, she transferred at her request to the INACTIVE status as of January 1, 1998; that from that date to August 6, 1998, she was an INACTIVE member of the State Bar of California; that on August 6, 1998, she transferred at her request to the ACTIVE status; that from that date to March 13, 2000, she was an ACTIVE member of the State Bar of California; that on March 13, 2000, she transferred at her request to the INACTIVE status as of January 1, 2000; that she has been since that date, and is at date hereof, an INACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records

NOTE: *Only ACTIVE members of the State Bar of California are entitled to practice law in California. (See Sections 6006 and 6125, et seq., Business and Professions Code.)*

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# MAEVE O'CONNOR

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **November 1, 1999**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**February 8, 2012**

*Susanna Rojas*

Clerk of the Court

8358