David D. Piper, CASB No. 179889
david.piper@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone: (562) 436-2000  Facsimile: (562) 436-7416

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Wayne Samp, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s) v. | 5:11-cv-01950-VAP-SP |
| JPMorgan Chase Bank, N.A., et al. Defendant(s). | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of <u>Maeve O'Connor</u>, of <u>Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10028</u>
    *Applicant's Name*                                *Firm Name / Address*

<u>(212) 909-6000</u>                 <u>moconnor@debevoise.com</u>
*Telephone Number*                          *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant
☐ Intervener or other interested person _____

and the designation of <u>David D. Piper, CASB No. 179889</u>
                            *Local Counsel Designee /State Bar Number*

of <u>KEESAL, YOUNG & LOGAN  A Professional Corporation  Long Beach, California 90801-1730</u>
                            *Local Counsel Firm / Address*

<u>(562) 436-2000</u>                <u>david.piper@kyl.com</u>
*Telephone Number*                          *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

    ☐ GRANTED
    ☐ DENIED.  Fee shall be returned by the Clerk.
    ☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____                   _____
                                                     U. S. District Judge/U.S. Magistrate Judge