David D. Piper, CASB No. 179889
david.piper@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone: (562) 436-2000  Facsimile: (562) 436-7416

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Wayne Samp, et al.

Plaintiff(s)

v.

JPMorgan Chase Bank, N.A., et al.

Defendant(s).

CASE NUMBER:

5:11-cv-01950-VAP-SP

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Amanda DiMauro Zakowich__, of __Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10028__
    *Applicant's Name*                                                      *Firm Name / Address*

__(212) 909-6000__                                      __adzakowich@debevoise.com__
   *Telephone Number*                                                    *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff   ☒ Defendant

☐ Intervener or other interested person _____

and the designation of __David D. Piper, CASB No. 179889__
                                         *Local Counsel Designee /State Bar Number*

of __KEESAL, YOUNG & LOGAN  A Professional Corporation  Long Beach, California 90801-1730__
                                                     *Local Counsel Firm / Address*

__(562) 436-2000__                                    __david.piper@kyl.com__
   *Telephone Number*                                                    *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

    ☐ GRANTED
    ☐ DENIED.  Fee shall be returned by the Clerk.
    ☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.


Dated _____  _____
                                                                     U. S. District Judge/U.S. Magistrate Judge