David D. Piper, CASB No. 179889
david.piper@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone: (562) 436-2000 Facsimile: (562) 436-7416

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Wayne Samp, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 5:11-cv-01950-VAP-SP |
| v. | |
| JPMorgan Chase Bank, N.A., et al. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __James Amler__, of __Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10028__
   *Applicant's Name*                              *Firm Name / Address*

__(212) 909-6000__                                  __jbamler@debevoise.com__
   *Telephone Number*                               *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff  ☑ Defendant

☐ Intervener or other interested person _____

and the designation of __David D. Piper, CASB No. 179889__
                          *Local Counsel Designee /State Bar Number*

of __KEESAL, YOUNG & LOGAN  A Professional Corporation  Long Beach, California 90801-1730__
     *Local Counsel Firm / Address*

__(562) 436-2000__                                  __david.piper@kyl.com__
   *Telephone Number*                               *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ **GRANTED**
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated __March 13 2012__               ____/s/ Virginia A. Phillips____
                                       U.S. District Judge/U.S. Magistrate Judge

---

G-64 ORDER (11/10)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE