David D. Piper, CASB No. 179889
david.piper@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone: (562) 436-2000  Facsimile: (562) 436-7416

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Wayne Samp, et al.<br><br>Plaintiff(s)<br>v.<br>JPMorgan Chase Bank, N.A., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:11-cv-01950-VAP-SP<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |
|---|---|

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of <u>Andrew J. Ceresney</u>, of <u>Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10028</u>
    *Applicant's Name*                                                          *Firm Name / Address*

(212) 909-6000                                               ajceresney@debevoise.com
   *Telephone Number*                                                    *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant
☐ Intervener or other interested person _____

and the designation of <u>David D. Piper, CASB No. 179889</u>
                                            *Local Counsel Designee /State Bar Number*

of <u>KEESAL, YOUNG & LOGAN  A Professional Corporation  Long Beach, California 90801-1730</u>
                                            *Local Counsel Firm / Address*

(562) 436-2000                                            david.piper@kyl.com
  *Telephone Number*                                                   *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED
☐ DENIED.  Fee shall be returned by the Clerk.
☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _March 13, 2012_                        _/s/ Virginia A. Phillips_
                                               U. S. District Judge/U.S. Magistrate Judge