David D. Piper, CASB No. 179889
david.piper@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone: (562) 436-2000  Facsimile: (562) 436-7416

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Wayne Samp, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 5:11-cv-01950-VAP-SP |
| v. | |
| JPMorgan Chase Bank, N.A., et al. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Maeve O'Connor__, of __Debevoise & Plimpton LLP, 919 Third Avenue, New York, NY 10028__
      *Applicant's Name*                *Firm Name / Address*

__(212) 909-6000__                         __moconnor@debevoise.com__
  *Telephone Number*                          *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff  ☑ Defendant

☐ Intervener or other interested person _____

and the designation of __David D. Piper, CASB No. 179889__
                      *Local Counsel Designee /State Bar Number*

of __KEESAL, YOUNG & LOGAN  A Professional Corporation  Long Beach, California 90801-1730__
    *Local Counsel Firm / Address*

__(562) 436-2000__                         __david.piper@kyl.com__
  *Telephone Number*                          *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated __March 13 2012__                     _____
                                             U.S. District Judge/U.S. Magistrate Judge