**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 11-1950VAP(SPx)                                    Date:  March 15, 2012

Title:      WAYNE SAMP, et al. -v- JPMORGAN CHASE BANK, N.A., et al.
================================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                        None Present
    Courtroom Deputy                                   Court Reporter

ATTORNEYS PRESENT FOR                      ATTORNEYS PRESENT FOR
PLAINTIFFS:                                              DEFENDANTS:

    None                                                       None

PROCEEDINGS:      MINUTE ORDER DENYING DEFENDANTS' MOTION TO DISMISS (DOC. NO. 54) WITH LEAVE TO RE-FILE, AND VACATING APRIL 2, 2012, HEARING (IN CHAMBERS)

    On February 7, 2012, Defendants Mortgage Guaranty Insurance Corp., PMI Mortgage Insurance Co., Radian Guaranty Inc., and Triad Guaranty Insurance Corp. filed a Motion to Dismiss (Doc. No. 54) for lack of subject-matter jurisdiction.  The hearing on the Motion, first set for March 12, 2012, was continued to April 2, 2012.  (<u>See</u> Doc. No. 82.)  In the interim, however, Plaintiffs filed a First Amended Complaint (Doc. No. 79).  Generally, the filing of an amended complaint moots motions aimed at the original complaint.  See, e.g., <u>Shah v. County of Los Angeles</u>, No. CV 08-6499 CAS (CWx), 2010 WL 1233562, at *2 (C.D. Cal. Mar. 26, 2010).

**EDCV 11-1950VAP(SPx)**
**WAYNE SAMP, et al. v. JPMORGAN CHASE BANK, N.A., et al.**

Accordingly, the Court DENIES AS MOOT Defendants' Motion to Dismiss, with leave to re-file a motion directed at Plaintiffs' First Amended Complaint. Additionally, the Court VACATES the April 2, 2012, hearing on Defendants' Motion.

**IT IS SO ORDERED.**