Daniel L. Germain (Cal. Bar No. 143334)
germain@lalawyer.com
**ROSMAN & GERMAIN LLP**
16311 Ventura Boulevard
Suite 1200
Encino, CA 91436-2152
Telephone: (818) 788-0877
Facsimile: (818) 788-0885

*Attorneys for Plaintiff and the Proposed Class*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.

Defendants.

CASE NO. 5:11-CV-01950 VAP-SP

Hon. Virginia A. Phillips

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO STAY ACTION AS TO DEFENDANTS MORTGAGE GUARANTY INSURANCE CORP., PMI MORTGAGE INSURANCE CO., RADIAN GUARANTY INC. AND TRIAD GUARANTY INSURANCE CORP. PENDING THE UNITED STATES SUPREME COURT'S DECISION IN *FIRST AMERICAN FINANCIAL CORP. V. EDWARDS***

Date: April 16, 2012
Time: 2:00 p.m.
Place: Courtroom 2
3470 Twelfth Street, 2nd Floor
Riverside, CA
Judge: The Honorable Virginia A. Phillips

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that on April 16, 2012, at 2:00 p.m., or as soon thereafter as counsel can be heard, in Courtroom 2 of the United States District Court for the Central District of California, located at 3470 Twelfth Street, 2nd Floor, Riverside, California, Plaintiffs Wayne Samp, Roberta Samp, Daniel Komarchuk, Susan Komarchuk, and Annetta Whitaker (collectively, "Plaintiffs"), will and hereby do move this Court, by and through their undersigned counsel, for an Order granting their Motion to Stay Action as to Defendants Mortgage Guaranty Insurance Corp. ("MGIC"), PMI Mortgage Insurance Co. ("PMI"), Radian Guaranty Inc. ("Radian"), and Triad Guaranty Insurance Corp. ("Triad") pending the United States Supreme Court's decision in *First American Financial Corp. v. Denise P. Edwards*, No. 10-708 ("*Edwards*").

As set forth in detail in the accompanying Memorandum of Points and Authorities in Support of Plaintiffs' Motion to Stay Action and the Declaration of Edward W. Ciolko, Plaintiffs seek to extend the stay entered on February 13, 2012 (ECF No. 71) pursuant to a stipulation between Plaintiffs and Defendants JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., JPMorgan Chase & Co., Cross Country Insurance Company (collectively, "JPMorgan"), United Guaranty Residential Insurance Co. ("United Guaranty"), and Genworth Mortgage Insurance Corp. ("Genworth") (ECF No. 63), to Defendants MGIC, PMI, Radian, and Triad pending a decision by the United States Supreme Court in *Edwards*.[1] As several other courts across the country have determined when granting motions to stay pending *Edwards* in analogous actions asserting virtually identical claims to those asserted by Plaintiffs here,[2] the United States Supreme Court's decision may

---

[1] Republic Mortgage Insurance Co. recently agreed in principal to enter into a stipulation with Plaintiffs to stay this action pending *Edwards*, similar to the stipulation entered into between Plaintiffs, JPMorgan, United Guaranty, and Genworth. The parties are continuing to negotiate the terms of the stipulation and anticipate filing it shortly.

[2] *See White v. The PNC Financial Services Group, Inc.*, No. 11-cv-07928 (E.D. Pa. filed Dec. 30, 2011), *Munoz v. PHH Corp.*, No. 08-cv-0759 (E.D. Cal. filed June 2, 2008), *Moore v. GMAC Mortgage, LLC*, No. 07-cv-04296 (E.D. Pa. filed Dec. 20, 2006), and

materially impact the claims and/or defenses asserted in this action. Accordingly, a stay of the entire action as to all parties would promote the orderly administration of justice, eliminate serial and/or piecemeal motions to dismiss, and conserve both the Court's and the parties' resources.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on numerous dates beginning January, 2012.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Edward W. Ciolko, the records and pleadings on file in this action, and any arguments of counsel that may be presented to the Court at the hearing on this Motion.

Dated: March 16, 2012

Respectfully submitted,

**ROSMAN & GERMAIN LLP**

By: */s/ Daniel L. Germain*

Daniel L. Germain (Bar No. 143334)
16311 Ventura Boulevard, Suite 1200
Encino, CA 91436-2152
Telephone: (818) 788-0877
Facsimile: (818) 788-0885

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Edward W. Ciolko
Terence S. Ziegler
Amanda R. Trask
Michelle A. Coccagna
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**BRAMSON PLUTZIK MAHLER & BIRKHAEUSER LLP**
Alan R. Plutzik

---

*Thurmond v. SunTrust Banks, Inc.*, No. 11-cv-01352 (E.D. Pa. filed Feb. 25, 2011).

2125 Oak Grove Boulevard, Ste. 120
Walnut Creek, California 94598
Telephone: (925) 945-0200

**BERKE, BERKE & BERKE**
Andrew L. Berke
420 Frazier Avenue
Chattanooga, Tennessee 37402
Telephone: (423) 266-5171

***Attorneys for Plaintiffs and the Proposed Class***

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Daniel L. Germain*