# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.,<br><br>Defendants. | CASE NO. 5:11-CV-01950 VAP-SP<br><br>Hon. Virginia A. Phillips<br><br>**[PROPOSED] ORDER STAYING ACTION PENDING THE UNITED STATES SUPREME COURT'S DECISION IN *FIRST AMERICAN FINANCIAL CORP. V. DENISE P. EDWARDS*, NO. 10-708** |

# [PROPOSED] ORDER

**AND NOW**, this _____, day of _____, 2012, upon consideration of Plaintiffs' Motion to Stay Action as to Defendants Mortgage Guaranty Insurance Corp. ("MGIC"), PMI Mortgage Insurance Co. ("PMI"), Radian Guaranty Inc. ("Radian"), and Triad Guaranty Insurance Corp. ("Triad"), and good cause appearing therefore, **IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED**.  This action, as against Defendants MGIC, PMI, Radian, and Triad is stayed pending the decision of the United States Supreme Court in *First American Financial Corporation, Successor in Interest to The First American Corporation, et al., v. Denise P. Edwards*, Docket No. 10-708 ("*Edwards*").

It is further **ORDERED** that the deadline for MGIC, PMI, Radian, and Triad to answer, move, or otherwise respond to the First Amended Class Action Complaint in this action shall be extended to 45 days following the lifting of the stay by this Court. Plaintiffs and MGIC, PMI, Radian, and Triad shall notify the Court promptly upon issuance of the United States Supreme Court's opinion in *Edwards*.

**IT IS SO ORDERED.**

Dated: _____, 2012                  _____
                                              Hon. Virginia A. Phillips
                                              Judge of the United States District Court,
                                              Central District of California