Christopher H. Hart (CSBN 184117)
  chart@schnader.com
David Smith (*Admitted Pro Hac Vice*)
  dsmith@schnader.com
Stephen A. Fogdall (*Admitted Pro Hac Vice*)
  sfogdall@schnader.com
Theresa E. Loscalzo (*Admitted Pro Hac Vice*)
  tloscalzo@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California  94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Defendant RADIAN GUARANTY INC.

*Additional Counsel Listed on Next Page*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN, KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.,  CHASE BANK USA, N.A., JPMORGAN CHASE, & CO., CROSS COUNTRY INSURANCE, COMPANY, UNITED GUARANTY, RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.,<br><br>Defendants. | Case No. EDCV11-01950 VAP SPX<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANTS MORTGAGE GUARANTY INSURANCE CORP., PMI MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., AND TRIAD GUARANTY INSURANCE CORP. TO DISMISS AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)**<br><br>Date: April 16, 2012<br>Time: 2:00 p.m.<br>Place: Courtroom 2<br>       3470 Twelfth Street, 2nd Floor<br>       Riverside, CA<br>Judge: The Honorable Virginia A. Phillips |

Notice of Motion and Motion to Dismiss Amended Complaint

Douglas Andrew Winthrop (CSBN 183532)
　douglas.winthrop@aporter.com
Sara Jennifer Eisenberg (CSBN 269303)
　sara.eisenberg@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4024
Telephone: 415-434-1600
Facsimile: 415-677-6262

Eric Shapland (CSBN 193853)
　eric.shapland@aporter.com
Amie L. Medley (CSBN 266586)
　amie.medley@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213-243-4000
Facsimile: 213-243-4199

Attorneys for Defendants
PMI MORTGAGE INSURANCE CO.

Thomas Justin Cunningham (CSBN 263729)
　tcunningham@lockelord.com
Daniel A Solitro (CSBN 243908)
　dsolitro@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071
Telephone: 213-485-1500
Facsimile: 213-485-1200

Attorneys for Defendant
TRIAD GUARANTY INSURANCE CORP

Michael Steven Lawrence (CSBN 255897)
　mlawrence@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, CA  90071-2411
Telephone: 213-972-4500
Facsimile: 213-486-0065

Attorneys for Defendant
MORTGAGE GUARANTY INSURANCE
CORPORATION

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

Notice of Motion and Motion to Dismiss Amended Complaint

# **NOTICE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on April 16, 2012, at 2:00 p.m., or as soon thereafter as counsel can be heard, in Courtroom 2, of the United States District Court, Central District of California, located at 3470 Twelfth Street, 2nd Floor, Riverside, California (951-328-4461), Defendants Mortgage Guaranty Insurance Corp. ("MGIC"), PMI Mortgage Insurance Co. ("PMI"), Radian Guaranty Inc. ("Radian"), and Triad Guaranty Insurance Corp. ("Triad") (collectively, the "Moving Defendants"), through their counsel, will and does move that this Court grant its Motion to Dismiss the Amended Complaint.

# **MOTION TO DISMISS**

This motion is being made pursuant to Federal Rule of Civil Procedure 12(b)(1). As discussed in detail in the accompanying Memorandum of Points and Authorities in Support of the Moving Defendants' Motion to Dismiss Amended Complaint, plaintiffs lack standing to bring any claim against the Moving Defendants. Plaintiffs' amended complaint does not satisfy the "irreducible constitutional minimum" of standing required by Article III of the U.S. Constitution and existing federal case law. Plaintiffs have not – and cannot – plead that: (a) they have "suffered an 'injury in fact'"; (b) there is "a causal connection between the injury and the conduct" of the defendants; and (c) it is "likely, as opposed to merely speculative, that the injury will be redressed by a favorable decision" as required by *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560-61 (1992) (internal quotation marks omitted), as well as various other federal cases that discuss the standing issue. This deficiency is not cured by plaintiffs' effort to bring this lawsuit as a class action under Rule 23 (see Fed. R. Civ. P. 82, and the various cases discussed in the accompanying Memorandum of Points and Authorities), nor is it cured by the so-called "juridical link doctrine." Plaintiffs' lack of standing with respect to the Moving Defendants requires that the Moving Defendants be dismissed from the action.

This motion is made following the conference of counsel pursuant to U.S. District Court, Central District, Local Rule 7-3, which took place on February 3, 2012, among other days.

1   This motion is based on this Notice of Motion and Motion, the Memorandum of Points
2   and Authorities in Support of this Motion, the records and pleadings on file in this action, and
3   such further evidence as counsel may present to this Court at the hearing on this motion.

Dated:  March 16, 2012                    SCHNADER HARRISON SEGAL & LEWIS LLP


                                          /s/Christopher H. Hart
                                          Christopher H. Hart
                                          David Smith (*Admitted Pro Hac Vice*)
                                          Theresa E. Loscalzo (*Admitted Pro Hac Vice*)
                                          Stephen A. Fogdall (*Admitted Pro Hac Vice*)
                                          Attorneys for Defendant
                                          RADIAN GUARANTY INC.
                                          One Montgomery Street Suite 2200
                                          San Francisco, CA 94104-5501
                                          Phone: 415-364-6700
                                          Fax: 415-364-6785
                                          Email: chart@schnader.com


Dated:  March 16, 2012                    ARNOLD & PORTER LLP


                                          /s/Douglas A. Winthrop
                                          Douglas A. Winthrop
                                          Sara J. Eisenberg
                                          Three Embarcadero Center, 7th Floor
                                          San Francisco, California  94111-4024
                                          Phone: 415-434-1600
                                          Fax: 415-677-6262
                                          douglas.winthrop@aporter.com
                                          sara.eisenberg@aporter.com

                                          Eric Shapland
                                          Amie L. Medley
                                          777 South Figueroa Street, 44th Floor
                                          Los Angeles, CA 90017-5844
                                          Phone: 213-243-4000
                                          Facsimile: 213-243-4199
                                          eric.shapland@aporter.com
                                          amie.medley@aporter.com

                                          Attorneys for Defendant
                                          PMI MORTGAGE INSURANCE CO.

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700
FAX: (415) 364-6785

4                                                     PHDATA 3774322_1
Notice of Motion and Motion to Dismiss Amended Complaint

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 16, 2012 | FOLEY & LARDNER LLP |
| 3 | | |
| 4 | | /s/*Michael S. Lawrence* |
| | | Michael S. Lawrence |
| 5 | | Attorneys for Defendant |
| | | MORTGAGE GUARANTY INSURANCE |
| 6 | | CORPORATION |
| | | Foley & Lardner LLP |
| 7 | | 555 South Flower Street Suite 3500 |
| | | Los Angeles, CA 90071-2411 |
| 8 | | Phone: 213-972-4500 |
| | | Fax: 213-486-0065 |
| 9 | | mlawrence@foley.com |
| 10 | | |
| 11 | Dated: March 16, 2012 | LOCKE LORD LLP |
| 12 | | |
| 13 | | /s/*Daniel A. Solitro* |
| | | Thomas J. Cunningham |
| 14 | | Daniel A. Solitro |
| | | Attorneys for Defendant |
| 15 | | TRIAD GUARANTY INSURANCE CORP. |
| | | 300 South Grand Avenue, Suite 2600 |
| 16 | | Los Angeles, CA, 90071 |
| | | Phone: 213-485-1500 |
| 17 | | Fax: 213-485-1200 |
| | | tcunningham@lockelord.com |
| 18 | | dsolitro@lockelord.com |

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700
FAX: (415) 364-6785

5

PHDATA 3774322_1

Notice of Motion and Motion to Dismiss Amended Complaint