Christopher H. Hart (CSBN 184117)
  chart@schnader.com
David Smith (*Admitted Pro Hac Vice*)
  dsmith@schnader.com
Stephen A. Fogdall (*Admitted Pro Hac Vice*)
  sfogdall@schnader.com
Theresa E. Loscalzo (*Admitted Pro Hac Vice*)
  tloscalzo@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California  94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Defendant RADIAN GUARANTY INC.

*Additional Counsel Listed on Next Page*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN, KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE, & CO., CROSS COUNTRY INSURANCE, COMPANY, UNITED GUARANTY, RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.,<br><br>Defendants. | Case No. EDCV11-01950 VAP SPX<br><br>**[PROPOSED] ORDER GRANTING MOTION BY DEFENDANTS MORTGAGE GUARANTY INSURANCE CORP., PMI MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., AND TRIAD GUARANTY INSURANCE CORP. TO DISMISS AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)**<br><br>Date:   April 16, 2012<br>Time:   2:00 p.m.<br>Place:  Courtroom 2<br>        3470 Twelfth Street, 2nd Floor<br>        Riverside, CA<br>Judge:  The Honorable Virginia A. Phillips |

[Proposed] Order Granting Motion to Dismiss Amended Complaint

1

2  Douglas Andrew Winthrop (CSBN 183532)
      douglas.winthrop@aporter.com
3  Sara Jennifer Eisenberg (CSBN 269303)
      sara.eisenberg@aporter.com
4  ARNOLD & PORTER LLP
   Three Embarcadero Center, 7th Floor
5  San Francisco, CA  94111-4024
6  Telephone: 415-434-1600
   Facsimile: 415-677-6262
7
   Eric Shapland (CSBN 193853)
8     eric.shapland@aporter.com
   Amie L. Medley (CSBN 266586)
9     amie.medley@aporter.com
   ARNOLD & PORTER LLP
10  777 South Figueroa Street, 44th Floor
   Los Angeles, CA 90017-5844
11  Telephone: 213-243-4000
    Facsimile: 213-243-4199
12
   Attorneys for Defendants
13 PMI MORTGAGE INSURANCE CO.

14

15 Thomas Justin Cunningham (CSBN 263729)
      tcunningham@lockelord.com
   Daniel A Solitro (CSBN 243908)
16    dsolitro@lockelord.com
   LOCKE LORD LLP
17 300 South Grand Avenue, Suite 2600
   Los Angeles, CA  90071
18 Telephone: 213-485-1500
   Facsimile: 213-485-1200
19
   Attorneys for Defendant
20 TRIAD GUARANTY INSURANCE CORP

Michael Steven Lawrence (CSBN 255897)
   mlawrence@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, CA  90071-2411
Telephone: 213-972-4500
Facsimile: 213-486-0065

Attorneys for Defendant
MORTGAGE GUARANTY INSURANCE CORPORATION

21

22

23

24

25

26

27

28

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

On March 16, 2012, defendants Mortgage Guaranty Insurance Corp. ("MGIC"), PMI Mortgage Insurance Co. ("PMI"), Radian Guaranty Inc. ("Radian"), and Triad Guaranty Insurance Corp. ("Triad") (collectively, the "Moving Defendants") filed a motion (the "Motion") to dismiss the amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) (Docket No. ___).  The Motion came on for hearing on April 16, 2012.  Appearances were stated on the record.

Good cause appearing, upon consideration of the Motion and any arguments made orally on the record, it is hereby ORDERED that the motion is GRANTED.  This Court finds that plaintiffs lack the requisite standing required by Article III of the U.S. Constitution as to the Moving Defendants.  Plaintiffs' complaint is hereby DISMISSED with prejudice as to the Moving Defendants.

Dated: _____     _____
                                               Virginia A. Phillips
                                               United States District Judge

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700
FAX: (415) 364-6785