Christopher H. Hart (CSBN 184117)
 chart@schnader.com
David Smith (*Admitted Pro Hac Vice*)
 dsmith@schnader.com
Stephen A. Fogdall (*Admitted Pro Hac Vice*)
 sfogdall@schnader.com
Theresa E. Loscalzo (*Admitted Pro Hac Vice*)
 tloscalzo@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Defendant RADIAN GUARANTY INC.

*Additional Counsel Listed on Next Page*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN, KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE, & CO., CROSS COUNTRY INSURANCE, COMPANY, UNITED GUARANTY, RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.,<br><br>Defendants. | Case No. EDCV11-01950 VAP SPX<br><br>**PROOF OF SERVICE**<br><br>Date: April 16, 2012<br>Time: 2:00 p.m.<br>Place: Courtroom 2<br>3470 Twelfth Street, 2nd Floor<br>Riverside, CA<br>Judge: The Honorable Virginia A. Phillips |

PROOF OF SERVICE

| | |
|---|---|
| Douglas Andrew Winthrop (CSBN 183532)<br>   douglas.winthrop@aporter.com<br>Sara Jennifer Eisenberg (CSBN 269303)<br>   sara.eisenberg@aporter.com<br>ARNOLD & PORTER LLP<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111-4024<br>Telephone: 415-434-1600<br>Facsimile: 415-677-6262<br><br>Eric Shapland (CSBN 193853)<br>   eric.shapland@aporter.com<br>Amie L. Medley (CSBN 266586)<br>   amie.medley@aporter.com<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844<br>Telephone: 213-243-4000<br>Facsimile: 213-243-4199<br><br>Attorneys for Defendants<br>PMI MORTGAGE INSURANCE CO.<br><br>Thomas Justin Cunningham (CSBN 263729)<br>   tcunningham@lockelord.com<br>Daniel A Solitro (CSBN 243908)<br>   dsolitro@lockelord.com<br>LOCKE LORD LLP<br>300 South Grand Avenue, Suite 2600<br>Los Angeles, CA 90071<br>Telephone: 213-485-1500<br>Facsimile: 213-485-1200<br><br>Attorneys for Defendant<br>TRIAD GUARANTY INSURANCE CORP | Michael Steven Lawrence (CSBN 255897)<br>   mlawrence@foley.com<br>FOLEY & LARDNER LLP<br>555 South Flower Street, Suite 3500<br>Los Angeles, CA 90071-2411<br>Telephone: 213-972-4500<br>Facsimile: 213-486-0065<br><br>Attorneys for Defendant<br>MORTGAGE GUARANTY INSURANCE<br>CORPORATION |

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

PROOF OF SERVICE

# PROOF OF SERVICE

I declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is SCHNADER HARRISON SEGAL & LEWIS LLP, One Montgomery Street, Suite 2200, San Francisco, California 94104-5501.

I caused to be served the following document(s):

1. **NOTICE OF MOTION AND MOTION BY DEFENDANTS MORTGAGE GUARANTY INSURANCE CORP., PMI MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., AND TRIAD GUARANTY INSURANCE CORP. TO DISMISS AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1);**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION BY DEFENDANTS MORTGAGE GUARANTY INSURANCE CORP., PMI MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., AND TRIAD GUARANTY INSURANCE CORP. TO DISMISS AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1);**

3. **[PROPOSED] ORDER GRANTING MOTION BY DEFENDANTS MORTGAGE GUARANTY INSURANCE CORP., PMI MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., AND TRIAD GUARANTY INSURANCE CORP. TO DISMISS AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1).**

I caused the above documents to be served by the following means:

☒ I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on March 16, 2012, following the ordinary business practice; addressed as follows:

John M. Petrasich
Jackson DeMarco Tidus and Peckenpaugh
2030 Main Street, Suite 1200
Irvine, CA  92614

☒ <u>Via Court Notice of Electronic Filing</u>: The documents will be served by the court via NEF and hyperlink to the document (see attached list). On March 16, 2012, I checked the CM/ECF docket for this case and determined that the person listed above is not on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated.

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700
FAX: (415) 364-6785

1
2
3

    I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

4

    Executed on March 16, 2012, at San Francisco, California.

5
6

*/s/ Steven G. Davenport*
Steven G. Davenport

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700
FAX: (415) 364-6785

4

PHDATA 3774338_1

# Motions

5:11-cv-01950-VAP-SP Wayne Samp et al v. JPMorgan Chase Bank NA et al
(SPx), DISCOVERY, STAYED

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by Hart, Christopher on 3/16/2012 at 2:23 PM PDT and filed on 3/16/2012
**Case Name:**         Wayne Samp et al v. JPMorgan Chase Bank NA et al
**Case Number:**       5:11-cv-01950-VAP-SP
**Filer:**             Radian Guaranty Inc
**Document Number:** 91

**Docket Text:**
**NOTICE OF MOTION AND MOTION to Dismiss Case : Notice of Motion and Motion by Defendants Mortgage Guaranty Insurance Corp., PMI Mortgage Insurance Co., Radian Guaranty Inc., and Triad Guaranty Insurance Corp. to Dismiss Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(1) filed by Defendant Radian Guaranty Inc. Motion set for hearing on 4/16/2012 at 02:00 PM before Judge Virginia A. Phillips. (Attachments: # (1) Memorandum Memorandum of Points and Authorities in Support of Motion by Defendants Mortgage Guaranty Insurance Corp., PMI Mortgage Insurance Co., Radian Guaranty Inc., and Triad Guaranty Insurance Corp. to Dismiss Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(1), # (2) Proposed Order Granting Motion by Defendants Mortgage Guaranty Insurance Corp., PMI Mortgage Insurance Co., Radian Guaranty Inc., and Triad Guaranty Insurance Corp. to Dismiss Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(1))(Hart, Christopher)**

**5:11-cv-01950-VAP-SP Notice has been electronically mailed to:**

Amanda Trask    atrask@ktmc.com, jbelack@ktmc.com

Amanda DiMauro Zakowich    adzakowich@debevoise.com

Amie L Medley    amie.medley@aporter.com, guadalupe.saldana@aporter.com

Andrew J Ceresney    ajceresney@debevoise.com

Anna Siemon    asiemon@debevoise.com

Benito Delfin , Jr    ben.delfin@snrdenton.com

Brad Evan Rosen    bradrosen@quinnemanuel.com

Charles M Clark    cclark@jdtplaw.com

Christopher H Hart    chart@schnader.com

Daniel A Solitro    dsolitro@lockelord.com, ataylor2@lockelord.com, chicagodocket@lockelord.com

Daniel C Posner    danposner@quinnemanuel.com, calendar@quinnemanuel.com, kellyvelazquez@quinnemanuel.com

Daniel Lawrence Germain    germain@lalawyer.com, dgermain@prodigy.net

David Smith    dsmith@schnader.com

David D Piper    david.piper@kyl.com, karen.stone@kyl.com

David Eric Shapland    eric.shapland@aporter.com, Kathryn.Jensen@aporter.com, maryanne_donaldson@aporter.com

Douglas Andrew Winthrop    douglas.winthrop@aporter.com, alaina.austin@aporter.com

James Benjamin Amler    jbamler@debevoise.com

Jane M Byrne    janebyrne@quinnemanuel.com

John E Walker    john.walker@snrdenton.com

Kristy Ann Hewitt    kristy.hewitt@kyl.com, janis.lucian@kyl.com

Maeve O'Connor    moconnor@debevoise.com

Matthew C Wolf    matthew.wolf@snrdenton.com, allison.tadeo@snrdenton.com, audrey.rosenbaum@snrdenton.com, ben.delfin@snrdenton.com, deanna.arthur@snrdenton.com, john.walker@snrdenton.com, reid.ashinoff@snrdenton.com

Michael Barry Carlinsky    michaelcarlinsky@quinnemanuel.com

Michael L Tidus    mtidus@jdtplaw.com

Michael Steven Lawrence    mlawrence@foley.com, LACA-LitigationDocket@foley.com, rbrouse@foley.com

Michelle A Coccagna    mcoccagna@ktmc.com

Reid L Ashinoff    reid.ashinoff@snrdenton.com

Sara Jennifer Eisenberg    sara.eisenberg@aporter.com, gigi.ferrer@aporter.com, john.carrillo@aporter.com

Stephen A Fogdall    sfogdall@schnader.com

Terence S Ziegler    tziegler@ktmc.com, jwotring@ktmc.com

Theresa E Loscalzo    tloscalzo@schnader.com

Thomas Justin Cunningham    tcunningham@lockelord.com, chicagodocket@lockelord.com, kmorehouse@lockelord.com, ttill@lockelord.com

William L Kirkman    billk@BourlandKirkman.com

**5:11-cv-01950-VAP-SP Notice has been delivered by First Class U. S. Mail or by other means to: :**

John M Petrasich
Jackson DeMarco Tidus and Peckenpaugh
2030 Main Street Suite 1200
Irvine, CA 92614

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\davenpor\Desktop\Samp\Samp - 3-20-12 filing\Samp - Notice of Motion and Motion to Dismiss First Amended Complaint.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=3/16/2012] [FileNumber=13289687-0
] [b02984d5e50e8dccf7208d352a1742b0c7417a2edb478a94732833fd1c2b260447b
ca80f9b7f92dd755598618100ede9216a89689bd15a930db46568ebed3e55]]
**Document description:** Memorandum Memorandum of Points and Authorities in Support of Motion by Defendants Mortgage Guaranty Insurance Corp., PMI Mortgage Insurance Co., Radian Guaranty Inc., and Triad Guaranty Insurance Corp. to Dismiss Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(1)
**Original filename:** C:\Documents and Settings\davenpor\Desktop\Samp\Samp - 3-20-12 filing\Samp - Memo of P&As in Support of Motion to Dismiss First Amended Complaint.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=3/16/2012] [FileNumber=13289687-1
] [bea934da588fdb9d13a46a1fd731bd7080fcbb5b49a197e02f34bd9d3a00a5ef92a
c755245fbd0cf12be5953fcf5709f76ae28bb0a80f218e456bc0eafe9520b]]
**Document description:** Proposed Order Granting Motion by Defendants Mortgage Guaranty Insurance Corp., PMI Mortgage Insurance Co., Radian Guaranty Inc., and Triad Guara nty Insurance Corp. to Dismiss Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(1)
**Original filename:** C:\Documents and Settings\davenpor\Desktop\Samp\Samp - 3-20-12 filing\Samp - Proposed Order Granting Motion to Dismiss First Amended Complaint.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=3/16/2012] [FileNumber=13289687-2
] [15b9eedc6707d65a92bbe6310f8541d77a1aaaf74bb142da8671ce53a6d154967a0
367d07fbed8f0f372ca2db722d4c9f827e7d3a22bc8b5378f17bbe8a64de9]]