Christopher H. Hart (CSBN 184117)
  chart@schnader.com
David Smith (*Admitted Pro Hac Vice*)
  dsmith@schnader.com
Stephen A. Fogdall (*Admitted Pro Hac Vice*)
  sfogdall@schnader.com
Theresa E. Loscalzo (*Admitted Pro Hac Vice*)
  tloscalzo@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Defendant RADIAN GUARANTY INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KMOARCHUCK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.,<br><br>Defendants. | Case No: 5:11-cv-01950 VAP-SP<br><br>**[PROPOSED] ORDER RE CERTAIN DEFENDANTS' MOTION FOR PARTIAL STAY PENDING THE SUPREME COURT'S DECISION IN *FIRST AMERICAN FINANCIAL CORPORATION V. EDWARDS***<br><br>Judge:   Hon. Virginia A. Phillips<br>Date Complaint Filed: 12/09/2011<br><br>DATE: April 16, 2012<br>TIME:  2:00 PM<br>COURTROOM: 2 |

# [PROPOSED] ORDER

The Court, having considered Defendants' Mortgage Guaranty Insurance Corp. ("MGIC"), PMI Mortgage Insurance Co. ("PMI"), Radian Guaranty Inc. ("Radian"), Triad Guaranty Insurance Corp. ("Triad") Motion for Partial Stay Pending the Supreme Court's Decision in *First American Financial Corporation v. Edwards* and the parties' briefing thereon, and other submissions to the Court in this matter, and good cause having been shown,

**IT IS HEREBY ORDERED that:**

1) The court shall retain jurisdiction to rule on Motion to Dismiss filed by Defendants MGIC, Radian, PMI and Triad concurrently with their Motion for a Stay;

2) Subject to paragraph 1 above, this matter is stayed pending the United States Supreme Court's decision in *First American Financial Corporation v. Edwards,* No. 10-708; and

3) Within thirty (30) days of the Supreme Court's decision in *Edwards*, the parties shall jointly file a status report via the Court's Electronic Case Filing (ECF) system, advising the Court as to whether the decision in *Edwards* has disposed of the claims in this matter and setting forth a proposed briefing schedule for responsive pleadings and/or motions to dismiss as to any remaining issues.

**IT IS SO ORDERED.**

DATE: APRIL _ , 2012

HON. VIRGINIA A. PHILLIPS

Respectfully Submitted,

| | | |
|---|---|---|
| 1 | Dated: March 16, 2012 | SCHNADER HARRISON SEGAL & LEWIS LLP |
| 2 | | |
| 3 | | |
| 4 | | /s/Christopher H. Hart |
| | | Christopher H. Hart |
| 5 | | David Smith (*Admitted Pro Hac Vice*) |
| | | Theresa E. Loscalzo (*Admitted Pro Hac Vice*) |
| 6 | | Stephen A. Fogdall (*Admitted Pro Hac Vice*) |
| 7 | | Attorneys for Defendant |
| | | RADIAN GUARANTY INC. |
| 8 | | One Montgomery Street Suite 2200 |
| | | San Francisco, CA 94104-5501 |
| 9 | | Phone: 415-364-6700 |
| | | Fax: 415-364-6785 |
| 10 | | Email: chart@schnader.com |
| 11 | | |
| 12 | | ARNOLD & PORTER LLP |
| | Dated: March 16, 2012 | |
| 13 | | /s/Douglas A. Winthrop |
| 14 | | Douglas A. Winthrop |
| | | Sara J. Eisenberg |
| 15 | | Attorneys for Defendant |
| | | PMI MORTGAGE INSURANCE CO. |
| 16 | | Three Embarcadero Center, 7th Floor |
| 17 | | San Francisco, California 94111-4024 |
| | | Phone: 415-434-1600 |
| 18 | | Fax: 415-677-6262 |
| | | douglas.winthrop@aporter.com |
| 19 | | sara.eisenberg@aporter.com |
| 20 | | Eric Shapland |
| | | Amie L. Medley |
| 21 | | 777 South Figueroa Street, 44th Floor |
| 22 | | Los Angeles, CA  90017-5844 |
| | | Phone:  213-243-4000 |
| 23 | | Facsimile:  213-243-4199 |
| | | eric.shapland@aporter.com |
| 24 | | amie.medley@porter.com |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: March 16, 2012 | FOLEY & LARDNER LLP |
| 2 | | |
| 3 | | /s/*Michael S. Lawrence* |
| 4 | | Michael S. Lawrence<br>Attorney for Defendant |
| 5 | | MORTGAGE GUARANTY INSURANCE CORPORATION |
| 6 | | Foley & Lardner LLP<br>555 South Flower Street Suite 3500 |
| 7 | | Los Angeles, CA 90071-2411<br>Phone: 213-972-4500 |
| 8 | | Fax: 213-486-0065<br>mlawrence@foley.com |
| 9 | | |
| 10 | Dated: March 16, 2012 | LOCKE LORD LLP |
| 11 | | |
| 12 | | /s/*Daniel A. Solitro* |
| 13 | | Thomas J. Cunningham<br>Daniel A. Solitro |
| 14 | | Attorneys for Defendant<br>TRIAD GUARANTY INSURANCE CORP. |
| 15 | | 300 South Grand Avenue, Suite 2600<br>Los Angeles, CA, 90071 |
| 16 | | Phone: 213-485-1500<br>Fax: 213-485-1200 |
| 17 | | tcunningham@lockelord.com<br>dsolitro@lockelord.com |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

3

[PROPOSED] ORDER RE CERTAIN DEFENDANTS' MOTION FOR PARTIAL STAY
CASE NO. 5:11-CV-01950 VAP-SP

4815-7883-0606.2