Christopher H. Hart (CSBN 184117)
 chart@schnader.com
David Smith (*Admitted Pro Hac Vice*)
 dsmith@schnader.com
Stephen A. Fogdall (*Admitted Pro Hac Vice*)
 sfogdall@schnader.com
Theresa E. Loscalzo (*Admitted Pro Hac Vice*)
 tloscalzo@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Defendant RADIAN GUARANTY INC.

*Additional Counsel Listed on Next Page*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN, KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE, & CO., CROSS COUNTRY INSURANCE, COMPANY, UNITED GUARANTY, RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.,<br><br>Defendants. | Case No. EDCV11-01950 VAP SPX<br><br>**PROOF OF SERVICE**<br><br>Date:   April 16, 2012<br>Time:   2:00 p.m.<br>Place:  Courtroom 2<br>        3470 Twelfth Street, 2nd Floor<br>        Riverside, CA<br>Judge:  The Honorable Virginia A. Phillips |

PROOF OF SERVICE

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

| | |
|---|---|
| Douglas Andrew Winthrop (CSBN 183532)<br>  douglas.winthrop@aporter.com<br>Sara Jennifer Eisenberg (CSBN 269303)<br>  sara.eisenberg@aporter.com<br>ARNOLD & PORTER LLP<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA  94111-4024<br>Telephone: 415-434-1600<br>Facsimile: 415-677-6262<br><br>Eric Shapland (CSBN 193853)<br>  eric.shapland@aporter.com<br>Amie L. Medley (CSBN 266586)<br>  amie.medley@aporter.com<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844<br>Telephone: 213-243-4000<br>Facsimile: 213-243-4199<br><br>Attorneys for Defendants<br>PMI MORTGAGE INSURANCE CO.<br><br>Thomas Justin Cunningham (CSBN 263729)<br>  tcunningham@lockelord.com<br>Daniel A Solitro (CSBN 243908)<br>  dsolitro@lockelord.com<br>LOCKE LORD LLP<br>300 South Grand Avenue, Suite 2600<br>Los Angeles, CA  90071<br>Telephone: 213-485-1500<br>Facsimile: 213-485-1200<br><br>Attorneys for Defendant<br>TRIAD GUARANTY INSURANCE CORP | Michael Steven Lawrence (CSBN 255897)<br>  mlawrence@foley.com<br>FOLEY & LARDNER LLP<br>555 South Flower Street, Suite 3500<br>Los Angeles, CA  90071-2411<br>Telephone: 213-972-4500<br>Facsimile: 213-486-0065<br><br>Attorneys for Defendant<br>MORTGAGE GUARANTY INSURANCE CORPORATION |

PROOF OF SERVICE

# PROOF OF SERVICE

I declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is SCHNADER HARRISON SEGAL & LEWIS LLP, One Montgomery Street, Suite 2200, San Francisco, California 94104-5501.

I caused to be served the following document(s):

1. **CERTAIN DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL STAY PENDING THE SUPREME COURT'S DECISION IN *FIRST AMERICAN FINANCIAL CORPORATION V. EDWARDS***

2. **DECLARATION OF STEPHEN A. FOGDALL IN SUPPORT OF CERTAIN DEFENDANTS' MOTION FOR PARTIAL STAY**

3. **[PROPOSED] ORDER RE CERTAIN DEFENDANTS' MOTION FOR PARTIAL STAY PENDING THE SUPREME COURT'S DECISION IN *FIRST AMERICAN FINANCIAL CORPORATION V. EDWARDS***

I caused the above documents to be served by the following means:

☒ <u>Via Court Notice of Electronic Filing</u>: The documents will be served by the court via NEF and hyperlink to the document. On March 16, 2012, I checked the CM/ECF docket for this case and determined that the person(s) listed on the Service List above are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated.

Executed on March 16, 2012, at San Francisco, California.

*[signature]*
Linda Johnston Barry

PHDATA 3775413_1