Daniel L. Germain (Cal. Bar No. 143334)
germain@lalawyer.com
**ROSMAN & GERMAIN LLP**
16311 Ventura Boulevard
Suite 1200
Encino, CA 91436-2152
Telephone: (818) 788-0877
Facsimile: (818) 788-0885

*Attorneys for Plaintiff and the Proposed Class*

[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.,<br><br>Defendants. | CASE NO. 5:11-CV-01950 VAP-SP<br><br>Hon. Virginia A. Phillips<br><br>**STIPULATION STAYING CASE PENDING THE UNITED STATES SUPREME COURT'S DECISION IN *FIRST AMERICAN FINANCIAL CORP. V. DENISE P. EDWARDS*, NO. 10-708**<br><br>[PROPOSED] ORDER STAYING CASE LODGED CONCURRENTLY HEREWITH |

1. WHEREAS, the United States Supreme Court has heard argument in a case captioned *First American Financial Corporation, Successor in Interest to The First American Corporation, et al., v. Denise P. Edwards*, Docket No. 10-708 ("*Edwards*") on the question of whether a private purchaser of real estate settlement services who has not specifically claimed that an alleged RESPA violation affected the price, quality, or other characteristics of the settlement services provided, has standing to sue under Article III § 2 of the United States Constitution. *See Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560 (1992);

WHEREAS, the United States Supreme Court has not yet issued an opinion in *Edwards* but is expected, by the undersigned, to do so before the end of its current term;

WHEREAS, Plaintiffs Wayne Samp, Roberta Samp, Daniel Komarchuk, Susan Komarchuk, and Annetta Whitaker (collectively, "Plaintiffs") and defendant Republic Mortgage Insurance Co. ("Republic") agree that the resolution of *Edwards* may materially impact the claims and/or defenses asserted in this matter, each reserving all rights to argue how any rendered opinion would apply to the instant action;

WHEREAS, pursuant to a similar stipulation entered into between Plaintiffs and defendants JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., JPMorgan Chase & Co., Cross Country Insurance Company (collectively, "JPMorgan"), United Guaranty Residential Insurance Co. ("United Guaranty"), and Genworth Mortgage Insurance Corp. ("Genworth"), the Court previously stayed this action as against JPMorgan, United Guaranty and Genworth (Dkt. No. 71);

WHEREAS Plaintiffs believe that staying this action as against *all* parties/named Defendants is appropriate for, *inter alia*, the reasons provided herein, and wish to inform the Court that they intend to file an omnibus motion to stay this action as against all remaining Defendants forthwith;

WHEREAS, Plaintiffs and Republic agree that staying this case as against

Republic pending resolution of *Edwards* would promote the orderly administration of justice and conserve both the Court's and the parties' resources.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned parties, that this action as against Republic should be stayed pending the decision of the United States Supreme Court in *Edwards*.

IT IS FURTHER STIPULATED AND AGREED that Plaintiffs and Republic shall notify the Court promptly upon issuance of the United States Supreme Court's opinion in *Edwards*.

IT IS FURTHER STIPULATED AND AGREED that Republic's time to answer, move, or otherwise respond to the First Amended Class Action Complaint in this action shall be extended to 45 days after the date on which the Court lifts the stay.

**IT IS SO STIPULATED.**

Dated: March 19, 2012                   Respectfully submitted,

By: */s/ Edward W. Ciolko*
Edward W. Ciolko (*pro hac vice*)
Terence S. Ziegler
Amanda Trask
Michelle A. Coccagna
**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**ROSMAN & GERMAIN LLP**
Daniel L. Germain
16311 Ventura Boulevard, Suite 1200
Encino, CA 91436-2152
Telephone: (818) 788-0877
Facsimile: (818) 788-0885

| | |
|---|---|
| 1 | **BRAMSON PLUTZIK MAHLER & BIRKHAEUSER LLP** |
| 2 | Alan R. Plutzik |
| 3 | 2125 Oak Grove Boulevard, Ste. 120 |
| 4 | Walnut Creek, CA 94598 |
|   | Telephone: (925) 945-0200 |
| 5 | **BERKE, BERKE & BERKE** |
| 6 | Andrew L. Berke |
| 7 | 420 Frazier Avenue |
|   | Chattanooga, TN 37402 |
| 8 | Telephone: (423) 266-5171 |
| 9 | |
| 10 | ***Attorneys for Plaintiffs and the Proposed Class*** |
| 11 | |
| 12 | Dated: March 19, 2012      Respectfully submitted, |
| 13 | |
| 14 | By: */s/ William L. Kirkman (with consent)* |
|   | William L. Kirkman (*pro hac vice*) |
| 15 | **BOURLAND & KIRKMAN LLP** |
|   | 201 Main Street, Suite 1400 |
| 16 | Fort Worth, Texas 76102 |
| 17 | Telephone: (817) 336-2800 |
|   | Facsimile: (817) 877-1863 |
| 18 | |
| 19 | **DEMARCO TIDUS & PECKENPAUGH** |
|   | Charles M. Clark |
| 20 | John M. Petrasich |
|   | Michael L. Tidus Jackson |
| 21 | 2030 Main Street, Suite 1200 |
| 22 | Irvine, CA 92614 |
|   | Telephone: (949) 752-8585 |
| 23 | Facsimile: (949) 752-0597 |
| 24 | |
| 25 | ***Attorneys for Defendant Republic Mortgage Insurance Co.*** |
| 26 | |
| 27 | |
| 28 | |

-4-

STIPULATION

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Edward W. Ciolko

Case No. 5:11-cv-01950 VAP SP