1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all other similarly situated,<br><br>      Plaintiffs,<br><br>      vs.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.,<br><br>      Defendants. | CASE NO. 5:11-CV-01950 VAP-SP<br><br>Hon. Virginia A. Phillips<br><br>**[PROPOSED] ORDER STAYING CASE PENDING THE UNITED STATES SUPREME COURT'S DECISION IN *FIRST AMERICAN FINANCIAL CORP. V. DENISE P. EDWARDS*, NO. 10-708** |

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that this action, as against defendant Republic Mortgage Insurance Co. ("Republic") is stayed pending the decision of the United States Supreme Court in *First American Financial Corporation, Successor in Interest to The First American Corporation, et al., v. Denise P. Edwards*, Docket No. 10-708 ("*Edwards*").

It is further ORDERED that Republic's deadline to answer, move, or otherwise respond to the First Amended Class Action Complaint in this action shall be extended to 45 days following the lifting of the stay by this Court. Republic and Plaintiffs shall notify the Court promptly upon issuance of the United States Supreme Court's opinion in *Edwards*.

IT IS SO ORDERED.

Dated: _____, 2012

_____
Hon. Virginia A. Phillips
Judge of the United States District
Court, Central District of California

[PROPOSED] ORDER