Simon Fleischmann
Locke Lord LLP
111 South Wacker Drive
Chicago, Illinois  60606
Phone:  312-443-0462
E-mail:  sfleischmann@lockelord.com

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Wayne Samp, et al., <br><br> Plaintiff(s) <br> v. <br><br> JPMorgan Chase Bank, N.A., et al., <br><br> Defendant(s). | CASE NUMBER: <br><br> 5:11-cv-01950-VAP-SP <br><br> **ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE** |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  **Simon Fleischmann**  , of  **Locke Lord LLP, 111 South Wacker Drive, Chicago, Illinois  60606**
  *Applicant's Name*                *Firm Name / Address*

**312-443-0462**                      **sfleischmann@lockelord.com**
  *Telephone Number*                 *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff   ☑ Defendant

☐ In  **Triad Guaranty Insurance Corporation**

a     **Thomas J. Cunningham**
      *Local Counsel Designee /S*

**Locke Lord, LLP, 300 South Grand, Suite 2600, Los Angeles, California 90071**
      *Local Counsel Firm / Address*

**213-485-1500**                      **tcunningham@lockelord.com**
  *Telephone Number*                 *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☐ DENIED.  Fee shall be returned by the Clerk.
☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.


Dated _____              _____
                                           U. S. District Judge/U.S. Magistrate Judge

G–64 ORDER (11/10)     ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE