ROSMAN & GERMAIN LLP
Daniel L. Germain (State Bar No. 143334)
16311 Ventura Blvd., Suite 1200
Encino, CA 91436-2152
Telephone: (818)788-0877
Fax: (818)788-0885

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| WAYNE SAMP, et. al. | CASE NUMBER |
| | |
| Plaintiff(s) | 5:11-cv-01950-VAP-SP |
| v. | |
| JPMORGAN CHASE BANK, N.A., et. al. | APPLICATION OF NON-RESIDENT |
| Defendant(s). | ATTORNEY TO APPEAR IN A SPECIFIC CASE |

NOTICE:  Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I,  Edward W. Ciolko                              , hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant:
Wayne Samp, et. al.                              by whom I have been retained.

My business information is:
Kessler Topaz Meltzer & Check, LLP
_____
*Firm Name*

280 King of Prussia Road
_____
*Street Address*

Radnor, PA 19087                    eciolko@ktmc.com
_____
*City, State, Zip*          *E-Mail Address*

610-667-7706                    610-667-7056
_____
*Telephone Number*          *Fax Number*

I am a member in good standing and eligible to practice before the following courts.  List all that apply.  Attach additional pages if necessary.

| Title of Court | Date of Admission |
|----------------|-------------------|
| See attached. | |
| | |
| | |
| | |

G-64 (11/11)          APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE          PAGE 1 of 2

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| *Case Number* | *Title of Action* | *Date of Application* | *Application Granted or Denied* |
|---|---|---|---|
| See attached | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate Daniel L. Germain _____ as local counsel, whose business information is as follows:

Rosman & Germain LLP
*Firm Name*

16311 Ventura Boulevard, Suite 1200
*Street Address*

Encino, CA 91436                    germain@lalawyer.com
*City, State, Zip*                    *E-Mail Address*

818-788-0877                    818-788-0885
*Telephone Number*                    *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated     3/16/12                    Edward W. Ciolko
                                    *Applicant's Name (please print)*

                                    *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated     March 20, 2012                    Daniel L. Germain
                                    *Designee's Name (please print)*

                                    *Designee's Signature*

                                    143334
                                    *Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

ATTACHMENT TO THE G-64 FORM OF EDWARD W. CIOLKO

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| State of New Jersey | September 13, 2002 |
| U.S.D.C., District of New Jersey | December 30, 2002 |
| District of Columbia Court of Appeals | December 8, 2008 |
| U.S.D.C., District of Colorado | May 11, 2009 |
| U.S.D.C., Eastern District of Michigan | September 27, 2006 |
| U.S.D.C., Northern District of Illinois | July 9, 2010 |
| U.S.D.C., Eastern District of Wisconsin | July 14, 2010 |
| U.S. Court of Appeals, 1st Circuit | December 27, 2006 |
| U.S. Court of Appeals, 2nd Circuit | |
| U.S. Court of Appeals, 3rd Circuit | December 18, 2008 |
| U.S. Court of Appeals, 4th Circuit | December 16, 2010 |
| U.S. Court of Appeals, 5th Circuit | March 12, 2009 |
| U.S. Court of Appeals, 6th Circuit | March 19, 2009 |
| U.S. Court of Appeals, 9th Circuit | January 17, 2006 |
| U.S. Court of Appeals, 11th Circuit | May 19, 2006 |

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| CASE NUMBER | TITLE OF ACTION | DATE OF APPLICATION | APPLICATION GRANTED/DENIED |
|---|---|---|---|
| 11-1132 | Bradley-Brown v. American Home | 9/13/2012 | Granted 9/14/2012 |
| 11-0915 | Gustafson v. Bank of America | 7/8/2012 | Granted 7/15/2012 |
| 10-8914 | Young. v. Heimbuch | 12/8/2010 | Granted 12/14/2010 |
| 10-7164 | Stanley Harris v. First Regional Bancorp, | 10/7/2010 | Granted 10/11/2010 |
| 07-2693 | In re Fremont General Corp. Litig. | 8/20/2009 | Granted on 8/21/2009 |



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, *JULIO A. CASTILLO*, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## EDWARD    CIOLKO

was on the ___8TH___ day of ___DECEMBER, 2008___

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 9, 2012.

*JULIO A. CASTILLO*
Clerk of the Court

By: _____
Deputy Clerk

## **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the within action.

On March 20, 2012, I served a true and correct copy of the **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** on the interested parties in this action by electronic service in accordance with Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure at the electronic addresses listed in the attached Service List. As of this date, I have not learned that it did not reach the persons to be served.

I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

_____
*Signature of Person Making Service*

## SERVICE LIST

Daniel C. Posner, Esq.
danposner@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Attorneys for Defendant United Guaranty Residential Insurance Company

Michael B. Carlinsky, Esq.
michaelcarlinsky@quinnemanuel.com
Jane Marie Byrne, Esq.
Janebyrne@quinnemanuel.com
Brad E. Rosen, Esq.
bradrosen@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue
New York, NY  10016
Telephone: (212) 849-7100
Facsimile: (212) 849-7100
Attorneys for Defendant United Guaranty Residential Insurance Company

David D. Piper, Esq.
David.piper@kyl.com
Kristy A. Hewitt, Esq.
Kristy.hewitt@kyl.com
KESSAL, YOUNG & LOGAN
400 Oceangate, P.O. Box 1730
Long Beach, CA  90801-1730
Telephone: (562-436-2000
Facsimile: (562) 436-7416
Attorneys for Defendants JPMorgan Chase Bank, N.A., Chase Bank USA, N.A.,
JPMorgan Chase & Co., and Cross Country Insurance Company

Michael S. Lawrence, Esq.
mlawrence@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Telephone: (213) 972-4500
Facsimile: (213) 486-0065
Attorneys for Defendant Mortgage Guaranty Insurance Corp.

Jay N. Varon, Esq.
jvaron@foley.com
FOLEY & LARDNER LLP
3000 K Street N.W., Suite 600
Washington, D.C. 20007-5109
Telephone: (202) 672-5300
Facsimile: (202) 672-5399
Attorneys for Defendant Mortgage Guaranty Insurance Corp.

Max B. Chester, Esq.
mchester@foley.com
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202-5306
Telephone: (414) 271-2400
Facsimile: (414) 297-4900
Attorneys for Defendant Mortgage Guaranty Insurance Corp.

Thomas J. Cunningham, Esq.
tcunningham@lockelord.com
Daniel A. Solitro, Esq.
dsolitro@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: (213) 485-1500
Facsimile: (213) 485-1200
Attorneys for Defendant Triad Guaranty Insurance Corp.

Christopher H. Hart, Esq.
chart@schnader.com
David Smith, Esq.
Dsmith@schnader.com
Stephen A. Fogdall, Esq.
sfogdall@schnader.com
Theresa E. Loscalzo, Esq.
tloscalzo@schnader.com
SCHNADER HARRIS SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: (415) 364-6700
Facsimile: (415) 364-6785
Attorneys for Defendant Radian Guaranty Inc.

Matthew C. Wolf, Esq.
Matthew.wolf@snrdenton.com
SNR DENTON US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Attorneys for Defendant Genworth Mortgage Insurance Corp.

Reid L. Ashinoff, Esq.
rashinoff@snrdenton.com
Benito Delfin, Jr.
bdelfin@snrdenton.com
SNR DENTON US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Attorneys for Defendant Genworth Mortgage Insurance Corp.

John Petrasich, Esq.
jpetrasich@jdtplaw.com
Michael L. Tidus, Esq.
mtidus@jdtplaw.com
Charles M. Clark, Esq.
cclark@jdtplaw.com
JACKSON, DEMARCO, TIDUS & PECKENPAUGH
2030 Main Street, Suite 1200
Irvine, California 92614
Telephone: (949) 752-8585
Attorneys for Defendant Republic Mortgage Insurance Co.

Douglas A. Winthrop, Esq.
Douglas.winthrop@aporter.com
Sara J. Eisenberg, Esq.
Sara.eisenberg@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: (415) 434-1600
Facsimile: (415) 677-6262
Attorneys for Defendant PMI Mortgage Insurance Co.