ROSMAN & GERMAIN LLP
Daniel L. Germain (State Bar No. 143334)
16311 Ventura Blvd., Suite 1200
Encino, CA 91436-2152
Telephone: (818)788-0877
Fax: (818)788-0885

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| WAYNE SAMP, et. al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 5:11-cv-01950-VAP-SP |
| v. | |
| JPMORGAN CHASE BANK, N.A., et. al. | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

NOTICE: Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Donna Siegel Moffa                              , hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant: Wayne Samp, et. al.                           by whom I have been retained.

My business information is:
Kessler Topaz Meltzer & Check, LLP
*Firm Name*

280 King of Prussia Road
*Street Address*

Radnor, PA 19087                             dmoffa@ktmc.com
*City, State, Zip*                           *E-Mail Address*

610-667-7706                                 610-667-7056
*Telephone Number*                           *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| District of Columbia | 12/1982 |
| State of New Jersey | 7/11/1987 |
| U.S.D.C., D. Columbia | 1/1983 |
| U.S.D.C., D.N.J. | 7/1987 |

FEE PAID

G-64 (11/10)   APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE   PAGE 1 of 2

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| 11-cv-1132 | Bradley-Brown v. American Home | 9/30/2011 | Granted |
| 08-cv-1093 | In re PFF Bancorp | 6/19/09 | Granted |
| 11-cv-0915 | Gustafson v. BAC Home Loan Svs | 9/23/11 | Granted |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate Daniel L. Germain as local counsel, whose business information is as follows:

Rosman & Germain LLP
*Firm Name*

16311 Ventura Boulevard, Suite 1200
*Street Address*

Encino, CA 91436            germain@lalawyer.com
*City, State, Zip*           *E-Mail Address*

818-788-0877              818-788-0885
*Telephone Number*          *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated 03/16/2012

Donna Siegel Moffa
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated March 20, 2012

Daniel L. Germain
*Designee's Name (please print)*

*Designee's Signature*

143334
*Designee's California State Bar Number*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.

# Supreme Court of New Jersey



## Certificate of Good Standing

This is to certify that **DONNA S MOFFA** (No. **004321987**) was constituted and appointed an Attorney at Law of New Jersey on **June 11, 1987** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **6TH** day of **March**, 20 **12**.

*Clerk of the Supreme Court*

-453a-

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the within action.

On March 20, 2012, I served a true and correct copy of the **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** on the interested parties in this action by electronic service in accordance with Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure at the electronic addresses listed in the attached Service List. As of this date, I have not learned that it did not reach the persons to be served.

I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

_____
*Signature of Person Making Service*

## SERVICE LIST

Daniel C. Posner, Esq.
danposner@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Attorneys for Defendant United Guaranty Residential Insurance Company

Michael B. Carlinsky, Esq.
michaelcarlinsky@quinnemanuel.com
Jane Marie Byrne, Esq.
Janebyrne@quinnemanuel.com
Brad E. Rosen, Esq.
bradrosen@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue
New York, NY  10016
Telephone: (212) 849-7100
Facsimile: (212) 849-7100
Attorneys for Defendant United Guaranty Residential Insurance Company

David D. Piper, Esq.
David.piper@kyl.com
Kristy A. Hewitt, Esq.
Kristy.hewitt@kyl.com
KESSAL, YOUNG & LOGAN
400 Oceangate, P.O. Box 1730
Long Beach, CA  90801-1730
Telephone: (562-436-2000
Facsimile: (562) 436-7416
Attorneys for Defendants JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., JPMorgan Chase & Co., and Cross Country Insurance Company

Michael S. Lawrence, Esq.
mlawrence@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Telephone: (213) 972-4500
Facsimile: (213) 486-0065
Attorneys for Defendant Mortgage Guaranty Insurance Corp.

Jay N. Varon, Esq.
jvaron@foley.com
FOLEY & LARDNER LLP
3000 K Street N.W., Suite 600
Washington, D.C. 20007-5109
Telephone: (202) 672-5300
Facsimile: (202) 672-5399
Attorneys for Defendant Mortgage Guaranty Insurance Corp.

Max B. Chester, Esq.
mchester@foley.com
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202-5306
Telephone: (414) 271-2400
Facsimile: (414) 297-4900
Attorneys for Defendant Mortgage Guaranty Insurance Corp.

Thomas J. Cunningham, Esq.
tcunningham@lockelord.com
Daniel A. Solitro, Esq.
dsolitro@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: (213) 485-1500
Facsimile: (213) 485-1200
Attorneys for Defendant Triad Guaranty Insurance Corp.

Christopher H. Hart, Esq.
chart@schnader.com
David Smith, Esq.
Dsmith@schnader.com
Stephen A. Fogdall, Esq.
sfogdall@schnader.com
Theresa E. Loscalzo, Esq.
tloscalzo@schnader.com
SCHNADER HARRIS SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, CA  94104-5501
Telephone: (415) 364-6700
Facsimile: (415) 364-6785
Attorneys for Defendant Radian Guaranty Inc.

Matthew C. Wolf, Esq.
Matthew.wolf@snrdenton.com
SNR DENTON US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Attorneys for Defendant Genworth Mortgage Insurance Corp.

Reid L. Ashinoff, Esq.
rashinoff@snrdenton.com
Benito Delfin, Jr.
bdelfin@snrdenton.com
SNR DENTON US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Attorneys for Defendant Genworth Mortgage Insurance Corp.

John Petrasich, Esq.
jpetrasich@jdtplaw.com
Michael L. Tidus, Esq.
mtidus@jdtplaw.com
Charles M. Clark, Esq.
cclark@jdtplaw.com
JACKSON, DEMARCO, TIDUS & PECKENPAUGH
2030 Main Street, Suite 1200
Irvine, California 92614
Telephone: (949) 752-8585
Attorneys for Defendant Republic Mortgage Insurance Co.

Douglas A. Winthrop, Esq.
Douglas.winthrop@aporter.com
Sara J. Eisenberg, Esq.
Sara.eisenberg@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: (415) 434-1600
Facsimile: (415) 677-6262
Attorneys for Defendant PMI Mortgage Insurance Co.