UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 11-1950VAP(SPx)                                  Date: March 23, 2012

Title:   WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated -v- JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARNTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP, REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARNTY INC., and TRIAD GUARANTY INSURANCE CORP.
=======================================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U. S. DISTRICT JUDGE

| Marva Dillard | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:   (IN CHAMBERS) MINUTE ORDER, VACATING ORDER FILED ON MARCH 22, 2012, (ECF, 99)

   **COUNSEL ARE NOTIFIED**, that the Order re Joint Stipulation to Continue Hearing Date re Motion for Partial Stay Pending the Supreme Court's Decision in First American Financial Corporation -v- Edwards, filed on March 22, 2012, for a hearing date of April 2, 2012, is VACATED.

MINUTES FORM 90                                              Initials of Deputy Clerk md
CIVIL -- GEN