1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.,<br><br>Defendants. | CASE NO. 5:11-CV-01950 VAP-SP<br><br>HON. VIRGINIA A. PHILLIPS<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR PARTIAL STAY** |

# [PROPOSED] ORDER

AND NOW, this _____, day of _____, 2012, upon consideration of Certain Defendants' Motion For Partial Stay, Plaintiffs' Opposition thereto, and good cause appearing therefore, **IT IS HEREBY ORDERED** that Mortgage Guaranty Insurance Corporation, PMI Mortgage Insurance Co., Radian Guaranty Inc. and Triad Guaranty Insurance Corporation's ("Moving Defendants") Motion for Partial Stay pending the Supreme Court's Decision in *First American Financial Corporation v. Edwards* is **DENIED** as follows:

1. The Court **DENIES** the Moving Defendants' request for a "limited carve out" of the stay they request to allow them to proceed with their Motion to Dismiss;

2. The Court **DENIES** Moving Defendants' further Motion to litigate the pending motion to dismiss; and

3. The Court **GRANTS** that this matter is **HEREBY STAYED** in full pending the Supreme Court's Decision in *First American Financial Corporation v. Edwards*.

**IT IS SO ORDERED.**

Dated: _____, 2012   _____
Hon. Virginia A. Phillips
Judge of the United States District Court,
Central District of California