Christopher H. Hart (CSBN 184117)
 chart@schnader.com
David Smith (*Admitted Pro Hac Vice*)
 dsmith@schnader.com
Stephen A. Fogdall (*Admitted Pro Hac Vice*)
 sfogdall@schnader.com
Theresa E. Loscalzo (*Admitted Pro Hac Vice*)
 tloscalzo@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Defendant RADIAN GUARANTY INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KMOARCHUCK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.,<br><br>Defendants. | Case No: 5:11-cv-01950 VAP-SP<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' MOTION TO STAY ACTION AS TO DEFENDANTS MORTGAGE GUARANTY INSURANCE CORP., PMI MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., AND TRIAD GUARANTY INSURANCE CORP. PENDING THE UNITED STATES SUPREME COURT'S DECISION IN FIRST AMERICAN FINANCIAL CORPORATION V. EDWARDS**<br><br>Judge: Hon. Virginia A. Phillips<br>Date Complaint Filed: 12/09/2011<br><br>DATE: April 16, 2012<br>TIME: 2:00 PM<br>COURTROOM: 2 |

# [PROPOSED] ORDER

The Court, having considered Plaintiffs' Motion to Stay Action as to Defendants Mortgage Guaranty Insurance Corp., PMI Mortgage Insurance Co., Radian Guaranty Inc., and Triad Guaranty Insurance Corp. Pending the United States Supreme Court's Decision in *First American Financial Corporation v. Edwards* (Docket No. 90), and the parties' briefing thereon, and other submissions to the Court in this matter, including the briefing related to Certain Defendants' Motion for Partial Stay Pending the Supreme Court's Decision in *First American Financial Corporation v. Edwards* (Docket No. 93), **IT IS HEREBY ORDERED that:**

1) Plaintiffs' Motion to Stay Action as to Defendants Mortgage Guaranty Insurance Corp., PMI Mortgage Insurance Co., Radian Guaranty Inc., and Triad Guaranty Insurance Corp. Pending the United States Supreme Court's Decision in *First American Financial Corporation v. Edwards* (Docket No. 90) is DENIED;

2) The court shall retain jurisdiction to rule on Motion to Dismiss filed by Defendants MGIC, Radian, PMI and Triad concurrently with their Motion for a Stay;

3) Subject to paragraph 2 above, this matter is stayed pending the United States Supreme Court's decision in *First American Financial Corporation v. Edwards,* No. 10-708; and

4) Within thirty (30) days of the Supreme Court's decision in *Edwards*, the parties shall jointly file a status report via the Court's Electronic Case Filing (ECF) system, advising the Court as to whether the decision in *Edwards* has disposed of the claims in this matter and setting forth a proposed briefing schedule for responsive pleadings and/or motions to dismiss as to any remaining issues.

**IT IS SO ORDERED.**

DATE: _____, 2012

HON. VIRGINIA A. PHILLIPS

Respectfully Submitted,

Dated: March 26, 2012

SCHNADER HARRISON SEGAL & LEWIS LLP


/s/ Stephen A. Fogdall
Christopher H. Hart
David Smith (*Admitted Pro Hac Vice*)
Theresa E. Loscalzo (*Admitted Pro Hac Vice*)
Stephen A. Fogdall (*Admitted Pro Hac Vice*)
Attorneys for Defendant
RADIAN GUARANTY INC.
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103-7286
Phone: 215-751-2000
Fax: 215-751-2205
Email: sfogdall@schnader.com


ARNOLD & PORTER LLP

Dated: March 26, 2012

/s/ Douglas A. Winthrop
Douglas A. Winthrop
Sara J. Eisenberg
Attorneys for Defendant
PMI MORTGAGE INSURANCE CO.
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Phone: 415-434-1600
Fax: 415-677-6262
douglas.winthrop@aporter.com
sara.eisenberg@aporter.com

Eric Shapland
Amie L. Medley
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Phone: 213-243-4000
Facsimile: 213-243-4199
eric.shapland@aporter.com
amie.medley@porter.com

| | | |
|---|---|---|
| 1 | Dated:  March 26, 2012 | FOLEY & LARDNER LLP |
| 2 | | |
| 3 | | /s/Michael S. Lawrence |
| | | Michael S. Lawrence |
| 4 | | Attorney for Defendant |
| | | MORTGAGE GUARANTY INSURANCE |
| 5 | | CORPORATION |
| | | Foley & Lardner LLP |
| 6 | | 555 South Flower Street Suite 3500 |
| | | Los Angeles, CA 90071-2411 |
| 7 | | Phone: 213-972-4500 |
| 8 | | Fax: 213-486-0065 |
| | | mlawrence@foley.com |
| 9 | | |
| 10 | Dated:  March 26, 2012 | LOCKE LORD LLP |
| 11 | | |
| 12 | | /s/Daniel A. Solitro |
| | | Thomas J. Cunningham |
| 13 | | Daniel A. Solitro |
| | | Attorneys for Defendant |
| 14 | | TRIAD GUARANTY INSURANCE CORP. |
| | | 300 South Grand Avenue, Suite 2600 |
| 15 | | Los Angeles, CA, 90071 |
| | | Phone: 213-485-1500 |
| 16 | | Fax: 213-485-1200 |
| 17 | | tcunningham@lockelord.com |
| | | dsolitro@lockelord.com |

3

[PROPOSED] ORDER RE MOTION FOR STAY
CASE NO. 5:11-CV-01950 VAP-SP

4815-7883-0606.2