**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION**

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.,<br><br>Defendants. | CASE NO. 5:11-CV-01950 VAP-SP<br><br>HON. VIRGINIA A. PHILLIPS<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MORTGAGE GUARANTY INSURANCE CORP., PMI MORTGAGE INSURANCE CO., RADIAN GUARANTY INC, AND TRIAD GUARANTY INSURANCE CORP.'S MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(1)** |

# [PROPOSED] ORDER

    **AND NOW**, this _____, day of _____, 2012, upon consideration of Defendants' Mortgage Guaranty Insurance Corp., PMI Mortgage Insurance Co., Radian Guaranty Inc, and Triad Guaranty Insurance Corp.'s Motion to Dismiss Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(1), Plaintiffs' Opposition thereto, and good cause appearing therefore, **IT IS HEREBY ORDERED** that Defendants' Motion is **DENIED**.

    **IT IS SO ORDERED.**

Dated: _____, 2012

_____
Hon. Virginia A. Phillips
Judge of the United States District Court,
Central District of California