1 | Christopher H. Hart (CSBN 184117)
chart@schnader.com
2 | David Smith (*Admitted Pro Hac Vice*)
dsmith@schnader.com
3 | Stephen A. Fogdall (*Admitted Pro Hac Vice*)
sfogdall@schnader.com
4 | Theresa E. Loscalzo (*Admitted Pro Hac Vice*)
tloscalzo@schnader.com
5 | SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
6 | San Francisco, California 94104-5501
Telephone: 415-364-6700
7 | Facsimile: 415-364-6785

Attorneys for Defendant RADIAN GUARANTY INC.

*Additional Counsel Listed on Next Page*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE, & CO., CROSS COUNTRY INSURANCE, COMPANY, UNITED GUARANTY, RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.,<br><br>Defendants. | Case No. EDCV11-01950 VAP SPX<br><br>**PROOF OF SERVICE**<br><br>Date: April 16, 2012<br>Time: 2:00 p.m.<br>Place: Courtroom 2<br>3470 Twelfth Street, 2nd Floor<br>Riverside, CA<br>Judge: The Honorable Virginia A. Phillips |

PROOF OF SERVICE

Douglas Andrew Winthrop (CSBN 183532)
  douglas.winthrop@aporter.com
Sara Jennifer Eisenberg (CSBN 269303)
  sara.eisenberg@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4024
Telephone: 415-434-1600
Facsimile: 415-677-6262

Eric Shapland (CSBN 193853)
  eric.shapland@aporter.com
Amie L. Medley (CSBN 266586)
  amie.medley@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213-243-4000
Facsimile: 213-243-4199

Attorneys for Defendants
PMI MORTGAGE INSURANCE CO.

Thomas Justin Cunningham (CSBN 263729)
  tcunningham@lockelord.com
Daniel A Solitro (CSBN 243908)
  dsolitro@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071
Telephone: 213-485-1500
Facsimile: 213-485-1200

Attorneys for Defendant
TRIAD GUARANTY INSURANCE CORP

Michael Steven Lawrence (CSBN 255897)
  mlawrence@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, CA  90071-2411
Telephone: 213-972-4500
Facsimile: 213-486-0065

Attorneys for Defendant
MORTGAGE GUARANTY INSURANCE CORPORATION

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

PROOF OF SERVICE

# PROOF OF SERVICE

I declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City of Philadelphia, State of Pennsylvania, in the office of an attorney who is admitted to practice *pro hac vice* in this court and at whose direction service is being made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is SCHNADER HARRISON SEGAL & LEWIS LLP, 1600 Market Street, Suite 3600, Philadelphia, Pennsylvania, 19103-7286. On April 2, 2012, I caused to be served the following document(s):

1. **CERTAIN DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL STAY PENDING THE SUPREME COURT'S DECISION IN *FIRST AMERICAN FINANCIAL CORPORATION V. EDWARDS***

I caused the above documents to be served by the following means:

[X] <u>Via Court Notice of Electronic Filing</u>: The documents will be served by the court via NEF and hyperlink to the document. On April 2, 2012, I checked the CM/ECF docket for this case and determined that the person(s) listed on the Service List above are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated.

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on April 2, 2012, at Philadelphia, Pennsylvania.

s/Sara Aliabadi
Sara Aliabadi