Daniel L. Germain (Bar No. 143334)
**ROSMAN & GERMAIN LLP**
16311 Ventura Boulevard
Suite 1200
Encino, CA 91436
Telephone: (818) 788-0877

*Attorneys for Plaintiffs and the Proposed Class*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.<br><br>Defendants. | CASE NO. 5:11-CV-01950 VAP-SP<br><br>**JOINT STIPULATION TO CONTINUE HEARING DATE RE MOTION TO DISMISS AND MOTION FOR PARTIAL STAY FILED BY DEFENDANTS MGIC, PMI, RADIAN AND TRIAD, AND MOTION TO STAY ACTION FILED BY PLAINTIFFS**<br><br>Current Hearing Date: April 16, 2012<br>Proposed Hearing Date: May 7, 2012<br>Time: 2:00 p.m.<br>Place: Courtroom 2<br>      3470 Twelfth Street, 2nd Floor<br>      Riverside, CA<br>Judge: The Honorable Virginia A. Phillip |

Plaintiffs Wayne Samp, Roberta Samp, Daniel Komarchuk, Susan Komarchuk, and Annetta Whitaker (collectively, "Plaintiffs") and Defendants Mortgage Guaranty Insurance Corp. ("MGIC"), PMI Mortgage Insurance Co. ("PMI"), Radian Guaranty Inc. ("Radian") and Triad Guaranty Insurance Corp. ("Triad") (collectively, "Defendants") (together, the "Parties") hereby stipulate as follows:

1.     The Parties respectfully request a modest continuance of the hearing date on the Motion to Dismiss (ECF No. 91) and Motion for Partial Stay (ECF No. 93) filed by Defendants MGIC, PMI, Radian and Triad, and the Motion to Stay Action (ECF No. 90) filed by Plaintiffs, currently scheduled for Monday, April 16, 2012 at 2:00 p.m., to a new hearing date of Monday, May 7, 2012 at 2:00 p.m.  While the Parties are mindful that this Court's Standing Order provides that motions will be heard on Mondays commencing at 2:00 p.m., they respectfully request a **10:00 a.m**. hearing time should the Court be available.

2.     Lead counsel for Plaintiffs, Edward Ciolko, who has been scheduled to argue at the hearing on behalf of Plaintiffs, recently underwent foot surgery and had his boot/cast removed late last week.  His recovery is ongoing, but has been slower than anticipated.  As a result, Mr. Ciolko is unable to travel across the country to attend the hearing as scheduled on Monday.  He should, however, be able to travel by May 7, 2012.

3.     After meeting and conferring in good faith regarding Plaintiffs' request, the Parties have agreed to reschedule the hearing on the Motion to Dismiss, Motion for Partial Stay, and Motion to Stay Action to May 7, 2012 at 2:00 p.m.[1]

4.     The requested continuance will not alter any existing briefing dates or cause prejudice to any parties.

//

//

---

[1]     As set forth above, and in accordance with this Court's Order of yesterday resetting Monday's hearing from 2:00 p.m. to 10:00 a.m. (ECF No. 121), the Parties respectfully request a 10:00 a.m. hearing time on May 7, 2012.

2

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  April 12, 2012

**KESSLER TOPAZ
MELTZER & CHECK, LLP**

*/s/ Edward W. Ciolko*

Edward W. Ciolko (*pro hac vice*)
Terence S. Ziegler (*pro hac vice*)
Donna Siegel Moffa *(pro hac vice)*
Amanda R. Trask *(pro hac vice)*
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706

Daniel L. Germain (Bar No. 143334)
**ROSMAN & GERMAIN LLP**
16311 Ventura Boulevard, Suite 1200
Encino, CA  91436
Telephone: (818) 788-0877

Alan R. Plutzik
**BRAMSON PLUTZIK MAHLER &
BIRKHAEUSER LLP**
2123 Oak Grove Boulevard, Ste. 120
Walnut Creek, CA  94598
Telephone: (925) 945-0200

Andrew L. Berke
**BERKE, BERKE & BERKE**
420 Frazier Avenue
Chattanooga, TN  37402
Telephone: (423) 266-5171

***Attorneys for Plaintiffs and the Proposed Class***

Dated:  April 12, 2012

**ARNOLD & PORTER LLP**

*/s/ Douglas A. Winthrop (signed with consent)*

Sara J. Eisenberg
Douglas A. Winthrop
Three Embarcadero Center, 7th Floor
San Francisco, CA  94111

3

Telephone: (415) 434-1600

***Attorneys for Defendant PMI Mortgage Insurance Co.***

**FOLEY & LARDNER LLP**

*/s/ Max B. Chester (signed with consent)*
Michael S. Lawrence
Max B. Chester
Jay N. Varon
555 South Flower Street, Ste. 3500
Los Angeles, CA  90071
Telephone: (213) 972-4500

***Attorneys for Defendant Mortgage Guaranty Insurance Corp.***

**SCHNADER HARRISON SEGAL & LEWIS LLP**

*/s/ David Smith (signed with consent)*
David Smith
Stephen Fogdall
1600 Market Street, Ste. 3600
Philadelphia, PA  19103
Telephone: (215) 751-2000

***Attorneys for Defendant Radian Guaranty Inc.***

**LOCKE LORD LLP**

*/s/ Thomas Justin Cunningham  (signed with consent)*
Thomas Justin Cunningham
300 South Grand Avenue, Ste. 2600
Los Angeles, CA 90071
Telephone: (213) 485-1500

***Attorneys for Defendant Triad Guaranty Insurance Corp.***

4