1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.<br><br>Defendants. | CASE NO. 5:11-CV-01950 VAP-SP<br><br>**DECLARATION OF EDWARD W. CIOLKO IN SUPPORT OF JOINT STIPULATION TO CONTINUE HEARING DATE RE MOTION TO DISMISS AND MOTION FOR PARTIAL STAY FILED BY DEFENDANTS MGIC, PMI, RADIAN AND TRIAD, AND MOTION TO STAY ACTION FILED BY PLAINTIFFS**<br><br>Current Hearing Date: April 16, 2012<br>Proposed Hearing Date: May 7, 2012<br>Time:  2:00 p.m.<br>Place:  Courtroom 2<br>          3470 Twelfth Street, 2nd Floor<br>          Riverside, CA<br>Judge: The Honorable Virginia A. Phillip |

I, EDWARD W. CIOLKO, declare as follows:

1. I am a Partner at the law firm of Kessler Topaz Meltzer & Check, LLP ("KTMC"). As the lead attorney working on this case from KTMC, I am personally involved in all aspects of the prosecution of this matter. I submit this Declaration in support of the parties' Joint Stipulation to Continue the Hearing Date Re the Motion to Dismiss and Motion for Partial Stay Filed by Defendants Mortgage Guaranty Insurance Corp. ("MGIC"), PMI Mortgage Insurance Co. ("PMI"), Radian Guaranty Inc. ("Radian"), and Triad Guaranty Insurance Corp. ("Triad"), and the Motion to Stay Action Filed by Plaintiffs Wayne Samp, Roberta Samp, Daniel Komarchuk, Susan Komarchuk, and Annetta Whitaker (collectively, "Plaintiffs"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto.

2. The hearing date on the Motion to Dismiss (ECF No. 91) and Motion for Partial Stay (ECF No. 93) filed by Defendants MGIC, PMI, Radian and Triad, and the Motion to Stay Action (ECF No. 90) filed by Plaintiffs, is currently scheduled for Monday, April 16, 2012 at 2:00 p.m.

3. As lead counsel for Plaintiffs, I have been scheduled to argue at the hearing on behalf of Plaintiffs. I recently underwent foot surgery and had my boot/cast removed late last week. My recovery is ongoing, but has been slower than anticipated. As a result, I am unable to travel across the country to attend the hearing as scheduled on Monday. I should, however, be able to travel by May 7, 2012.

4. I reached out to counsel for MGIC, PMI, Radian, and Triad on April 11, 2012 in order to meet and confer regarding a continuance of the hearing date.

5. After meeting and conferring in good faith regarding Plaintiffs' request, the parties have agreed to reschedule the hearing on the Motion to Dismiss, Motion for Partial Stay, and Motion to Stay Action to May 7, 2012 at 2:00 p.m.[1]

---

[1] While the Parties are mindful that this Court's Standing Order provides that motions will be heard on Mondays commencing at 2:00 p.m., they respectfully request a **10:00 a.m**. hearing time should the Court be available.

DECL. OF EDWARD W. CIOLKO ISO JOINT STIP. TO CONTINUE HEARING DATE

6. The requested continuance will not alter any existing briefing dates or cause prejudice to any parties.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed by me on April 12, 2012, in Radnor, Pennsylvania.

*/s/ Edward W. Ciolko*
Edward W. Ciolko
**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056