# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.<br><br>　　　　　　　Defendants. | CASE NO. 5:11-CV-01950 VAP-SP<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE RE MOTION TO DISMISS AND MOTION FOR PARTIAL STAY FILED BY DEFENDANTS MGIC, PMI, RADIAN AND TRIAD, AND MOTION TO STAY ACTION FILED BY PLAINTIFFS** |

___

Based upon the Parties' Joint Stipulation to Continue the Hearing Date Re the Motion to Dismiss and Motion for Partial Stay Filed by Defendants Mortgage Guaranty Insurance Corp., PMI Mortgage Insurance Co., Radian Guaranty Inc., and Triad Guaranty Insurance Corp., and the Motion to Stay Action Filed by Plaintiffs Wayne Samp, Roberta Samp, Daniel Komarchuk, Susan Komarchuk, and Annetta Whitaker, dated April 12, 2012, and good cause appearing therefore,

**IT IS HEREBY ORDERED AS FOLLOWS**:

The Hearing on the Motion to Dismiss, Motion for Partial Stay, and Motion to Stay Action, currently scheduled for April 16, 2012 at 2:00 p.m., shall be continued to May 7, 2012 at 2:00 p.m.

**IT IS SO ORDERED**.

Dated: _____

HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE