1 Daniel L. Germain (CBN 143334)
2 **ROSMAN & GERMAIN LLP**
3 16311 Ventura Boulevard, Suite 1200
Encino, CA 91436
4 Telephone: (818) 788-0877
Facsimile: (818) 788-0885
5

6 *Attorneys for Plaintiff and the Proposed Class*

7 [Additional Counsel Listed on Signature Page]

8 **UNITED STATES DISTRICT COURT**
9 **CENTRAL DISTRICT OF CALIFORNIA**

10 WAYNE SAMP, ROBERTA SAMP,                CASE NO. 5:11-CV-01950 VAP-SP
11 DANIEL KOMARCHUK, SUSAN
   KOMARCHUK, and ANNETTA              Hon. Virginia A. Phillips
12 WHITAKER, individually and on
13 behalf of all other similarly situated,

14            Plaintiffs,

15       v.                                **PLAINTIFFS' NOTICE OF**
                                           **SUPPLEMENTAL AUTHORITY IN**
16 JPMORGAN CHASE BANK, N.A.,              **FURTHER SUPPORT OF THEIR**
   CHASE BANK USA, N.A.,                   **OPPOSITION TO DEFENDANTS**
17 JPMORGAN CHASE & CO., CROSS             **MORTGAGE GUARANTY**
18 COUNTRY INSURANCE                       **INSURANCE CORP, PMI**
   COMPANY, UNITED GUARANTY               **MORTGAGE INSURANCE CO.,**
19 RESIDENTIAL INSURANCE CO.,              **RADIAN GUARANTY INC., AND**
20 PMI MORTGAGE INSURANCE CO.,             **TRIAD GUARANTY INSURANCE**
   MORTGAGE GUARANTY                       **CORP.'S MOTION TO DISMISS**
21 INSURANCE CORP., GENWORTH              **PURSUANT TO FEDERAL RULE**
22 MORTGAGE INSURANCE CORP.,               **OF CIVIL PROCEDURE 12(b)(1)**
   REPUBLIC MORTGAGE
23 INSURANCE CO., RADIAN
24 GUARANTY INC., and TRIAD
   GUARANTY INSURANCE CORP.,
25
            Defendants.
26

27

28

1    Plaintiffs respectfully submit as supplemental authority in further support of

2 their Opposition to Defendants Mortgage Guaranty Insurance Corp., PMI Mortgage

3 Insurance Co., Radian Guaranty Inc., and Triad Guaranty Insurance Corp.'s (the

4 "Moving Defendants") Motion to Dismiss pursuant to Federal Rule of Civil

5 Procedure 12(b)(1) (ECF No. 103), the recent opinion in *In re Optical Disk Drive*

6 *Antitrust Litig.*, No. 3:10-md-2143, 2012 WL 1366718, at *7 (N.D. Cal. Apr. 19,

7 2012) ("*Optical Disk Drive*") (Exhibit A hereto), holding that the facts which

8 supported a finding of a conspiracy also supported a finding of Article III standing.

9    *Optical Disk Drive* involves a multi-district litigation alleging a conspiracy

10 among a group of defendants to fix prices of optical disk drives.  The court noted that

11 the complaint at issue alleged (1) a series of instances of "bid-rigging" involving the

12 procurement of optical disk drives by the defendants; (2) a specific theory as to how

13 the pattern of bid-rigging effects the price of optical disc drives; and (3) additional

14 communications between the various entities involved.  *Optical Disk Drive,* 2012

15 WL 1366718, at *2.  Several groups of related defendants filed motions to dismiss

16 arguing that the operative complaint did not include "sufficient factual averments to

17 tie [them] to any wrongful conduct."  *Id*. at *7.  Two other defendants filed motions

18 to dismiss on the grounds that plaintiffs did not possess Article III standing against

19 them because they did not "plead sufficient facts to establish a cognizable injury."

20 *Id*.   The *Optical Disk Drive* court found that where plaintiffs alleged "that each

21 individual defendant joined the conspiracy and played some role in it," they met the

22 requirements needed to withstand both a 12(b)(6) challenge and overcome an Article

23 III challenge.  *Id*. These findings are pertinent to Plaintiffs' claims against the

24 Moving Defendants in that Plaintiffs have alleged a scheme similar to that alleged by

25 the *Optical Disk Drive* plaintiffs and have included allegations tying the defendants

26 together, supporting a finding of Article III standing.

27    In this case, Plaintiffs allege a scheme whereby the Defendants, acting

28 together, caused concrete and particularized injuries to Plaintiffs and the proposed

1

class members—in settlement services tainted by kickbacks and improper referral fees which, over time, resulted in the inflation in the price of mortgage insurance premiums and a reduction of competition in the mortgage insurance industry, a nationwide industry which included during the relevant time period just seven providers of private mortgage insurance, including the four Moving Defendants. Plaintiffs' complaint describes a "hub and spoke" type conspiracy in which each of the Defendants acted in a coordinated manner.  Like in *Optical Disk Drive*, Plaintiffs allege a "conscious decision" by each of the Defendants, including Moving Defendants, to participate in the scheme; these allegations are equally probative in the context of an Article III standing challenge as they are for alleging a bid rigging scheme.  *Optical Disk Drive,* 2012 WL 1366718, at *7 & n.13.  As such, the recent decision in *Optical Disk Drive* supports Plaintiffs' contention that allegations of coordinated conduct, engaged in by a group of "related defendants" establishes Article III standing as to each defendant who participated in the scheme whose conduct, resultantly, harmed Plaintiffs and proposed class members.

Respectfully submitted,

Dated:  May 1, 2012

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**

*/s/ Edward W. Ciolko*
Edward W. Ciolko (*pro hac vice*)
Terence S. Ziegler (*pro hac vice*)
Donna Siegel Moffa *(pro hac vice)*
Amanda R. Trask *(pro hac vice)*
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Daniel L. Germain (Bar No. 143334)
**ROSMAN & GERMAIN LLP**
16311 Ventura Boulevard, Suite 1200
Encino, CA  91436
Telephone: (818) 788-0877
Facsimile: (818) 788-0885

Alan R. Plutzik
**BRAMSON PLUTZIK MAHLER & BIRKHAEUSER LLP**
2123 Oak Grove Boulevard, Ste. 120
Walnut Creek, CA  94598
Telephone: (925) 945-0200

Andrew L. Berke
**BERKE, BERKE & BERKE**
420 Frazier Avenue
Chattanooga, TN  37402
Telephone: (423) 266-5171

*Attorneys for Plaintiffs and the Proposed Class*

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2012   , I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.


_/s/ Edward W. Ciolko_____
Edward W. Ciolko