Christopher H. Hart (CSBN 184117)
  chart@schnader.com
David Smith (*Admitted Pro Hac Vice*)
  dsmith@schnader.com
Stephen A. Fogdall (*Admitted Pro Hac Vice*)
  sfogdall@schnader.com
Theresa E. Loscalzo (*Admitted Pro Hac Vice*)
  tloscalzo@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Defendant RADIAN GUARANTY INC.

*Additional Counsel Listed on Next Page*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE, & CO., CROSS COUNTRY INSURANCE, COMPANY, UNITED GUARANTY, RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.,<br><br>Defendants. | Case No. EDCV11-01950 VAP SPX<br><br>**RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF THEIR OPPOSITION TO MOTION BY DEFENDANTS MORTGAGE GUARANTY INSURANCE CORP., PMI MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., AND TRIAD GUARANTY INSURANCE CORP. TO DISMISS AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)**<br><br>Date<br>Time:<br>Place:   Courtroom 2<br>            3470 Twelfth Street, 2nd Floor<br>            Riverside, CA<br>Judge:   The Honorable Virginia A. Phillips |

Douglas Andrew Winthrop (CSBN 183532)
  douglas.winthrop@aporter.com
Sara Jennifer Eisenberg (CSBN 269303)
  sara.eisenberg@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
Telephone: 415-434-1600
Facsimile: 415-677-6262

Eric Shapland (CSBN 193853)
  eric.shapland@aporter.com
Amie L. Medley (CSBN 266586)
  amie.medley@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213-243-4000
Facsimile: 213-243-4199

Attorneys for Defendants
PMI MORTGAGE INSURANCE CO.

Thomas Justin Cunningham (CSBN 263729)
  tcunningham@lockelord.com
Daniel A Solitro ( CSBN 243908)
  dsolitro@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: 213-485-1500
Facsimile: 213-485-1200

Attorneys for Defendant
TRIAD GUARANTY INSURANCE CORP

Michael Steven Lawrence (CSBN 255897)
  mlawrence@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Telephone: 213-972-4500
Facsimile: 213-486-0065

Attorneys for Defendant
MORTGAGE GUARANTY INSURANCE CORPORATION

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700
FAX: (415) 364-6785

1   The Moving Defendants submit this response to Plaintiffs' Notice of Supplemental Authority regarding *In re Optical Disk Drive Antitrust Litig.*, No. 3:10-md-2143, 2012 WL 1366718 (N.D. Cal. Apr. 19, 2012) ("*Optical Disk Drive*"). As demonstrated in the Moving Defendants' Memoranda in Support of their Motion to Dismiss the Amended Complaint (Dkt. Nos. 91-1 and 109), the Amended Complaint fails to establish that plaintiffs have standing to sue the Moving Defendants, none of whom insured plaintiffs' loans. Nothing in the *Optical Disk Drive* opinion alters that conclusion.

First, there was no reason for the plaintiffs to bring the *Optical Disk Drive* decision to the attention of the Court. It adds nothing new or helpful to plaintiffs' arguments. Rather, it is simply another horizontal price-fixing conspiracy case, no different than others already cited by plaintiffs, such as *In re Processed Egg Products Antitrust Litigation*, 2012 WL 935669 (E.D. Pa. Mar. 20, 2012). Plaintiffs' supplemental citation merely repeats plaintiffs' mistaken reliance on antitrust concepts that are irrelevant to RESPA standing. *See* Pl. Opp'n to MTD, Dkt. No. 103, at p. 17. *This is not an antitrust case*. No amount of reliance on allegations of supposed "hub-and-spoke coordination" can manufacture standing under RESPA for plaintiffs to sue settlement service providers to whom they are complete strangers. That a plaintiff in an antitrust case is permitted to sue every participant in an alleged horizontal price-fixing conspiracy — even those with which it did not do business — does not establish what plaintiffs need to establish here, namely, that they should be permitted under RESPA to sue settlement service providers with whom they had no dealings whatsoever simply because those settlement service providers supposedly paid kickbacks in order to have *other* borrowers referred to them. *Cf. Capell v. Pulte Mortgage LLC,* 2007 U.S. Dist. LEXIS 82570, at *24 (E.D. Pa. Nov. 7, 2007) ("We are uncomfortable importing jurisprudence from the antitrust area, which involves repeated transactions between varying participants, into the RESPA context, which involves a single transaction with fixed participants. The legal realms are too distant from one another.").

Second, *Ashcroft v. Iqbal*, 129 S.Ct. 1937 (2009), precludes any argument that this case is "similar" to *Optical Disk Drive*. The averments in Plaintiffs' Amended Complaint are inconsistent with and will not permit a reasonable inference of a horizontal price-fixing or "bid-

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700
FAX: (415) 364-6785

rigging" conspiracy. Plaintiffs' allege in their Amended Complaint that the lender defendants (JPMorgan Chase Bank, N.A. and its affiliates) coerced each mortgage insurer to enter into an "identical" reinsurance contract with Cross Country Insurance Company, and that the reinsurance premiums each mortgage insurer separately paid to Cross Country pursuant to its separate but "identical" reinsurance contract supposedly were "kickbacks" or "split fees" in violation of RESPA.  Am. Compl. ¶¶ 11-14, 33.  Those allegations are the polar opposite of a hub and spoke conspiracy, will not permit an inference of a "bid-rigging conspiracy" and cannot confer standing on plaintiffs to bring RESPA claims against the Moving Defendants. *See Capell*, 2007 U.S. Dist. LEXIS 82570.

For all these reasons, as well as those set forth in the Moving Defendants' previously filed memoranda, the Moving Defendants respectfully urge the Court to dismiss them from this action on the basis that plaintiffs lack standing to assert any claims against them.

Dated: May 4, 2012                                  SCHNADER HARRISON SEGAL & LEWIS LLP

                                                    */s/ Stephen A. Fogdall*
                                                    Christopher H. Hart
                                                    David Smith (*Admitted Pro Hac Vice*)
                                                    Theresa E. Loscalzo (*Admitted Pro Hac Vice*)
                                                    Stephen A. Fogdall (*Admitted Pro Hac Vice*)
                                                    Attorneys for Defendant
                                                    RADIAN GUARANTY INC.
                                                    One Montgomery Street, Suite 2200
                                                    San Francisco, California  94104-5501
                                                    Telephone: 415-364-6700
                                                    Facsimile: 415-364-6785
                                                    Email: chart@schnader.com


Dated:  May 4, 2012                                 ARNOLD & PORTER LLP


                                                    */s/Douglas A. Winthrop*
                                                    Douglas A. Winthrop
                                                    Sara J. Eisenberg
                                                    Three Embarcadero Center, 7th Floor
                                                    San Francisco, California  94111-4024

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700
FAX: (415) 364-6785

Telephone: 415-434-1600
Fax: 415-677-6262
douglas.winthrop@aporter.com
sara.eisenberg@aporter.com

Eric Shapland
Amie L. Medley
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213-243-4000
Facsimile: 213-243-4199
eric.shapland@aporter.com
amie.medley@aporter.com

Attorneys for Defendant
PMI MORTGAGE INSURANCE CO.

Dated:  May 4, 2012                                   FOLEY & LARDNER LLP


/s/Michael S. Lawrence
Michael S. Lawrence
Attorney for Defendant
MORTGAGE GUARANTY INSURANCE CORPORATION
Foley & Lardner LLP
555 South Flower Street Suite 3500
Los Angeles, CA 90071-2411
Telephone: 213-972-4500
Fax: 213-486-0065
mlawrence@foley.com


Dated:  May 4, 2012                                   LOCKE LORD LLP


/s/Daniel A. Solitro
Thomas J. Cunningham
Daniel A. Solitro
Attorneys for Defendant
TRIAD GUARANTY INSURANCE CORP.
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: 213-485-1500
Fax: 213-485-1200
tcunningham@lockelord.com
dolitro@lockelord.com

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700
FAX: (415) 364-6785