1 | Christopher H. Hart (CSBN 184117)
    chart@schnader.com
2 | David Smith (*Admitted Pro Hac Vice*)
    dsmith@schnader.com
3 | Stephen A. Fogdall (*Admitted Pro Hac Vice*)
    sfogdall@schnader.com
4 | Theresa E. Loscalzo (*Admitted Pro Hac Vice*)
    tloscalzo@schnader.com
5 | SCHNADER HARRISON SEGAL & LEWIS LLP
6 | One Montgomery Street, Suite 2200
7 | San Francisco, California 94104-5501
Telephone: 415-364-6700
8 | Facsimile: 415-364-6785

9 | Attorneys for Defendant RADIAN GUARANTY INC.

10 | *Additional Counsel Listed on Next Page*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE, & CO., CROSS COUNTRY INSURANCE, COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.,<br><br>Defendants. | Case No. EDCV11-01950 VAP SPX<br><br>**PROOF OF SERVICE**<br><br>Date:<br>Time:<br>Place:   Courtroom 2<br>          3470 Twelfth Street, 2nd Floor<br>          Riverside, CA<br>Judge:  The Honorable Virginia A. Phillips |
|---|---|

PROOF OF SERVICE

Douglas Andrew Winthrop (CSBN 183532)
  douglas.winthrop@aporter.com
Sara Jennifer Eisenberg (CSBN 269303)
  sara.eisenberg@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
Telephone: 415-434-1600
Facsimile: 415-677-6262

Eric Shapland (CSBN 193853)
  eric.shapland@aporter.com
Amie L. Medley (CSBN 266586)
  amie.medley@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213-243-4000
Facsimile: 213-243-4199

Attorneys for Defendants
PMI MORTGAGE INSURANCE CO.

Thomas Justin Cunningham (CSBN 263729)
  tcunningham@lockelord.com
Daniel A Solitro (CSBN 243908)
  dsolitro@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: 213-485-1500
Facsimile: 213-485-1200

Attorneys for Defendant
TRIAD GUARANTY INSURANCE CORP

Michael Steven Lawrence (CSBN 255897)
  mlawrence@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Telephone: 213-972-4500
Facsimile: 213-486-0065

Attorneys for Defendant
MORTGAGE GUARANTY INSURANCE CORPORATION

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

PROOF OF SERVICE

**PROOF OF SERVICE**

I, Sara Aliabadi, the undersigned, declare under penalty of perjury that the following is true and correct:

I am employed as an attorney in the City of Philadelphia, State of Pennsylvania, in the office of a law firm that includes a member of the bar of this court. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is Schnader Harrison Segal & Lewis LLP, 1600 Market Street, Suite 3600, Philadelphia, Pennsylvania, 19103.

I served the following documents:

**1. RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF THEIR OPPOSITION TO MOTION BY DEFENDANTS MORTGAGE GUARANTY INSURANCE CORP., PMI MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., AND TRIAD GUARANTY INSURANCE CORP. TO DISMISS AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)**

<u>By United States Mail</u>. On May 4, 2012, I enclosed a true and correct copy of the above document(s) in a sealed envelope or package addressed to the people on the attached service list by first class mail, and placed it for collection and mailing with the United States Postal Service following our ordinary business practice, to wit, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on May 4, 2012 in Philadelphia, Pennsylvania.

/s/ *Sara Aliabadi*
Sara Aliabadi

3

PROOF OF SERVICE

PHDATA 3808499_1

**SERVICE LIST**

| | |
|---|---|
| Daniel Lawrence Germain<br>ROSMAN & GERMAIN LLP<br>16311 Ventura Blvd., Suite 1200<br>Encino, CA 91436-2152<br>Telephone: 818-788-0877<br>Fax: 818-788-0885 | Daniel C. Posner<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: 213-443-3000<br>Fax: 213-443-3100 |
| Amanda R. Trask<br>Donna Siegel Moffa<br>Edward W. Ciolko<br>Michelle A. Coccagna<br>Terence S. Ziegler<br>KESSLER TOPAZ MELTZER &<br>CHECK LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: 610-667-7706<br>Fax: 610-667-7056<br><br>*Attorneys for Plaintiffs* | Brad Evan Rosen<br>Jane M. Byrne<br>Michael Barry Carlinsky<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>51 Madison Avenue 22nd Floor<br>New York, NY 10010<br>Telephone: 212-849-7100<br>Fax: 212-849-7100<br><br>*Attorneys for Defendant*<br>UNITED GUARANTY RESIDENTIAL<br>INSURANCE CO. |
| David D. Piper<br>Kristy Ann Hewitt<br>KEESAL YOUNG & LOGAN<br>400 Oceangate<br>P.O. Box 1730<br>Long Beach, CA 90801-1730<br>Telephone: 562-436-2000<br>Fax: 562-436-7416 | John E. Walker<br>Matthew C. Wolf<br>SNR DENTON LLP<br>601 South Figueroa Street Suite 2500<br>Los Angeles, CA 90017-5704<br>Telephone: 213-623-9300<br>Fax: 213-623-9924 |
| Amanda DiMauro Zakowich<br>Andrew J. Ceresney<br>Anna Siemon<br>James Benjamin Amler<br>Maeve O'Connor<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, NY 10028<br>Telephone: 212-909-6000<br>Fax: 212-909-6836<br><br>*Attorneys for Defendants*<br>JPMORGAN CHASE BANK, N.A.,<br>CHASE BANK USA, N.A., JPMORGAN<br>CHASE, & CO., and CROSS COUNTRY<br>INSURANCE CO. | Benito Delfin, Jr.<br>Reid L. Ashinoff<br>SNR DENTON LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>Telephone: 212-398-4883<br>Fax: 212-768-6800<br><br>*Attorneys for Defendant*<br>GENWORTH MORTGAGE INSURANCE<br>CORP. |

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700
FAX: (415) 364-6785

PROOF OF SERVICE

PHDATA 3808499_1

Charles M. Clark
John M. Petrasich
Michael L. Tidus
JACKSON DEMARCO TIDUS & PECKENPAUGH ALC
2030 Main Street Suite 1200
Irvine, CA 92614
Telephone: 949-752-8585
Fax: 949-752-0597

William L. Kirkman
BOURLAND & KIRKMAN LLP
201 Main Street Suite 1400
Fort Worth, TX 76102
Telephone: 817-336-2800
Fax: 817-877-1863

***Attorneys for Defendant***
REPUBLIC MORTGAGE INSURANCE CO.

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700
FAX: (415) 364-6785