EDWARD W. CIOLKO
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Email: eciolko@ktmc.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.,<br><br>Defendants. | CASE NO. 5:11-CV-01950 VAP-SP<br><br>Hon. Virginia A. Phillips<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT PMI MORTGAGE INSURANCE CO. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Plaintiff hereby dismisses, without prejudice, all claims asserted in this action against Defendant PMI Mortgage Insurance Co., and against that Defendant only. The action remains pending and is not dismissed as to any other Defendant.

Plaintiff dismisses Defendant PMI Mortgage Insurance Co. pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure on the ground that this Defendant has not yet served an answer or moved for summary judgment in this action.

Dated: June 6, 2012                         Respectfully submitted,

By: /s/ Edward W. Ciolko
Edward W. Ciolko
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Email: eciolko@ktmc.com

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2012 , I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Edward W. Ciolko*
Edward W. Ciolko