Daniel L. Germain (CBN 143334)
**ROSMAN & GERMAIN LLP**
16311 Ventura Boulevard, Suite 1200
Encino, CA 91436
Telephone: (818) 788-0877
Facsimile: (818) 788-0885

*Attorneys for Plaintiffs and the Proposed Class*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all other similarly situated,

Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.,

Defendants.

CASE NO. 5:11-CV-01950 VAP-SP

Hon. Virginia A. Phillips

**JOINT STATUS REPORT ON OUTCOME OF *FIRST AMERICAN FINANCIAL CORP. v. EDWARDS* AND STIPULATION REGARDING SCHEDULING MATTERS**

WHEREAS by Order entered on stipulation on February 13, 2012 (ECF No. 71) this action was stayed as against Defendants JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., JPMorgan Chase & Co., Cross Country Insurance Company, United Guaranty Residential Insurance Co., and Genworth Mortgage Insurance Corp. (the "Stipulating Defendants") pending the decision of the United States Supreme Court in *First American Financial Corporation, Successor in Interest to The First American Corporation v. Denise P. Edwards*, No. 10-708 (2012) ("*Edwards*");

WHEREAS on March 19, 2012 Plaintiffs and Defendant Republic Mortgage Insurance Co. ("RMIC") filed a stipulation that the action would also be stayed as to RMIC (ECF No. 95) pending the decision of the United States Supreme Court in *Edwards;*

WHEREAS on May 7, 2012 this Court entered a MINUTE ORDER: (1) DENYING PLAINTIFFS' MOTION TO STAY; (2) DENYING CERTAIN DEFENDANTS' MOTION TO DISMISS; AND (3) GRANTING CERTAIN DEFENDANTS' MOTION TO STAY (ECF No. 125) which denied a Motion to Dismiss (ECF No. 102) filed by Defendants Mortgage Guaranty Insurance Corp., PMI Mortgage Insurance Co., Radian Guaranty, Inc., and Triad Guaranty Insurance Corp. ("Certain Defendants") and granted the Certain Defendants' unopposed Motion for a Stay pending a decision in *Edwards* on matters other than the Motion to Dismiss (ECF No. 93);

WHEREAS on June 28, 2012, the Supreme Court dismissed the writ of *certiorari* in *Edwards* as "improvidently granted" (Decision attached hereto as Exhibit A);

WHEREAS the stay entered on February 13, 2012 as to the Stipulating Defendants provides that "the Stipulating Defendants and Plaintiffs shall notify the Court promptly upon issuance of the United States Supreme Court's opinion in *Edwards*" and the stipulation staying the action as to RMIC likewise provides that the parties shall notify the Court of the resolution of *Edwards*;

WHEREAS the stay entered on February 13, 2012 as to the Stipulating Defendants further provides that "the Stipulating Defendants' deadlines to answer, move, or otherwise respond to the Complaint in this action shall be extended to forty-five (45) days following the lifting of the stay by this Court" and the stipulation staying the action as to RMIC likewise provides that RMIC's deadlines to answer, move, or otherwise respond to the Complaint in this action shall be extended to forty-five (45) days after the date on which the Court lifts the stay;

WHEREAS in the absence of the stay entered on February 13, 2012, Plaintiffs' Motion for Class Certification would have been due to be filed on or about March 19, 2012 pursuant to the ninety (90) day deadline under Local Rule 23-3; and

WHEREAS following a decision in *Edwards* the parties have met and conferred regarding the foregoing and related scheduling matters;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that they consent to entry of the proposed Order submitted herewith, which provides:

1. that the stays entered pending the decision in *Edwards* (ECF Nos. 71, 125) are lifted and this matter is returned to active status;

2. that pursuant to the Stay Order (ECF No. 71) entered on February 13, 2012, and the stipulation filed on March 19, 2012 staying the action as to Defendant RMIC, the deadlines for Stipulating Defendants, including RMIC, to answer, move, or otherwise respond to the Complaint in this action shall be extended to forty-five (45) days from the date of the Order;

3. Certain Defendants' deadlines to answer, move, or otherwise respond to the Complaint shall likewise be forty-five (45) days from the date of the Order, and Certain Defendants shall have the same rights to move to dismiss the action as all other defendants; and

4. Plaintiffs' Motion for Class Certification shall be filed on a date to be established by the Court following submission of a proposed schedule by the

parties within twenty-one (21) days of the ruling(s) on any new Motions to Dismiss or, if no new Motions to Dismiss are filed in response to the Complaint, within twenty-one (21) days of service of the last filed answer to the Complaint.

**IT IS SO STIPULATED.**

Dated: August 9, 2012

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**

By: */s/ Edward W. Ciolko*
Edward W. Ciolko (*pro hac vice*)
Terence S. Ziegler (*pro hac vice*)
Donna Siegel Moffa *(pro hac vice)*
Amanda R. Trask *(pro hac vice)*
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Daniel L. Germain (Bar No. 143334)
**ROSMAN & GERMAIN LLP**
16311 Ventura Boulevard, Suite 1200
Encino, CA 91436
Telephone: (818) 788-0877
Facsimile: (818) 788-0885

Alan R. Plutzik
**BRAMSON PLUTZIK MAHLER & BIRKHAEUSER LLP**
2123 Oak Grove Boulevard, Ste. 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200

Andrew L. Berke
**BERKE, BERKE & BERKE**
420 Frazier Avenue
Chattanooga, TN 37402
Telephone: (423) 266-5171

*Counsel for Plaintiffs and the Proposed Class*

**FOLEY & LARDNER LLP**

*/s/ Max B. Chester (signed with consent)*
Michael S. Lawrence

Max B. Chester
Jay N. Varon
555 South Flower Street, Ste. 3500
Los Angeles, CA 90071
Telephone: (213) 972-4500

*Counsel for Defendant Mortgage Guaranty Insurance Corp.*

**SCHNADER HARRISON SEGAL & LEWIS LLP**

*/s/ Stephen Fogdall (signed with consent)*
David Smith
Stephen Fogdall
1600 Market Street, Ste. 3600
Philadelphia, PA 19103
Telephone: (215) 751-2000

*Counsel for Defendant Radian Guaranty Inc.*

**LOCKE LORD LLP**

By:*/s/ Thomas Justin Cunningham (signed with consent)*
Thomas Justin Cunningham
300 South Grand Avenue, Ste. 2600
Los Angeles, CA 90071
Telephone: (213) 485-1500

*Counsel for Defendant Triad Guaranty Insurance Corp.*

**BOURLAND & KIRKMAN LLP**

By: */s/ William L. Kirkman (signed with consent)*
William L. Kirkman (pro hac vice)
201 Main Street, Suite 1400
Fort Worth, Texas 76102
Telephone: (817) 336-2800
Facsimile: (817) 877-1863

Charles M. Clark
John M. Petrasich

Michael L. Tidus Jackson
**DEMARCO TIDUS & PECKENPAUGH**
2030 Main Street, Suite 1200
Irvine, CA 92614
Telephone: (949) 752-8585
Facsimile: (949) 752-0597

*Counsel for Defendant Republic Mortgage Insurance Co.*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Daniel C. Posner (signed with consent)*

Daniel C. Posner (Bar No. 232009)
danposner@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Michael B. Carlinsky
Jane M. Byrne
Brad Evan Rosen
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

*Counsel for Defendant United Guaranty Residential Insurance Company*

**SNR DENTON US LLP**

By:*/s/ Benito Delfin, Jr. (signed with consent)*

Matthew C. Wolf
Reid L. Ashinoff
Benito Delfin, Jr.
1221 Avenue of the Americas
New York, NY 10020−1089
212−768−6700
Fax: 212−768−6800

*Counsel for Defendant Genworth Mortgage Insurance Corp.*

**KEESAL YOUNG & LOGAN**

By: */s/ David D. Piper*
David D. Piper
400 Oceangate
P O Box 1730
Long Beach, CA 90801−1730
562−436−2000
Fax: 562−436−7416

*Counsel for Defendants JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., JPMorgan Chase & Co., Cross Country Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Edward W. Ciolko*
Edward W. Ciolko