# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.,<br><br>Defendants. | CASE NO. 5:11-CV-01950 VAP-SP<br><br>Hon. Virginia A. Phillips<br><br>**[PROPOSED]**<br>**ORDER LIFTING STAY** |

## [PROPOSED] ORDER

**AND NOW**, this _____, day of _____, 2012, upon consideration of the Parties' Joint Status Report on the Outcome of *First American Financial Corporation v. Edwards*, and good cause appearing therefore, **IT IS HEREBY ORDERED**:

1. that the stays entered pending the decision in *Edwards* (ECF Nos. 71, 125) are lifted and this matter is returned to active status;

2. that pursuant to the Stay Order (ECF No. 71) entered on February 13, 2012, and the stipulation filed on March 19, 2012 (ECF No. 95), deadlines for the Stipulating Defendants, including Republic Mortgage Insurance Co., to answer, move, or otherwise respond to the Complaint in this action shall be extended to 45 days from the date of this Order;

3. that the deadline for Defendants Mortgage Guaranty Insurance Corporation, Radian Guaranty Inc., and Triad Guaranty Insurance Corporation ("Certain Defendants") to answer, move, or otherwise respond to the Complaint shall likewise be 45 days from the date of this Order, and Certain Defendants shall have the same rights to move to dismiss the action as all other defendants; and

4. Plaintiffs' Motion for Class Certification shall be filed on a date to be established by the Court following submission of a proposed schedule by the parties within twenty-one (21) days of the ruling(s) on any new Motions to Dismiss, or, if no new Motions to Dismiss are filed in response to the Complaint, within twenty-one (21) days of service of the last filed answer to the Complaint.

**IT IS SO ORDERED.**

Dated: _____, 2012         _____
                                     Hon. Virginia A. Phillips
                                     Judge of the United States District Court,
                                     Central District of California