# Exhibit 1

🖤 calculatedriskblog.com                                                                        ORIGINAL PAGE

# Freddie Mac: Project MI Lifeline?

*by* TANTA • FEB. 14, 2008

by Tanta on 2/14/2008 08:29:00 AM

I had a feeling this sort of thing might get underway:

> McLean, VA – Freddie Mac (NYSE: FRE) today announced it is temporarily changing its Private Mortgage Insurer Eligibility Requirements [PDF 160K] in order to increase the claims-paying and capital retention capacities of its mortgage insurance counterparties during the current market correction.
>
> Effective on or after June 1, 2008, Freddie Mac-approved private mortgage insurers may not cede new risk if the gross risk or gross premium ceded to captive reinsurers is greater than 25 percent. Beyond limiting the allowable cede to 25 percent, the temporary policy does not limit the mortgage industry's use of captive reinsurance.
>
> Triggered by the ongoing decline in home prices and poor performance of subprime, Alt A and other higher-risk mortgages, Freddie Mac says the temporary change is intended to allow mortgage insurers to retain more insurance premiums to pay current claims and re-build their capital base.
>
> Today's announcement applies to all Freddie Mac-approved private mortgage insurers. In addition, Freddie Mac is now requiring all eligible private mortgage insurers to provide additional information about their business activities to better monitor the state of the industry.
>
> Private mortgage insurance enables Freddie Mac to buy loans when a borrower makes a downpayment of less than 20 percent of the purchase price. In a captive reinsurance structure, the mortgage insurer cedes a portion of its premium income to a special trust set up to cover an agreed upon share of losses from a pool of mortgages.
>
> Freddie Mac also announced it is suspending its Type II Insurer requirements otherwise automatically applicable to mortgage insurers that are downgraded below AA- or Aa3 by the rating agencies provided the mortgage insurer commits to submitting a complete remediation plan for our review and approval within 90 days of the downgrade. Freddie Mac also reserves the right to impose additional restrictions in its sole discretion.

The GSEs have enormous exposure to the MIs. Their own risk management depends on how they maintain eligibility standards for MI carriers; if they accept policies written by lower-grade insurers with less certain claims-paying ability, their own reserves for loss have to increase. On the other hand, if they cut off an insurer that gets notched under AA-, they're not just losing new insured mortgage business, they're increasing the pressure on the MI by cutting off its main source of new policies written. The problem with a downgraded MI for the GSEs: you can't live with them, and you can't shoot them.

So the "workout" proposals begin. Whether this is a wise response that will avert major catastrophe in the MI business, or the first step in following a failing MI down, is anyone's guess. I personally can't see how they can not "work things out" with the MIs right now, even as I see it as just one more reason that Congress needs to give it a rest with these plans for the GSEs to take on more and more of the risk of failing private sector mortgage portfolios.

**Original URL:**
http://www.calculatedriskblog.com/2008/02/freddie-mac-project-mi-lifeline.html

 articles.marketwatch.com                                   ORIGINAL PAGE

# Freddie Mac loosens PMI rules to aid mortgage insurers

FEB. 14, 2008

February 14, 2008|Greg Morcroft

NEW YORK (MarketWatch) -- Government sponsored mortgage giant Freddie Mac (DE:fre) said Thursday that it is temporarily changing its rules for private mortgage insurance companies to allow them to retain more capital and rebuild there balance sheets, which have been damaged badly by the housing and credit crises. "Triggered by the ongoing decline in home prices and poor performance of subprime, Alt A and other higher-risk mortgages", Freddie Mac said, "the temporary change is intended to allow mortgage insurers to retain more insurance premiums to pay current claims and re-build their capital base." Freddie also said it is suspending certain rules that automatically trigger new requirements for insurers that are downgraded by rating agencies below a certain level. The new rules take effect on June 1, the company said.

**Original URL:**
http://articles.marketwatch.com/2008-02-14/news/30962571_1_freddie-mac-mortgage-insurers-insurance-premiums



PRINTTHIS

# Freddie Mac Changes Mortgage Insurer Eligibility Rules to Cap Premium Cedes on Captive Reinsurance

25% Cap on Gross Risk/Premium Cedes To Support MI Capital, Claims Paying Capacity

MCLEAN, Va., Feb. 14 /PRNewswire-FirstCall/ -- Freddie Mac (NYSE: FRE) today announced it is temporarily changing its Private Mortgage Insurer Eligibility Requirements in order to increase the claims-paying and capital retention capacities of its mortgage insurance counterparties during the current market correction.

Effective on or after June 1, 2008, Freddie Mac-approved private mortgage insurers may not cede new risk if the gross risk or gross premium ceded to captive reinsurers is greater than 25 percent. Beyond limiting the allowable cede to 25 percent, the temporary policy does not limit the mortgage industry's use of captive reinsurance.

Triggered by the ongoing decline in home prices and poor performance of subprime, Alt A and other higher-risk mortgages, Freddie Mac says the temporary change is intended to allow mortgage insurers to retain more insurance premiums to pay current claims and re-build their capital base.

Today's announcement applies to all Freddie Mac-approved private mortgage insurers. In addition, Freddie Mac is now requiring all eligible private mortgage insurers to provide additional information about their business activities to better monitor the state of the industry.

Private mortgage insurance enables Freddie Mac to buy loans when a borrower makes a downpayment of less than 20 percent of the purchase price. In a captive reinsurance structure, the mortgage insurer cedes a portion of its premium income to a special trust set up to cover an agreed upon share of losses from a pool of mortgages.

Freddie Mac also announced it is suspending its Type II Insurer requirements otherwise automatically applicable to mortgage insurers that are downgraded below AA- or Aa3 by the rating agencies provided the mortgage insurer commits to submitting a complete remediation plan for our review and approval within 90 days of the downgrade. Freddie Mac also reserves the right to impose additional restrictions in its sole discretion.

Freddie Mac is a stockholder-owned corporation established by Congress in 1970 to support homeownership and rental housing. Freddie Mac purchases

single-family and multifamily residential mortgages and mortgage-related securities, which it finances primarily by issuing mortgage-related securities and debt instruments in the capital markets. Over the years, Freddie Mac has made home possible more than 50 million times, ensuring financing for one in six homebuyers and more than four million renters.

SOURCE Freddie Mac

Back to top
RELATED LINKS
http://www.car.org

**Find this article at:**
http://www.prnewswire.com/news-releases/freddie-mac-changes-mortgage-insurer-eligibility-rules-to-cap-premium-cedes-on-captive-reinsurance-56927582.html?utm_expid=43414375-18

☐ Check the box to include the list of links referenced in the article.

# Exhibit 2

Westlaw.
1/10/03 AMBKR 7

NewsRoom
Page 1

1/10/03 Am. Banker 7
2003 WLNR 4190622

American Banker (USA)
Copyright (c) 2003 American Banker

January 10, 2003

Volume 168; Issue 7

\* MGIC Freeing Itself From Money-Losing Captive Arrangements

BY TOMMY FERNANDEZ

In a stunning departure from recent industry practice, MGIC Investment Corp. said Thursday that it is willing to sacrifice market share by refusing to participate in unprofitable captive reinsurance schemes.

Executives of the Milwaukee company, the largest mortgage insurer, said in its quarterly earnings call that beginning in April it will not make captive deals with lenders unless it can retain at least 75% of the premiums it collects.

"Not that we like to lose market share, but at the levels of return on this business, it is not a business that is appropriate for our company to write," president and chief executive officer Curt S. Culver said.

The son of a restaurateur, he offered, "If you keep selling hamburgers (for) less than they cost how long are you going to stay in business?"

In captive reinsurance arrangements, lenders assume part of the default risk on a mortgage in return for some of the premium. Traditionally, the entire premium has gone to a mortgage insurer.

Mr. Culver said the practice has become so widespread that lenders are pushing mortgage insurers to cede as much as 40% of their premiums -- a proposition his company can no longer live with, he said.

When MGIC hands over that much, Mr. Culver said, "frankly, the returns are unacceptable," since losses can eat up 40% of the premium and expenses consume 20%, leaving nothing over for the insurer.

The CEO said that in the past week he has talked with all but one of his 11 top lender clients on the scheduled change in policy ( MGIC first disclosed the change in an Oct. 23 filing with the Securities and Exchange Commission.) The reaction, he said, has been "mixed."

"In some cases, this is a very important element for customers, and it continues to be available in the marketplace from competitors other than MGIC," Mr. Culver said. "It will cost us business."

But he said a slight loss in market share was preferable to doing business that would bleed MGIC.

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.

"How can you run a company where you lose money on each policy that you write and justify that business?" he said. "It doesn't make sense to do business on loans losing money with each policy written."

MGIC's fourth-quarter net income was $137.5 million, down 15% from a year earlier despite a 16% rise in revenue, to $415.6 million. Earnings per share also fell 15%, to $1.37.

It attributed the earnings dip to a 63% jump in loan losses, to $140.5 million, and record low persistency rates -- the percentage of insurance policies still in force after one year. MGIC's persistency rate was 56.8% at yearend, down 320 basis points from yearend 2001.

It credited much of the revenue boost to an 11% increase, to $310.5 million, in net premiums earned.

At yearend MGIC had $197.0 billion of primary insurance in force, up 7% from yearend 2001. Excluding loans insured in bulk, 3.19% of its loans were delinquent, up 54 basis points.

Including insured portfolios of loans, 4.45% of its loans were delinquent, up 99 basis points.

Copyright 2003 Thomson Media. All Rights Reserved. http://www.americanbanker.com

photo, Culver

---- INDEX REFERENCES ---

COMPANY: MGIC INVESTMENT CORP

NEWS SUBJECT: (Market Data (1MA11); Sales (1SA20); Corporate Financial Data (1XO59); Business Management (1BU42); Market Financials (1FI61))

INDUSTRY: (Banking (1BA20); Financial Services Convergence (1FI45); Insurance Products (1IN13); Mortgage Banking (1MO85); Financial Services (1FI37); Retail Banking Services (1RE38); Insurance (1IN97); Mortgage Insurance (1MO34); Consumer Finance (1CO55); Alternative Insurance Products & Markets (1AL74))

Language: EN

OTHER INDEXING: (LOSING CAPTIVE ARRANGEMENTS; MGIC; MGIC FREEING; MGIC INVESTMENT CORP; SECURITIES AND EXCHANGE COMMISSION) (Culver; Curt S. Culver; Traditionally) (Mortgages)

Word Count: 622
1/10/03 AMBKR 7
END OF DOCUMENT

© 2012 Thomson Reuters. No Claim to Orig. US Gov. Works.