JOHN E. WALKER (SBN 166270)
john.walker@snrdenton.com
BENITO DELFIN, JR. (SBN 281607)
ben.delfin@snrdenton.com
SNR DENTON US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:   (213) 623-9300
Facsimile:    (213) 623-9924

REID L. ASHINOFF (*admitted pro hac vice*)
MELANIE A. MCCAMMON
SNR DENTON US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone:   (212) 768-6700
Facsimile:    (212) 768-6800

*Attorneys for Defendant*
*Genworth Mortgage Insurance Corp.*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>Defendants. | CASE NO. CV 5:11-1950 VAP (SPx)<br><br>**DEFENDANT GENWORTH MORTGAGE INSURANCE CORP.'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6)**<br><br>Date:   November 5, 2012<br>Time:   2:00 p.m.<br>Place:  Courtroom 2<br>            3470 Twelfth Street, 2nd Floor<br>            Riverside, CA<br>Judge:  The Honorable Virginia A. Phillips |

TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 5, 2012 at 2:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 2 of the United States District Court for the Central District of California, the Honorable Virginia A. Phillips presiding, located at 3470 Twelfth Street, 2nd Floor, Riverside, California, defendant Genworth Mortgage Insurance Corporation ("Genworth"), will, and hereby does, move the Court pursuant to *Federal Rule of Civil Procedure* 12(b)(6) for an Order dismissing with prejudice all claims asserted against it by plaintiffs Wayne Samp, Roberta Samp, Daniel Komarchuk, Susan Komarchuk, and Annetta Whitaker on the grounds that:

1. Plaintiffs fail to state a claim because, *inter alia*: (a) Plaintiffs' RESPA claims are untimely and equitable tolling is inapplicable; (b) RESPA does not authorize conspiracy or aiding and abetting liability claims against the Defendants who did not insure their mortgages, and (c) Plaintiffs' unjust enrichment claims are duplicative of their statutory RESPA claims, time barred, and inapplicable when a legal contract is present (as here).

This motion is based on this Notice of Motion and Motion, Defendants Mortgage Guaranty Insurance Corp., Radian Guaranty Inc., and Triad Guaranty Insurance Corp.'s Motion to Dismiss, United Guaranty Residential Insurance Co.'s Motion to Dismiss (filed today and also noticed for November 5, 2012), the accompanying memorandum of points and authorities, the pleadings, and other papers on file in this action, and such additional evidence as may be presented at or before the hearing.

Dated: October 4, 2012

SNR DENTON US LLP

By: /s/ *Benito Delfin, Jr.*
    JOHN E. WALKER
    BENITO DELFIN, JR.

601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:  (213) 623-9300
Facsimile:   (213) 623-9924

REID L. ASHINOFF
MELANIE A. MCCAMMON
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone:  (212) 768-6700
Facsimile:   (212) 768-6800
Attorneys for Defendant
Genworth Mortgage Insurance Corp.

17772687