1  Christopher H. Hart (CSBN 184117)
     chart@schnader.com
2  David Smith (*Admitted Pro Hac Vice*)
     dsmith@schnader.com
3  Stephen A. Fogdall (*Admitted Pro Hac Vice*)
     sfogdall@schnader.com
4  Theresa E. Loscalzo (*Admitted Pro Hac Vice*)
     tloscalzo@schnader.com
5  SCHNADER HARRISON SEGAL &
     LEWIS LLP
6  One Montgomery Street, Suite 2200
   San Francisco, California  94104-5501
7  Telephone: 415-364-6700
   Facsimile: 415-364-6785

8

Attorneys for Defendant RADIAN GUARANTY
9  INC.

10  *Additional Counsel Listed on Next Page*

11  UNITED STATES DISTRICT COURT

12  FOR THE CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN, KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE, & CO., CROSS COUNTRY INSURANCE, COMPANY, UNITED GUARANTY, RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.,<br><br>Defendants. | Case No. EDCV11-01950 VAP SPX<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANTS MORTGAGE GUARANTY INSURANCE CORP., RADIAN GUARANTY INC., AND TRIAD GUARANTY INSURANCE CORP. TO DISMISS AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>Date:  November 5, 2012<br>Time:  2:00 p.m.<br>Place:  Courtroom 2<br>        3470 Twelfth Street, 2nd Floor<br>        Riverside, CA<br>Judge:  The Honorable Virginia A. Phillips |

Thomas Justin Cunningham (CSBN 263729)
  tcunningham@lockelord.com
Daniel A Solitro (CSBN 243908)
  dsolitro@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071
Telephone:  213-485-1500
Facsimile:  213-485-1200

Attorneys for Defendant
TRIAD GUARANTY INSURANCE CORP.

Eileen R. Ridley, (CSBN 151735)
  eridley@foley.com
FOLEY & LARDNER LLP
555 California Street
Suite 1700
San Francisco, CA  94104-1520
Telephone:  415-434-4484
Facsimile:  415-434-4507

Attorneys for Defendant
MORTGAGE GUARANTY INSURANCE CORPORATION

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA  94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

Notice of Motion and Motion to Dismiss Amended Complaint

# NOTICE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on November 5, 2012, at 2:00 p.m., or as soon thereafter as counsel can be heard, in Courtroom 2, of the United States District Court, Central District of California, located at 3470 Twelfth Street, 2nd Floor, Riverside, California (951-328-4461), Defendants Mortgage Guaranty Insurance Corp. ("MGIC"), Radian Guaranty Inc. ("Radian"), and Triad Guaranty Insurance Corp. ("Triad") (collectively, the "Moving Defendants"), through their counsel, will and do move that this Court grant their Motion to Dismiss the Amended Complaint.

# MOTION TO DISMISS

As discussed in detail in the Memorandum of Points and Authorities in Support of Motion by Defendants Mortgage Guaranty Insurance Corp., Radian Guaranty Inc., and Triad Guaranty Insurance Corp. to Dismiss Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6), plaintiffs' complaint fails to state any claim against the Moving Defendants. The Moving Defendants did not insure any of plaintiffs' loans, and could not have agreed to *re*insure any of plaintiffs' loans with Cross Country. By definition, then, the Moving Defendants could not have violated plaintiffs' alleged "right to a real estate settlement free of unlawful kickbacks and unearned fees" under RESPA.

Acknowledging this, plaintiffs attempt to state a claim against the Moving Defendants by suggesting that the Moving Defendants are secondarily liable for violations of RESPA. However, this attempt to state a claim against the Moving Defendants fails because the plain terms of RESPA do not allow for secondary liability based on an alleged conspiracy or "scheme." Even if RESPA did allow for secondary liability, which it does not, plaintiffs have not even attempted to plead facts to form a proper basis for it.

In addition, plaintiffs' claims fail for the separate and independent reason that they did not file this action within one year of the closing of their loans, as required by RESPA's one-year statute of limitations, 12 U.S.C. § 2614, despite being fully on notice of their claims.  While plaintiffs say that the limitations period should be tolled due to purported "concealment" by defendants, plaintiffs' complaint itself makes clear that the Moving Defendants did not engage in any such concealment, and that the basis for their claims was in the public domain years prior to the filing of this action.

Finally, plaintiffs' unjust enrichment claim should be dismissed because it is dependant on plaintiffs' RESPA claims, is not an independent cause of action under California law, and is untimely.

This motion is made in compliance with U.S. District Court, Central District, Local Rule 7-3 because the parties conferred on multiple dates, including February 3, 2012.  In addition, the parties stipulated on August 9, 2012, that Moving Defendants may file this motion.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support of this Motion, the records and pleadings on file in this action, and such further evidence as counsel may present to this Court at the hearing on this motion.

Dated: October 4, 2012             SCHNADER HARRISON SEGAL & LEWIS LLP

/s/ David Smith
Christopher H. Hart
David Smith (admitted *pro hac vice*)
Theresa E. Loscalzo (admitted *pro hac vice*)
Stephen A. Fogdall (admitted *pro hac vice*)
Attorneys for Defendant
RADIAN GUARANTY INC.
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501

|  |  |
|---|---|
|  | Telephone: 415-364-6700<br>Facsimile: 415-364-6785<br>Email: chart@schnader.com |
| Dated: October 4, 2012 | FOLEY & LARDNER LLP<br><br>/s/ Eileen R. Ridley<br>Eileen R. Ridley (as authorized on October 4, 2012)<br>Attorneys for Defendant<br>MORTGAGE GUARANTY INSURANCE CORPORATION<br>555 California Street<br>Suite 1700<br>San Francisco, CA 94104-1520<br>Telephone: 415-434-4484<br>Facsimile: 415-434-4507<br>Email: eridley@foley.com |
| Dated: October 4, 2012 | LOCKE LORD LLP<br><br>/s/ Thomas Justin Cunningham<br>Thomas Justin Cunningham (as authorized on October 4, 2012)<br>Daniel A. Solitro<br>Attorneys for Defendant<br>TRIAD GUARANTY INSURANCE CORPORATION<br>300 South Grand Avenue, Suite 2600<br>Los Angeles, CA 90071<br>Telephone: 213-485-1500<br>Facsimile: 213-485-1200<br>Email: tcunningham@lockelord.com<br>Email: dsolitro@lockelord.com |

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700
FAX: (415) 364-6785