1  Christopher H. Hart (CSBN 184117)
    chart@schnader.com
2  David Smith (*Admitted Pro Hac Vice*)
    dsmith@schnader.com
3  Stephen A. Fogdall (*Admitted Pro Hac Vice*)
    sfogdall@schnader.com
4  Theresa E. Loscalzo (*Admitted Pro Hac Vice*)
    tloscalzo@schnader.com
5  SCHNADER HARRISON SEGAL &
    LEWIS LLP
6  One Montgomery Street, Suite 2200
   San Francisco, California  94104-5501
7  Telephone: 415-364-6700
   Facsimile: 415-364-6785
8
   Attorneys for Defendant RADIAN GUARANTY
9  INC.

10  *Additional Counsel Listed on Next Page*

11               UNITED STATES DISTRICT COURT

12            FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated, | Case No. EDCV11-01950 VAP SPX |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING MOTION BY DEFENDANTS MORTGAGE GUARANTY INSURANCE CORP., RADIAN GUARANTY INC., AND TRIAD GUARANTY INSURANCE CORP. TO DISMISS AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)** |
| vs. | |
| JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE, & CO., CROSS COUNTRY INSURANCE, COMPANY, UNITED GUARANTY, RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP., | Date: November 5, 2012<br>Time: 2:00 p.m.<br>Place: Courtroom 2<br>3470 Twelfth Street, 2nd Floor<br>Riverside, CA<br>Judge: The Honorable Virginia A. Phillips |
| Defendants. | |

[Proposed] Order Granting Motion to Dismiss Amended Complaint

Thomas Justin Cunningham (CSBN 263729)
  tcunningham@lockelord.com
Daniel A Solitro (CSBN 243908)
  dsolitro@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071
Telephone:  213-485-1500
Facsimile:  213-485-1200

Attorneys for Defendant
TRIAD GUARANTY INSURANCE CORP.

Eileen R. Ridley, (CSBN 151735)
  eridley@foley.com
FOLEY & LARDNER LLP
555 California Street
Suite 1700
San Francisco, CA  94104-1520
Telephone:  415-434-4484
Facsimile:  415-434-4507

Attorneys for Defendant
MORTGAGE GUARANTY INSURANCE CORPORATION

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

[Proposed] Order Granting Motion to Dismiss Amended Complaint

On October 4, 2012, defendants Mortgage Guaranty Insurance Corp. ("MGIC"), Radian Guaranty Inc. ("Radian"), and Triad Guaranty Insurance Corp. ("Triad") (collectively, the "Moving Defendants") filed a motion (the "Motion") to dismiss the amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (Docket No. ___). The Motion came on for hearing on November 5, 2012. Appearances were stated on the record.

Good cause appearing, upon consideration of the Motion and any arguments made orally on the record, it is hereby ORDERED that the motion is GRANTED. This Court finds that plaintiffs have failed to state a claim under Federal Rule of Civil Procedure 12(b)(6). Plaintiffs' complaint is hereby DISMISSED with prejudice as to the Moving Defendants.

Dated: _____     _____
                          Virginia A. Phillips
                          United States District Judge

PHDATA 4040812_1

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700
FAX: (415) 364-6785