JOHN E. WALKER (SBN 166270)
john.walker@snrdenton.com
BENITO DELFIN, JR. (SBN 281607)
ben.delfin@snrdenton.com
SNR DENTON US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:  (213) 623-9300
Facsimile:   (213) 623-9924

REID L. ASHINOFF (*admitted pro hac vice*)
MELANIE A. MCCAMMON
SNR DENTON US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone:  (212) 768-6700
Facsimile:   (212) 768-6800

*Attorneys for Defendant*
*Genworth Mortgage Insurance Corp.*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>Defendants. | CASE NO. CV 5:11-1950 VAP (SPx)<br><br>**[PROPOSED] ORDER GRANTING MOTION BY DEFENDANT GENWORTH MORTGAGE INSURANCE CORP. TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>Date:   November 5, 2012<br>Time:  2:00 p.m.<br>Place:  Courtroom 2<br>           3470 Twelfth Street, 2nd Floor<br>           Riverside, CA<br>Judge: The Honorable Virginia A. Phillips |

On October 4, 2012, defendant Genworth Mortgage Insurance Corporation, ("Genworth") filed a motion (the "Motion") to dismiss plaintiffs' First Amended Class Action Complaint filed on March 2, 2012 (Docket No. 79) pursuant to Federal Rule of Civil Procedure 12(b)(6) (Docket No. ___).  The Motion incorporated by reference Mortgage Guaranty Insurance Corp., Radian Guaranty Inc., and Triad Guaranty Insurance Corp.'s Motion to Dismiss (Docket No. ___) and United Guaranty's Motion to Dismiss (Docket No. ___).  The Motion came on for hearing on November 5, 2012. Appearances were stated on the record.

Good cause appearing, upon consideration of the papers filed in support and in opposition to the Motion and any arguments made orally on the record, it is hereby ORDERED that the motion is GRANTED.  This Court finds that plaintiffs fail to state a claim upon which relief can be granted.  Plaintiffs' amended complaint is hereby DISMISSED with prejudice as to Genworth.

Dated: _____

_____
Virginia A. Phillips
United States District Judge