JOHN E. WALKER (SBN 166270)
john.walker@snrdenton.com
BENITO DELFIN, JR. (SBN 281607)
ben.delfin@snrdenton.com
SNR DENTON US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:   (213) 623-9300
Facsimile:   (213) 623-9924

REID L. ASHINOFF (*admitted pro hac vice*)
MELANIE A. MCCAMMON
SNR DENTON US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone:   (212) 768-6700
Facsimile:   (212) 768-6800

*Attorneys for Defendant*
*Genworth Mortgage Insurance Corp.*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>Defendants. | CASE NO. CV 5:11-1950 VAP (SPx)<br><br>**PROOF OF SERVICE**<br><br>Date:   November 5, 2012<br>Time:   2:00 p.m.<br>Place:  Courtroom 2<br>       3470 Twelfth Street, 2nd Floor<br>       Riverside, CA<br>Judge:  The Honorable Virginia A. Phillips |

SNR DENTON US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

GENWORTH MORTGAGE'S MOTION TO DISMISS

**PROOF OF SERVICE**

I, Ben Delfin, the undersigned, declare under penalty of perjury that the following is true and correct:

I am employed as an attorney in the City of Los Angeles and a member of the bar of this court. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is SNR Denton US LLP, 601 South Figueroa Street, Suite 2500, Los Angeles, California 90017-5704.

I caused the following documents to be served:

1. **NOTICE OF MOTION AND MOTION BY DEFENDANT GENWORTH MORTGAGE INSURANCE CO. TO DISMISS AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6);**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION BY DEFENDANT GENWORTH MORTGAGE INSURANCE CO. TO DISMISS AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6);**

3. **[PROPOSED] ORDER GRANTING MOTION BY DEFENDANT GENWORTH MORTGAGE INSURANCE CO. TO DISMISS AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6);**

by Electronic Service. I certify that on October 4, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all e-mail addresses denoted on the electronic mail notice list.

Executed on October 4, 2012 in New York, New York.

By: /s/ *Benito Delfin, Jr.*
BENITO DELFIN, JR.

Attorney for Defendant
Genworth Mortgage Insurance Corp.

SNR DENTON US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

-1-