SAMUEL A. KEESAL, JR., CASB No. 38014
skip.keesal@kyl.com
BEN R. SUTER, CASB No. 107680
ben.suter@kyl.com
DAVID D. PIPER, CASB No. 179889
david.piper@kyl.com
KRISTY A. HEWITT, CASB No. 274452
kristy.hewitt@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California  90801-1730
Telephone:     (562) 436-2000
Facsimile:     (562) 436-7416

and

AMANDA DIMAURO ZAKOWICH (pro hac vice)
adzakowich@debevoise.com
ANDREW J CERESNEY  (pro hac vice)
ajceresney@debevoise.com
ANNA SIEMON (pro hac vice)
asiemon@debevoise.com
JAMES BENJAMIN AMLER (pro hac vice)
jbamler@debevoise.com
MAEVE O'CONNOR  (pro hac vice)
moconnor@debevoise.com
DEBEVOISE AND PLIMPTON LLP
919 Third Avenue
New York, NY 10028
Telephone:        212-909-6000
Facsimile: 212-909-6836
Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., and CROSS COUNTRY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs, | Case No. EDCV11-01950 VAP SPX<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST** |

- 1 -

| | | |
|---|---|---|
| vs. | ) | **AMENDED COMPLAINT** |
| JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAL GUARANTY INSURANCE CORP., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Date:  November 5, 2012<br>Time:  2:00 p.m.<br>Place: Courtroom 2 |
| Defendants. | ) | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that on November 5, 2012 at 2:00 p.m., or as soon thereafter as the matter may be heard in Courtroom 2 of the United States District Court, Central District of California, located at 3470 Twelfth Street, Riverside, California 92501, Honorable Virginia A. Phillips presiding, Defendants JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., JPMorgan Chase & Co., and Cross Country Insurance Company (collectively, the "JPMC Defendants") will and hereby do respectfully move to dismiss the First Amended Complaint filed by Plaintiffs Wayne and Roberta Samp, Daniel and Susan Komarchuk, and Annetta Whitaker for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

      The grounds for this motion are as follows:

      1.    Plaintiffs' RESPA claims are time-barred, and Plaintiffs' have alleged no facts to support the tolling of the statute of limitations based on equitable tolling, fraudulent concealment or any other theory;

      2.    Plaintiffs fail to state a claim for unjust enrichment, and in

1  any event, such a claim would be time-barred; and

2         3.    Plaintiffs allege no wrongdoing whatsoever on the part of
3  either Defendants Chase Bank USA, N.A. or JPMorgan Chase & Co..

4         The Motion is based on this Notice of Motion and Motion, the
5  Memorandum of Points and Authorities and Request for Judicial Notice
6  filed herewith, and any oral argument the Court entertains at the hearing
7  on this Motion.

8         JPMC Defendants bring this Motion following the conference of
9  counsel pursuant to Local Rule 7-3 which took place on October 3, 2012.

```
DATED:  October 4, 2012        /s/ KRISTY A. HEWITT
                               SAMUEL A. KEESAL, JR.
                               BEN R. SUTER
                               DAVID D. PIPER
                               KRISTY A. HEWITT
                               KEESAL, YOUNG & LOGAN
                               AND
                               AMANDA DIMAURO ZAKOWICH
                               (PRO HAC VICE)
                               ADZAKOWICH@DEBEVOISE.COM
                               ANDREW J CERESNEY
                               (PRO HAC VICE)
                               AJCERESNEY@DEBEVOISE.COM
                               ANNA SIEMON (PRO HAC VICE)
                               ASIEMON@DEBEVOISE.COM
                               JAMES BENJAMIN AMLER
                               (PRO HAC VICE)
                               JBAMLER@DEBEVOISE.COM
                               MAEVE O'CONNOR  (PRO HAC VICE)
                               MOCONNOR@DEBEVOISE.COM
                               DEBEVOISE AND PLIMPTON LLP
                               919 THIRD AVENUE
                               NEW YORK, NY 10028
                               TELEPHONE: 212-909-6000
                               FACSIMILE:  212-909-6836
                               Attorneys for Defendants
                               JPMORGAN CHASE BANK, N.A.,
                               CHASE BANK USA, N.A., JPMORGAN
                               CHASE & CO., and CROSS COUNTRY
                               INSURANCE COMPANY
```