SAMUEL A. KEESAL, JR., CASB No. 38014
skip.keesal@kyl.com
BEN R. SUTER, CASB No. 107680
ben.suter@kyl.com
DAVID D. PIPER, CASB No. 179889
david.piper@kyl.com
KRISTY A. HEWITT, CASB No. 274452
kristy.hewitt@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California  90801-1730
Telephone:    (562) 436-2000
Facsimile:    (562) 436-7416

and

AMANDA DIMAURO ZAKOWICH (pro hac vice)
adzakowich@debevoise.com
ANDREW J CERESNEY  (pro hac vice)
ajceresney@debevoise.com
ANNA SIEMON (pro hac vice)
asiemon@debevoise.com
JAMES BENJAMIN AMLER (pro hac vice)
jbamler@debevoise.com
MAEVE O'CONNOR  (pro hac vice)
moconnor@debevoise.com
DEBEVOISE AND PLIMPTON LLP
919 Third Avenue
New York, NY 10028
Telephone:       212-909-6000
Facsimile: 212-909-6836

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., CHASE BANK
USA, N.A., JPMORGAN CHASE & CO., and
CROSS COUNTRY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on | Case No. EDCV11-01950 VAP SPX<br><br>**DEFENDANTS JPMORGAN CHASE BANK, N.A., CHASE** |

| | | |
|---|---|---|
| 1 | behalf of all others similarly situated, | ) **BANK USA, N.A., JPMORGAN** |
| 2 | Plaintiffs, | ) **CHASE & CO., AND CROSS** |
| 3 | vs. | ) **COUNTRY INSURANCE** |
| 4 | JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., | ) **COMPANY'S CORPORATE** |
| 5 | JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE | ) **DISCLOSURE STATEMENT** |
| 6 | COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., | ) |
| 7 | PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY | ) |
| 8 | INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., | ) |
| 9 | REPUBLIC MORTGAGE INSURANCE CO., RADIAN | ) |
| 10 | GUARANTY INC., and TRIAL GUARANTY INSURANCE CORP., | ) |
| 11 | Defendants. | ) |

**TO THIS HONORABLE COURT OF RECORD:**

       Defendants JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., and CROSS COUNTRY INSURANCE COMPANY hereby submit their disclosure statement pursuant to Federal Rule of Civil Procedure (FRCP) Rule 7.1:

       1.    Defendant JPMORGAN CHASE BANK, N.A., is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly-traded corporation. No publicly-held corporation owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock.

       2.    Defendant CHASE BANK USA, N.A. is a wholly-owned subsidiary of CMC Holding Delaware Inc., which is a wholly-owned subsidiary of J.P. Morgan Equity Holdings, Inc., which is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly-traded corporation. No publicly-held corporation owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock.

///

1      3.    Defendant JPMORGAN CHASE & CO. is a publicly-traded corporation.  No publicly-held corporation owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock.

4      4.    Defendant CROSS COUNTRY INSURANCE COMPANY is a wholly-owned subsidiary of JPMorgan Chase Bank, N.A., which is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly-traded corporation.  No publicly-held corporation owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock.

///

///

1    5.   Defendants JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., and CROSS COUNTRY INSURANCE COMPANY each acknowledges its continuing obligation to file an amended Disclosure Statement upon discovery of any additional relevant information hereto.

DATED: October 4, 2012

/s/ KRISTY A. HEWITT
SAMUEL A. KEESAL, JR.
BEN R. SUTER
DAVID D. PIPER
KRISTY A. HEWITT
KEESAL, YOUNG & LOGAN
AND
AMANDA DIMAURO ZAKOWICH
(PRO HAC VICE)
ADZAKOWICH@DEBEVOISE.COM
ANDREW J CERESNEY
(PRO HAC VICE)
AJCERESNEY@DEBEVOISE.COM
ANNA SIEMON (PRO HAC VICE)
ASIEMON@DEBEVOISE.COM
JAMES BENJAMIN AMLER
(PRO HAC VICE)
JBAMLER@DEBEVOISE.COM
MAEVE O'CONNOR (PRO HAC VICE)
MOCONNOR@DEBEVOISE.COM
DEBEVOISE AND PLIMPTON LLP
919 THIRD AVENUE
NEW YORK, NY 10028
TELEPHONE: 212-909-6000
FACSIMILE: 212-909-6836

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.,
CHASE BANK USA, N.A., JPMORGAN
CHASE & CO., and CROSS COUNTRY
INSURANCE COMPANY