SAMUEL A. KEESAL, JR., CASB No. 38014
skip.keesal@kyl.com
BEN R. SUTER, CASB No. 107680
ben.suter@kyl.com
DAVID D. PIPER, CASB No. 179889
david.piper@kyl.com
KRISTY A. HEWITT, CASB No. 274452
kristy.hewitt@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

and
AMANDA DIMAURO ZAKOWICH (pro hac vice)
adzakowich@debevoise.com
ANDREW J CERESNEY (pro hac vice)
ajceresney@debevoise.com
ANNA SIEMON (pro hac vice)
asiemon@debevoise.com
JAMES BENJAMIN AMLER (pro hac vice)
jbamler@debevoise.com
MAEVE O'CONNOR (pro hac vice)
moconnor@debevoise.com
DEBEVOISE AND PLIMPTON LLP
919 Third Avenue
New York, NY 10028
Telephone: 212-909-6000
Facsimile: 212-909-6836
Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., and CROSS COUNTRY INSURANCE COMPANY
Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., and CROSS COUNTRY INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN | ) Case No. EDCV11-01950 VAP SPX |

KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAL GUARANTY INSURANCE CORP.,

Defendants.

**CERTIFICATE OF INTERESTED PARTIES**

**TO THIS HONORABLE COURT OF RECORD:**

The undersigned, counsel of record for Defendants JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., and CROSS COUNTRY INSURANCE COMPANY, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification or recusal:

1. Plaintiffs WAYNE SAMP and ROBERTA SAMP;

2. Plaintiffs DANIEL KOMARCHUK and SUSAN KOMARCHUK;

3. Plaintiff ANNETTA WHITAKER;

4. Defendant JPMORGAN CHASE BANK, N.A.;

5. Defendant CHASE BANK USA, N.A.;

6. Defendant JPMORGAN CHASE & CO.;

7. Defendant CROSS COUNTRY INSURANCE COMPANY.

Defendants JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., and CROSS COUNTRY INSURANCE COMPANY each acknowledges its continuing obligation to file an amended certification upon discovery of any additional relevant information hereto.

DATED: October 4, 2012

/s/ KRISTY A. HEWITT

SAMUEL A. KEESAL, JR.
BEN R. SUTER
DAVID D. PIPER
KRISTY A. HEWITT
KEESAL, YOUNG & LOGAN
AND
AMANDA DIMAURO ZAKOWICH
(PRO HAC VICE)
ADZAKOWICH@DEBEVOISE.COM
ANDREW J CERESNEY
(PRO HAC VICE)
AJCERESNEY@DEBEVOISE.COM
ANNA SIEMON (PRO HAC VICE)
ASIEMON@DEBEVOISE.COM
JAMES BENJAMIN AMLER
(PRO HAC VICE)
JBAMLER@DEBEVOISE.COM

MAEVE O'CONNOR (PRO HAC VICE)
MOCONNOR@DEBEVOISE.COM
DEBEVOISE AND PLIMPTON LLP
919 THIRD AVENUE
NEW YORK, NY 10028
TELEPHONE: 212-909-6000
FACSIMILE: 212-909-6836
Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.,
CHASE BANK USA, N.A., JPMORGAN
CHASE & CO., and CROSS COUNTRY
INSURANCE COMPANY