| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated, | ) | Case No. EDCV11-01950 VAP SPX |
| Plaintiffs, | ) | **[PROPOSED] ORDER GRANTING DEFENDANTS JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., AND CROSS COUNTRY INSURANCE COMPANY'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)** |
| vs. | ) | |
| JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAL GUARANTY INSURANCE CORP., | ) | |
| Defendants. | ) | |

Having considered Defendants JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., JPMorgan Chase & Co., and Cross Country Insurance Company's Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), and all papers filed in support of and in opposition thereto,

**IT IS HEREBY ORDERED** that

(A) Defendants JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., JPMorgan Chase & Co., and Cross Country Insurance Company's Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) is **GRANTED**, and

(B) Plaintiffs Wayne and Roberta Samp, Daniel and Susan Komarchuk, and Annetta Whitaker's First Amended Complaint in this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated this \_\_\_\_ day of _____, 2012.

_____

Honorable Virginia A. Phillips

United States District Court Judge

SAMUEL A. KEESAL, JR., CASB No. 38014
skip.keesal@kyl.com
BEN R. SUTER, CASB No. 107680
ben.suter@kyl.com
DAVID D. PIPER, CASB No. 179889
david.piper@kyl.com
KRISTY A. HEWITT, CASB No. 274452
kristy.hewitt@kyl.com
Keesal, Young & Logan
A Professional Corporation

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

and

AMANDA DIMAURO ZAKOWICH (pro hac vice)
adzakowich@debevoise.com
ANDREW J CERESNEY (pro hac vice)
ajceresney@debevoise.com
ANNA SIEMON (pro hac vice)
asiemon@debevoise.com
JAMES BENJAMIN AMLER (pro hac vice)
jbamler@debevoise.com
MAEVE O'CONNOR (pro hac vice)
moconnor@debevoise.com
Debevoise and Plimpton LLP
919 Third Avenue
New York, NY 10028
Telephone: 212-909-6000
Facsimile: 212-909-6836

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., and CROSS COUNTRY INSURANCE COMPANY