William L. Kirkman (SBN 11518700)
billk@bourlandkirkman.com
Bourland & Kirkman ,L.L.P.
201 Main Street, Suite 1400
Fort Worth, Texas 76102
Telephone:  (817) 336-2800
Facsimile:  (817) 877-1863

Michael L. Tidus (SBN 126425)
mtidus@jdtplaw.com
John Petrasich (SBN 48469)
jpetrasich@jdtplaw.com
Jackson, DeMarco, Tidus & Peckenpaugh
2030 Main Street, Suite 1200
Irvine, California 92614
Telephone: (949) 752-8585
Facsimile:  (949) 752-0597

Attorneys for Moving Defendant Republic
Mortgage Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>Defendant. | CASE NO. ED CV11-01950 VAP-SP<br><br>**NOTICE OF MOTION AND MOTION BY DEFENDANT REPUBLIC MORTGAGE INSURANCE COMPANY TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6)**<br><br>DATE:    November 5, 2012<br>TIME:    2:00 p.m.<br>PLACE:  Courtroom 2 |

TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE that on November 5, 2012, at 2:00 p.m. or as soon thereafter as the matter may be heard, in Courtroom 2 of the United States District

-1-
**NOTICE OF MOTION AND MOTION BY DEFENDANT REPUBLIC MORTGAGE
INSURANCE COMPANY TO DISMISS**

Court for the Central District of California, Virginia A. Phillips presiding, located at 3470 Twelfth Street, 2 Floor, Riverside, California, Defendant Republic Mortgage Insurance Company ("RMIC"), will, and hereby does, move the Court pursuant to Federal Rule of Civil Procedure 12(b)(6) for an Order dismissing with prejudice all claims asserted against it by Plaintiffs Wayne Samp, Roberta Samp, Daniel Komarchuk, Susan Komarchuk, and Annetta Whitaker on the grounds that Plaintiffs fail to state a claim because, *inter alia*: (1) Plaintiffs' RESPA claims are untimely and equitable tolling is inapplicable; (2) RESPA does not authorize conspiracy or aiding and abetting liability claims against the Defendants who did not insure their mortgages, and (3) Plaintiffs' unjust enrichment claims are duplicative of their statutory RESPA claims, time barred, and inapplicable when a legal contract is present (as here).

This Motion is based on this Notice of Motion and Motion, the Defendants Mortgage Guaranty Insurance Corp., Radian Guaranty Inc., and Triad Guaranty Insurance Corp.'s Motion to Dismiss, United Guaranty Residential Insurance Co.'s Motion to Dismiss, the accompanying Memorandum of Points and Authorities of RMIC, the pleadings, and other papers on file in this action, and such additional evidence as may be presented at or before the hearing.

Dated: October 4, 2012             Respectfully submitted,

                                        BOURLAND & KIRKMAN, L.L.P.

                                        JACKSON, DeMARCO, TIDUS & PECKENPAUGH
                                            MICHAEL L. TIDUS
                                            JOHN PETRASICH


                                        By: /s/ *Michael L. Tidus*
                                            Michael L. Tidus
                                        Attorneys for Defendant
                                        Republic Mortgage Insurance Company