William L. Kirkman (SBN 11518700)
billk@bourlandkirkman.com
Bourland & Kirkman ,L.L.P.
201 Main Street, Suite 1400
Fort Worth, Texas 76102
Telephone:  (817) 336-2800
Facsimile:  (817) 877-1863

Michael L. Tidus (SBN 126425)
mtidus@jdtplaw.com
John Petrasich (SBN 48469)
jpetrasich@jdtplaw.com
Jackson, DeMarco, Tidus & Peckenpaugh
2030 Main Street, Suite 1200
Irvine, California 92614
Telephone: (949) 752-8585
Facsimile:  (949) 752-0597

Attorneys for Moving Defendant Republic Mortgage Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>Defendant. | CASE NO.  ED CV11-01950 VAP-SP<br><br>**[PROPOSED] ORDER GRANTING MOTION BY DEFENDANT REPUBLIC MORTGAGE INSURANCE COMPANY TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>DATE:    November 5, 2012<br>TIME:    2:00 p.m.<br>PLACE:   Courtroom 2 |

On October 4, 2012, Defendant Republic Mortgage Insurance Company ("RMIC") filed a Motion (the "Motion") to dismiss Plaintiff's First Amended Class Action Complaint filed on March 2, 2012 (Docket No. 79), pursuant to Federal Rule of Civil Procedure 12(b)(6) (Docket No.     ). The Motion incorporated by reference Mortgage Guaranty Insurance Corp., Radian Guaranty Inc., and Triad Guaranty Insurance Corp.'s Motion to Dismiss (Docket No.    ) and United Guaranty's Motion to Dismiss (Docket No. 130). The Motion came on for hearing on November 5, 2012. Appearances were stated on the record.

Good cause appearing, upon consideration of the papers filed in support and in opposition to the Motion and any arguments made orally on the record, it is hereby ORDERED that the Motion is GRANTED. This Court finds that Plaintiffs fail to state a claim upon which relief can be granted. Plaintiffs' Amended Complaint is hereby DISMISSED with prejudice as to RMIC.

DATED: _____

                                                    Hon. Virginia A. Phillips
                                                  United States District Judge