William L. Kirkman (SBN 11518700)
billk@bourlandkirkman.com
Bourland & Kirkman ,L.L.P.
201 Main Street, Suite 1400
Fort Worth, Texas 76102
Telephone:  (817) 336-2800
Facsimile:  (817) 877-1863

Michael L. Tidus (SBN 126425)
mtidus@jdtplaw.com
John Petrasich (SBN 48469)
jpetrasich@jdtplaw.com
Jackson, DeMarco, Tidus & Peckenpaugh
2030 Main Street, Suite 1200
Irvine, California 92614
Telephone: (949) 752-8585
Facsimile:  (949) 752-0597

Attorneys for Moving Defendant Republic
Mortgage Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>Defendant. | CASE NO.  ED CV11-01950 VAP-SP<br><br>**PROOF OF SERVICE**<br><br>DATE:   November 5, 2012<br>TIME:    2:00 p.m.<br>PLACE:  Courtroom 2 |

-1-

**PROOF OF SERVICE**

# PROOF OF SERVICE

I, Debby Tankersley, the undersigned, declare as follows:

I am employed at the law firm of Jackson, DeMarco, Tidus & Peckenpaugh.

I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause.

My business address is 2030 Main Street, Suite 1200, Irvine, California 92614.

I caused the following documents to be served :

1.  **NOTICE OF MOTION AND MOTION BY DEFENDANT REPUBLIC MORTGAGE INSURANCE COMPANY TO DISMISS AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**;

2.  **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION BY DEFENDANT REPUBLIC MORTGAGE INSURANCE COMPANY TO DISMISS AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**;

3.  **[PROPOSED] ORDER GRANTING MOTION BY DEFENDANT REPUBLIC MORTGAGE INSURANCE COMPANY TO DISMISS AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**;

by Electronic Service. I certify that on October 4, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all e-mail addresses denoted on the electronic mail notice list.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under penalty of perjury that the foregoing is true and correct.

*/s/ Debby Tankersley*
Debby Tankersley

-2-

**PROOF OF SERVICE**