SAMUEL A. KEESAL, JR., CASB No. 38014
skip.keesal@kyl.com
BEN R. SUTER, CASB No. 107680
ben.suter@kyl.com
DAVID D. PIPER, CASB No. 179889
david.piper@kyl.com
KRISTY A. HEWITT, CASB No. 274452
kristy.hewitt@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California  90801-1730
Telephone:    (562) 436-2000
Facsimile:     (562) 436-7416

and

AMANDA DIMAURO ZAKOWICH (pro hac vice)
adzakowich@debevoise.com
ANDREW J CERESNEY  (pro hac vice)
ajceresney@debevoise.com
ANNA SIEMON (pro hac vice)
asiemon@debevoise.com
JAMES BENJAMIN AMLER (pro hac vice)
jbamler@debevoise.com
MAEVE O'CONNOR  (pro hac vice)
moconnor@debevoise.com
DEBEVOISE AND PLIMPTON LLP
919 Third Avenue
New York, NY 10028
Telephone: 212-909-6000
Facsimile: 212-909-6836

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., and CROSS COUNTRY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on | Case No. EDCV11-01950 VAP SPX<br><br>**NOTICE OF ERRATA** |

| | | |
|---|---|---|
| 1 | behalf of all others similar situated, ) | **REGARDING DOCUMENT NO.** |
| 2 | Plaintiffs, ) | **134 INCORRECTLY E-FILED** |
| 3 | vs. ) | **UNDER WRONG EVENT** |

1  behalf of all others similarly situated,  )  **REGARDING DOCUMENT NO.**
2                          Plaintiffs,       )  **134 INCORRECTLY E-FILED**
3       vs.                                   )  **UNDER WRONG EVENT**
4  JPMORGAN CHASE BANK, N.A.,              )
5  CHASE BANK USA, N.A.,                    )
6  JPMORGAN CHASE & CO., CROSS              )
7  COUNTRY INSURANCE                        )
8  COMPANY, UNITED GUARANTY                 )
9  RESIDENTIAL INSURANCE CO.,               )
10 PMI MORTGAGE INSURANCE CO.,              )
11 MORTGAGE GUARANTY                        )
   INSURANCE CORP., GENWORTH                )
   MORTGAGE INSURANCE CORP.,                )
   REPUBLIC MORTGAGE                        )
   INSURANCE CO., RADIAN                    )
   GUARANTY INC., and TRIAL                 )
   GUARANTY INSURANCE CORP.,                )
                            Defendants.     )

13   On October 4, 2012, Defendants JPMORGAN CHASE BANK,
14 N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO.,
15 and CROSS COUNTRY INSURANCE COMPANY ("Defendants") e-filed a
16 Notice of Motion and Motion to Dismiss Plaintiffs' Amended Complaint
17 under Document No. 134 in the above-captioned matter. The document was
18 incorrectly e-filed as an Answer to Amended Complaint, and omitted
19 CHASE BANK USA, N.A. as a defendant. Shortly thereafter, on October 4,
20 2012, Defendants correctly re-filed their Notice of Motion and Motion, and
21 supporting documents through the ECF system under Document No. 135.

22   Further, Defendants respectfully request that page 5 of
23 Document No. 135-1, which inadvertently omitted paragraph numbers in
24 two references to Plaintiffs' First Amended Complaint, be substituted with
25 Exhibit A attached hereto.
26 ///
27
28 ///

| | |
|---|---|
| behalf of all others similarly situated, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　Plaintiffs, )<br>　vs. )<br>　　　　　　　　　　　　　　　　　)<br>JPMORGAN CHASE BANK, N.A., )<br>CHASE BANK USA, N.A., )<br>JPMORGAN CHASE & CO., CROSS )<br>COUNTRY INSURANCE )<br>COMPANY, UNITED GUARANTY )<br>RESIDENTIAL INSURANCE CO., )<br>PMI MORTGAGE INSURANCE CO., )<br>MORTGAGE GUARANTY )<br>INSURANCE CORP., GENWORTH )<br>MORTGAGE INSURANCE CORP., )<br>REPUBLIC MORTGAGE )<br>INSURANCE CO., RADIAN )<br>GUARANTY INC., and TRIAL )<br>GUARANTY INSURANCE CORP., )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　Defendants. ) | **REGARDING DOCUMENT NO. 134 INCORRECTLY E-FILED UNDER WRONG EVENT** |

On October 4, 2012, Defendants JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., and CROSS COUNTRY INSURANCE COMPANY ("Defendants") e-filed a Notice of Motion and Motion to Dismiss Plaintiffs' Amended Complaint under Document No. 134 in the above-captioned matter.  The document was incorrectly e-filed as an Answer to Amended Complaint, and omitted CHASE BANK USA, N.A. as a defendant.  Shortly thereafter, on October 4, 2012, Defendants correctly re-filed their Notice of Motion and Motion, and supporting documents through the ECF system under Document No. 135.

Further, Defendants respectfully request that page 5 of Document No. 135, which inadvertently omitted paragraph numbers in two references to Plaintiffs' First Amended Complaint, be substituted with Exhibit A attached hereto.

///

///

1  Counsel for Defendants apologizes for any inconvenience to the
2  Court or the parties.
3
4  DATED:  October 5, 2012        /s/ KRISTY A. HEWITT
5                                 SAMUEL A. KEESAL, JR.
                                   BEN R. SUTER
6                                  DAVID D. PIPER
                                   KRISTY A. HEWITT
7                                  KEESAL, YOUNG & LOGAN
                                   AND
8                                  AMANDA DIMAURO ZAKOWICH
                                   (PRO HAC VICE)
9                                  ADZAKOWICH@DEBEVOISE.COM
                                   ANDREW J CERESNEY
10                                 (PRO HAC VICE)
                                   AJCERESNEY@DEBEVOISE.COM
11                                 ANNA SIEMON (PRO HAC VICE)
                                   ASIEMON@DEBEVOISE.COM
12                                 JAMES BENJAMIN AMLER
                                   (PRO HAC VICE)
13                                 JBAMLER@DEBEVOISE.COM
                                   MAEVE O'CONNOR  (PRO HAC VICE)
14                                 MOCONNOR@DEBEVOISE.COM
                                   DEBEVOISE AND PLIMPTON LLP
15
16
17                                 Attorneys for Defendants
                                   JPMORGAN CHASE BANK, N.A.,
18                                 CHASE BANK USA, N.A., JPMORGAN
                                   CHASE & CO., and CROSS COUNTRY
19                                 INSURANCE COMPANY
20
21
22
23
24
25
26
27
28

# EXHIBIT A

Chase's allegedly directing mortgage insurance business to PMI Defendants. FAC ¶¶ 97–98, 100-101.

Notably, the news articles and industry guidance that form the core of the Complaint's kickback allegations have been publicly available for years—in some cases, for more than a decade. These publications explain and highlight potential conflicts in captive reinsurance arrangements—structures that Plaintiffs claim inherently violate RESPA. FAC ¶ 13. *See, e.g.,* FAC ¶ 25 & Ex. G (1997 report from BusinessWire identifying Cross Country and a former subsidiary of JPMorgan Chase as participants in captive reinsurance arrangements); FAC ¶ 152 & Ex. II (2005 Inman News report stating that certain banks' captive title reinsurance arrangements were under investigation by several states for possible violations of RESPA prohibition on kickbacks); *see also* FAC ¶¶ 56–59, 62, 65, 74, 79, 80-84, 87–92, 117.

In fact, Plaintiffs' own counsel have been filing lawsuits against lenders and PMI providers based on parallel boilerplate allegations since at least 2006 (FAC ¶ 92), and other counsel paved the way with similar suits dating back to 1999. FAC ¶ 87, n.13.

Plaintiffs nonetheless failed to file suit until several years *after* the statute of limitations had expired. Plaintiffs argue that their delinquency should be excused for several overlapping and conclusory reasons, including that (*i*) they did not have sufficient information or expertise to discover the alleged scheme due to its "complex" and "self-concealing" nature, (*ii*) they were "able to discover the underlying basis for the claims alleged [] only with the assistance of counsel," and (*iii*) defendants fraudulently concealed Plaintiffs' claims by means of unspecified and/or conclusorily described conduct. FAC ¶¶ 139, 142, 144–145, 150–151.