Daniel L. Germain (Bar No. 143334)
**ROSMAN & GERMAIN LLP**
16311 Ventura Boulevard
Suite 1200
Encino, CA  91436
Telephone: (818) 788-0877

*Attorneys for Plaintiffs and the Proposed Class*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH  MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.<br><br>Defendants. | CASE NO. 5:11-CV-01950 VAP-SP<br><br>**JOINT STIPULATION TO CONTINUE HEARING DATE RE MOTIONS TO DISMISS AND TO ESTABLISH BRIEFING SCHEDULE**<br><br>Current Hearing Date: November 5, 2012<br>Proposed Hearing Date: February 11, 2013<br>Time:  2:00 p.m.<br>Place:  Courtroom 2<br>         3470 Twelfth Street, 2nd Floor<br>         Riverside, CA<br>Judge: The Honorable Virginia A. Phillips |

Plaintiffs Wayne Samp, Roberta Samp, Daniel Komarchuk, Susan Komarchuk, and Annetta Whitaker (collectively, "Plaintiffs") and Defendants JP Morgan Chase Bank, N.A., Chase Bank USA, N.A., JP Morgan Chase & Co., Cross Country Insurance Company (collectively, "Chase"), Mortgage Guaranty Insurance Corp. ("MGIC"), Radian Guaranty Inc. ("Radian"), United Guaranty Residential Insurance Co. ("UG"), Triad Guaranty Insurance Corp. ("Triad"), Genworth Mortgage Insurance Corporation ("Genworth"), and Republic Mortgage Insurance Co. ("Republic") (collectively, "Defendants") (together, the "Parties") hereby state as follows:

WHEREAS on March 3, 2012, Plaintiffs filed their First Amended Complaint ("FAC") (ECF No. 79);

WHEREAS at the time the FAC was filed this action was stayed on stipulation as against Defendants Chase, UG and Genworth only, pending the decision of the United States Supreme Court in *First American Financial Corp., Successor in Interest to The First American Corp. v. Denise P. Edwards*, No. 10-708 (2012) ("*Edwards*") (*see* ECF No. 71);

WHEREAS on March 19, 2012, the stay was extended, on stipulation, to include claims as to Republic (ECF No. 95);

WHEREAS on May 7, 2012, this Court entered a Minute Order denying a Motion to Dismiss filed by Defendants MGIC, Radian and Triad (along with former Defendant PMI Mortgage Insurance Co.) (ECF No. 54), and granting those Defendants' unopposed Motion to Stay further proceedings as to them, pending the decision in *Edwards* (ECF No. 125);

WHEREAS on June 6, 2012, Plaintiffs filed a notice of voluntary dismissal as to PMI Mortgage Insurance Co. (ECF No. 126);

WHEREAS on June 28, 2012, the Supreme Court dismissed the writ of *certiorari* in *Edwards* as "improvidently granted";

WHEREAS following the Supreme Court's decision that *certiorari* was improvidently granted in *Edwards*, the Court lifted the Stay by Order entered August 20, 2012 (ECF No. 129);

WHEREAS on October 4, 2012, Defendant UG filed a Motion to Dismiss the FAC

which noticed a hearing date of November 5, 2012 (ECF No. 130);

WHEREAS on October 4, 2012, Defendant Genworth filed a Motion to Dismiss the FAC which noticed a hearing date of November 5, 2012 (ECF No. 131);

WHEREAS on October 4, 2012, Defendants MGIC, Radian, and Triad filed a Motion to Dismiss the FAC which noticed a hearing date of November 5, 2012 (ECF No. 132);

WHEREAS on October 4, 2012, Defendant Chase filed a Motion to Dismiss the FAC which noticed a hearing date of November 5, 2012 (ECF No. 135);

WHEREAS on October 4, 2012, Defendant Republic filed a Motion to Dismiss the FAC which noticed a hearing date of November 5, 2012 (ECF No. 137);

WHEREAS under Local Rule 7.9, Plaintiffs' Oppositions to the five Motions to Dismiss filed by Defendants are due to be filed by October 15, 2012, and under Local Rule 7.10, Defendants' Reply Briefs are due to be filed by October 22, 2012;

WHEREAS, given the multiple motions, the complexity of the issues involved and the time constraints created by deadlines in other matters, Plaintiffs proposed to Defendants that the Parties agree on and propose a modified briefing and hearing schedule so that the Parties would have sufficient time to prepare and present their Opposition and Reply arguments in a manner that best assists the Court in its consideration of the five motions;

WHEREAS the Parties conferred regarding the foregoing and related scheduling matters and agreed upon a proposed schedule for the briefing and hearings on Defendants' Motions to Dismiss that takes into account not only the complexity of the issues and conflicts with other scheduled briefing and hearing deadlines, but also the intervening holidays in the November and December time period;

WHEREAS this Stipulation is entered in good faith for the reasons set forth herein and will not result in prejudice to any party;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that they consent to entry of the proposed Order submitted herewith, which

provides:

1. That the hearing date for the Motions to Dismiss, currently scheduled for November 5, 2012 at 2:00 p.m., shall be adjourned to a new hearing date of Monday, February 11, 2013 at 2:00 p.m.;

2. In accordance with the new hearing date, Plaintiffs' time to oppose the Motions to Dismiss filed by Defendants shall be extended for sixty (60) days from October 15, 2012 to December 14, 2012;

3. Defendants shall file their Replies to Plaintiffs' Opposition briefs by January 28, 2013; and

4. Plaintiffs' Motion for Class Certification shall be filed on a date to be established by the Court following submission of a proposed schedule by the Parties within twenty-one (21) days of the rulings on Defendants' Motions to Dismiss.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: October 12, 2012

**KESSLER TOPAZ MELTZER & CHECK, LLP**

*/s/ Donna Siegel Moffa*
Edward W. Ciolko (*pro hac vice*)
Terence S. Ziegler (*pro hac vice*)
Donna Siegel Moffa *(pro hac vice)*
Amanda R. Trask *(pro hac vice)*
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

Daniel L. Germain (Bar No. 143334)
**ROSMAN & GERMAIN LLP**
16311 Ventura Boulevard, Suite 1200
Encino, CA 91436
Telephone: (818) 788-0877

Alan R. Plutzik
**BRAMSON PLUTZIK MAHLER & BIRKHAEUSER LLP**
2123 Oak Grove Boulevard, Ste. 120

4
CASE NO. 5:11-CV-01950 VAP-SP
JOINT STIPULATION TO CONTINUE HEARING DATE

Walnut Creek, CA 94598
Telephone: (925) 945-0200

Andrew L. Berke
**BERKE, BERKE & BERKE**
420 Frazier Avenue
Chattanooga, TN 37402
Telephone: (423) 266-5171

*Attorneys for Plaintiffs and the Proposed Class*

Dated: October 12, 2012  **FOLEY & LARDNER LLP**

*/s/ Max B. Chester (w/consent)*
Michael S. Lawrence
Max B. Chester
Jay N. Varon
555 South Flower Street, Ste. 3500
Los Angeles, CA 90071
Telephone: (213) 972-4500

*Attorneys for Defendant Mortgage Guaranty Insurance Corp.*

**SCHNADER HARRISON SEGAL & LEWIS LLP**

*/s/ Stephen Fogdall (w/consent)*
David Smith
Stephen Fogdall
1600 Market Street, Ste. 3600
Philadelphia, PA 19103
Telephone: (215) 751-2000

*Attorneys for Defendant Radian Guaranty Inc.*

**LOCKE LORD LLP**

*/s/ Thomas Justin Cunningham (w/consent)*
Thomas Justin Cunningham
300 South Grand Avenue, Ste. 2600
Los Angeles, CA 90071
Telephone: (213) 485-1500

*Attorneys for Defendant Triad Guaranty Insurance Corp.*

**BOURLAND & KIRKMAN LLP**

*/s/ William L. Kirkman (w/consent)*
William L. Kirkman (pro hac vice)
201 Main Street, Suite 1400
Fort Worth, Texas 76102
Telephone: (817) 336-2800
Facsimile: (817) 877-1863

Charles M. Clark
John M. Petrasich
Michael L. Tidus Jackson
**DEMARCO TIDUS & PECKENPAUGH**
2030 Main Street, Suite 1200
Irvine, CA 92614
Telephone: (949) 752-8585
Facsimile: (949) 752-0597

*Counsel for Defendant Republic Mortgage Insurance Co.*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Daniel C. Posner (w/consent)*
Daniel C. Posner (Bar No. 232009)
danposner@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Michael B. Carlinsky
Jane M. Byrne
Brad Evan Rosen
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

*Counsel for Defendant United Guaranty Residential Insurance Company*

**SNR DENTON US LLP**

<u>/s/ Benito Delfin, Jr. (w/consent)</u>
Matthew C. Wolf
Reid L. Ashinoff
Benito Delfin, Jr.
1221 Avenue of the Americas
New York, NY 10020−1089
212−768−6700
Fax: 212−768−6800

*Counsel for Defendant Genworth Mortgage Insurance Corp.*

**DEBEVOISE AND PLIMPTON LLP**

<u>/s/Maeve O'Connor (w/consent)</u>
MAEVE O'CONNOR (pro hac vice)
moconnor@debevoise.com
919 Third Avenue
New York, NY 10028
Telephone: 212-909-6000
Facsimile: 212-909-6836

**KEESAL YOUNG & LOGAN**
David D. Piper
400 Oceangate
P O Box 1730
Long Beach, CA 90801−1730
562−436−2000
Fax: 562−436−7416

*Counsel for Defendants JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., JPMorgan Chase & Co., Cross Country Insurance Company*