# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.<br><br>Defendants. | CASE NO. 5:11-CV-01950 VAP-SP<br><br>**DECLARATION OF DONNA SIEGEL MOFFA IN SUPPORT OF JOINT STIPULATION TO CONTINUE HEARING DATE RE MOTIONS TO DISMISS AND ESTABLISH BRIEFING SCHEDULE**<br><br>Judge: Hon. Virginia A. Phillips |

I, Donna Siegel Moffa, declare as follows:

1. I am of counsel to the law firm of Kessler Topaz Meltzer & Check, LLP ("KTMC"), attorneys of record for Plaintiffs Wayne Samp, Roberta Samp, Daniel Komarchuk, Susan Komarchuk, and Annetta Whitaker (collectively, "Plaintiffs") in the above-captioned matter. As one of the KTMC attorneys with primary responsibility for the prosecution of this case, I am personally involved in all aspects of this matter. The matters set forth in this declaration are based upon my personal knowledge, and, if called to testify, I could and would competently testify thereto. I submit this declaration in support of the Parties' Joint Stipulation to Continue Hearing Date Re Motions to Dismiss and to Establish Briefing Scheduling pursuant to which the Parties agreed to the adjournment of Defendants' five Motions to Dismiss from the originally noticed date of November 5, 2012 to February 11, 2013 in order to allow for extensions of the deadline for filing Plaintiffs' Oppositions to the motions from October 15, 2012 to December 14, 2012, and the deadline for Defendants to reply to Plaintiffs' Oppositions to January 28, 2013.

2. On October 4, 2012, Defendants JP Morgan Chase Bank, N.A., Chase Bank USA, N.A., JP Morgan Chase & Co., Cross Country Insurance Company (collectively "Chase") (ECF No. 135); Mortgage Guaranty Insurance Corp. ("MGIC"), Radian Guaranty Inc. ("Radian") and Triad Guaranty Insurance Corp. ("Triad") (ECF No. 132); United Guaranty Residential Insurance Co. ("UG") (ECF No. 130); Genworth Mortgage Insurance Corporation ("Genworth") (ECF No. 131); and Republic Mortgage Insurance Co. ("Republic") (ECF No. 137) (collectively "Defendants") all filed Motions to Dismiss the First Amended Complaint ("FAC") which noticed a hearing date of November 5, 2012. Pursuant to Local Rule 7-9, Plaintiffs' oppositions to the five Motions to Dismiss must be filed by October 15, 2012.

3. The five Motions to Dismiss are complex. All of the motions raise a number of sophisticated legal and factual arguments which will require a significant amount of time to address fully, yet clearly and concisely in opposing papers. In addition, although the five motions were presented simultaneously, each motion raises distinct issues, requiring

1

DECLARATION OF DONNA SIEGEL MOFFA
Case No. 5:11-cv-01950 VAP-SP

Plaintiffs to file a separate opposition to each. As such, the short eleven day period to file oppositions as provided for in the Rules allows, in these circumstances, insufficient time to properly prepare all required responses.

4. Further rendering the short time period especially difficult here is the fact that during the period provided for response by the Rules, Plaintiffs' counsel faces severe time constraints due to several court filing deadlines, as well as an out of town hearing on October 16, 2012 on six (6) motions to dismiss in another case which requires substantial preparation time, and requires that both I and another counsel working on this case, Amanda R. Trask, be out of the office after October 12, 2012.

5. Accordingly, in light of the foregoing, I reached out to Defendants' counsel via email early on Tuesday October 9, 2012, and then again in the afternoon, to propose that the Parties confer and agree upon a modified briefing and hearing schedule that would provide all counsel with sufficient time to prepare and present their Opposition and Reply arguments in a clear and thorough manner that best assists the Court in its consideration of the five motions. In furtherance of this suggestion, I drafted and circulated the Stipulation for consideration by Defendants' counsel.

6. On Thursday afternoon, Defendants advised that they agreed to the proposed Stipulation and dates provided therein.

7. The schedule stipulated to provides Plaintiffs with approximately sixty (60) days (until December 14, 2012) from the current due date for the preparation and filing of their Oppositions to the five Motions to Dismiss, and provides Defendants with approximately forty-five (45) days (until January 28, 2013) for preparing and filing Replies, with a hearing date thereafter on February 11, 2013. The time periods in the stipulated schedule are consistent with the time periods that have been established in similarly complex cases where multiple motions to dismiss were simultaneously filed. It takes into account not only the nature and variety of the issues, but also the scheduling impact of the November and December holidays and other court-established deadlines already in place.

8. The continuance of the hearing date and the deadline extensions reflected in

the Stipulation were proposed and agreed to in good faith, not for the purposes of delay and will not result in prejudice to any party.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration was executed by me on this 12th day of October, 2012, in Radnor, Pennsylvania.

*/s/ Donna Siegel Moffa*
Donna Siegel Moffa

3

DECLARATION OF DONNA SIEGEL MOFFA
Case No. 5:11-cv-01950 VAP-SP