1

2

3

4

5

6

7

8

9

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

10   WAYNE SAMP, et. al., individually

11   and on behalf of all other similarly

12   situated,

13                   Plaintiffs,

14

15           vs.

16   JPMORGAN CHASE BANK, N.A.,

17   et. al.,

18                   Defendants.

19

20

CASE NO. 5:11-CV-01950 VAP-SP

Hon. Virginia A. Phillips

**[PROPOSED]** ORDER

21           **AND NOW**, this _____, day of _____, 2012, upon consideration of

22   the Parties' Stipulation to Continue Hearing Date Re Motions to Dismiss and to Establish

23   Briefing Schedule, and good cause appearing, **IT IS HEREBY ORDERED** that:

24           1.      Plaintiffs' time to oppose the Motions to Dismiss filed by Defendants on

25   October 4, 2012 shall be extended for sixty (60) days, from October 15, 2012 to December

26   14, 2012;

27           2.      Defendants' deadline for replying to Plaintiffs' oppositions shall be extended

28   from October 22, 2012 to January 28, 2013;

3.      the hearing on Defendants' Motions to Dismiss is adjourned from November 5, 2012 to February 11, 2013; and

4.      Plaintiffs' Motion for Class Certification shall be filed on a date to be established by the Court following submission of a proposed schedule by the parties within twenty-one (21) days of the rulings on Defendants' Motions to Dismiss.

**IT IS SO ORDERED.**

Dated: _____, 2012                          _____

                                                                     Hon. Virginia A. Phillips

[PROPOSED] ORDER
Case No. 5:11-cv-01950 VAP-SP