Daniel L. Germain (Bar No. 143334)
**ROSMAN & GERMAIN LLP**
16311 Ventura Boulevard
Suite 1200
Encino, CA  91436
Telephone: (818) 788-0877

*Attorneys for Plaintiffs and the Proposed Class*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH  MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.<br><br>Defendants. | CASE NO. 5:11-CV-01950 VAP-SP<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Hearing Date: February 11, 2013<br>Time:  2:00 p.m.<br>Place:  Courtroom 2<br>            3470 Twelfth Street, 2nd Floor<br>            Riverside, CA<br>Judge: The Honorable Virginia A. Phillips |

---

CASE NO. 5:11-CV-01950 VAP-SP
Stip. to Extend Time for Plts to file Oppositions to Motions to Dismiss

WHEREAS Plaintiffs Wayne Samp, Roberta Samp, Daniel Komarchuk, Susan Komarchuk and Annetta Whitaker (collectively, "Plaintiffs") filed their First Amended Complaint ("FAC") (ECF No. 79) against Defendants JP Morgan Chase Bank, N.A., Chase Bank USA, N.A., JP Morgan Chase & Co., Cross Country Insurance Company (collectively, "JPMorgan"), Mortgage Guaranty Insurance Corp. ("MGIC"), Radian Guaranty Inc. ("Radian"), United Guaranty Residential Insurance Co. ("UG"), Triad Guaranty Insurance Corp. ("Triad"), Genworth Mortgage Insurance Corporation ("Genworth"), and Republic Mortgage Insurance Co. ("Republic") (collectively, "Defendants") on March 3, 2012;

WHEREAS at the time the FAC was filed this action was stayed on stipulations as against Defendants Chase, UG, Genworth and Republic, pending the decision of the United States Supreme Court in *First American Financial Corp., Successor in Interest to The First American Corp. v. Denise P. Edwards*, No. 10-708 (2012) ("*Edwards*") (*see* ECF Nos. 71 & 95);

WHEREAS on May 7, 2012, this Court entered a Minute Order denying a Motion to Dismiss filed by Defendants MGIC, Radian and Triad (along with former Defendant PMI Mortgage Insurance Co.) (ECF No. 54), and granting those Defendants' unopposed Motion to Stay further proceedings as to them, pending the decision in *Edwards* (ECF No. 125);

WHEREAS following the Supreme Court's June 28, 2012 decision that *certiorari* was improvidently granted in *Edwards*, the Court lifted the Stay by Order entered August 20, 2012 (ECF No. 129);

WHEREAS on October 4, 2012, Defendants UG (ECF No. 130), Genworth (ECF No. 131), MGIC, Radian and Triad (ECF No. 132), Republic (ECF No. 137) and JPMorgan (ECF No. 135) filed Motions to Dismiss the FAC with a hearing date of November 5, 2012 (ECF No. 130);

WHEREAS , the Court entered an Order (ECF No. 143) on stipulation of the parties continuing the hearing date for the Motions to Dismiss, from November 5, 2012 at 2:00 p.m., to Monday, February 11, 2013 at 2:00 p.m. and extending Plaintiffs' time to oppose

1  the Motions to Dismiss filed by Defendants to December 14, 2012;

2  WHEREAS, due to a death in the family of one the primary Plaintiffs' Counsel, Plaintiffs require a one-week extension of time to file their Oppositions to Defendants' Motions to Dismiss.

WHEREAS, after meeting and conferring on December 10, 2012, Defendants consented to Plaintiffs' requested one week extension of time in which to file their Oppositions to Defendants' Motions to Dismiss.

NOW, THEREFORE, Plaintiffs and Defendants stipulate that Plaintiffs shall file their Oppositions to Defendants' Motions to Dismiss on or before December 21, 2012.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: December 11, 2012

**KESSLER TOPAZ MELTZER & CHECK, LLP**

*/s/ Donna Siegel Moffa*

Edward W. Ciolko (*pro hac vice*)
Terence S. Ziegler (*pro hac vice*)
Donna Siegel Moffa *(pro hac vice)*
Jesse C. Klaproth *(pro hac vice)*
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706

Daniel L. Germain (Bar No. 143334)
**ROSMAN & GERMAIN LLP**
16311 Ventura Boulevard, Suite 1200
Encino, CA  91436
Telephone: (818) 788-0877

Alan R. Plutzik
**BRAMSON PLUTZIK MAHLER & BIRKHAEUSER LLP**
2123 Oak Grove Boulevard, Ste. 120
Walnut Creek, CA  94598
Telephone: (925) 945-0200

Andrew L. Berke
**BERKE, BERKE & BERKE**

3

|   |   |   |
|---|---|---|
| 1 |   | 420 Frazier Avenue |
| 2 |   | Chattanooga, TN 37402 |
| 3 |   | Telephone: (423) 266-5171 |
| 4 |   | *Attorneys for Plaintiffs and the Proposed Class* |
| 5 | Dated: December 11, 2012 | **FOLEY & LARDNER LLP** |
| 6 |   | */s/ Max B. Chester (w/consent)* |
| 7 |   | Michael S. Lawrence |
|   |   | Max B. Chester |
| 8 |   | Jay N. Varon |
| 9 |   | 555 South Flower Street, Ste. 3500 |
|   |   | Los Angeles, CA 90071 |
| 10 |   | Telephone: (213) 972-4500 |
| 11 |   | *Attorneys for Defendant Mortgage Guaranty* |
| 12 |   | *Insurance Corp.* |
| 13 |   | **SCHNADER HARRISON SEGAL & LEWIS LLP** |
| 14 |   |   |
| 15 |   | */s/ Stephen Fogdall (w/consent)* |
|   |   | David Smith |
| 16 |   | Stephen Fogdall |
| 17 |   | 1600 Market Street, Ste. 3600 |
|   |   | Philadelphia, PA 19103 |
| 18 |   | Telephone: (215) 751-2000 |
| 19 |   | *Attorneys for Defendant Radian Guaranty Inc.* |
| 20 |   | **LOCKE LORD LLP** |
| 21 |   | */s/ Thomas Justin Cunningham (w/consent)* |
|   |   | Thomas Justin Cunningham |
| 22 |   | 300 South Grand Avenue, Ste. 2600 |
| 23 |   | Los Angeles, CA 90071 |
|   |   | Telephone: (213) 485-1500 |
| 24 |   |   |
| 25 |   | *Attorneys for Defendant Triad Guaranty Insurance Corp.* |
| 26 |   |   |
| 27 |   | **BOURLAND & KIRKMAN LLP** |
| 28 |   | */s/ William L. Kirkman (w/consent)* |
|   |   | William L. Kirkman (pro hac vice) |

4

CASE NO. 5:11-CV-01950 VAP-SP
Stip. to Extend Time for Plts to file Oppositions to Motions to Dismiss

<tbody>

<tbody>

201 Main Street, Suite 1400
Fort Worth, Texas 76102
Telephone: (817) 336-2800
Facsimile: (817) 877-1863

Charles M. Clark
John M. Petrasich
Michael L. Tidus Jackson
**DEMARCO TIDUS & PECKENPAUGH**
2030 Main Street, Suite 1200
Irvine, CA 92614
Telephone: (949) 752-8585
Facsimile: (949) 752-0597

*Counsel for Defendant Republic Mortgage Insurance Co.*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Daniel C. Posner (w/consent)*
Daniel C. Posner (Bar No. 232009)
danposner@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Michael B. Carlinsky
Jane M. Byrne
Brad Evan Rosen
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000

*Counsel for Defendant United Guaranty Residential Insurance Company*

**SNR DENTON US LLP**

*/s/ Benito Delfin, Jr. (w/consent)*
Matthew C. Wolf
Reid L. Ashinoff
Benito Delfin, Jr.

1221 Avenue of the Americas
New York, NY 10020−1089
212−768−6700
Fax: 212−768−6800

*Counsel for Defendant Genworth Mortgage Insurance Corp.*

**DEBEVOISE AND PLIMPTON LLP**

*/s/Maeve O'Connor (w/consent)*
MAEVE O'CONNOR (pro hac vice)
moconnor@debevoise.com
919 Third Avenue
New York, NY 10028
Telephone: 212-909-6000
Facsimile: 212-909-6836

**KEESAL YOUNG & LOGAN**
David D. Piper
400 Oceangate
P O Box 1730
Long Beach, CA 90801−1730
562−436−2000
Fax: 562−436−7416

*Counsel for Defendants JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., JPMorgan Chase & Co., Cross Country Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.


*/s/ Donna Siegel Moffa*
Donna Siegel Moffa