# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.<br><br>Defendants. | CASE NO. 5:11-CV-01950 VAP-SP<br><br>**DECLARATION OF DONNA SIEGEL MOFFA IN SUPPORT OF STIPULATION TO EXTEND PLAINTIFFS' TIME TO FILE OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Judge: Hon. Virginia A. Phillips |

I, Donna Siegel Moffa, declare as follows:

1. I am of counsel to the law firm of Kessler Topaz Meltzer & Check, LLP ("KTMC"), attorneys of record for Plaintiffs Wayne Samp, Roberta Samp, Daniel Komarchuk, Susan Komarchuk and Annetta Whitaker (collectively, "Plaintiffs") in the above-captioned matter. As one of the KTMC attorneys with primary responsibility for the prosecution of this case, I am personally involved in all aspects of this matter. The matters set forth in this declaration are based upon my personal knowledge, and, if called to testify, I could and would competently testify thereto. I submit this declaration in support of the Plaintiffs' Stipulation to Extend their time to file Oppositions to Defendants' Motions to Dismiss from December 14, 2012 to December 21, 2012.

2. On October 4, 2012, Defendants JP Morgan Chase Bank, N.A., Chase Bank USA, N.A., JP Morgan Chase & Co., Cross Country Insurance Company (collectively "Chase") (ECF No. 135); Mortgage Guaranty Insurance Corp. ("MGIC"), Radian Guaranty Inc. ("Radian") and Triad Guaranty Insurance Corp. ("Triad") (ECF No. 132); United Guaranty Residential Insurance Co. ("UG") (ECF No. 130); Genworth Mortgage Insurance Corporation ("Genworth") (ECF No. 131); and Republic Mortgage Insurance Co. ("Republic") (ECF No. 137) (collectively "Defendants") all filed Motions to Dismiss the First Amended Complaint ("FAC").

3. The Court entered an Order (ECF No. 143) on stipulation of the parties continuing the hearing date for the Motions to Dismiss, from November 5, 2012 at 2:00 p.m., to Monday, February 11, 2013 at 2:00 p.m. and extending Plaintiffs' time to oppose the Motions to Dismiss filed by Defendants to December 14, 2012.

4. Plaintiffs request a one week extension of time in which to file their Oppositions to Defendants' Motions to Dismiss due to a death in the family of one the primary Plaintiffs' Counsel.

5. Defendants have consented to Plaintiffs' requested one week extension of time in which to file their Oppositions to Defendants' Motions to Dismiss after meeting and conferring on December 10, 2012.

6. The brief extension reflected in the Stipulation was proposed and agreed to in good faith, not for the purposes of delay and will not result in prejudice to any party.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration was executed by me on this 11th day of December, 2012, in Radnor, Pennsylvania.

          */s/ Donna Siegel Moffa*
          Donna Siegel Moffa