**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WAYNE SAMP, et. al., individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., et. al.,<br><br>Defendants. | CASE NO. 5:11-CV-01950 VAP-SP<br><br>Hon. Virginia A. Phillips<br><br>**[PROPOSED]** ORDER |

    **AND NOW**, this _____, day of _____, 2012, upon consideration of the Parties' Stipulation to Extend Plaintiffs' Time to File Their Oppositions to Defendants' Motions to Dismiss, and good cause appearing, **IT IS HEREBY ORDERED** that Plaintiffs' time to oppose the Motions to Dismiss filed by Defendants on October 4, 2012 shall be extended seven (7) days, from December 14, 2012 to December 21, 2012.

    **IT IS SO ORDERED.**

Dated: _____, 2012     _____
                                                                                  Hon. Virginia A. Phillips