# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, et. al., individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., et. al.,<br><br>Defendants. | CASE NO. 5:11-CV-01950 VAP-SP<br><br>Hon. Virginia A. Phillips<br><br>[~~PROPOSE~~D] ORDER |

AND NOW, this 14th, day of December, 2012, upon consideration of the Parties' Stipulation to Extend Plaintiffs' Time to File Their Oppositions to Defendants' Motions to Dismiss, and good cause appearing, **IT IS HEREBY ORDERED** that Plaintiffs' time to oppose the Motions to Dismiss filed by Defendants on October 4, 2012 shall be extended seven (7) days, from December 14, 2012 to December 21, 2012.

**IT IS SO ORDERED.**

Dated: Dec. 14, 2012

_____
Hon. Virginia A. Phillips

[PROPOSED] ORDER
Case No. 5:11-cv-01950 VAP-SP