**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 11-1950VAP(SPx)                                           Date:  December 14, 2012

Title:   WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated -v- JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARNTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.

===============================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

          Marva Dillard                                         None Present
          Courtroom Deputy                                      Court Reporter

ATTORNEYS PRESENT FOR                           ATTORNEYS PRESENT FOR
PLAINTIFFS:                                     DEFENDANTS:

          None                                            None

PROCEEDINGS:     MINUTE ORDER SETTING PAGE LIMIT FOR PLAINTIFFS' OPPOSITION (IN CHAMBERS)

     The Court has reviewed the five motions to dismiss filed in this case by Defendants JP Morgan Chase Bank, N.A., Chase Bank USA, N.A., JP Morgan

MINUTES FORM 11                                      Initials of Deputy Clerk ___md___
CIVIL -- GEN                          Page 1

**EDCV 11-1950VAP(SPx)**
**WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated v. JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARNTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.**
**MINUTE ORDER of December 14, 2012**

Chase & Co., Cross Country Insurance Company, Mortgage Guaranty Insurance Corp., Radian Guaranty Inc., United Guaranty Residential Insurance Co., Triad Guaranty Insurance Corp., Genworth Mortgage Insurance Corporation, and Republic Mortgage Insurance Co. (Doc. Nos. 130, 131, 132, 135, and 137). The issues in these motions overlap.

     Plaintiffs Wayne Samp, Roberta Samp, Daniel Komarchuk, Susan Komarchuk, and Annetta Whitaker (collectively, "Plaintiffs") shall file a single opposition addressing all five motions to dismiss. The memorandum of points and authorities in that opposition shall not exceed 50 pages. As stipulated (see Doc. No. 148), Plaintiffs shall file and serve this single opposition no later than December 21, 2012.

    **IT IS SO ORDERED.**