Daniel L. Germain (Bar No. 143334)
**ROSMAN & GERMAIN LLP**
16311 Ventura Boulevard
Suite 1200
Encino, CA 91436
Telephone: (818) 788-0877

*Attorneys for Plaintiffs and the Proposed Class*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.<br><br>Defendants. | CASE NO. 5:11-CV-01950 VAP-SP<br><br>**STIPULATION TO CONTINUE HEARING DATE AND TO EXTEND TIME FOR DEFENDANTS TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS**<br><br>Current Hearing Date: February 11, 2013<br>Proposed Hearing Date: April 1, 2013<br>Time: 2:00 p.m.<br>Place: Courtroom 2<br>           3470 Twelfth Street, 2nd Floor<br>           Riverside, CA<br>Judge: The Honorable Virginia A. Phillips |

WHEREAS, Plaintiffs Wayne Samp, Roberta Samp, Daniel Komarchuk, Susan Komarchuk and Annetta Whitaker (collectively, "Plaintiffs") filed their First Amended Complaint ("FAC") (ECF No. 79) against Defendants JP Morgan Chase Bank, N.A., Chase Bank USA, N.A., JP Morgan Chase & Co., Cross Country Insurance Company (collectively, "JPMorgan"), Mortgage Guaranty Insurance Corp. ("MGIC"), Radian Guaranty Inc. ("Radian"), United Guaranty Residential Insurance Co. ("UG"), Triad Guaranty Insurance Corp. ("Triad"), Genworth Mortgage Insurance Corporation ("Genworth"), and Republic Mortgage Insurance Co. ("Republic") (collectively, "Defendants") on March 3, 2012;

WHEREAS, at the time the FAC was filed this action was stayed on stipulations as against Defendants JPMorgan, UG, Genworth and Republic, pending the decision of the United States Supreme Court in *First American Financial Corp., Successor in Interest to The First American Corp. v. Denise P. Edwards*, No. 10-708 (2012) ("*Edwards*") (*see* ECF Nos. 71 & 95);

WHEREAS, on May 7, 2012, this Court entered a Minute Order denying a Motion to Dismiss filed by Defendants MGIC, Radian and Triad (along with former Defendant PMI Mortgage Insurance Co.) (ECF No. 54), and granting those Defendants' unopposed Motion to Stay further proceedings as to them, pending the decision in *Edwards* (ECF No. 125);

WHEREAS, following the Supreme Court's June 28, 2012 decision that *certiorari* was improvidently granted in *Edwards*, the Court lifted the Stay by Order entered August 20, 2012 (ECF No. 129);

WHEREAS, on October 4, 2012, Defendants UG (ECF No. 130), Genworth (ECF No. 131), MGIC, Radian and Triad (ECF No. 132), Republic (ECF No. 137) and JPMorgan (ECF No. 135) filed Motions to Dismiss the FAC with a hearing date of November 5, 2012 (ECF No. 130);

WHEREAS , the Court entered an Order (ECF No. 143) on stipulation of the parties continuing the hearing date for the Motions to Dismiss, from  November 5, 2012 at 2:00

p.m. to Monday, February 11, 2013 at 2:00 p.m., and extending Plaintiffs' time to oppose the Motions to Dismiss filed by Defendants to December 14, 2012;

WHEREAS, the Court entered an Order (ECF No. 149) on stipulation of the parties extending the date for Plaintiffs to file their Omnibus Opposition to Defendants' Motions to Dismiss by one week, until December 21, 2012, due to a death in the family of one of the primary Plaintiffs' Counsel.

WHEREAS, subsequent to agreeing to the schedule establishing a hearing date of February 11, 2013 for Defendants' Motions to Dismiss conflicts have arisen as a result of hearing dates set by the District of Alaska for a Motion to Dismiss and the 11th Circuit Court of Appeals for an oral argument;

WHEREAS, Plaintiffs' counsel initiated a meet and confer process with counsel for Defendants regarding the adjournment of the hearing date on the pending Motions to Dismiss;

WHEREAS, in the course of meeting and conferring on the hearing date for the Motions to Dismiss, counsel for certain Defendants advised that their schedules were such that they could well utilize some additional time to prepare their Reply briefs, which are currently due to be filed on January 28, 2013; and

WHEREAS, after meeting and conferring on these scheduling matters as indicated above, the Parties agreed, subject to Court approval, to an adjournment of the hearing date on Defendants' Motions to Dismiss from February 11, 2013 until April 1, 2013, and a corresponding extension of the due date for the filing of Reply briefs from January 28, 2013 until March 11, 2013;

NOW, THEREFORE, Plaintiffs and Defendants stipulate that Defendants shall file their Replies in support Motions to Dismiss on or before March 11, 2013 and the hearing date on said motions shall be continued from February 11, 2013 to April 1, 2013.

**IT IS SO STIPULATED.**

//

//

|    |                             |                                                         |
|----|-----------------------------|---------------------------------------------------------|
| 1  |                             | Respectfully submitted,                                 |
| 2  | Dated: January 28, 2013     | **KESSLER TOPAZ**                                       |
| 3  |                             | **MELTZER & CHECK, LLP**                                |

*/s/ Donna Siegel Moffa*
Edward W. Ciolko (*pro hac vice*)
Terence S. Ziegler (*pro hac vice*)
Donna Siegel Moffa *(pro hac vice)*
Jesse C. Klaproth *(pro hac vice)*
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

Daniel L. Germain (Bar No. 143334)
**ROSMAN & GERMAIN LLP**
16311 Ventura Boulevard, Suite 1200
Encino, CA 91436
Telephone: (818) 788-0877

Alan R. Plutzik
**BRAMSON PLUTZIK MAHLER &**
**BIRKHAEUSER LLP**
2123 Oak Grove Boulevard, Ste. 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200

Andrew L. Berke
**BERKE, BERKE & BERKE**
420 Frazier Avenue
Chattanooga, TN 37402
Telephone: (423) 266-5171

*Attorneys for Plaintiffs and the Proposed Class*

Dated:  January 28, 2013     **FOLEY & LARDNER LLP**

*/s/ Eileen R. Ridley (w/consent)*
Eileen R. Ridley
555 South Flower Street, Ste. 3500
Los Angeles, CA 90071
Telephone: (213) 972-4500

*Attorneys for Defendant Mortgage Guaranty Insurance Corp.*

**SCHNADER HARRISON SEGAL & LEWIS LLP**

*/s/ Stephen Fogdall (w/consent)*
David Smith
Stephen Fogdall
1600 Market Street, Ste. 3600
Philadelphia, PA  19103
Telephone: (215) 751-2000

***Attorneys for Defendant Radian Guaranty Inc.***

**BOURLAND & KIRKMAN LLP**

*/s/ William L. Kirkman (w/consent)*
William L. Kirkman (pro hac vice)
201 Main Street, Suite 1400
Fort Worth, Texas  76102
Telephone: (817) 336-2800
Facsimile: (817) 877-1863

Charles M. Clark
John M. Petrasich
Michael L. Tidus Jackson
**DEMARCO TIDUS & PECKENPAUGH**
2030 Main Street, Suite 1200
Irvine, CA  92614
Telephone: (949) 752-8585
Facsimile: (949) 752-0597

***Counsel for Defendant Republic Mortgage Insurance Co.***

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Daniel C. Posner (w/consent)*
Daniel C. Posner (Bar No. 232009)
danposner@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Michael B. Carlinsky  
Jane M. Byrne  
Brad Evan Rosen  
51 Madison Avenue, 22nd Floor  
New York, NY 10010  
Telephone: (212) 849-7000  

*Counsel for Defendant United Guaranty Residential Insurance Company*

**SNR DENTON US LLP**

*/s/ Benito Delfin, Jr. (w/consent)*  
Matthew C. Wolf  
Reid L. Ashinoff  
Benito Delfin, Jr.  
1221 Avenue of the Americas  
New York, NY 10020−1089  
212−768−6700  
Fax: 212−768−6800  

*Counsel for Defendant Genworth Mortgage Insurance Corp.*

**DEBEVOISE AND PLIMPTON LLP**

*/s/Maeve O'Connor (w/consent)*  
MAEVE O'CONNOR (pro hac vice)  
moconnor@debevoise.com  
919 Third Avenue  
New York, NY 10028  
Telephone: 212-909-6000  
Facsimile: 212-909-6836  

**KEESAL YOUNG & LOGAN**  
David D. Piper  
400 Oceangate  
P O Box 1730  
Long Beach, CA 90801−1730  
562−436−2000  
Fax: 562−436−7416  

*Counsel for Defendants JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., JPMorgan Chase & Co., Cross Country Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

                                        */s/ Donna Siegel Moffa*
                                        Donna Siegel Moffa