# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.<br><br>Defendants. | CASE NO. 5:11-CV-01950 VAP-SP<br><br>**DECLARATION OF DONNA SIEGEL MOFFA IN SUPPORT OF STIPULATION TO CONTINUE HEARING DATE AND EXTEND TIME FOR DEFENDANTS TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS**<br><br>Judge: Hon. Virginia A. Phillips |

I, Donna Siegel Moffa, declare as follows:

1. I am of counsel to the law firm of Kessler Topaz Meltzer & Check, LLP ("KTMC"), attorneys of record for Plaintiffs Wayne Samp, Roberta Samp, Daniel Komarchuk, Susan Komarchuk and Annetta Whitaker (collectively, "Plaintiffs") in the above-captioned matter. As one of the KTMC attorneys with primary responsibility for the prosecution of this case, I am personally involved in all aspects of this matter. The matters set forth in this declaration are based upon my personal knowledge, and, if called to testify, I could and would competently testify thereto. I submit this declaration in support of the Stipulation to continue the hearing date on Defendants' Motions to Dismiss from February 11, 2013 to April 1, 2013 and to extend the time for Defendants to file Replies in Support of their Motions to Dismiss from January 28, 2013 to March 11, 2013.

2. On October 4, 2012, Defendants JP Morgan Chase Bank, N.A., Chase Bank USA, N.A., JP Morgan Chase & Co., Cross Country Insurance Company (collectively "Chase") (ECF No. 135); Mortgage Guaranty Insurance Corp. ("MGIC"), Radian Guaranty Inc. ("Radian") and Triad Guaranty Insurance Corp. ("Triad") (ECF No. 132); United Guaranty Residential Insurance Co. ("UG") (ECF No. 130); Genworth Mortgage Insurance Corporation ("Genworth") (ECF No. 131); and Republic Mortgage Insurance Co. ("Republic") (ECF No. 137) (collectively "Defendants") all filed Motions to Dismiss the First Amended Complaint ("FAC").

3. The Court entered an Order (ECF No. 143) on stipulation of the parties continuing the hearing date for the Motions to Dismiss, from November 5, 2012 at 2:00 p.m., to Monday, February 11, 2013 at 2:00 p.m. and extending Plaintiffs' time to oppose the Motions to Dismiss filed by Defendants to December 14, 2012.

4. The Court entered an Order (ECF No. 149) on stipulation of the parties extending Plaintiffs' time to oppose the Motions to Dismiss by one week, from December 14, 2012 to December 21, 2012, due to a death in the family of one of the primary Plaintiffs' Counsel.

5. On December 11, 2012, the People of the State of Illinois, ex rel. Andrew

Boron, Director of Insurance of the State of Illinois, initiated receivership proceedings against Triad in the Circuit Court of Cook County, Illinois (Circuit Court of Cook County as Case No. 12 CH 43895). Also, on that date, Judge Richard J. Billik, Jr., presiding, entered an order of rehabilitation as to and against Triad ("Rehabilitation Order") that, *inter alia,* enjoined "all other persons and entities . . . from bringing or prosecuting any claim, action or proceeding . . . against Triad . . . ." (Rehabilitation Order ¶ 10.)

6. Subsequent to agreeing to the schedule establishing a hearing date of February 11, 2013 for Defendants' Motions to Dismiss conflicts have arisen as a result of hearing dates set by the District of Alaska for a Motion to Dismiss and the 11th Circuit Court of Appeals for an oral argument.

7. As a result of the conflicts that had arisen, Plaintiffs' counsel initiated a meet and confer process with counsel for Defendants regarding an adjournment of the hearing date on the pending Motions to Dismiss.

8. In the course of meeting and conferring on the hearing date for the Motions to Dismiss, counsel for certain Defendants advised that their schedules were such that they could well utilize some additional time to prepare their Reply briefs, which are currently due to be filed on January 28, 2013.

9. After meeting and conferring on these scheduling matters as indicated above, the Parties agreed, subject to Court approval, to an adjournment of the hearing date on Defendants' Motions to Dismiss from February 11, 2013 until April 1, 2013, and a corresponding extension of the due date for the filing of Reply briefs from January 28, 2013 until March 11, 2013;

10. The extension reflected in the Stipulation was proposed and agreed to in good faith, not for the purposes of delay and will not result in prejudice to any party.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration was executed by me on this 28th day of January, 2013, in Radnor, Pennsylvania.

*/s/ Donna Siegel Moffa*
Donna Siegel Moffa