**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WAYNE SAMP, et al., individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>Defendants. | CASE NO. 5:11-CV-01950 VAP-SP<br><br>Hon. Virginia A. Phillips<br><br>**[PROPOSED]** ORDER |

**AND NOW**, this _____, day of _____, 2013, upon consideration of the Parties' Stipulation to Continue Hearing Date and Extend Defendants' Time to File their Replies in Support of Motions to Dismiss, and good cause appearing, **IT IS HEREBY ORDERED** that Defendants' time to file their Replies shall be extended from January 28, 2013 to March 11, 2013 and the hearing date on the Motions to Dismiss is continued from February 11, 2013 to April 1, 2013.

**IT IS SO ORDERED.**

Dated: _____, 2013         _____
                                     Hon. Virginia A. Phillips