LOCKE LORD LLP
Thomas J. Cunningham
*tcunningham@lockelord.com*
300 South Grand Avenue, Suite 2600
Los Angeles, California  90071
Phone:  213-485-1500

Simon Fleischmann (pro hac vice)
*sfleischmann@lockelord.com*
111 South Wacker Drive
Chicago, Illinois  60606
Phone:  312-443-0462

Attorneys for Defendant
TRIAD GUARANTY INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK and ANNETTE WHITAKER, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>　　　　　Defendants. | CASE NO. EDCV11-01950-VAP-SPx<br><br>DEFENDANT TRIAD GUARANTY INSURANCE CORPORATION'S NOTICE OF RECEIVERSHIP AND STAY OF CLAIMS |

**NOTICE OF RECEIVERSHIP OF
TRIAD GUARANTY INSURANCE CORPORATION AND STAY OF CLAIMS**

Defendant Triad Guaranty Insurance Corporation ("Triad"), by and through its undersigned counsel, respectfully submits this Notice of Receivership and Stay of Claims, and states as follows:

1. On December 11, 2012, the People of the State of Illinois, ex rel. Andrew Boron, Director of Insurance of the State of Illinois, initiated receivership proceedings against Triad in the Circuit Court of Cook County, Illinois by filing a Verified Complaint for Rehabilitation with a Finding of Insolvency. That case is pending in the Circuit Court of Cook County as Case No. 12 CH 43895.

2. On December 11, 2012, the Circuit Court of Cook County, Judge Richard J. Billik, Jr., presiding, entered an order of rehabilitation as to and against Triad (the "Rehabilitation Order"). A copy of the Rehabilitation Order is attached to this Notice as Exhibit 1.

3. Among other things, the Rehabilitation Order provides:

> 10. Pursuant to its authority under Section 189 of the Code, 215 ILCS 5/189, the Court issues the following mandatory and prohibitive injunctions:
>
> \* \* \* \* \*
>
> iii. . . .all other persons and entities, including Triad's and TGAC's policyholders and creditors, having knowledge of this order are enjoined and restrained from bringing or prosecuting any claim, action or proceeding at law or in equity or otherwise, whether in this State or elsewhere, against Triad and TGAC, or their property or assets, or the Director as their Rehabilitator, except insofar as those claims, actions or proceedings arise in or are brought in these rehabilitation proceedings….

(Exhibit 1 at ¶ 10).

4. As a result of the Rehabilitation Order, further prosecution of the Plaintiffs' claims against Triad is barred by the mandatory and prohibitive injunction.

5. Notice of the receivership proceedings initiated against Triad and of entry of the Rehabilitation Order, along with copies of the Verified Complaint for Rehabilitation and the Order of Rehabilitation were provided to counsel for the

Defendants on December 14, 2012.  A copy of the e-mail providing notice to Plaintiffs' counsel is attached to this Notice as Exhibit 2.

DATED:  February 22, 2013                    TRIAD GUARANTY INSURANCE CORPORATION

By:  /s/ Thomas J. Cunningham
      One of Its Attorneys

**Locke Lord LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA, 90071-3119

**Certificate of Service**

I, Thomas J. Cunningham, an attorney, certify that I caused the foregoing Notice of Receivership and Stay of Claims to be served upon all parties registered and authorized to receive such service through the Court's Case Management/Electronic Case Files (CM/ECF) system on February 22, 2013.

/s/ Thomas J. Cunningham