# EXHIBIT 2

## Cunningham, Thomas J.

| | |
|---|---|
| **From:** | Cunningham, Thomas J. |
| **Sent:** | Friday, December 14, 2012 9:40 AM |
| **To:** | Edward Ciolko (eciolko@ktmc.com) |
| **Cc:** | Fleischmann, Simon |
| **Subject:** | Triad\RESPA Class Actions - Receivership |
| **Attachments:** | 12 CH 43895 COMPLAINT FOR REHABILITATION_12-11-2012_16-01-37.pdf.pdf; 12 CH 43895 REHABILITATION ORDER_12-11-2012_15-59-03.pdf.pdf |

Ed,

As I mentioned in my voice mail to you today, on Tuesday of this week the Illinois Department of Insurance initiated receivership proceedings against Triad.  A copy of the complaint for rehabilitation is attached.  Later that same day the court issued the attached order of rehabilitation.  The order of rehabilitation enjoins any further actions against Triad, including the RESPA class actions, including

A.       Samp, et al., v. JPMorgan Chase Bank, N.A., et al., No. 5:11-CV-01950 VAP SP (C.D. Cal.);

B.       White, et al., v. The PNC Financial Services Group, Inc., et al., No. 2:11-cv-07928-LS (E.D. Pa.);

C.       Riddle v. Bank of America Corporation, et al., No. 2:12-cv-01740-BMS (E.D. Pa.); and

D.       Menichino v. Citibank, N.A., et al., No. 2:12-cv-00058-GLL (W.D. Pa.).

In light of the order of rehabilitation and the fact that your clients claims against Triad – even if established – are subordinate to the claims of Triad's policyholders (which are estimated to be approximately $800 million more than the value of Triad's assets), I ask that you dismiss Triad from the RESPA cases.

Thomas J. Cunningham
**Locke Lord LLP**
111 South Wacker Drive
Chicago, IL  60606
312-443-1731 Direct
312-896-6731 Fax
tcunningham@lockelord.com
www.lockelord.com

Atlanta, Austin, Chicago, Dallas, Hong Kong, Houston, London, Los Angeles, New Orleans, New York, Sacramento, San Francisco, Washington DC