**ROSMAN & GERMAIN LLP**
Daniel L. Germain (Cal. Bar No. 143334)
6311 Ventura Boulevard, Suite 1200
Encino, CA 91436-2152
Telephone: (818) 788-0877
Facsimile: (818) 788-0885

*Attorneys for Plaintiffs and the Proposed Class*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.<br><br>            Defendants. | CASE NO. 5:11-CV-01950 VAP-SP<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT TRIAD GUARANTY INSURANCE CORPORATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Judge: Hon. Virginia A. Phillips |

Please take notice that Plaintiffs hereby dismiss, without prejudice, all claims asserted in this action against Defendant Triad Guaranty Insurance Corporation, and against that Defendant only. **This action remains pending and is not dismissed as to all other Defendants**. Each side shall bear its own costs incurred in this litigation.

Plaintiffs' dismissal is pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure on the grounds that this Defendant has not yet served an answer or moved for summary judgment in this action.

Dated: March 7, 2013

Respectfully submitted,

**KESSLER TOPAZ
MELTZER & CHECK, LLP**

*/s/ Edward W. Ciolko*
Edward W. Ciolko (*pro hac vice*)
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706

*Attorneys for Plaintiffs and
the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ *Edward W. Ciolko*
Edward W. Ciolko