LOCKE LORD LLP
Thomas J. Cunningham
*tcunningham@lockelord.com*
300 South Grand Avenue, Suite 2600
Los Angeles, California  90071
Phone:  213-485-1500

Attorneys for Defendant
TRIAD GUARANTY INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK and ANNETTE WHITAKER, individually and on behalf of all others similarly situated, | CASE NO. EDCV11-01950-VAP-SPx |
| | **TRIAD GUARANTY INSURANCE CORP.'S MOTION FOR WITHDRAWAL OF COUNSEL** |
| Plaintiffs, | The Honorable Virginia A. Phillips |
| v. | Hearing:  May 6, 2013<br>Time:  2:00 p.m. |
| JPMORGAN CHASE BANK, N.A., et al., | |
| Defendants. | |

TO THIS COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Central District of California Local Rule of Court 83-2.9.2.1,

Defendant Triad Guaranty Insurance Corp. ("Triad") moves this Honorable Court for

an order withdrawing Thomas J. Cunningham's appearance as its counsel.

On February 22, 2013, Triad filed a *Notice of Receivership and Stay of Claims*

(the "Notice").  *See* Docket No. 155.  As detailed in the Notice, the People of the

State of Illinois, ex. rel. Andrew Boron, Director of the Illinois Department of

Insurance, initiated a receivership proceeding against Triad in the Circuit Court of

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071

**Locke Lord LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA, 90071-3119

1  Cook County, Illinois by filing a Verified Complaint for Rehabilitation with a Finding

2  of Insolvency.  *See id.* ¶ 1.  As a result of the Rehabilitation Order, Triad is now

3  subject to the control of the People of the State of Illinois, who wish to retain their

4  own counsel to represent Triad in this action.

5       Accordingly, Triad has retained Pascal Benyamini and Beth O. Arnese of

6  Drinker Biddle & Reath LLP to represent it in this action.  Upon entry of the annexed

7  proposed order, successor counsel will enter an appearance on behalf of Triad for the

8  purpose of receiving copies of all case filings.  The contact information for successor

9  counsel is a follows:

10

11       BETH O. ARNESE (SBN #241186)
         beth.arnese@dbr.com
12       DRINKER BIDDLE & REATH LLP
         50 Fremont Street, 20th Floor
13       San Francisco, CA  94105-2235
         Telephone:  (415) 591-7500
14       Facsimile:   (415) 591-7510

15       PASCAL BENYAMINI (SBN # 203883)
         E-Mail: pascal.benyamini@dbr.com
16       Drinker Biddle & Reath LLP
         1800 Century Park East, Suite 1400
17       Los Angeles, CA  90067-1517
         Telephone:  (310) 203-4000
18       Facsimile:   (310) 229-1285

19  Triad therefore respectfully moves for an order withdrawing the appearance of

20  Thomas J. Cunningham of the law firm of Locke Lord LLP as its counsel in this

21  action.

22  Dated:  March 12, 2013            LOCKE LORD LLP

23                                    By:   /s/  Thomas J. Cunningham

24

25                                    Attorney for Defendant
                                      TRIAD GUARANTY INSURANCE
26                                    CORPORATION

27

28

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA, 90071-3119

1    **CERTIFICATE OF SERVICE**

2        I, Thomas J. Cunningham, an attorney, certify that I caused the foregoing to be

3    served upon all parties registered and authorized to receive such service through the

4    Court's Case Management/Electronic Case Files (CM/ECF) system on March 12,

5    2013.

6

7

8                                              /s/ Thomas J. Cunningham