UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK and ANNETTE WHITAKER, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>                Defendants. | CASE NO. EDCV11-01950-VAP-SPx<br><br>**[PROPOSED]**<br>**ORDER GRANTING TRIAD**<br>**GUARANTY INSURANCE**<br>**CORP.'S MOTION FOR**<br>**WITHDRAWAL OF COUNSEL** |

Upon consideration of *Triad Guaranty Insurance Corp.'s Motion for Withdrawal of Counsel*, dated March 12, 2013, **IT IS HEREBY ORDERED** that the appearance of Thomas J. Cunningham of the law firm of Locke Lord LLP on behalf of Triad Guaranty Insurance Corp. is **WITHDRAWN**.  The Clerk of the Court is directed to update the docket accordingly.

Dated: _____

_____
Virginia A. Phillips
United States District Court