# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.<br><br>Defendants. | CASE NO. 5:11-CV-01950 VAP-SP<br><br>**DECLARATION OF AMANDA R. TRASK IN SUPPORT OF STIPULATION TO CONTINUE HEARING DATE**<br><br>Judge: Hon. Virginia A. Phillips |

Decl. of Amanda R. Trask
Case No. 5:11-cv-01950 VAP-SP

I, Amanda R. Trask, declare as follows:

1. I am an associate at the law firm of Kessler Topaz Meltzer & Check, LLP ("KTMC"), attorneys of record for Plaintiffs Wayne Samp, Roberta Samp, Daniel Komarchuk, Susan Komarchuk and Annetta Whitaker (collectively, "Plaintiffs") in the above-captioned matter. As one of the KTMC attorneys with primary responsibility for the prosecution of this case, I am personally involved in all aspects of this matter. The matters set forth in this declaration are based upon my personal knowledge, and, if called to testify, I could and would competently testify thereto. I submit this declaration in support of the Parties' Stipulation to Continue Hearing date on Defendants' Motions to Dismiss from April 1, 2013 to April 29, 2013.

2. On October 4, 2012, Defendants JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., JPMorgan Chase & Co., Cross Country Insurance Company (collectively "Chase") (ECF No. 135); Mortgage Guaranty Insurance Corp. ("MGIC"), Radian Guaranty Inc. ("Radian") and Triad Guaranty Insurance Corp. ("Triad") (ECF No. 132); United Guaranty Residential Insurance Co. ("UG") (ECF No. 130); Genworth Mortgage Insurance Corporation ("Genworth") (ECF No. 131); and Republic Mortgage Insurance Co. ("Republic") (ECF No. 137) (collectively "Defendants") all filed Motions to Dismiss the First Amended Complaint ("FAC").

3. Plaintiffs responded to Defendants' Motions to Dismiss in one Omnibus Opposition on December 21, 2012. ECF No. 151. The Hearing on all five Defendants' Motions to Dismiss was set for February 11, 2013. The Parties met and conferred and agreed to a stipulation continuing the hearing date to April 1, 2013. ECF No. 152.

3. The Court entered an Order (ECF No. 154) on the stipulation of the parties continuing the hearing date for the Motions to Dismiss from February 11, 2013 to April 1, 2013 and extending Defendants' time to file their Replies from January 28, 2013 to March 11, 2013.

4. At the time the Parties submitted their stipulation to continue the hearing date on Defendants' Motions to Dismiss to April 1, 2013, they did not realize that April 1, 2013

is Easter Monday and that in order to attend the hearing, the Parties would be required to travel on Easter interfering with several counsels' pre-planned family arrangements.

4. The brief extension reflected in the Stipulation was proposed and agreed to in good faith, not for the purposes of delay and will not result in prejudice to any party.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  This declaration was executed by me on this 13th day of March 2013, in Radnor, Pennsylvania.

*/s/ Amanda R. Trask*
Amanda R. Trask