1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

10

11

12

13

14

15

16

17

18

| | |
|---|---|
| WAYNE SAMP, et al., individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>Defendants. | CASE NO. 5:11-CV-01950 VAP-SP<br><br>Hon. Virginia A. Phillips<br><br><br>**[PROPOSED]** ORDER |

19

20

21

22

23

24

25

26

27

28

**AND NOW**, this _____, day of _____, 2013, upon consideration of the Parties' Stipulation to Continue Hearing Date, and good cause appearing, **IT IS HEREBY ORDERED** that the hearing date on the Defendants' Motions to Dismiss is continued from April 1, 2013 to April 29, 2013.

     **IT IS SO ORDERED.**


Dated: _____, 2013      _____
                              Hon. Virginia A. Phillips