| | |
|---|---|
| 1 | PASCAL BENYAMINI (SBN #203883) |
| 2 | pascal.benyamini@dbr.com |
|   | DRINKER BIDDLE & REATH LLP |
| 3 | 1800 Century Park East |
|   | Suite 1400 |
| 4 | Los Angeles, CA 90067-1517 |
|   | Telephone: (310) 203-4000 |
| 5 | Facsimile: (310) 229-1285 |
| 6 | BETH O. ARNESE (SBN #241186) |
|   | beth.arnese@dbr.com |
| 7 | DRINKER BIDDLE & REATH LLP |
|   | 50 Fremont Street, 20th Floor |
| 8 | San Francisco, CA 94105-2235 |
|   | Telephone: (415) 591-7500 |
| 9 | Facsimile: (415) 591-7510 |
| 10 | Attorneys for Defendant |
|    | TRIAD GUARANTY INSURANCE CORP. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated, | ) | Case No. EDCV 11-01950 VAP SPx |
| Plaintiffs, | ) | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| v. | ) | |
| JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP., | ) | |
| Defendants. | ) | |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF SUBSTITUTION OF COUNSEL
SF01/876542.1

CASE NO. EDCV 11-01950 VAP SPx

1  TO THIS COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  Please take notice that, Defendant Triad Guaranty Insurance Corp. hereby substitutes Pascal Benyamini and Beth Arnese of the law firm of Drinker Biddle & Reath, LLP as counsel of record in the above-captioned proceeding for Thomas J. Cunningham of the law firm of Locke Lord LLP.

Copies of all further notices, papers, pleadings, and orders filed or served upon Defendants should be sent to the undersigned at:

PASCAL BENYAMINI (SBN #203883)
pascal.benyamini@dbr.com
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1400
Los Angeles, CA  90067-1517
Telephone:  (310) 203-4000
Facsimile:  (310) 229-1285

BETH O. ARNESE (SBN #241186)
beth.arnese@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:  (415) 591-7500
Facsimile:  (415) 591-7510

Dated:    March 13, 2013          DRINKER BIDDLE & REATH LLP


By:/s/ *Beth O. Arnese*
    Beth O. Arnese

Attorneys for Defendant
TRIAD GUARANTY INSURANCE CORP.

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF SUBSTITUTION OF COUNSEL
SF01/ 876542.1                          - 2 -                    CASE NO. EDCV 11-01950 VAP SPx