Name and address:
PASCAL BENYAMINI (SBN #203883)
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Sutie 1400
Los Angeles, CA 90067-1517
BETH O. ARNESE (SBN #241186)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

WAYNE SAMP, et al.

Plaintiff(s)

v.

JPMORGAN CHASE BANK, N.A., et al.

Defendant(s).

CASE NUMBER
EDCV 11-01950 VAP SPx

ORDER ON
REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY

The Court hereby orders that the request of:

TRIAD GUARANTY INSURANCE CORP.  ☐ Plaintiff  ☒ Defendant  ☐ Other _____
*Name of Party*

to substitute  Beth O. Arnese of the law firm of Drinker Biddle & Reath, LLP  who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

50 Fremont Street, 20th Floor
*Street Address*

San Francisco, CA  94105-2235                    beth.arnese@dbr.com
*City, State, Zip*                                *E-Mail Address*

(415) 591-7500            (415) 591-7510                241186
*Telephone Number*         *Fax Number*                *State Bar Number*

as attorney of record instead of  Thomas J. Cunningham of the law firm of Locke Lord LLP
*Present Attorney*

**is hereby**    ☐ GRANTED    ☐ DENIED

Dated _____                              _____
                                              U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU CURRENTLY RECEIVE ELECTRONIC SERVICE AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G–01 ORDER (07/12)    **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**
SF01/ 876541.1

