Name and address

BETH O. ARNESE (SBN #241186)
beth.arnese@dbr.com
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, et al. <br><br> Plaintiff(s) <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A., et al. <br><br> Defendant(s). | CASE NUMBER <br> EDCV 11-01950 VAP SPx <br><br><br> REQUEST FOR APPROVAL OF <br> SUBSTITUTION OF ATTORNEY |

Triad Guaranty Insurance Corp.    ☐ Plaintiff ☒ Defendant ☐ Other _____
*Name of Party*

hereby requests that the Court approve the substitution of  Beth O. Arnese of Drinker Biddle & Reath, LLP
*New Attorney*

as attorney of record instead of Thomas J. Cunningham of Locke Lord LLP
*Present Attorney*

Dated     3|19|2013

*Signature of Party/Authorized Representative of Party*

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated     3/15/2013

*Signature of Present Attorney*

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated     3|19| 2013

*Signature of New Attorney*

241186

*State Bar Number*

---

If party requesting to appear Pro Se:

Dated     _____

*Signature of Requesting Party*

---

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.**

G–01 (07/12)        REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY
SF01/ 878809.1


American LegalNet, Inc.
www.FormsWorkFlow.com