Name and address
PASCAL BENYAMINI (SBN #203883)
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Sutie 1400
Los Angeles, CA 90067-1517
BETH O. ARNESE (SBN #241186)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| WAYNE SAMP, et al.<br><br>Plaintiff(s)<br>v.<br><br>JPMORGAN CHASE BANK, N.A., et al.<br><br>Defendant(s). | CASE NUMBER<br>EDCV 11-01950 VAP SPx<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |
|---|---|

The Court hereby orders that the request of:

<u>TRIAD GUARANTY INSURANCE CORP.</u>  ☐ Plaintiff  ☒ Defendant  ☐ Other _____
*Name of Party*

to substitute <u>Beth O. Arnese of the law firm of Drinker Biddle & Reath, LLP</u> who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

<u>50 Fremont Street, 20th Floor</u>
*Street Address*

<u>San Francisco, CA 94105-2235</u>          <u>beth.arnese@dbr.com</u>
*City, State, Zip*                                *E-Mail Address*

<u>(415) 591-7500</u>          <u>(415) 591-7510</u>          <u>241186</u>
*Telephone Number*         *Fax Number*          *State Bar Number*

as attorney of record instead of <u>Thomas J. Cunningham of the law firm of Locke Lord LLP</u>
                                                              *Present Attorney*

**is hereby**   ☒ **GRANTED**    ☐ **DENIED**

Dated <u>March 29 2013</u>       _____
                                         U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU CURRENTLY RECEIVE ELECTRONIC SERVICE AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (07/12)      ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY
SF01/ 876541.1


American LegalNet, Inc.
www.FormsWorkFlow.com