JOHN E. WALKER (SBN 166270)
john.walker@dentons.com
BENITO DELFIN, JR. (SBN 281607)
ben.delfin@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

REID L. ASHINOFF (*admitted pro hac vice*)
Reid.ashinoff@dentons.com
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800

*Attorneys for Defendant*
*Genworth Mortgage Insurance Corp.*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>Defendants. | CASE NO. CV 5:11-1950 VAP (SPx)<br><br>**DEFENDANT GENWORTH MORTGAGE INSURANCE CORP.'S NOTICE OF FIRM NAME CHANGE** |

TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT effective March 28, 2013, SNR Denton US LLP ("SNR Denton") has combined with Salans LLP and Fraser Milner Casgrain LLP. As a result, SNR Denton has changed its name to Dentons US LLP as of that effective date. The firm and its lawyers' addresses, phone numbers and fax numbers have not been affected by this change.  Please take notice of this change and update your records accordingly.

Dated: March 28, 2013

Respectfully submitted,

DENTONS US LLP

By: /s/ *Benito Delfin, Jr.*
    JOHN E. WALKER
    BENITO DELFIN, JR.

601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:   (213) 623-9300
Facsimile:   (213) 623-9924

REID L. ASHINOFF
1221 Avenue of the Americas
New York, New York 10020-1089
Telephone:   (212) 768-6700
Facsimile:   (212) 768-6800
Attorneys for Defendant
Genworth Mortgage Insurance Corp.