|   |   |
|---|---|
| 1 | William L. Kirkman (SBN 11518700) |
| 2 | billk@bourlandkirkman.com<br>Bourland & Kirkman ,L.L.P. |
| 3 | 201 Main Street, Suite 1400<br>Fort Worth, Texas 76102 |
| 4 | Telephone:  (817) 336-2800<br>Facsimile:  (817) 877-1863 |
| 5 |   |
| 6 | Michael L. Tidus (SBN 126425)<br>mtidus@jdtplaw.com |
| 7 | John Petrasich (SBN 48469)<br>jpetrasich@jdtplaw.com |
| 8 | Jackson, DeMarco, Tidus & Peckenpaugh<br>2030 Main Street, Suite 1200 |
| 9 | Irvine, California 92614<br>Telephone: (949) 752-8585 |
| 10 | Facsimile:  (949) 752-0597 |
| 11 | Attorneys for Moving Defendant Republic<br>Mortgage Insurance Company |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>          Defendant. | CASE NO.  ED CV11-01950 VAP-SP<br><br>**PROOF OF SERVICE**<br><br>DATE:     April 29, 2013<br>TIME:     2:00 p.m.<br>PLACE:   Courtroom 2 |
|---|---|

-1-

**PROOF OF SERVICE**

# PROOF OF SERVICE

I, Debby Tankersley, the undersigned, declare as follows:

I am employed at the law firm of Jackson, DeMarco, Tidus & Peckenpaugh.

I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause.

My business address is 2030 Main Street, Suite 1200, Irvine, California 92614.

I caused the following documents to be served :

**DEFENDANT REPUBLIC MORTGAGE INSURANCE COMPANY'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS CLASS ACTION COMPLAINT**

<u>by Electronic Service.</u> I certify that on April 18, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all e-mail addresses denoted on the electronic mail notice list.

<u>by U.S. Mail.</u>  In addition, true and correct copies of the foregoing document were sent to the following recipients by first class mail, postage prepaid:

Edward W. Ciolko
Amanda R. Trask
Terence S. Ziegler
Jesse C. Klaproth
KESSLER TOPAX MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
Fax: 610-667-7056

Daniel Lawrence Germain
ROSSMAN AND GERMAIN, LLP
16311 Ventura Boulevard Suite 1200
Encino, California 91436
Telephone: 818-788-0877
Fax: 818-788-0885

Alan R. Plutzik
BRAMSON PLUTZIK MAHLER & BIRKHAEUSER, LLP
2123 Oak Grove Boulevard, Ste. 120
Walnut Creek, California 94598
Telephone: 925-945-0200

-2-

**PROOF OF SERVICE**

-3-

1  Andrew L. Berke
2  BERKE, BERKE & BERKE
   420 Frazier Avenue
3  Chattanooga, Tennessee 37402
   Telephone: 423-266-5171
4
5      I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
6      I hereby certify under penalty of perjury that the foregoing is true and correct.
7
8      */s/ Debby Tankersley*
       Debby Tankersley
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-

**PROOF OF SERVICE**