| | |
|---|---|
| 1 | William L. Kirkman (SBN 11518700) |
| 2 | billk@bourlandkirkman.com<br>Bourland & Kirkman ,L.L.P. |
| 3 | 201 Main Street, Suite 1400<br>Fort Worth, Texas 76102 |
| 4 | Telephone:  (817) 336-2800<br>Facsimile:  (817) 877-1863 |
| 5 | |
| 6 | Michael L. Tidus (SBN 126425)<br>mtidus@jdtplaw.com |
| 7 | John Petrasich (SBN 48469)<br>jpetrasich@jdtplaw.com |
| 8 | Jackson, DeMarco, Tidus & Peckenpaugh<br>2030 Main Street, Suite 1200 |
| 9 | Irvine, California 92614<br>Telephone: (949) 752-8585 |
| 10 | Facsimile: (949) 752-0597 |
| 11 | Attorneys for Moving Defendant Republic<br>Mortgage Insurance Company |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>Defendant. | CASE NO.  ED CV11-01950 VAP-SP<br><br>**DEFENDANT REPUBLIC MORTGAGE INSURANCE COMPANY'S NOTICE OF ERRATA RE REPLY IN SUPPORT OF ITS MOTION TO DISMISS CLASS ACTION COMPLAINT**<br><br>DATE: April 29, 2013<br>TIME: 2:00 p.m.<br>PLACE: Courtroom 2<br>JUDGE: Hon. Virginia A. Phillips |

-1-

**NOTICE OF ERRATA RE REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

1  PLEASE TAKE NOTICE that Republic Mortgage Insurance Company hereby submits this notice of errata for the filing of the Reply in Support of its Motion to Dismiss Class Action Complaint (Document No. 178 and 178-1). It was inadvertently filed on April 18, 2013, under the wrong caption and case number.

Dated: April 19, 2013          Respectfully submitted,

BOURLAND & KIRKMAN, L.L.P.

JACKSON, DeMARCO, TIDUS & PECKENPAUGH
   MICHAEL L. TIDUS
   JOHN PETRASICH


By: /s/ *Michael L. Tidus*
   Michael L. Tidus
Attorneys for Defendant
Republic Mortgage Insurance Company

-1-
**NOTICE OF ERRATA RE REPLY IN SUPPORT OF ITS MOTION TO DISMISS**