William L. Kirkman (SBN 11518700)
billk@bourlandkirkman.com
Bourland & Kirkman ,L.L.P.
201 Main Street, Suite 1400
Fort Worth, Texas 76102
Telephone:  (817) 336-2800
Facsimile:  (817) 877-1863

Michael L. Tidus (SBN 126425)
mtidus@jdtplaw.com
John Petrasich (SBN 48469)
jpetrasich@jdtplaw.com
Jackson, DeMarco, Tidus & Peckenpaugh
2030 Main Street, Suite 1200
Irvine, California 92614
Telephone: (949) 752-8585
Facsimile: (949) 752-0597

Attorneys for Moving Defendant Republic Mortgage Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>　　　　　Defendant. | CASE NO.  ED CV11-01950 VAP-SP<br><br>**PROOF OF SERVICE ON NOTICE OF ERRATA**<br><br>Date:　　April 29, 2013<br>Time:　　2:00 p.m.<br>Place:　　Courtroom 2<br>Judge:　　Hon. Virginia A. Phillips |

-1-

**PROOF OF SERVICE**

# PROOF OF SERVICE

I, Debby Tankersley, the undersigned, declare as follows:

I am employed at the law firm of Jackson, DeMarco, Tidus & Peckenpaugh.

I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause.

My business address is 2030 Main Street, Suite 1200, Irvine, California 92614.

I caused the following documents to be served :

**DEFENDANT REPUBLIC MORTGAGE INSURANCE COMPANY'S NOTICE OF ERRATA RE REPLY IN SUPPORT OF ITS MOTION TO DISMISS CLASS ACTION COMPLAINT**

<u>by Electronic Service.</u> I certify that on April 19, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all e-mail addresses denoted on the electronic mail notice list.

by U.S. Mail. In addition, true and correct copies of the foregoing document were sent to the following recipients by first class mail, postage prepaid:

| | |
|---|---|
| Edward W. Ciolko<br>Amanda R. Trask<br>Terence S. Ziegler<br>Jesse C. Klaproth<br>KESSLER TOPAX MELTZER & CHECK, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 | Telephone: 610-667-7706<br>Fax: 610-667-7056 |
| Daniel Lawrence Germain<br>ROSSMAN AND GERMAIN, LLP<br>16311 Ventura Boulevard Suite 1200<br>Encino, CA 91436 | Telephone: 818-788-0877<br>Fax: 818-788-0885 |
| Alan R. Plutzik<br>BRAMSON PLUTZIK MAHLER & BIRKHAEUSER, LLP<br>2123 Oak Grove Boulevard, Ste. 120<br>Walnut Creek, CA 94598 | Telephone: 925-945-0200 |
| Andrew L. Berke<br>BERKE, BERKE & BERKE<br>420 Frazier Avenue<br>Chattanooga, TN 37402 | Telephone: 423-266-5171 |

-2-

**PROOF OF SERVICE**

1  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

2

3  I hereby certify under penalty of perjury that the foregoing is true and correct.

4

5  　　　　　　　　　　　　　　　*/s/ Debby Tankersley*
　　　　　　　　　　　　　　　Debby Tankersley

-3-

**PROOF OF SERVICE**