**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 11-1950VAP(SPx)                               Date:  April 22, 2013

Title:   SAMP *v-* JPMORGAN CHASE BANK, N.A., et al.
================================================================
PRESENT:         HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR
PLAINTIFFS:

   None

ATTORNEYS PRESENT FOR
DEFENDANTS:

   None

PROCEEDINGS:      MINUTE ORDER (1) DENYING MOTION TO WITHDRAW
                  AS MOOT AND (2) VACATING MAY 6, 2013 HEARING (IN
                  CHAMBERS)

   On March 12, 2013, Thomas J. Cunningham, counsel for Defendant Triad Guaranty Insurance Corporation ("Triad Guaranty"), filed a motion to withdraw as counsel for Triad Guaranty (Doc. No. 161) ("Motion").  Triad Guaranty filed a request to substitute Beth O. Arnese in place of Cunningham on March 19, 2013, and on March 29, 2013, the Court issued an order granting Triad Guaranty's request. Therefore, Cunningham has been terminated as counsel for Triad Guaranty. Accordingly, the Court (1) VACATES the May 6, 2013 hearing on the Motion, and (2) DENIES Cunningham's Motion as moot.

   **IT IS SO ORDERED.**