1  Christopher H. Hart (CSBN 184117)
     chart@schnader.com
2  David Smith (*Admitted Pro Hac Vice*)
     dsmith@schnader.com
3  Stephen A. Fogdall (*Admitted Pro Hac Vice*)
     sfogdall@schnader.com
4  Theresa E. Loscalzo (*Admitted Pro Hac Vice*)
     tloscalzo@schnader.com
5  SCHNADER HARRISON SEGAL &
     LEWIS LLP
6  One Montgomery Street, Suite 2200
   San Francisco, California  94104-5501
7  Telephone: 415-364-6700
   Facsimile: 415-364-6785
8
   Attorneys for Defendant RADIAN GUARANTY
9  INC.

10  *Additional Counsel Listed on Next Page*

11                     UNITED STATES DISTRICT COURT

12                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE CO., UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP., <br><br> Defendants. | Case No. EDCV11-01950 VAP SPX <br><br> **RESPONSE OF DEFENDANTS RADIAN GUARANTY INC. AND MORTGAGE GUARANTY INSURANCE CORP. TO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE** <br><br> Date:  April 29, 2013 <br> Time:  2:00 pm <br> Place: Courtroom 2 <br>     3470 Twelfth Street, 2nd Floor <br>     Riverside, CA <br> Judge: The Honorable Virginia A. Phillips |

RESPONSE TO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE
CASE NO. 5:11-CV-01950 VAP-SP

1
2  Eileen R. Ridley (CSBN 151735)
       eridley@foley.com
3  FOLEY & LARDNER LLP
   555 California Street
4  Suite 1700
   San Francisco, CA  94104-1520
5  Telephone: 415-434-4484
   Facsimile: 415-434-4507
6
7  Attorneys for Defendant
   MORTGAGE GUARANTY
   INSURANCE CORPORATION
8

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CALIFORNIA 94104-5501
TELEPHONE: 415-364-6700
FACSIMILE: 415-364-6785

Defendants Radian Guaranty Inc. ("Radian") and Mortgage Guaranty Insurance Corporation ("MGIC") oppose Plaintiffs' request that this Court take judicial notice of materials prepared by the Consumer Financial Protection Bureau that have no relevance whatsoever to their motion to dismiss.  *Ruiz v. City of Santa Maria*, 160 F.3d 543, 548 n.13 (9th Cir. 1998) (rejecting request to take judicial notice of irrelevant information); *see also Hargis v. Access Capital Funding, LLC*, 674 F.3d 783, 793 (8th Cir. 2012) ("Courts are not required to take judicial notice of irrelevant materials.").

The only issues raised by Radian and MGIC's motion to dismiss are (1) whether plaintiffs have standing to sue Radian and MGIC when it is undisputed that Radian and MGIC did not insure plaintiffs' loans and thus could not have bought reinsurance for plaintiffs' loans and (2) whether plaintiffs' claims are barred by RESPA's one-year statute of limitations when their own pleadings show that (i) they were specifically told that their loans might be reinsured, (ii) they were given the opportunity to direct that their loans not be reinsured, and (iii) the putative facts and legal theories on which they rely in this case were a matter of public record years before they filed this lawsuit.  Not one of the documents of which plaintiffs ask this Court to take judicial notice has the remotest bearing on this issue, and plaintiffs make no attempt to argue otherwise.

There are numerous other reasons to refuse to take judicial notice of these documents, including that they are pure hearsay and are barred by Rule of Evidence 408, but the lack of relevance is so clear that we will not burden the Court with any further discussion.  *Cf. Cravens v. Smith*, 610 F.3d 1019, 1029 (8th Cir. 2010) (judicial notice is not a vehicle for "admitting evidence . . . in contravention of the relevancy, foundation, and hearsay rules," or any other rule of evidence).

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated: April 26, 2013 | SCHNADER HARRISON SEGAL & LEWIS LLP |
| 4 |   | /s/ Stephen A. Fogdall |
| 5 |   | Christopher H. Hart |
|   |   | David Smith (*Admitted Pro Hac Vice*) |
| 6 |   | Theresa E. Loscalzo (*Admitted Pro Hac Vice*) |
| 7 |   | Stephen A. Fogdall (*Admitted Pro Hac Vice*) |
|   |   | Attorneys for Defendant |
| 8 |   | RADIAN GUARANTY INC. |
|   |   | One Montgomery Street, Suite 2200 |
| 9 |   | San Francisco, California 94104-5501 |
| 10 |   | Telephone: 415-364-6700 |
| 11 |   | Facsimile: 415-364-6785 |
|   |   | Email: chart@schnader.com |
| 13 | Dated: April 26, 2013 | FOLEY & LARDNER LLP |
| 14 |   | /s/ Eileen R. Ridley |
| 15 |   | Eileen R. Ridley (as authorized on April 26, 2013) |
|   |   | Attorneys for Defendant |
| 16 |   | MORTGAGE GUARANTY INSURANCE CORPORATION |
| 17 |   | 555 California Street |
| 18 |   | Suite 1700 |
| 19 |   | San Francisco, CA 94104-1520 |
|   |   | Telephone: 415-434-4484 |
| 20 |   | Facsimile: 415-434-4507 |
| 21 |   | Email: eridley@foley.com |

2

RESPONSE TO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE
CASE NO. 5:11-CV-01950 VAP-SP

## PROOF OF SERVICE

I declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City of Philadelphia, State of Pennsylvania, in the office of an attorney who is admitted to practice *pro hac vice* in this court and at whose direction service is being made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is SCHNADER HARRISON SEGAL & LEWIS LLP, 1600 Market Street, Suite 3600, Philadelphia, Pennsylvania, 19103-7286. On April 26, 2013, I caused to be served the following document(s):

1. **RESPONSE OF DEFENDANTS RADIAN GUARANTY INC. AND MORTGAGE GUARANTY INSURANCE CORP. TO PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**

I caused the above documents to be served by the following means:

☒ Via Court Notice of Electronic Filing: The documents will be served by the court via NEF and hyperlink to the document. On April 26, 2013, I checked the CM/ECF docket for this case and determined that service was effectuated on all parties via the Electronic Mail Notice List at the email addresses indicated.

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on April 26, 2013, at Philadelphia, Pennsylvania.

/s/ Christopher A. Reese
Christopher A. Reese