**ROSMAN & GERMAIN LLP**
Daniel L. Germain (Cal. Bar No. 143334)
6311 Ventura Boulevard, Suite 1200
Encino, CA 91436-2152
Telephone: (818) 788-0877
Facsimile: (818) 788-0885

*Attorneys for Plaintiffs and the Proposed Class*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.<br><br>  Defendants. | CASE NO. 5:11-CV-01950 VAP-SP<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF UNJUST ENRICHMENT CLAIM (COUNT TWO) ONLY AS TO DEFENDANTS UNITED GUARANTY RESIDENTIAL INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO. AND RADIAN GUARANTY, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Judge: Hon. Virginia A. Phillips |

Please take notice that Plaintiffs hereby dismiss, without prejudice, the unjust enrichment claim (Count Two) asserted in this action only against the following Defendants: (1) United Guaranty Residential Insurance Co., (2) Mortgage Guaranty Insurance Corp., (3) Genworth Mortgage Insurance Corp., (4) Republic Mortgage Insurance Co., and (5) Radian Guaranty, Inc., and against those Defendants only.

**Plaintiffs' unjust enrichment claim (Count Two) remains pending and is not dismissed as to any other Defendant.  Plaintiffs' RESPA claim (Count One) remains pending against all Defendants.**  Plaintiffs' dismissal is pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure on the grounds that these Defendants have not served an answer or moved for summary judgment in this action.

Dated:  April 26, 2013

Respectfully submitted,

**KESSLER TOPAZ
MELTZER & CHECK, LLP**

*/s/ Edward W. Ciolko*
Edward W. Ciolko (*pro hac vice*)
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706

*Attorneys for Plaintiffs and
the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ *Edward W. Ciolko*
Edward W. Ciolko