**ROSMAN & GERMAIN LLP**
Daniel L. Germain (Cal. Bar No. 143334)
6311 Ventura Boulevard, Suite 1200
Encino, CA  91436-2152
Telephone: (818) 788-0877
Facsimile: (818) 788-0885

*Attorneys for Plaintiffs and the Proposed Class*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, et al. | ) Case No. 5:11-CV-01950 VAP-SP |
| | ) |
| Plaintiffs, | ) |
| | ) **PLAINTIFFS' *EX PARTE*** |
| v. | ) **APPLICATION SEEKING LEAVE** |
| | ) **TO  FILE A SUR-REPLY** |
| JPMORGAN CHASE BANK, N.A., | ) **PURSUANT TO LOCAL RULE 7-10** |
| et al., | ) |
| Defendants. | ) Judge:  Hon. Virginia A. Phillips |
| | ) |
| | ) |
| | ) |

Pursuant to Local Rule 7-19, Plaintiffs hereby apply *ex parte* for leave to file a sur-reply in further support of Plaintiffs' December 21, 2012 Consolidated Opposition to Defendants' Motions to Dismiss (ECF No. 151) ("Opposition" or "Plts. Opp.").[1]

This application is based upon the following Memorandum of Points and Authorities in support of the Proposed Order Granting Plaintiffs' *ex parte* application and all other pleadings and papers on file in this action, such matters of which the Court may take judicial notice, and such other oral and documentary evidence and argument as may be presented to the Court.

## MEMORANDUM OF POINTS AND AUTHORITIES

1. As an initial matter, Plaintiffs apologize to the Court for any procedural misstep made by their filing of a Notice of Supplemental Information. It is not Plaintiffs' intention to inundate the Court with information unnecessarily; however, the additional information Plaintiffs seek to file in the form of a sur-reply will serve to expand on and give background to the discussion at oral argument concerning a central merits aspect of the case and, relatedly, the Court's tentative rulings regarding the application of the doctrines of equitable estoppel and equitable tolling. Further, background is provided as to how a Judge in a directly analogous action dealt with this same issue—procedurally and substantively.

---

[1] Defendants' Motions to Dismiss are those filed by: (1) Defendants JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., JPMorgan Chase & Co. (collectively, "JPMorgan") and their affiliated mortgage reinsurer, Cross Country Insurance Company ("Cross Country" or the "Captive Reinsurer") (ECF No. 135) ("JPMorgan MTD"); (2) Defendant United Guaranty Residential Insurance Company ("UG") (ECF No. 130) ("UG MTD"); (3) Defendants Mortgage Guaranty Insurance Corp. ("MGIC"), Radian Guaranty Inc. ("Radian") and Triad Guaranty Insurance Corp. ("Triad") (ECF No. 132) ("MRT MTD"); (4) Defendant Genworth Mortgage Insurance Corp. ("Genworth") (ECF No. 145) ("Genworth MTD"); and (5) Defendant Republic Mortgage Insurance Co. ("RMIC") (ECF No. 137) ("RMIC MTD"). Defendants also filed reply memoranda of law in further support of their respective Motions to Dismiss. *See* ECF Nos. 153, 156, 158, 160.

1

2.     This Court's recognition of a core issue of this case in the tentative decision issued—whether Defendant Reinsurer Cross Country's "payment" of purported "reinsurance claims" constitutes an "insurance loss" to Cross Country, thus nullifying Plaintiffs' equitable estoppel and tolling allegations as well as Plaintiffs' RESPA claims— raised, for the first time as noted by Plaintiffs' counsel, a direct analogy with this case and *Moore v. GMAC, LLC*, No. 07-cv-4296 (E.D. Pa.) ("*Moore*") and *Liguouri v. Wells Fargo & Co.*, No. 08-cv-0479 (E.D. Pa.) ("*Liguouri*").  Although Plaintiffs addressed the fact that the ceded premiums were not, in reality, "reinsurance" premiums because Cross Country assumed no risk of loss in any real or proportionate way (Plts. Opp. at 3-4), prior to the Court raising this issue, there was no reason for Plaintiffs to bring the *Moore* and *Ligouri* discovery approach regarding this issue to the Court's attention.  Now that the Court has focused on this issue as it applies to the merits as well as its application to equitable estoppel and tolling, *Moore* and *Liguouri* are instructive because they demonstrate an alternative approach in the form of focused discovery which, if applied here, would allow the Court to both (1) fully assess the validity of the reinsurance arrangements viz a viz the allegations of [no] risk transfer, and (2) entertain informed briefing on how this discovery impacts the Plaintiffs' equitable estoppel and tolling arguments.

3.     Accordingly, fairness and equity dictate that Plaintiffs should be permitted to fully respond to this issue by filing a sur-reply.

4.     Although *ex parte* applications are typically disfavored, such petitions are appropriate where, as here, Plaintiffs are seeking "a routine order" that is not substantive, but merely procedural, and Plaintiffs have served the opposing parties.  *See In re Intermagnetics Am., Inc.*, 101 B.R. 191, 193-194 (C.D. Cal. 1989).  The purpose of this application is not to deprive Defendants of notice, but rather to provide the Court with all of the information it needs to fully assess the parties' arguments in a timely manner before issuing a final decision.  Plaintiffs' Counsel has notified all Defense Counsel by fax of this Court's requirement that opposition papers be filed within 24 hours.  Local Rule 7-19.

2

Defense Counsel are:

**James Benjamin Amler**
Debevoise and Plimpton LLP
919 Third Avenue
New York, NY 10028
212-909-6000
212-909-6836 (fax)
jbamler@debevoise.com

**Reid L Ashinoff**
Denton US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
212-768-6700
212-768-6800 (fax)
reid.ashinoff@dentons.com

**Jane M Byrne**
Quinn Emanuel Urquhart and Sullivan LLP
51 Madison Avenue 22nd Floor
New York, NY 10010
212-849-7000
212-849-7100 (fax)
janebyrne@quinnemanuel.com

**Michael Barry Carlinsky**
Quinn Emanuel Urquhart and Sullivan LLP
51 Madison Avenue 22nd Floor
New York, NY 10010
212-849-7000
212-849-7100 (fax)
michaelcarlinsky@quinnemanuel.com

**Andrew J Ceresney**
Debevoise and Plimpton LLP
919 Third Avenue
New York, NY 10028
212-909-6000
212-909-6836 (fax)

**Michael L Tidus**
Jackson DeMarco Tidus and Peckenpaugh ALC
2030 Main Street Suite 1200
Irvine, CA 92614
949-752-8585
949-752-0597 (fax)
mtidus@jdtplaw.com

**John E Walker**
Denton US LLP
601 South Figueroa Street Suite 2500
Los Angeles, CA 90017-5704
213-623-9300
213-623-9924 (fax)
john.walker@dentons.com

**Matthew C Wolf**
Turner Aubert and Friedman LLP
8383 Wilshire Boulevard Suite 510
Beverly Hills, CA 90211
213-623-9300
213-623-9924 (fax)
mwolf@taflaw.net

**Amanda DiMauro Zakowich**
Debevoise and Plimpton LLP
919 Third Avenue
New York, NY 10028
212-909-6000
212-909-6836 (fax)
adzakowich@debevoise.com

**Michael Steven Lawrence**
Greenberg Traurig, LLP
1840 Century Park East
Suite 1900
Los Angeles, CA 90067

3

ajceresney@debevoise.com

**Charles M Clark**
Jackson DeMarco Tidus and Peckenpaugh ALC
2030 Main Street Suite 1200
Irvine, CA 92614
949-752-8585
949-752-0597 (fax)
cclark@jdtplaw.com

**Benito Delfin, Jr**
Dentons US LLP
601 South Figueroa Street Suite 2500
Los Angeles, CA 90017-5704
213-623-9300
213-623-9924 (fax)
ben.delfin@dentons.com

**Stephen A Fogdall**
Schnader Harrison Segal & Lewis LLP
1600 Market Street Suite 3600
Philadelphia, PA 19103
215-751-2581
215-972-7455 (fax)
sfogdall@schnader.com

**Christopher H Hart**
Schnader Harrison Segal and Lewis LLP
One Montgomery Street Suite 2200
San Francisco, CA 94104-5501
415-364-6700
415-364-6785 (fax)
chart@schnader.com

**Kristy Ann Hewitt**
Keesal Young and Logan
400 Oceangate
P O Box 1730
Long Beach, CA 90801-1730

310-586-7700
310-586-7800 (fax)
lawrencem@gtlaw.com

**Theresa E Loscalzo**
Schnader Harrison Segal & Lewis LLP
1600 Market Street Suite 3600
Philadelphia, PA 19103
215-751-2254
215-972-7249 (fax)
tloscalzo@schnader.com

**Maeve O'Connor**
Debevoise and Plimpton LLP
919 Third Avenue
New York, NY 10022
212-909-6000
212-909-6839 (fax)
moconnor@debevoise.com

**John M Petrasich**
Jackson DeMarco Tidus and Peckenpaugh ALC
2030 Main Street Suite 1200
Irvine, CA 92614
949-752-8585
949-752-0597 (fax)
jpetrasich@jdtplaw.com

**David D Piper**
Keesal Young and Logan
400 Oceangate
P O Box 1730
Long Beach, CA 90801-1730
562-436-2000
562-436-7416 (fax)
david.piper@kyl.com

**Daniel C Posner**
Quinn Emanuel Urquhart and Sullivan LLP

4

562-436-2000
562-436-7416 (fax)
kristy.hewitt@kyl.com

**William L Kirkman**
Bourland and Kirkman LLP
201 Main Street Suite 1400
Fort Worth, TX 76102
817-336-2800
817-877-1863 (fax)
billk@BourlandKirkman.com

**David Smith**
Schnader Harrison Segal & Lewis LLP
1600 Market Street Suite 3600
Philadelphia, PA 19103
215-751-2000
215-972-7409 (fax)
dsmith@schnader.com

865 South Figueroa Street 10th Floor
Los Angeles, CA 90017
213-443-3000
213-443-3100 (fax)
danposner@quinnemanuel.com

**Brad Evan Rosen**
Quinn Emanuel Urquhart and Sullivan LLP
51 Madison Avenue 22nd Floor
New York, NY 10010
212-849-7100
212-849-7100 (fax)
bradrosen@quinnemanuel.com

**Anna Siemon**
Debevoise and Plimpton LLP
919 Third Avenue
New York, NY 10028
212-909-6000
212-909-6836 (fax)
asiemon@debevoise.com

5.  Plaintiffs have shown good cause for leave to file a sur-reply in the form annexed hereto as Exhibit A to the Ciolko Declaration filed contemporaneously herewith.

Dated:  May 7, 2013                Respectfully submitted,

**KESSLER TOPAZ
MELTZER & CHECK, LLP**

*/s/ Edward W. Ciolko*
Edward W. Ciolko (*pro hac vice*)
Terence S. Ziegler (*pro hac vice*)
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706

5

Daniel L. Germain (Bar No. 143334)
**ROSMAN & GERMAIN LLP**
16311 Ventura Boulevard, Suite 1200
Encino, CA  91436
Telephone: (818) 788-0877

Alan R. Plutzik
**BRAMSON PLUTZIK MAHLER &
BIRKHAEUSER LLP**
2123 Oak Grove Boulevard, Ste. 120
Walnut Creek, CA  94598
Telephone: (925) 945-0200

Andrew L. Berke
**BERKE, BERKE & BERKE**
420 Frazier Avenue
Chattanooga, TN  37402
Telephone: (423) 266-5171

***Attorneys for Plaintiffs and
the Proposed Class***

6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Edward W. Ciolko*
Edward W. Ciolko (*pro hac vice*)