**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WAYNE SAMP, et al., individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>Defendants. | CASE NO. 5:11-CV-01950 VAP-SP<br><br>Hon. Virginia A. Phillips<br><br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION SEEKING LEAVE TO FILE A SUR-REPLY |

**AND NOW**, this _____, day of _____, 2013, upon consideration of Plaintiffs' *ex parte* application seeking leave to file a sur-reply in further support of Plaintiffs' Opposition to Defendants' Motions to Dismiss, and good cause appearing, **IT IS HEREBY ORDERED** that Plaintiffs are permitted to file a sur-reply in the form annexed as Exhibit A to Plaintiffs' *ex parte* application within _____ days hereof.

Dated:_____, 2013        _____
                                                              Hon. Virginia A. Phillips