**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WAYNE SAMP, et al., | ) | Case No. EDCV 11-1950VAP(SPx) |
| Plaintiffs, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| JPMORGAN CHASE BANK, N.A., et al., | ) | |
| Defendants. | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: May 7, 2013

_____
VIRGINIA A. PHILLIPS
United States District Judge