**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 11-1950VAP(SPx)                                              Date:  May 9, 2013

Title:   SAMP, et al. -v- JPMORGAN CHASE BANK, N.A., et al.
================================================================
PRESENT:      HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS:      MINUTE ORDER DENYING PLAINTIFFS' <u>EX PARTE</u> APPLICATION (DOC. NO. 192) (IN CHAMBERS)

   Before the Court is Plaintiffs' <u>Ex Parte</u> Application Seeking Leave to File a Sur-Reply Pursuant to Local Rule 7-10 (Doc. No. 192) (the "Application").  The Application was filed on May 7, 2013.

   No good cause being shown, the Court DENIES the Application.

   **IT IS SO ORDERED.**

MINUTES FORM 11                                                        Initials of Deputy Clerk ___md____
CIVIL -- GEN                                         Page 1