Name & Address:
JAMES BENJAMIN AMLER *(pro hac vice)*
DEBEVOISE AND PLIMPTON LLP
919 THIRD AVENUE
NEW YORK, NEW YORK 10022
Tel 212-909-6000; Fax 212-909-6836

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and PLAINTIFF(S) | CASE NUMBER<br>5:11-cv-01950-VAP (SPx) |
| V. | |
| JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMP              DEFENDANT(S). | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

The following information must be provided:

I, <u>James Benjamin Amler</u>        <u>Pro Hac Vice</u>        , <u>jbamler@debevoise.com</u>
          *Name*                    *CA Bar ID Number*              *E-mail Address*

am counsel ☐ of record or ☒ out-of-state attorney in the above-entitled cause of action for the following party(s)

<u>JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., JPMorgan Chase & Co. and Cross Country Insurance Co.</u>

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ___ consent ___ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

***SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:***

TO UPDATE NAME OR FIRM INFORMATION:

    I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
    PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

☐ Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address _____
New Telephone Number _____ New Facsimile Number _____
New E-mail address _____

TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX

☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS NOT ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name  ANDREW J. CERESNEY          CA State Bar Number  *Pro Hac Vice*
Firm/Government Agency Name  DEBEVOISE AND PLIMPTON LLP
Address: 919 Third Avenue          New York, New York  10022
Telephone Number 212-909-6000          Facsimile Number  212-909-6836
New E-mail address _____

×  TO BE REMOVED FROM THE CASE: **

~~I am~~  x  the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

The order relieving me/the aforementioned attorney from my firm was filed on: _____

There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

~~I am~~  X  the aforementioned attorney is no longer with the firm/~~government agency~~ representing the above-named party in this action. There is/are attorney(s) from ~~my former~~ firm/~~government agency~~ *the* who are currently counsel of record in this case.

** This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01 ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

Date: May 15, 2013

*Signature of Attorney of Record / Attorney for the Firm*
JAMES BENJAMIN AMLER

**PLEASE NOTE:** CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83-2.7.