**ROSMAN & GERMAIN LLP**
Daniel L. Germain (Cal. Bar No. 143334)
6311 Ventura Boulevard, Suite 1200
Encino, CA  91436-2152
Telephone: (818) 788-0877
Facsimile: (818) 788-0885

*Attorneys for Plaintiffs and the Proposed Class*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE SAMP, ROBERTA SAMP, DANIEL KOMARCHUK, SUSAN KOMARCHUK, and ANNETTA WHITAKER, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., CROSS COUNTRY INSURANCE COMPANY, UNITED GUARANTY RESIDENTIAL INSURANCE CO., PMI MORTGAGE INSURANCE CO., MORTGAGE GUARANTY INSURANCE CORP., GENWORTH  MORTGAGE INSURANCE CORP., REPUBLIC MORTGAGE INSURANCE CO., RADIAN GUARANTY INC., and TRIAD GUARANTY INSURANCE CORP.,<br><br>           Defendants. | CASE NO. 5:11-CV-01950 VAP-SP<br><br>**PLAINTIFFS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

# NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs Wayne Samp, Roberta Samp, Daniel Komarchuk, Susan Komarchuk and Annetta Whitaker, on behalf of themselves and all others similarly situated, by and through their undersigned counsel, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment of this Court (Phillips, J.), entered in this action on May 7, 2013 (ECF No. 198) and from the Court's May 7, 2013 Order granting Defendants' Motions to Dismiss (ECF No. 197).

Pursuant to 9th Cir. R. 3-2, attached is a Representation Statement that identifies all parties to the action, along with the names, addresses and telephone numbers of their respective counsel.

Dated: June 5, 2013                                  Respectfully submitted,

**KESSLER TOPAZ
MELTZER & CHECK, LLP**

*/s/ Edward W. Ciolko*
Edward W. Ciolko (*pro hac vice*)
Terence S. Ziegler (*pro hac vice*)
Amanda R. Trask *(pro hac vice)*
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706

Daniel L. Germain (Bar No. 143334)
**ROSMAN & GERMAIN LLP**
16311 Ventura Boulevard, Suite 1200
Encino, CA  91436
Telephone: (818) 788-0877

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Alan R. Plutzik
**BRAMSON PLUTZIK MAHLER & BIRKHAEUSER LLP**
2123 Oak Grove Boulevard, Ste. 120
Walnut Creek, CA  94598
Telephone: (925) 945-0200

Andrew L. Berke
**BERKE, BERKE & BERKE**
420 Frazier Avenue
Chattanooga, TN  37402
Telephone: (423) 266-5171

*Attorneys for Plaintiffs and
the Proposed Class*

# REPRESENTATION STATEMENT

Pursuant to FED. R. APP. P. 12(b) and 9th Cir. R 3-2(b), the contact information for the attorneys representing the parties to this action is as follows:

Counsel for Plaintiffs:

Edward W. Ciolko, Esq.
Terence S. Ziegler, Esq.
Amanda R. Trask, Esq.
**Kessler Topaz Meltzer & Check, LLP**
280 King of Prussia Road
Radnor, PA  19087
610- 667-7706

Daniel L. Germain, Esq.
**Rosman & Germain LLP**
16311 Ventura Boulevard, Suite 1200
Encino, CA  91436
818-788-0877

Alan R. Plutzik, Esq.
**Bramson Plutzik Mahler & Birkhaeuser LLP**
2123 Oak Grove Boulevard, Ste. 120
Walnut Creek, CA  94598
925-945-0200

Andrew L. Berke, Esq.
**Berke, Berke & Berke**
420 Frazier Avenue
Chattanooga, TN  37402
423-266-5171

| | |
|---|---|
| 1 | Counsel for Defendants JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., |
| 2 | JPMorgan Chase & Co. and Cross Country Insurance Company: |
| 3 | David D. Piper, Esq. |
| | Kristy Ann Hewitt, Esq. |
| 4 | Amanda DiMauro Zakowich, Esq. |
| 5 | Andrew J Ceresney, Esq. |
| | Anna Siemon, Esq. |
| 6 | Maeve O'Connor, Esq. |
| 7 | **Keesal, Young & Logan** |
| | 400 Oceangate |
| 8 | Long Beach, CA 90801−1730 |
| 9 | 562−436−2000 |
| 10 | Counsel for Defendant United Guaranty Residential Ins. Co.: |
| 11 | Daniel C Posner, Esq. |
| | Brad Evan Rosen, Esq. |
| 12 | Jane M Byrne, Esq. |
| 13 | Michael Barry Carlinsky, Esq. |
| 14 | **Quinn Emanuel Urquhart & Sullivan, LLP** |
| | 865 South Figueroa Street, 10th Fl. |
| 15 | Los Angeles, CA 90017 |
| 16 | 213−443−3000 |
| 17 | Counsel for Defendant Mortgage Guaranty Ins. Corp.: |
| 18 | Eileen R. Ridley, Esq. |
| 19 | **Foley & Lardner LLP** |
| | 555 California Street, Suite 1700 |
| 20 | Los Angeles, CA |
| 21 | 415-434-4484 |
| 22 | Counsel for Defendant Genworth Mortgage Ins. Corp.: |
| 23 | Benito Delfin, Jr., Esq. |
| 24 | Reid L Ashinoff, Esq. |
| | **SNR Denton US LLP** |
| 25 | 1221 Avenue of the Americas |
| 26 | New York, NY 10020−1089 |
| | 212−768−6700 |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Matthew C. Wolf, Esq. |
| 2 | **SNR Denton US LLP** |
|   | 601 South Figueroa Street, Suite 2500 |
| 3 | Los Angeles, CA 90017−5704 |
| 4 | 213−623−9300 |
| 5 | Counsel for Defendant Republic Mortgage Ins. Co.: |
| 6 | Charles M Clark, Esq. |
| 7 | John M Petrasich, Esq. |
|   | Michael L Tidus Jackson, Esq. |
| 8 | **DeMarco Tidus &Peckenpaugh** |
| 9 | 2030 Main Street, Suite 1200 |
|   | Irvine, CA 92614 |
| 10 | 949−752−8585 |
| 11 | William L Kirkman, Esq. |
| 12 | **Bourland &Kirkman LLP** |
|    | 201 Main Street, Suite 1400 |
| 13 | Fort Worth, TX 76102 |
| 14 | 817−336−2800 |
| 15 | Counsel for Defendant Radian Guaranty, Inc.: |
| 16 | David Smith, Esq. |
| 17 | Stephen A. Fogdall, Esq. |
|    | Theresa E. Loscalzo, Esq. |
| 18 | **Schnader Harrison Segal & Lewis** |
| 19 | 1600 Market Street, Suite 3600 |
|    | Philadelphia, PA 19103 |
| 20 | 215−751−2000 |
| 21 | |
| 22 | Christopher H Hart, Esq. |
|    | **Schnader Harrison Segal & Lewis LLP** |
| 23 | One Montgomery Street, Suite 2200 |
|    | San Francisco, CA 94104−5501 |
| 24 | 415−364−6700 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Edward W. Ciolko
Edward W. Ciolko